# UNITED STATES DISTRICT COURT
# DISTRICT OF NORTH DAKOTA

State of North Dakota,

        Plaintiff,

   v.                                            Case No. 1:19-cv-150

United States of America,

        Defendant.

## Clerk's Minutes of Proceedings

| | |
|---|---|
| The Honorable Daniel M. Traynor | Date: July 21, 2020 |
| Bismarck, North Dakota | Time: 1:30 p.m. |
| Court Reporter: Ronda Colby | Recess: 4:20 p.m. |
| Proceeding: Motion Hearing - Motion to Dismiss for Lack Of Subject Matter Jurisdiction | Clerk: Judy L. Reile |

Appearances:
    ND Attorney General Wayne Stenehjem and ND Special Assistant Attorney General Paul M. Seby, Attorneys for Plaintiff State of North Dakota
    Grant Treaster, AUSA, for Defendant United States of America

Court in session.
Court notes counsel appearances.
Court reviews procedural history of the case and purpose of hearing.
Court reviews guidelines regarding use of face masks in the courtroom.
Mr. Treaster presents oral argument on behalf of the Defendant.
Court inquires.
Mr. Stenehjem presents history of case on behalf of Plaintiff.
Mr. Seby presents oral argument on behalf of Plaintiff.
Plaintiff's Exhibits 1 through 8 (8 ½" X 11" copies of oversized exhibits) offered and received into evidence.
Court inquires.
    Plaintiff's oversized versions of Exhibits 2, 3A and 4A and 4B presented to Court.

*Recess 3:45 p.m. to 3:55 p.m.*

2

Parties present in Courtroom - 3:55 p.m.

Oral argument of Plaintiff, continued.
    Plaintiff's oversized versions of Exhibits 5, 6, 7 and 8 presented to Court.
Mr. Treaster presents rebuttal oral argument on behalf of the Defendant.
Court inquires.
Court takes matter under advisement.
A written order will be issued at a later date.
Court in recess.