# Oahe Dam and Reservior
# Free Speech Area

0  2,000  4,000  8,000 Feet

Disclaimer: The Government furnishes this data and the recipient accepts and uses it with the express understanding that the United States Government makes no warranties, expressed or implied, concerning the accuracy, completeness, reliability, usability, or suitability for any particular purpose of the information and data furnished. The United States shall be under no liability whatsoever to any person by reason of any use made thereof. Data displayed on this map are approximations derived from GIS layers and should NOT be used in place of survey data or legal land descriptions.

Date: 21-November-2016

**Legend**
- USACE Project Boundary (Fee)
- Free Speech Area (±41.34 Acres)
- Prohibited Area
- Counties

(regsi1):\re2\jesse\bob_incon Free_Speech_Area.mxd

EXHIBIT 4B