




EXHIBIT

6