# Exhibit 3 to
# Plaintiff the State of North Dakota's Opposition to Defendant's Motion for Protective Order
# (ECF No. 202)

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NORTH DAKOTA

WESTERN DIVISION


STATE OF NORTH DAKOTA

      Plaintiff,

   v.                 Civil No. 1:19-cv-00150-DMT-ARS

THE UNITED STATES OF AMERICA,

      Defendant.

_____

AND ALL RELATED CROSS-ACTIONS.

_____



VIDEOCONFERENCE DEPOSITION OF

LIEUTENANT GENERAL SCOTT SPELLMON

FRIDAY, APRIL 22, 2022

7:32 a.m.

APPEARING REMOTELY FROM

WASHINGTON, D.C.



REPORTED BY:

Cheryl L. Haase

RPR No. 12443

Appearing from Linn County, Oregon

Lieutenant General Scott Spellmon
April 22, 2022

```
1   REMOTE APPEARANCES:

2   For the Plaintiff:

3   SPECIAL ASSISTANT ATTORNEY GENERAL
    GREENBERG TRAURIG, LLP
4   1144 15th Street, Suite 3300
    Denver, CO 80202
5   (303) 572-6584

6   By:  Paul M. Seby
         sebyp@gtlaw.com
7        Paul B. Kerlin
         kerlinp@gtlaw.com

8

9   For the Defendant:

10  ASSISTANT UNITED STATES ATTORNEY
    UNITED STATES ATTORNEY'S OFFICE | DISTRICT OF COLORADO
11  1801 California Street, Suite 1600
    Denver, CO 80202

12

    By:  Jane Bobet
13       jane.bobet@usdoj.gov

14

    SPECIAL ATTORNEY TO THE UNITED STATES ATTORNEY GENERAL
15  UNITED STATE ATTORNEY'S OFFICE | DISTRICT OF COLORADO
    1801 California Street, Suite 1600
16  Denver, CO 80202
    (303) 454-0100

17

    By:  Erica Zilioli
18       erica.m.zilioli@usace.army.mil

19

    U.S. ARMY CORPS OF ENGINEERS, NORTHWESTERN DIVISION
20  1201 NE Lloyd Boulevard, #400
    Portland, OR 97232
21  (503) 808-3710

22  By:  Jason R. DeRosa
         jason.r.derosa@usace.army.mil

23

    Also Present:
24  Major Katie Borbeck
    Pasha Korneychuk, Videographer
25  Rachel Hymel
```

Lieutenant General Scott Spellmon
April 22, 2022

1              INDEX OF EXAMINATIONS

2    Exam        By Mr. Seby                        7

3    Exam        By Ms. Zilioli                   248

4

5            INDEX OF INSTRUCTIONS NOT TO ANSWER

6

     Instruction  Witness instructed not to answer    87
7                 the question

8

9                 INDEX OF EXHIBITS

10   Exhibit 344  Email, Bates ND_000094549-4551      88

11   Exhibit 345  Email string, Bates USACE_00045060   96

12   Exhibit 346  Email string Bates                  116
                  USACE_00138332-138333
13
     Exhibit 347  Email string Bates                  118
14                USACE_00138378-38381

15   Exhibit 348  Email string, Bates                 131
                  USACE_00138337-138340
16
     Exhibit 349  Email string, Bates USACE_00005155  135
17
     Exhibit 350  Email string, Bates                 140
18                USACE_00047848-47851

19   Exhibit 351  Email string Bates                  142
                  USACE_00133849-138355
20
     Exhibit 352  Email string, Bates                 152
21                USACE_00051450-00051452

22   Exhibit 353  Email string, Bates                 167
                  ARMY_00111128-111130
23
     Exhibit 354  Email string, Bates USACE_00047787  170
24
     Exhibit 355  Email, Bates USACE_00047792         175
25

Lieutenant General Scott Spellmon
April 22, 2022

INDEX OF EXHIBITS (CONTINUED)

Exhibit 356   Email string, Bates                    184
              USACE_00013612-3614

Exhibit 357   Not used

Exhibit 358   Not used

Exhibit 359   Email, Bates USACE_00138410            191

Exhibit 360   Not used

Exhibit 361   Email, Bates USACE_00048823-48825      196

Exhibit 362   Email, Bates USACE_00048265            211

Exhibit 363   Email, Bates USACE_00048830-47732      214

Exhibit 364   Email string, Bates                    219
              USACE_00048833-48837

Exhibit 365   Email with attachment, Bates           227
              USACE_00048367-48370

Exhibit 366   Email, Bates ARMY_00074785-74786       236

Exhibit 367   Retained                               242


              INDEX OF PREVIOUSLY-MARKED EXHIBITS

Exhibit 37    Email string, Startzell deposition     155
              11/19/21, Bates USACE_00008641-8642

Exhibit 138   Email, Bates USACE_00084421            104

Exhibit 318   Email string, Bates                    111
              USACE_00024035-24057

Lieutenant General Scott Spellmon
April 22, 2022

1          REPORTED REMOTELY FROM LINN COUNTY, OREGON

2              FRIDAY, APRIL 22, 2022 7:32 a.m.

3

4              THE VIDEOGRAPHER:  We are on the record at

5    7:32 a.m. on April 22nd, 2022.  Audio and video recording

6    will continue to take place unless all parties agree to go

7    off the record.

8                   Please note that microphones are sensitive

9    and may pick up whispering and private conversations.

10   Private conversations and/or attorney-client interactions

11   should be held outside the presence of the remote interface.

12                  For the purpose of creating a witness-only

13   video recording, the witness is being spotlighted or locked

14   on all video screens while in speaker view.  We ask that the

15   witness not remove the spotlight setting during the

16   deposition, as it may cause other participants to appear on

17   the final video, rather than just the witness.

18                  For anyone who does not want the witness's

19   video to take up a large part of your screen, you may click

20   the gallery view button in the upper-right corner of the

21   remote depo interface.

22                  This is the video recorded proceeding of

23   Lieutenant General Scott Spellmon, taken by counsel for the

24   plaintiff in the matter of State of North Dakota versus The

25   United States of America, filed in the United States

Lieutenant General Scott Spellmon
April 22, 2022

1   District Court for the District of North Dakota, Western

2   Division.

3              This proceeding is being held via Zoom, with

4   all participants attending remotely.  My name is Pasha

5   Korneychuk.  I'm the videographer on behalf of US Legal

6   Support located at 16825 Northchase Drive, Suite 900,

7   Houston, Texas 77060.

8              I am not related to any party in this action,

9   nor am I financially interested in the outcome.  The court

10  reporter is Cheryl Haase on behalf of US Legal Support.

11             Counsel will state their appearances for the

12  record, after which the court reporter will enter the

13  statement for remote proceedings into the record and swear

14  in the witness.

15             MR. SEBY:  This is Paul Seby.  I'm counsel

16  for the State of North Dakota.

17             MS. ZILIOLI:  And this is Erica Zilioli,

18  counsel for the Defendant United States, and Co-counsel Jane

19  Bobet from the U.S. Attorney's Office.

20             THE REPORTER:  Hold, please.

21             Good morning.  The attorneys participating in

22  this deposition acknowledge that I am not physically present

23  in the deposition room and that I will be reporting the

24  deposition remotely.

25             They further acknowledge that in lieu of an

Lieutenant General Scott Spellmon
April 22, 2022

1   oath administered in person, the witness will verbally

2   declare his testimony in the matter is under penalty of

3   perjury.

4                  The parties and their counsel consent to this

5   arrangement and waive any objections to this manner of

6   reporting.  Please indicate your agreement by stating your

7   name and your agreement on the record.

8                  MR. SEBY:  Counsel for the plaintiff,

9   Paul Seby, agrees and accepts the terms.

10                 MS. ZILIOLI:  And Erica Zilioli, counsel for

11  the defendant, agrees and accepts the terms.

12                 THE REPORTER:  Sir, would you raise your

13  right hand?

14

15              LIEUTENANT GENERAL SCOTT ALAN SPELLMON,

16                       called as a witness,

17                  having been first duly affirmed,

18                was examined and testified as follows:

19

20                 MR. SEBY:  Are we ready?

21                 THE REPORTER:  Yes.  Proceed.

22                 MR. SEBY:  Okay.  Thank you.

23                 This will be the deposition of -- of Scott

24  Spellmon taken pursuant to prior notice and agreement of

25  counsel.

Lieutenant General Scott Spellmon
April 22, 2022

1

2                              EXAMINATION

3

4     BY MR. SEBY:

5         Q.   Good -- good morning, Lieutenant General Spellmon.

6     My name is Paul Seby.  I'm both an attorney with the law

7     firm of Greenburg Traurig and a Special Assistant Attorney

8     General for the State of North Dakota, and I represent the

9     state of North Dakota today, who I will refer to as --

10    collectively as North Dakota.

11                  You understand that you have been sworn in

12    this morning?

13        A.   Yes.

14        Q.   And would you please state your full name for the

15    record?

16        A.   Scott Allen Spellmon.

17        Q.   Thank you.  Do you go by any other names, sir?

18        A.   No.

19        Q.   Okay.  And because I want to be both accurate and

20    respective, what is the proper way to refer to you, sir, is

21    it General Spellmon or Lieutenant General Spellmon?

22        A.   General Spellmon.

23        Q.   Okay.  Thank you.  Before we begin, I'd like to go

24    over a few basic ground -- ground rules for this deposition,

25    most -- most of which are intended to help the court

Lieutenant General Scott Spellmon
April 22, 2022

1    reporter and videographer take down everything we say.  Is

2    that okay?

3           A.   Yes.

4           Q.   Thank you.  Everything we say, of course, is being

5    written down and videotaped.  And because of that I would

6    ask that you verbalize your responses with a yes or a no or

7    other answer, as opposed to merely nodding your head yes or

8    no.  Also, please, no huh-uhs or nuh-huhs if that's

9    acceptable.

10          A.   Yes, I understand.

11          Q.   Thank you.  And likewise it's difficult for the

12   court reporter to take down what we are saying if we are

13   talking over each other inadvertently.  So I will do my best

14   not to interrupt you, sir, and if you would please do the

15   same, try not to interrupt me and let me finish my

16   questions, that would be great.  Is that acceptable?

17          A.   I will not interrupt you, sir.

18          Q.   Neither I, purposely.  So if you need a break,

19   please just let me know.  I just ask if there's a question

20   pending, that your -- you answer the question pending and

21   then we can take a break.

22                    Otherwise, I'll probably try to suggest that

23   we take a short break every hour or so.

24                    If you don't understand a question that I've

25   posed, please just let me know.  Ask me to repeat it or

Lieutenant General Scott Spellmon
April 22, 2022

1    rephrase it and I will do my best to clarify what I'm trying

2    to ask you.  Does that sound okay?

3         A.    Yes, sir.  Thank you.

4         Q.    And if you answer a question I have asked, I'm

5    going to assume that you've understood the question that I'm

6    asking.  Is that understood?

7         A.    I understand.

8         Q.    Thank you.  Sir, is anyone in the room with you

9    today?

10        A.    Yes.

11        Q.    And who are those individuals?

12        A.    It's Erica, our Department of Justice counsel, and

13   I have my aide Major Katie Borbeck [ph.], who is operating

14   the video and IT equipment for us.

15        Q.    Okay.  Thank you.  I'd ask you please to turn off

16   your other electric -- electronic devices if you have any so

17   you're not distracted during the deposition if that's

18   possible.

19             And I'll also ask that if you're re --

20   relying on some document during this deposition to answer a

21   question, for example notes that you've made or an email

22   that you wanted to keep close, please let me know if that's

23   the case, and then identify the document or documents for

24   the record.  Just as you would if we were in the room

25   together.  Is that okay?

Lieutenant General Scott Spellmon
April 22, 2022

1    A.   I understand.  I don't have any notes with me.

2    Q.   Okay.  Thank you.  Sir, do you have any questions

3    about these basic instructions?

4    A.   No.

5    Q.   Okay.  Thank you.  I understand you've been sworn

6    in, that you're -- that you understand that you're obligated

7    to -- by oath, to tell the truth today.

8         Do you understand that your deposition today

9    has the same force and effect as if you were in front of a

10   judge or jury?

11   A.   Yes, I understand.

12   Q.   Thank you.  And do you understand, sir, that

13   portions of your videotaped deposition may be played to the

14   Court in this matter should it go to trial?

15   A.   Yes, I understand.

16   Q.   Okay.  And -- and do you understand that if you

17   fail to tell the truth today, that is considered perjury?

18   A.   Yes, I understand.

19   Q.   Thank you.  And -- and so you'll agree to tell the

20   truth today?

21   A.   Yes.

22   Q.   And so you'll agree to provide accurate testimony

23   today?

24   A.   Yes.

25   Q.   Okay.  Thank you.  And to that end, is there

Lieutenant General Scott Spellmon
April 22, 2022

1    anything today preventing you from providing complete,

2    accurate and truthful testimony, to your knowledge?

3         A.   No.   No.

4         Q.   Is there anything preventing you from recalling

5    and relating details other than perhaps the passage of time?

6         A.   No.

7         Q.   Okay.   Sir, have you ever testified under oath

8    before?

9         A.   I've testified to Congress under oath on about ten

10   occasions.   I have never testified in a deposition like

11   this.

12        Q.   Okay.   How about at a -- an administrative or

13   judicial trial?

14        A.   No.

15        Q.   Or other proceeding?

16        A.   No.

17        Q.   Okay.   Sir, before your deposition this morning

18   and today, had you or I ever met or spoken?

19        A.   No.

20        Q.   Okay.   General Spellmon, what did you do to

21   prepare for your deposition today?

22        A.   Several things.   I went back and read an op-ed

23   that I had prepared for the Omaha World-Herald in the early

24   November 2016 time frame.

25                   I went back and reviewed our Title 36, that

Lieutenant General Scott Spellmon
April 22, 2022

1   is our rules and regulations governing the public's use of

2   lands associated with our civil works, our water structure

3   projects.

4            And I met with two attorneys from the

5   Department of Justice and one from the U.S. Army Corps of

6   Engineers' counsel office to walk through the basics of how

7   a deposition like this runs.

8       Q.   Sure.  I don't want to ask you anything about what

9   you discussed with your counsel, but can you tell me how

10  many times you had separate discussions or meetings with

11  them?

12      A.   I had a two-hour session last week and a 90-minute

13  to two-hour session yesterday.

14      Q.   Were those events in person or remotely?

15      A.   It was a combination.  Erica Zilioli was here in

16  person and the other -- the Corps counsel and the other

17  member from Department of Justice was virtual.

18      Q.   And you mentioned Ms. Zilioli as one of the

19  attorneys that -- your counsel.  Who are the other

20  individuals?

21      A.   Jason DeRosa, and from Department of Justice

22  Bill -- and I'm sorry.  I don't recall his last name.

23      Q.   Okay.  Sir, did you speak with anyone else other

24  than your counsel about this deposition today?

25      A.   No.

Lieutenant General Scott Spellmon
April 22, 2022

1      Q.   No one else within the Department of the Army or

2   the U.S. Army Corps of Engineers?

3      A.   So my front office that helps me in my daily

4   duties knows I am giving a -- a deposition today, they know

5   it's on my calendar, certainly my wife knows this is on my

6   calendar.  But no -- no other details other than this is

7   scheduled for today.

8      Q.   Okay.  Other than your -- your wife and -- and

9   staff in your office, have you spoken with anyone outside of

10  the United States Government or the Army?

11     A.   No.

12     Q.   Okay.  Thank you.

13          And you mentioned you reviewed some documents

14  in preparation for your deposition, just those two, the

15  op-ed and the Title 36 rules?

16     A.   That's correct.

17     Q.   Okay.  Did you review the documents on your own or

18  did you do so with your legal counsel?

19     A.   I did some on my own and I did some with -- with

20  legal counsel.

21     Q.   Okay.  Which documents did you review in -- in

22  each setting on your own and --

23          MS. ZILIOLI:  Objection to the extent it

24  calls for attorney-client privilege.

25

Lieutenant General Scott Spellmon
April 22, 2022

1    BY MR. SEBY:

2        Q.   Yes, and I'm not asking anything that you

3    discussed about those documents, just which documents.

4        A.   Both of those documents.

5        Q.   Okay.  Did you do any research about the issues in

6    this case?

7        A.   Just the research that I mentioned reviewing.

8    Title 36 and the -- as I mentioned, the op-ed that I had

9    prepared back in November of 2016.  Again, just to refresh

10   my memory.

11       Q.   Sure.  Sure.  And did you take any notes about the

12   events involved in this case that you referred to?

13       A.   I did.

14       Q.   Do you have those with you today?

15       A.   No, I do not.

16       Q.   Did you review any timeline or chronology of

17   events associated with the matters involved in this case?

18       A.   Yes, I did.

19       Q.   And what were they?

20       A.   It was during my meeting last week.  We reviewed

21   with the team a general chronology of the events as they

22   unfolded -- unfolded in late 2016, again just to refresh my

23   memory, as it's been five years.

24       Q.   Sure.  And was that a written document or just a

25   narrative discussion?

Lieutenant General Scott Spellmon
April 22, 2022

1    A.   It was a narrative discussion.

2    Q.   Thank you.  All right.  Sir, we're here today in

3  the matter of the State of North Dakota versus the United

4  States, which is, as the reporter indicated, a case that is

5  pending in the United States District Court for the District

6  of North Dakota.

7         Are you aware of North Dakota's case against

8  the United States under the Federal Tort Claims Act

9  involving claims of $38 million in damages that North Dakota

10  seeks as a result of the Corps' and other federal officials'

11  actions associated with the protests against the Dakota

12  Access Pipeline?

13    A.   Yes.  I am aware of the case.

14    Q.   Have you ever seen a copy of the complaint filed

15  by the State of North Dakota in this case?

16    A.   No, I have not.

17    Q.   Okay.  Are you aware that the United States

18  District Court for the District of North Dakota denied a

19  motion by the United States seeking to dismiss this case?

20    A.   Yes, I'm aware.

21    Q.   Have you read the Court's order denying the

22  United States' motion to dismiss?

23    A.   I have not read the order.

24    Q.   Okay.  Are you aware of the order of the

25  United States District Court for the District of North

Lieutenant General Scott Spellmon
April 22, 2022

```
 1    Dakota compelling discovery against several agencies and

 2    federal officials in addition to the Corps in this case?

 3         A.   Yes, I'm aware.

 4         Q.   Are you aware that the United States District

 5    Court for the District of North Dakota denied a

 6    United States motion seeking partial summary judgment in

 7    this case?

 8         A.   I am not aware of that matter.

 9         Q.   Okay.  So would it be accurate to say that you

10    have not read the order denying the United States' motion

11    for partial summary judgment?

12         A.   I have not read that order.

13         Q.   All right.  Thank you.  General Spellmon, I'd like

14    to ask you some basic questions about your background, sir.

15              Can you tell me, sir, where you are from?

16    Where were you born?

17         A.   I am from Bloomingdale, New Jersey.

18         Q.   Okay.  And what is your current address, sir?

19         A.   I currently live --

20         Q.   Please -- I'm sorry.  I want to clarify my

21    question.  I don't want your street address.  I would like

22    to know in what location is your primary residence and

23    places that you office, if -- if I may, sensitive to that

24    information being on the record.

25         A.   My -- yes, sir.  My home is at Fort McNair in
```

Lieutenant General Scott Spellmon
April 22, 2022

 1  Washington, D.C.  And my headquarters is in Washington, D.C.

 2       Q.   Okay.  Thank you.  How long have you lived in --

 3  at Fort McNair?

 4       A.   I've lived there for the past approximately 18

 5  months.

 6       Q.   Okay.  Sir, would you please summarize your

 7  education and background?

 8       A.   I have a bachelor's of science degree from

 9  United States Military Academy, 1986.  I have a master of

10  science degree in civil engineering from the University of

11  Illinois, Champagne, 1998.  And I have a master's degree in

12  national security strategy from the U.S. Army War College

13  from 2006.

14       Q.   Okay.  And, sir, how long have you worked for the

15  U.S. Army Corps of Engineers?

16       A.   I have been in the Army Corps of Engineers now for

17  six-and-a-half years.

18       Q.   And -- and in what capacity have you been in the

19  Army Corps of Engineers?

20       A.   I served as the --

21       Q.   I'm sorry.  Over that period of time.

22       A.   Yes.  I served as the Northwestern Division

23  commander for a three-year period, I served as the deputy

24  commanding general of Civil and Emergency Operations for a

25  two-year period.  And for the past 18 months I have served

Lieutenant General Scott Spellmon
April 22, 2022

1   as the chief of engineers.

2       Q.   And prior to your six years of service, sir, with

3   the Army Corps of Engineers, did you have any other military

4   service or history?

5       A.   Yes, I came on active duty in 1986 and served --

6   in May I'll have been on active duty for 36 years.  The bulk

7   of my time in the Army has been on the operational side of

8   our -- of our engineer regimen and combat engineer units in

9   the field.  And as I mentioned, just for the past six years

10  I have served in the U.S. Army Corps of Engineers.

11      Q.   Have you served any other branch of the United

12  States military?

13      A.   No.

14      Q.   Sir, have you received any commendations or

15  service awards?

16      A.   Yes.

17      Q.   Would you please give us an overview of those?

18      A.   Yes.  I apologize, I don't have them committed to

19  memory.  I'll just highlight.  I've been awarded two Bronze

20  Stars, received the Purple Heart, the Combat Action Badge,

21  and I've had several Army commendations.

22      Q.   Okay.  Did you receive any commendations for your

23  service as Northwest Division commander?

24      A.   Yes.

25      Q.   And would you please describe those?

Lieutenant General Scott Spellmon
April 22, 2022

1      A.    That was a Legion of Merit award after completion

2   of my three-year command tour.

3      Q.    And I think I could do the math and get close, but

4   maybe it's just easier to ask, what was the period of years

5   for your service as Northwest Division commander for a

6   period of three years?  When did that start and when did it

7   finish?

8      A.    I need a moment.

9      Q.    Sure.  Sure.

10     A.    2015 to 2018.

11     Q.    All right.  Thank you.  And, sir, do you have any

12   professional certifications or licenses?

13     A.    I'm a -- I have one certification as a project

14   management professional, or PMP.

15     Q.    Okay.  How about licenses?

16     A.    No.

17     Q.    Okay.  Are a member of any professional

18   organizations?

19     A.    Yes.

20     Q.    What would those be?

21     A.    There are two.  The Society of American Military

22   Engineers, or SAME, and the Army Engineer Association, or

23   AEA.

24     Q.    Thank you.  Can you please detail which locations

25   you've been stationed at during your almost 36 years of

Lieutenant General Scott Spellmon
April 22, 2022

1    active duty?

2        A.    I've had 21 different stations starting at

3    Fort Hood, Texas; Fort Benning, Georgia; Bamberg, Germany;

4    Hohenfels, Germany; Champaign, Illinois; Fort Leavenworth

5    Kansas; Fort Leonard Wood, Missouri; Monchengladbach,

6    Germany.

7              Back to Fort Benning; U.S. Army War College

8    at Carlisle; Fort Polk, Louisiana; back to Fort Leonard

9    Wood, Missouri; Fort Hood, Texas; Washington D.C.; and

10   Vancouver, Washington.

11       Q.    Thank you.  All right.  So now I want to ask you a

12   question about the relevant time period of the protesters

13   against the Dakota Access Pipeline.  Essentially if you

14   would, the bookends being spring of summer of 2016 to the

15   summer of 2017.  During that period, sir, to whom did you

16   report and what was your position?

17       A.    So from that time period I was the commander of

18   Northwestern Division, and I reported to the chief of

19   engineers at the time, Lieutenant General Todd Semonite.

20       Q.    He -- Lieutenant General Semonite was your direct

21   report?

22       A.    He was who I reported to.

23       Q.    Okay.

24       A.    He was my commander.

25       Q.    Got it.  And above the chief of engineers,

Lieutenant General Scott Spellmon
April 22, 2022

1  General Semonite, who was above him in the Army Corps chain

2  of command?

3       A.   No one.  His chain of command went directly to the

4  chief of staff of the Army at the time, General Milley.

5       Q.   Okay.  So nobody within the Corps, but

6  General Milley within the Department of Army?

7       A.   That's correct.

8       Q.   Okay.  And General Milley is -- was then the --

9  what was General Milley's title at that point, sir?

10      A.   He was Chief of Staff of the Army.

11      Q.   Got it.  And would he have been a member of the

12 Joint Chiefs of Staff?

13      A.   Yes.

14      Q.   General Spellmon, at that time did you report to

15 anyone in the civil works portion of the Corps?

16      A.   Yes.

17      Q.   And who were those individuals?

18      A.   Civil works program at the time was run by

19 Major General Ed Jackson, and above General Jackson, our

20 political leadership resides in the Assistant Secretary of

21 the Army for Civil Works.

22      Q.   And who was that individual at the time, or

23 individuals, plural, whether -- if that was the case?

24      A.   I'll mention two individuals.  The Assistant

25 Secretary at the time was Ms. Jo-Ellen Darcy, and she had a

Lieutenant General Scott Spellmon
April 22, 2022

1    principal deputy whose name was Lowry Crook, Mr. Lowry

2    Crook.

3         Q.   Okay.  In that -- in your position as the

4    Northwest Division Commander, sir, who reported to you?

5         A.   I had five District Commanders.  Our region

6    covered a 17-state footprint, primarily within the Missouri

7    and Columbia River Basins, so that would have been a Kansas

8    City District Commander, our Omaha District Commander,

9    Walla Walla District, Seattle District, and our Portland

10   District Commanders.

11        Q.   Okay.  General Spellmon, apart from your long and

12   significant military career, almost 36 years I think you

13   mentioned, soon, next month, do you have any civilian

14   professional history in addition to that?

15        A.   No.

16        Q.   Okay.  Thank you for that.  I'd like to ask you

17   some questions about the how the Corps -- what kinds of

18   project lands and water projects the Corps manages and

19   oversees just generally.

20        A.   So this is generally land that is associated with

21   our civil works projects, many of these, we operate hundreds

22   today of recreation areas around the country that are

23   associated with those -- those water resource projects, and

24   its recreation mission is part of our mission within the

25   Corps.

Lieutenant General Scott Spellmon
April 22, 2022

1      Q.   And the water resource projects that you're

2  referring to, in addition to the recreational aspect, the

3  water projects, if you could describe what those -- what

4  is -- and the basis of those are?

5      A.   Yes, sir.  So today we own and operate 715

6  projects, dams that serve a variety of purposes throughout

7  the country.

8               We own and operate 239 navigation locks that

9  allow traffic, waterborne traffic to go up and down the

10  nation's waterways.

11              We own and operate 15,000 miles of levee that

12  provide flood protection to communities throughout the

13  country.

14     Q.   Is the land (sic) a significant landowner or land

15  management agency?

16     A.   I'm sorry.  I don't understand your question.

17     Q.   Associated -- you indicated that there are lands

18  within water resource projects, and I'm just trying to ask,

19  do you know the -- you gave some very specific details about

20  the number of locks and the number of dams and the number of

21  miles of levee system.  Do you happen to know the amount of

22  lands the Corps is responsible for under its jurisdiction?

23     A.   I'm sorry.  I can get that number.  I -- I don't

24  have that, acres or square miles committed to -- to memory.

25  I -- I don't know.

Lieutenant General Scott Spellmon
April 22, 2022

1      Q.   No problem.  It's a big number, though, isn't it?

2      A.   Yeah, yes.

3      Q.   Okay.  So with respect to -- I want to ask you

4 some questions with respect to the Corps' rules and

5 procedures and policies governing the use of its project

6 lands, is that okay?

7      A.   Yes.

8      Q.   Okay.  Sir, would you please describe your

9 experience in training in the management of lands that are

10 under the jurisdiction and control of the Army Corps?

11     A.   Yes.  So I'll say I don't recall any specific

12 training on Title 36.  All new commanders when they come to

13 the Corps for the first time, whether that's as a general

14 officer, as I did, or as a lieutenant colonel coming to a

15 district, we come to a course we call our pre-command

16 course.

17           That's a one-week training session here in

18 Washington, D.C., where we review all of the -- the wide

19 variety of mission areas that we have within the Corps, and

20 of course recreation being one of those.

21           But I don't recall as part of that training,

22 anything overly specific regarding Title 36.

23     Q.   Okay.  And -- and who conducts that training for

24 the Corps with respect to those individuals entering into

25 the training?

Lieutenant General Scott Spellmon
April 22, 2022

1    A.    It's -- it's a variety.  The commander, the chief

2    of engineers participates in that training, we bring in

3    serving district commanders, we bring in former district

4    commanders.  And we use the staff here at the -- the

5    headquarters, variety of staff here at the headquarters,

6    experts in their various fields, to conduct that training

7    for the inbound officers.

8    Q.    And is -- I want to make sure I understood your --

9    your comment there, your statement about training with

10   respect to Title 36.  Are you saying that that is a specific

11   topic for that one-week session?

12   A.    No, I -- I don't recall it being a specific topic.

13   Q.    Okay.  Given -- given that, when did you become

14   familiar -- familiar with the Corps' regulations and

15   policies regarding the use of the Corps' lands?

16   A.    I recall it being in the early -- early spring,

17   summer of 2015, as we began to work with the state and the

18   tribe in navigating our way through this -- this protest

19   period of time concerning the Dakota Access Pipeline.

20   That's when I remember my first real exposure to Title 36.

21   Q.    And you said that was in early the spring or

22   summer of 2015?

23   A.    That's correct.  I'm sorry.  '16.

24   Q.    '16?

25   A.    I'm sorry.  '16.

Lieutenant General Scott Spellmon
April 22, 2022

1    Q.   Oh, no problem.  That's why I wanted to clarify

2    that.

3            Okay.  And do you recall the manner in which

4    that came to your attention and the Corps regulations and

5    policies regarding the use of the Corps lands?

6    A.   Yes, it was around the same time that we were

7    seeing applications for special use permits from the

8    Standing Rock Sioux Tribe, and other groups that wanted to

9    occupy lands associated with our project at Lake Oahe.

10   Q.   Other than the Standing Rock Sioux Tribe that you

11   mentioned, who were the other groups?

12   A.   I don't recall other -- there was a -- there was

13   request for a prayer service, an individual wanted to have

14   a -- occupy a piece of land for a prayer service.  I'm

15   sorry, I don't remember the name or the dates, and as you

16   know there were a variety of camps out in this vicinity

17   during this time frame.

18   Q.   Okay.  And at that time when you -- I think early

19   spring, summer of 2016 when a special use permit application

20   was raised to your attention, who raised that to your

21   attention?

22   A.   Colonel Henderson, who was our Omaha District

23   Commander during this time frame.

24   Q.   Okay.  Okay.  And as a result of Colonel Henderson

25   advising you of Title 36 and policies associated with it,

Lieutenant General Scott Spellmon
April 22, 2022

1    did you initiate any self effort, self teaching, or review

2    at that time?

3                    MS. ZILIOLI:  Objection.  Mischaracterizes

4    testimony.

5        A.   I -- are you --

6    BY MR. SEBY:

7        Q.   I'm sorry.  Sir, I apologize.  I just want to make

8    sure you understand my question and if I've not been clear,

9    I'd be happy to rephrase it.

10       A.   Sir, could you repeat the question?

11       Q.   Sure.  In the early spring and summer of 2016

12   time frame when you became aware of the Corps' regulations

13   and policies regarding the use of its lands, and I'm going

14   to refer to that as Title 36 and associated policies, I

15   believe you said that it was raised to your attention by

16   Colonel Henderson, so two questions:

17                   What is meant by Colonel Henderson raising it

18   to your attention, and based upon him raising it to your

19   attention, as you'll explain, please, what that involved,

20   did you conduct any independent self teaching or review?

21                   MS. ZILIOLI:  Objection, compound.

22       A.   I did review Title 36 when Colonel Henderson

23   informed me that he was considering an application for a

24   special use permit.

25

Lieutenant General Scott Spellmon
April 22, 2022

1    BY MR. SEBY:

2        Q.   Okay.  Did you review any policies in addition to

3    the Code of Federal Regulations, that -- Corps policies?

4        A.   I do not recall reviewing any additional policies.

5        Q.   Okay.  General Spellmon, prior to the DAPL protest

6    with the Corps special use permit process, have you ever

7    been involved in a past process involving an application for

8    a special use permit?

9        A.   So, sir, I never served as a -- as a district

10   commander.  And these issues are largely managed at the

11   district level, not at the regional level, or certainly not

12   at the headquarters level.  So, no, I had not had any

13   experience with special use permits before this time period.

14       Q.   Okay.  Thank you.  And I understand.

15            So -- so is it fair to say in the past you

16   never granted or denied one, or were involved in the

17   consideration of whether to grant or deny?

18       A.   That's correct.  I was never involved in the

19   consideration of a special use permit prior.

20       Q.   Okay.  And -- and I'm sorry, I believe you just

21   commented or testified as to who issued special use permits

22   for the Corps, is that correct?

23       A.   Our -- our district commanders do.

24       Q.   Okay.  And when you were Northwest Division

25   Commander, were you involved in any other special use permit

Lieutenant General Scott Spellmon
April 22, 2022

1  considerations during that three-year period, other than

2  those associated with the Dakota Access Pipeline protests?

3       A.   I do not recall being involved in any other

4  special use permit in any of the other districts.

5       Q.   Okay.  With respect to the Corps' special use

6  permit process, Title 36, and associated policies, would --

7  are you able to walk me through generally what that involves

8  and what's required for that process?

9       A.   What I know, again having never served as a

10 district commander, if an individual or group from the

11 public wants to use lands associated with a Corps project,

12 there is an application process that they work with, the

13 district staff, and take to the district commander.

14            And as outlined in Title 36 there are certain

15 terms and conditions that the group, the applicant, must

16 meet before that special use permit can be approved.

17      Q.   Okay.  Is it your understanding based upon your

18 experience and background that a special use permit is

19 supposed to be obtained prior to an activity taking place?

20      A.   Yes.

21      Q.   And do you agree that the purpose of a special use

22 permit is to protect the Corps property, including the

23 environment, and maintain law and order, preventing damage

24 to the Corps' property?

25      A.   That's correct.

Lieutenant General Scott Spellmon
April 22, 2022

1      Q.   And do you agree that another purpose of the

2   special use permit is to ensure the applicant, if granted a

3   permit from the Corps, an effective permit, has the ability

4   to pay for any damage caused?

5      A.   Yes, that's correct.

6      Q.   Would you believe it's fair to say that another

7   purpose of the special use permit is to ensure that not just

8   anyone shows up on Corps land and starts doing whatever they

9   want, is that correct?

10     A.   That's correct.

11              MS. ZILIOLI:  Objection, ambiguous.

12   BY MR. SEBY:

13     Q.   All right.  Sir, thank you.  As I said, we'll take

14   a break every hour or so.  We're not there yet, but if you

15   feel as though a short break would be helpful, I'm glad to

16   do it now or -- or hold for another half hour or so.

17     A.   Sir, I would welcome a short break now if that's

18   okay.

19              MR. SEBY:  Absolutely.  No -- and just tell

20   me if you feel like there's a desire for one, and -- and we

21   can do it.  It's no problem.  Would ten minutes be okay,

22   General?

23     A.   That would be great, thank you.

24              MR. SEBY:  Yeah.  Thank you.  Thank you.

25   We'll go off the record.

Lieutenant General Scott Spellmon
April 22, 2022

1              THE VIDEOGRAPHER:  Okay.  Going off the

2       record at 8:13.

3                    (Short recess taken.)

4              THE VIDEOGRAPHER:  Going back on the record

5       at 8:23.

6       BY MR. SEBY:

7         Q.   General Spellmon, we're back after a short break.

8       And now I'd like to ask you, turn to some questions with

9       respect to -- background questions regarding your role in

10      the DAPL protest.

11                   Sir, would you describe your role with

12      respect to the protests, again the timeline being

13      approximately spring-summer of 2016 to spring-summer of

14      March 2017?

15        A.   So I was the commander for Colonel Henderson,

16      certainly, of Omaha District, who was leading this effort

17      there in his -- his district footprint.  My responsibilities

18      was to give him advice and also to help in communications

19      with elected leadership from state, law enforcement

20      leadership, both local and at the state level and then

21      communications with our headquarters here in Washington,

22      D.C.

23        Q.   Okay.  Do you recall what your first involvement

24      was in that period of time?

25        A.   From my recollection, it began from -- my

Lieutenant General Scott Spellmon
April 22, 2022

1    involvement was in the August -- mid -- early to mid-August

2    time frame.

3         Q.  And what -- what events are you referring to or

4    period of time that -- that you did notice the beginning?

5         A.  From what I recall, this is the period of time

6    where the Omaha District's environmental assessment received

7    several questions from the assistant secretary's office.

8    And I remember a -- an announcement made by Department of

9    the Army, and I believe two other federal agencies about

10   this particular work that Omaha District had completed.

11             Colonel Henderson had contacted me and was

12   frustrated that this went out in a letter from -- from the

13   Army and no one had talked to him.  And so he had reached

14   out to me to express his frustration.

15        Q.  And he was -- I'm sorry.  The "this" that you

16   referred to that he was frustrated with, are you referring

17   to a joint statement?

18        A.  That's -- that's what I'm referring to, yes,

19   that's correct.

20        Q.  Okay.  And could you elaborate on -- on the nature

21   of the frustration that was presented to you?

22        A.  It's Army protocol, military protocol, normally we

23   would discuss such a statement like this to ensure everyone

24   in the chain of command was informed.  I was not aware of

25   the -- the first joint statement, nor was Colonel Henderson.

Lieutenant General Scott Spellmon
April 22, 2022

1       Q.   And so you were -- you were -- you were surprised

2    by it, as Colonel Henderson was?

3       A.   Yes.

4       Q.   Okay.  Do you recall doing anything to act on that

5    degree of surprise?  Did you inquire about it with anyone

6    above you, if I can use that phrase, in terms of the

7    hierarchy of the Corps or the Department of the Army?

8       A.   I did.  I -- I contacted Major General Ed Jackson.

9       Q.   And can you describe the nature of that contact?

10      A.   Yes.  First I shared, both -- with

11   General Jackson, my frustration and that of

12   Colonel Henderson, for not being aware that the joint

13   statement was -- was going to go out, or even the fact that

14   there -- there was one.

15               And then we -- we wanted -- I was trying to

16   get some additional information on what technical questions

17   the secretary's office may have had on the extensive work we

18   had done on the environmental assessment.

19      Q.   And do you recall Major Jackson's response to your

20   contact?

21      A.   Yes.  He -- first of all, he -- I recall, he

22   thanked me for the call, and he had to go back and follow up

23   with the secretary's office.

24               From the best of my recollection,

25   General Jackson was not aware of any technical concerns or

Lieutenant General Scott Spellmon
April 22, 2022

1    issues, and he had to do some follow-up engagement with

2    Mr. Crook and Ms. Darcy's staff.

3         Q.   Was he aware of the joint statement when

4    you con -- first contacted him?

5         A.   I don't recall if he was aware or not.

6         Q.   And then Major Jackson pledged to look into it and

7    get back to you?

8         A.   That's correct.

9         Q.   And then how did that go?

10        A.   So what followed from that was a series of

11   questions from the secretary's office on the sufficiency of

12   the environmental assessment in about six different areas.

13   And we were asked to take some time to go back and flush out

14   the environmental assessment and add more detail in -- in

15   the six areas.

16        Q.   Do you recall what those six areas were?

17        A.   I do not.  I remember a few, and I don't remember

18   all six.  There was some additional work that they wanted

19   done on the environmental justice section of the -- of the

20   assessment.

21             And there was some additional work that the

22   secretary asked us to do on -- to ensure that the latest

23   pipeline safety measures, monitors, instrumentation, were

24   being employed on this particular crossing of the pipeline

25   under Lake Oahe.

Lieutenant General Scott Spellmon
April 22, 2022

1                    I apologize.  Those two are the ones that

2       stand out to, but there were four other areas where there

3       was a set of questions as well.

4            Q.   Okay.  And at this time the environmental

5       assessment that you're referring to was a final action by

6       the Corps and -- and the questions were with respect to that

7       final action?

8            A.   Yes, that's my recollection, that the record of

9       decision had -- the environmental assessment had been signed

10      off by Colonel Henderson.

11           Q.   Yeah.  Yeah.  Okay.  We'll talk more about that

12      joint statement later, but -- so we'll leave that there.

13                    And -- and do you recall, sir, what your last

14      matter of involvement was with the pro -- protest camps

15      concerning the -- the Dakota Access Pipeline?

16           A.   My -- my very last involvement on this aspect of

17      it, dealing with the protests, was later in February or

18      March of 2017 while we were working to clean up the area

19      that was used north and south of the Cannonball River.

20           Q.   And what was the reason for the focus on the area

21      north of the Cannonball River and south of the Cannonball

22      River?  What was there to clean up?

23           A.   Oh, there were -- I recall about 60 vehicles that

24      were -- were left.  There was, I forget, many, many propane

25      tanks, pieces of tent, tarp, all kinds of -- there were

Lieutenant General Scott Spellmon
April 22, 2022

1    human waste pits.  And this all needed to be cleaned up

2    because this area is frequently inundated in the springtime

3    behind Oahe dam as -- of course, it's part of our flood risk

4    management project.  We did not want any of that waste or

5    pollution getting into the water.

6          Q.   Sure.  And you indicated north and south were the

7    focus of those cleanup efforts, and the types of things that

8    had to be cleaned up.  Is that because people were camping

9    in those locations, both of those locations?

10         A.   Yes.

11         Q.   Okay.  And during that period of time as

12   Northwest -- is it Northwest district commander or division

13   commander?

14         A.   Division commander.

15         Q.   Division.  Division over the districts is what --

16   what you said, I think, right?

17         A.   That's correct.

18         Q.   Understand.  Okay.  In your capacity as the

19   Northwest division commander, can you -- would you please

20   describe the scope of your authority, and by that I mean,

21   what decisions could you make with regard to the DAPL

22   protests occurring on Corps property?

23         A.   The scope of my responsibilities in this matter I

24   felt were to aid Colonel Henderson in his dialogue with

25   state elected leaders, with law enforcement leaders, to aid

Lieutenant General Scott Spellmon
April 22, 2022

1    where he needed it with the tribes, and to aid in our

2    communications to our headquarters in Washington, D.C.

3        Q.   Okay.  In that capacity, General Spellmon, did you

4    send up any decisions or issues for decision -- would be the

5    right way to say it -- up the chain of command in either the

6    civil works or the Department of the Army?

7        A.   Not for decision.  I did send up requests in --

8    for December of '16, in January of '17 for federal law

9    enforcement support where we thought we needed help.  But I

10   did not ask for any decisions from my commander,

11   General Semonite.

12       Q.   Okay.

13       A.   Okay.

14       Q.   Now, General Spellmon, do you recall when you

15   first learned that protesters associated with the Dakota

16   Access Pipelines were on lands managed and belonging to the

17   Corps of Engineers?

18       A.   From my best recollection, it was August

19   time frame of 2016.

20       Q.   Okay.  Sir, do you recall how you learned that?

21       A.   I learned that through the district commander,

22   Colonel Henderson.

23       Q.   Okay.  Do you recall the manner in which he

24   informed you of it?  Was it by email, he picked up the

25   phone, saw you at a meeting?  How did that happen?

Lieutenant General Scott Spellmon
April 22, 2022

1        A.   My best recollection, it was a phone call with

2   additional report and then follow-up email.

3        Q.   Yeah.  Okay.  And based upon Colonel Henderson

4   advising you of that development, did you inform anyone else

5   in the Corps or the Department of the Army?

6        A.   Right.  We were collaborating at the same time

7   with Major General Jackson here in our headquarters.

8        Q.   Sure.  How about outside the Department of the

9   Army, but within the United States government at any -- any

10   level?

11        A.   So we had recurring conversations with

12   Governor Dalrymple at the time, with the Morton County

13   sheriff, Sheriff Kirchmeier, had extensive conversations

14   with Major General Dohrmann, the state adjutant general, and

15   with Chairman Archambault.  That dialogue was primarily

16   through Colonel Henderson.

17        Q.   I guess the question -- let me go back to the

18   question, just -- it may not have been clear.  When you

19   learned from Colonel Henderson that there were people

20   accessing and remaining on Corps land in August of 2016 as

21   you stated, did you -- did you contact the state in response

22   to that understanding?  Is that what you're -- what you're

23   saying, you then picked up the phone or -- or met with state

24   and local officials?

25        A.   My first phone call was to Major General

Lieutenant General Scott Spellmon
April 22, 2022

1  Ed Jackson, and I do not recall the first time that these

2  phone calls and meetings were recurring, and I apologize, I

3  don't remember the first time that we picked up the phone

4  and talked to Governor Dalrymple or any other elected

5  leaders.

6      Q.   Okay.  So what I was asking is did -- when you --

7  when you learned from Colonel Henderson that those protests,

8  protesters were present on Corps land, your -- your -- your

9  next reaction wasn't to contact the governor or others in

10 North Dakota to tell them the news?

11     A.   I -- I do not recall if Colonel Henderson had

12 already -- already made that contact.  I just don't recall.

13     Q.   Sure.

14     A.   The first time, the first conversation, of many

15 that we had.  I -- I -- I'm sorry.  I don't remember the

16 first one.

17     Q.   Understand.  Understand.

18               And -- and when you learned from

19 Colonel Henderson that protesters were entering on and

20 remaining on Corps property, what did you do next?

21     A.   So this is a -- a period of time -- this went on,

22 this coordination went on for -- for weeks.  I don't recall

23 the immediate next step, but as I mentioned, we discussed at

24 length with Governor Dalrymple, whose priority at the time

25 was protecting the right of free speech and public safety,

Lieutenant General Scott Spellmon
April 22, 2022

1    and we clearly understood his priority.

2                We met with Senator Heitkamp, Senator Hoeven,

3    then Congressman Cramer.  I mentioned Major General

4    Dohrmann, the State Adjutant General.  I've mentioned

5    Sheriff Kirchmeier.  And again, to keep the lines of

6    communication clean, Colonel Henderson was our primary

7    communicator with Chairman Archambault of Standing Rock

8    Sioux Tribe at the time.

9        Q.   Yeah.  Do you recall when you reached out to

10   Governor Dalrymple and the other officials in North Dakota

11   that you mentioned, you did not do so to inform them of the

12   news, but to discuss it?

13       A.   That's correct.

14       Q.   Okay.  All right.  And you mentioned a --

15   a perspective that was shared with you from

16   Governor Dalrymple?

17       A.   Yes.

18       Q.   And was that shared upon your first contact with

19   him on this matter?

20       A.   I don't recall if it was shared on the first.  It

21   was one of the early engagements -- there were many -- that

22   we had with the governor.  And I'll just repeat it, his

23   initial concern was public safety and -- and -- and allowing

24   the exercise of free speech in this matter.

25

Lieutenant General Scott Spellmon
April 22, 2022

1    Q.   Did he have any other concerns in addition to

2    those points?

3    A.   In the early meetings, no, that was his primary

4    interest.  Obviously as this went on in the weeks and weeks

5    ahead, he became more and more concerned with public safety.

6    Q.   And what do you think is meant by concerns with

7    public safety?  Can you break that down for me?

8    A.   Sure.  There were some of the protesters that were

9    not there for -- for peaceful protest.  And that was his

10   concern.  How do you protect the rights of those that were

11   there for exercise of free speech and peaceful protest from

12   those that were there for more aggressive behavior.

13   Q.   Okay.  And General Spellmon, do you know

14   approximately when the protesters started camping overnight

15   on Corps land?

16   A.   From the best of my recollection it was in the

17   August time frame.  It may have been earlier, but my

18   recollection was August.

19   Q.   Yeah.  Do you know, were those protesters sleeping

20   in designated Corps campgrounds?

21   A.   So this was not -- this area north of the camp,

22   there were several camps, the one north of the Cannonball is

23   not -- is not a Corps campground, it is a flood control

24   easement at the time we leased out for -- for grazing.

25   There were other camps south of the Cannonball that were

Lieutenant General Scott Spellmon
April 22, 2022

1    designated as campgrounds.  And, yes, that was being used
2    for that purpose as well.
3         Q.   Prior to those people being on the south camp are
4    you saying that your testimony is those were designated
5    campgrounds?
6         A.   Yes.
7         Q.   How designated, who designated?
8         A.   So there was a special use permit that -- for the
9    camp, one of the camps on the south side of the
10   Cannonball River that was approved by Colonel Henderson for
11   this -- this purpose.
12        Q.   And who was that special use permit that you're
13   saying was -- was issued for that purpose?
14        A.   Standing Rock Sioux Tribe.
15        Q.   And it authored -- do you know what it authorized?
16        A.   I would have to go back and review the actual
17   letter and permit to know the -- the exact details.
18        Q.   Okay.  And do you recall when you first learned
19   that structures and roads were being built on Corps land
20   associated with the protest camps?
21             MS. ZILIOLI:  Objection, assumes facts not in
22   evidence.
23   BY MR. SEBY:
24        Q.   I'm asking the question, sir.
25        A.   I believe it was also in the same time frame of

Lieutenant General Scott Spellmon
April 22, 2022

1    mid to late August.

2        Q.   I believe you spoke to this earlier, but I'm going

3    to ask it just to make sure I understand.  Is it -- is it

4    accurate to say that in mid -- early to mid August that you

5    understood that some of the protesters were not peaceful?

6        A.   That's -- that's correct, that was my assessment.

7        Q.   And -- and how do you recall being advised of that

8    circumstance?  Did you physically witness it firsthand or

9    were you informed by others?

10       A.   I was informed by others, including primarily

11   Colonel Henderson.

12       Q.   Okay.  And -- and are you aware that not all of

13   the protesters were Native American or associated with the

14   Standing Rock Sioux Tribe?

15       A.   I was very aware of that, yes.

16       Q.   Okay.  And would that include individuals who were

17   camping on Corps property south of the Cannonball River?

18       A.   I don't know about the property south of

19   Cannonball River, I never -- I did not have the opportunity

20   to visit that site.  I did have the opportunity to visit the

21   campground north of the Cannonball.

22       Q.   Yeah.  Okay.  And -- and just again so I'm -- I'm

23   clear, you understand or understood and believe that protest

24   camps were set up on land south of the Cannonball River on

25   Corps property?

Lieutenant General Scott Spellmon
April 22, 2022

1    A.   Yes, I was aware.

2    Q.   Okay.  Do you happen to recall the name or names

3  of those camp locations on Corps property south of the

4  Cannonball River?

5    A.   I don't recall all the names.  They each had

6  several.  I don't recall them.  I -- I do recall the general

7  location of them.

8    Q.   Okay.  Did you ever go into any of the camps,

9  physically enter into any of the camps?

10   A.   Yes.

11   Q.   Do you recall which, north or south side of the

12 Cannonball River you -- you entered upon?

13   A.   The large camp on the north side of the Cannonball

14 River.

15   Q.   And was that on the area that the Corps had an

16 existing grazing lease issued to a -- a lessee?

17   A.   That's correct, it was on that -- that land, that

18 property.

19   Q.   Yeah.  Is it accurate, sir, to refer to that as

20 the Dave Meyer's lease from the Corps?

21   A.   I'm sorry.  I'm sorry.  I don't know the specific

22 name of the lease.  I knew the purpose of the lease, I don't

23 remember the name.

24   Q.   Okay.  But it -- is it accurate to say you recall

25 it being a grazing lease?

Lieutenant General Scott Spellmon
April 22, 2022

1    A.   Yes, I recall it being a grazing lease.

2    Q.   All right.  And did you ever go on to any camp --

3  protest camp on Corps property south of the Cannonball

4  River?

5    A.   No.

6    Q.   Okay.  Did you ever personally observe an improved

7  road on Corps property lined with flags?

8              MS. ZILIOLI:  Objection, ambiguous.

9    A.   Could you be more specific, sir?

10 BY MR. SEBY:

11   Q.   Yeah.  You bet, you bet, and apologies.

12             Did you ever see with your own eyes an

13 improved road on Corps property that was lined with

14 flagpoles and flags?

15   A.   From my visit in early October I remember there

16 being flags along the main north-south road route that led

17 from Bismarck down to the Cannonball.  I'm going from memory

18 here, I believe it was State Route 1806.

19             I remember seeing many flags along that

20 route.  I don't recall any improved roads on the camp north

21 of the Cannonball, certainly there were trails from repeated

22 vehicles, cars going in and out of the camp.  I wouldn't

23 call it an improved road, but certainly a -- a trail.  But I

24 don't recall seeing flags on either side of that.

25   Q.   How about on the south side of the Cannonball

Lieutenant General Scott Spellmon
April 22, 2022

1  River, a protest encampment on Corps property where there

2  was a road, whether it was improved or just worn by vehicle

3  traffic such as that you mentioned on the North Camp, where

4  there were several multiple flags flying on that route?

5      A.   So, I'm sorry.  I never had the opportunity to

6  visit any of the camps south of Cannonball, so I don't

7  recall any roads or -- or flags.

8      Q.   Okay.  And when you visited the camp located on

9  the north side of the Cannonball River where there was an

10  exiting Corps-issued grazing lease at that time, sir, I

11  believe you mentioned it was November, is that correct?

12      A.   It was early October, I believe it was October 3rd

13  and 4th.

14      Q.   Got it.  Thank you.  I apologize.  October 3rd and

15  4th is the date of your visit to the north, a camp on the

16  northern side of the Cannonball River.  At that time

17  General Spellmon, did you see any structures erected at that

18  time?

19      A.   I saw tents, I saw people living under tarps, and

20  I saw very expensive campers and everything in -- in

21  between.  So, in short, temporary structures, yes.

22      Q.   Okay.  And then from the beginning -- from the

23  beginning that you mentioned where Colonel Henderson advised

24  you in early to mid-August of 2016, after that point, I want

25  to make sure I understood what you said.

Lieutenant General Scott Spellmon
April 22, 2022

1                    From there on, you received status reports of

2     some kind from your reporting individuals at the Omaha

3     District, whether at the top that was Colonel Henderson and

4     people responsible to Colonel Henderson; is that accurate?

5          A.   Yes, that's accurate.

6          Q.   Okay.  So Colonel Henderson would be one example.

7     Do -- do you know of other individuals that advised you from

8     time to time on -- on the status of the Corps property where

9     people were protesting the Dakota Access Pipeline?

10         A.   So within the Corps it was certainly

11    Colonel Henderson.  I was getting a lot of additional

12    information from both Senator Heitkamp, Senator Hoeven,

13    certainly Governor Dalrymple as well.

14         Q.   How about within the Corps?

15         A.   The information I was receiving from the Omaha

16    District was through Colonel Henderson.  That would be the

17    appropriate line of communication.

18         Q.   Exclusively?

19         A.   Yes, I -- that's where I received my reporting was

20    from Colonel Henderson.

21         Q.   Okay.  Is it fair to say that other individuals

22    that reported to Colonel Henderson, I hate to use the word

23    "inferior officers," but I will for making the point,

24    subordinate officers to Colonel Henderson, did you receive

25    reports directly from any -- any of those individuals?

Lieutenant General Scott Spellmon
April 22, 2022

1    A.   It's likely.  I -- I don't recall many.  He had a

2    deputy, Major James Startzell that may have emailed me in

3    lieu of Colonel Henderson.  That's certainly possible.  But

4    I don't recall any -- any others from his staff directly

5    reaching out to me.

6    Q.   Okay.  So you could have received status reports

7    and information updates from Lieutenant Colonel Startzell?

8    A.   That's correct.

9    Q.   Okay.  Thank you, sir.

10            You mentioned, I believe, that you, outside

11   of the Corps, that you received status and informational

12   updates from your conversations with Governor Dalrymple and

13   with the congressional delegation from North Dakota, is that

14   accurate?

15   A.   That's correct.

16   Q.   Okay.

17   A.   That's accurate.

18   Q.   Apart from those individuals, did you receive

19   information from -- directly from individuals in the state

20   of North Dakota that belonged to or were associated with law

21   enforcement agencies?

22   A.   I recall conversations with

23   Major General Dohrmann, the state adjutant general.

24   Q.   Yes.  And do you recall when you first began to

25   communicate with Major General Dohrmann?

Lieutenant General Scott Spellmon
April 22, 2022

1     A.   My best recollection is this all began in the same

2   time frame in August and continued throughout.

3     Q.   Okay.  How about other North Dakota law

4   enforcement, whether they are with the state or a North

5   Dakota political subdivision, which includes counties and

6   cities and municipals?

7     A.   I -- I don't recall meeting with any -- any local

8   leaders or any county leaders.  The only other one I would

9   add is meeting with Sheriff Kirchmeier during my visit out

10   there in early October.  And I had a conversation with him

11   as well.

12     Q.   And Sheriff Kirchmeier, would that be -- would

13   that be the sheriff of Morton County, North Dakota?

14     A.   That's correct.

15     Q.   And did you meet with any other North Dakota law

16   enforcement officials from other counties or political

17   subdivisions of the state?

18     A.   I don't recall meeting with other, other entities.

19     Q.   Okay.  Any recollection of ever meeting with

20   Sheriff Paul Laney of Cass County, North Dakota?

21     A.   I don't recall meeting with -- with that

22   individual.

23     Q.   Okay.  And is the only time that you met and spoke

24   with Morton County Sheriff Kirchmeier at that time when you

25   were present in North Dakota on October 3rd and 4th?

Lieutenant General Scott Spellmon
April 22, 2022

1       A.   No, so we -- there would be numerous calls,

2   conference calls between the district, certainly my

3   headquarters in Portland, and the leadership there in the

4   state emergency operating center.  And it's very possible

5   that Sheriff Kirchmeier was also on -- on those calls and

6   those conversations.

7       Q.   And you participated in those as well?

8       A.   Yes, at times I participated.

9       Q.   Okay.  How about outside the state of North Dakota

10  and its counties and other political subdivisions, did you

11  receive reports or briefings from other entities?

12      A.   I don't recall receiving reports from outside,

13  anyone outside those we've already discussed.

14      Q.   Okay.  So -- so would it be fair to say that you

15  did not receive reports or briefings from the pipeline

16  company, Energy Transfers or Dakota Access, LLC?

17      A.   I'm sorry.  Let me correct what I said.

18           During my visit in October 3rd and 4th, I did

19  meet with several construction crews out in the field to get

20  their assessment of what they were experiencing, and I also

21  met with members of their private security firm that they

22  had -- that they had hired.  Yes, I did have those

23  engagements while I was there.

24      Q.   Okay.  And just so I'm clear, what private

25  security company do you -- are you referring to that you met

Lieutenant General Scott Spellmon
April 22, 2022

1  with?

2      A.    I'm sorry.  I don't recall the name.  I do recall

3  that Dakota Access Energy Transfer Partners hired a private

4  security firm to help protect their construction crews out

5  in the field.  I don't recall the -- the name.

6      Q.    And do you recall what you were apprised of or

7  advised of by those two entities, you mentioned DAPL

8  construction crews in the field and apparently that

9  company's private security company.  What did they tell you?

10     A.    That's correct.  They talked about their

11  experiences with the protest activity and gave examples

12  where they had to shut down work sites for given periods of

13  time.

14            They took me to several pieces of

15  construction equipment that had bricks thrown through

16  windshields that had been damaged by -- by the protesters,

17  some of the protesters.

18     Q.    And so in the field when you spoke with those

19  individuals and -- and took that tour to see the work sites

20  and damaged equipment thereon, do you recall whose property

21  you were on at the time?

22     A.    So I visited several segments of the pipeline

23  where work was ongoing, and as you know this pipeline

24  crossed a variety of private land and land that had been

25  acquired by Dakota Access.

Lieutenant General Scott Spellmon
April 22, 2022

1      Q.   So by virtue of pipeline crossing route and the

2   Dakota Access property, was that all of that private

3   property in some manner?

4      A.   I believe the bulk of it was private property.

5   I'm sorry.  I don't know the exact breakdown of state-owned

6   lands, private lands.  I'm familiar with certainly our

7   federal property.

8      Q.   Yeah.  Sure.  But at the time that you took those

9   tours to speak with construction workers building the

10  pipeline, installing it, constructing it, and the damaged

11  equipment, that occurred on private lands primarily?

12     A.   Again, I don't recall who owned the land that this

13  equipment was on when I visited.

14     Q.   Do you believe that any of it was ever Corps

15  property?

16     A.   Where -- when I met with the private security firm

17  and the construction contractors out in the field, we were

18  not on Corps property.

19     Q.   Got it.  And back to the topic here of where you

20  received information and briefings, perspectives even, did

21  you receive such types of information from others not

22  associated with the Corps or the pipeline company and their

23  construction workers and security firm, for example, the

24  Standing Rock Sioux Tribe?

25     A.   I do not recall getting any direct assessments

Lieutenant General Scott Spellmon
April 22, 2022

 1    from Chairman Archambault or members of the tribe.  Again,

 2    our primary line of communication to the tribe was through

 3    Colonel Henderson.

 4         Q.   Yes.  How about from any protestor groups or

 5    representatives, real or asserted representatives?

 6         A.   I talked to a number of protesters that were in

 7    the camp north of the Cannonball.  I talked to protesters

 8    that arrived at my home in Vancouver, Washington, on three

 9    occasions.  I talked to protesters that arrived at our

10    headquarters in Portland, Oregon, on several occasions to

11    get their perspectives.

12         Q.   And many of those were involuntary contacts, I

13    understand?

14         A.   They were -- they were voluntary.  I wanted to

15    meet with them.

16         Q.   Sure.  Sure.  Is it fair to say the individuals

17    that -- who showed up at your home, you weren't aware they

18    were coming until they knocked on the door or -- or talked

19    to you outside front of the house or something like that?

20         A.   That's correct.  I did not know any of those

21    groups were coming.

22         Q.   Yeah.  Okay.  And, sir, within the United States

23    government, other than the Corps of Engineers, did you

24    receive any briefings or informational updates from anyone

25    in other capacities employed by the United States

Lieutenant General Scott Spellmon
April 22, 2022

1    government, other agencies?

2         A.   Not that I --

3         Q.   Other --

4         A.   I do not recall any other -- speaking with any

5    other agency.

6         Q.   Okay.  No one from the Department of Justice?

7         A.   I remember speaking with my staff, certainly my

8    legal counsel, as we navigated our way through this.  I

9    don't recall any direct engagements with the Department of

10   Justice.

11        Q.   Okay.  And would the same be true for the

12   Department of the Interior?

13        A.   That's correct.  I did not have any -- I do not

14   recall any direct engagements with folks from the Department

15   of Interior.

16        Q.   Okay.  General Spellmon, do you recall when you

17   became aware that the State of North Dakota or political

18   subdivisions thereof, or other law enforcement under the

19   supervision and direction of the State began to criminally

20   prosecute protesters for actions and conduct they took off

21   of the Corps property, elsewhere from the Corps property?

22              MS. ZILIOLI:  Objection, foundation, assumes

23   facts.

24        A.   I am not aware of -- of that time frame.

25

Lieutenant General Scott Spellmon
April 22, 2022

1    BY MR. SEBY:

2        Q.   Okay.  And do you have any reason to question the

3    assertion that North Dakota state or local law enforcement

4    prosecuted individuals for actions they took off of the

5    Corps property?

6                 MS. ZILIOLI:  Objection, foundation, assumes

7    facts.

8        A.   I -- I don't have any reason to question that

9    those -- those -- that that occurred.

10   BY MR. SEBY:

11       Q.   Okay.  Are you aware of whether protesters who

12   were camping on Corps property used such property to

13   organize and prepare for actions taken off of the Corps

14   property?

15       A.   I am -- I am not aware.

16       Q.   Would that also be true, sir, for organizing and

17   preparing on Corps property to go on to other properties

18   owned, for example, private property owned by the pipeline

19   company, ranchers and farmers, or other landowners?

20       A.   Sir, I'm sorry.  I don't understand the question.

21       Q.   Yeah, I'm sorry.  I will -- I will try to rephrase

22   it.  Are you aware of whether individuals in camps located

23   on Corps property used the Corps property to organize and

24   prepare for visiting, whether welcomed or not, on other

25   people's property?

Lieutenant General Scott Spellmon
April 22, 2022

1        A.   I am not aware.

2        Q.   Okay.  Are you aware of individuals using camps on

3   Corps property and their presence at such camps to organize

4   and prepare to go onto -- off of the Corps property to enter

5   on public roads or bridges?

6        A.   I am not aware.

7        Q.   Okay.  Are you aware of protesters encamped on

8   Corps property using that property to organize and prepare

9   to go on trips to Bismarck or Mandan, North Dakota?

10            MS. ZILIOLI:  Objection, foundation, assumes

11   facts.

12   BY MR. SEBY:

13        Q.   It's a question.

14        A.   I'm not -- I'm not aware.

15        Q.   Okay.  And General Spellmon, I believe you

16   mentioned you interacted with North Dakota Governor

17   Jack Dalrymple, is that correct?

18        A.   Yes, that's correct.

19        Q.   Sir, did you ever meet in person with

20   Governor Dalrymple?

21        A.   Yes.

22        Q.   Do you recall, were such meetings located in his

23   office at the state of North Dakota capitol?

24        A.   Yes, that's where I first met him face to face.

25        Q.   And did you ever meet North Dakota Governor

Lieutenant General Scott Spellmon
April 22, 2022

1   Jack Dalrymple in any other physical location?

2       A.   I don't re -- not on this matter, certainly we had

3   other Missouri River business ongoing at the time.  And it's

4   possible I met him in other locations on other operations of

5   the Corps not associated with the -- the pipeline.

6       Q.   Sure?  Sure.  And on the instances that you met

7   with him in his office in the state of North Dakota capitol

8   building, how often -- do you recall the number of times

9   that such meetings occurred?

10      A.   I think we had on the order, best of my

11  recollection, two to three meetings in his office.  But

12  there were numerous phone calls in between those meetings

13  all through, beginning in August, really going all the way

14  through the end of his term, before Governor Burgum came on

15  board.

16      Q.   Sure.  Do you recall the time period that

17  Governor Dalrymple's term ended?

18      A.   Early 2017.

19      Q.   Do you know whether it would be more accurate to

20  say mid December of 2016?

21      A.   I don't remember the exact time frame when I

22  stopped talking to Governor Dalrymple and I started talking

23  to Governor Burgum.  It may have been December.  I

24  apologize.

25      Q.   No, no.  It was just a clarification question on

Lieutenant General Scott Spellmon
April 22, 2022

1    my part.

2                    Moving on, when you met the two to three

3    times with Governor Dalrymple in person in his office,

4    and -- and I believe you said you spoke with him numerous

5    times over the course of several months, are you able to --

6    to -- to speak to what Governor Dalrymple asked of you?

7         A.   Yes.  Certainly he -- he reiterated his concern

8    for -- for public safety, and that was everyone's number one

9    priority.

10                   The conversation started with how do we --how

11   do we -- how do we take care, how do we remove the

12   non-peaceful protest aspect of this, and his ask was how do

13   we -- how do we get these off of Corps property.  That was

14   the general nature of our -- our conversations.

15        Q.   Okay.  And did he make that expression of -- those

16   expressions of concern, plural, to you when you first spoke

17   to him in mid August?

18        A.   Yes.

19        Q.   2016?

20        A.   Yes.

21        Q.   Okay.  And when you met with Governor Dalrymple in

22   his office, do you recall other individuals present at such

23   meetings?

24        A.   Yes.

25        Q.   Do you recall who those individuals were, sir?

Lieutenant General Scott Spellmon
April 22, 2022

1        A.   Our first meeting, Senator Hoeven came in about

2   halfway through our discussion.

3        Q.   Into Governor Dalrymple's office?

4        A.   Yes, that's correct.

5        Q.   Okay.  Are you referring to United States Senator

6   John Hoeven for the state of North Dakota?

7        A.   Yes.

8        Q.   All right.  Sir, do you recall any other

9   individuals present in any of those two to three meetings

10   that you indicated in person with the governor?

11        A.   There may have been a staff member from

12   Governor Dalrymple's team.  I apologize.  I don't recall

13   names.  And I -- I had my aide-de-camp with me, who was

14   First Lieutenant Eric Chu, taking notes.

15        Q.   Eric -- Eric Chu?

16        A.   Yes, sir.  C-H-U.

17        Q.   Got it.  And the aide-de-camp took notes of the

18   meeting?

19        A.   Yes.

20        Q.   Okay.  Do you know where those notes reside to

21   this day?

22        A.   I don't.

23        Q.   Okay.  Would you have been provided a copy of

24   those notes?

25        A.   No, these were taken most likely in his notebook.

Lieutenant General Scott Spellmon
April 22, 2022

 1      Q.   After the meeting, were you provided a written

 2   summary of the meeting by Aide-de-Camp Chu?

 3      A.   No.

 4      Q.   Okay.  What did -- what did Aide-de-Camp Chu do

 5   with his notes, do you believe?

 6      A.   I don't know.

 7      Q.   Okay.  Did you ever meet with the lieutenant

 8   governor of North Dakota at the time?

 9      A.   Sir, I may have.  I just don't recall if the

10   lieutenant governor was present.

11      Q.   How about the head of the North Dakota Highway

12   Patrol?

13      A.   I don't recall.

14      Q.   Do you recall that Major General Dohrmann was

15   present in any of those two to three meetings that you had

16   with Governor Dalrymple in his office?

17      A.   Yes, I believe he, General Dohrmann attended at

18   least one of these.

19      Q.   Okay.  All right.  Any other -- any other

20   individuals come to mind who were there, or may have been

21   there?

22      A.   Sir, again, I apologize.  I was -- my focus on the

23   conversation was with the governor and the senator.  And I

24   just don't remember other folks that may have come in during

25   those -- those discussions.

Lieutenant General Scott Spellmon
April 22, 2022

1      Q.   Understand.  Switching, too, to your several

2  telephone conversations with the governor, were they

3  exclusively with the governor or were there other

4  participants either from your end or his?

5      A.   Generally it was -- on my end it was just me, and

6  I don't know if he had other people in the room when he --

7  when he -- when he would call me.

8      Q.   Okay.  Okay.  And earlier I asked you to summarize

9  what -- what Governor Dalrymple asked of you, and so I'll --

10  I'll ask you a similar question:  What did you ask of

11  Governor Dalrymple, if you recall?

12      A.   I don't re -- recall making any requests of the

13  governor or the senator.  In this particular meeting, the

14  first one that I'm describing, Senator Hoeven was clearly

15  very animated and wanted the Corps to get the protest

16  activity off of our -- off of our managed lands.

17          And I'll just share with you the assessment

18  that I gave the governor and Senator Hoeven over a period of

19  weeks, that this was really not in the best interest of the

20  state or the local community.

21          Even if we had the means to remove the

22  protest activity from our managed lands, my assessment from

23  talking to many of the protesters, they were not interested

24  in going home.  They would just end up on the other side of

25  the highway, maybe another part of the reservoir, and then

Lieutenant General Scott Spellmon
April 22, 2022

1    occupy someone else's property to continue their activity.

2    That -- that was my assessment.

3         Q.   So your assessment was to advise the governor and

4    whoever else was -- was meeting with you at the time, and I

5    guess that would include at least one meeting with

6    Senator Hoeven, you expressed concern that the protesters

7    were here to stay and that even if we could get them off our

8    property, I'm paraphrasing, I believe, accurately I hope,

9    otherwise, please correct me, that even if we could get them

10   off our property, they weren't leaving and they would be on

11   somebody else's property?

12        A.   Yes, and I would just add to that I shared with

13   both the senator and the governor, we took the same stance

14   as Morton County and the state did for protest activity that

15   were on their lands.

16             They left them there, no one wanted to

17   magnify or increase the number of altercations between law

18   enforcement and the protesters, nor do any additional damage

19   to -- to property.

20        Q.   And you -- you say that was the position of Morton

21   County as well?

22        A.   I believe it was.  Because there were several, I

23   recall one in particular, small encampment on state-managed

24   lands or county lands, that the County did not take action

25   on to remove the protest activity at that location, either.

Lieutenant General Scott Spellmon
April 22, 2022

1     Q.   And so that was, your impression on that was from

2   observation or because you were told that was the case?

3     A.   That was my observation.

4     Q.   Do you recall what basis you made that

5   observation, what -- what -- what was your observation based

6   upon in making that determination?

7     A.   Sure.   As I shared my assessment with the -- with

8   the leaders that were in this particular meeting, the one

9   that I just shared with you, that these protesters were not

10  interested in going home, certainly at this time frame,

11  before winter set in.

12              And if -- even if we had the means to -- to

13  remove them from the Corps-managed lands, they would find

14  other property to go and camp and further their -- their

15  activities on.

16              So it was my assessment we should not take

17  that action, it would only inflame.   And I saw the same,

18  maybe unstated, but the same behavior on account of North

19  Dakota law enforcement with smaller camps that were on their

20  property.

21     Q.   Thank you.   And General Spellmon, which camps on

22  their state or county property are you referring to?

23     A.   Sure.   About I'm going from memory, about two, two

24  and a half miles north of the Cannonball River is the

25  location where the Dakota Access Pipeline crossed the state

Lieutenant General Scott Spellmon
April 22, 2022

1   highway.  And again going from memory, I believe it was

2   State Highway 1806, on the east side of that intersection

3   there was a small camp of tents that I noticed on my visits

4   to the -- to the region.

5       Q.   And the fact that they were there and you

6   understood that not to be Corps property, did -- did you

7   know who it belonged to?

8       A.   I did not know specifically who it belonged to.

9   It had very similar flags, of protest flags that we saw down

10  in the main camp.  I'll call it the main camp, north of the

11  Cannonball.  So my assumption was this was a similar, a

12  similar type of protest activity.

13      Q.   Okay.  And the fact that they were there led you

14  to believe that the county or the state accepted their

15  presence there.  Is that what you're saying?

16      A.   Yes.

17      Q.   And how did you measure that?  Just by the fact

18  that they were there or from one time to the other?

19      A.   Could you -- I'm sorry.  Could you repeat the

20  question?

21      Q.   Sure.  I'm trying to understand what -- what you

22  mean by saying that you formed your own observation based

23  upon observing people on an area that you described that you

24  understood was not Corps property, but belonged to somebody

25  else.  I understood you didn't know who it belonged to and

Lieutenant General Scott Spellmon
April 22, 2022

1    I'm -- now I'm asking on what basis did you observe and

2    believe that they were allowed to be there?

3         A.   Yes.  So I formed this impression from my

4    conversation with, certainly with General Dohrmann and I

5    believe Sheriff Kirchmeier when they initially pushed back

6    on my assessment in this October time frame, it was not a

7    good idea to try to remove protesters from Corps-managed

8    lands.

9              And when they pushed back on that, given the

10   concerns that I had, I mentioned to both of them that this,

11   doing this is the same manner, you're dealing with the

12   protest activity that's on your own property, and when I

13   pointed that out to them, that was just met with silence.

14        Q.   And this -- this camp that you're referring to on

15   somebody's property, not the Corps' I guess, how -- how

16   large do you recall it being, approximately?

17        A.   Sir, it was small.  Maybe a few tents.

18        Q.   Okay.  Would that stand out as a -- a different

19   footprint in magnitude and scope than those camps present on

20   Corps property?

21        A.   Yes.

22        Q.   Okay.  The latter being the larger?

23        A.   The latter being larger, but I think not

24   necessarily the size of the camp that I'm mentioning here,

25   but the location.  This is clearly where contracting crews

Lieutenant General Scott Spellmon
April 22, 2022

1  had to work to get this pipeline safely underneath the state

2  highway.

3                  MR. SEBY:  Yeah.  Okay.  Let me just do a

4  time check here.  I think we've been going for well over an

5  hour.  Would, sir, would you appreciate and share my

6  interest in a short break on our respective ends?

7                  THE WITNESS:  Sir, I would -- I would share

8  your interest.

9                  MR. SEBY:  Great.  Great.  Let's --

10  Ms. Zilioli, would you be acceptable if we went off the

11  record for ten minutes for a break?

12                  MS. ZILIOLI:  Yes.  Thank you.

13                  MR. SEBY:  Thank you.  Thank you, sir.

14                  THE WITNESS:  Thank you.

15                  THE VIDEOGRAPHER:  Okay.  Going off the

16  record at 9:22.

17                  (Short recess taken.)

18                  MS. ZILIOLI:  Okay.

19                  THE VIDEOGRAPHER:  Going back on the record

20  at 9:40.

21  BY MS. ZILIOLI:

22      Q.   General Spellmon, we're back again after a short

23  break, and I'd like to ask now if you could describe your

24  role, if any, in working with the Standing Rock Sioux

25  chairman, David Archambault?

Lieutenant General Scott Spellmon
April 22, 2022

1      A.   Yes, sir.  I did not have, as I mentioned earlier,

2  I did not have a direct role at this part of the protest in

3  dealing directly with Chairman Archambault.  Again, that was

4  primarily through Colonel Henderson.

5      Q.   Yeah.  And did you ever meet with Chairman

6  Henderson -- or, pardon me -- Chairman Archambault?

7      A.   I do not recall a meeting with Chairman

8  Archambault during this time frame.

9      Q.   The time frame being mid to late spring 2016 to

10  same time period 2017?

11      A.   The last conversation I recall with -- with

12  Chairman Archambault was after the change in administration

13  and the -- the easement was approved, I was the one who

14  called him and informed him of that decision.

15      Q.   And that would have been in what -- what

16  time frame, sir, are you referring to?

17      A.   I believe it was late February of to 2017.  May

18  have been early March.

19      Q.   Okay.  And prior to that you'd not met or spoken

20  with him; is that accurate?

21      A.   I don't recall any -- any conversations or

22  meetings with him.

23      Q.   And when you called him in late February of 2017,

24  can you elaborate on the purpose of the call?

25      A.   Yes.  The assistant secretary for Civil Works at

Lieutenant General Scott Spellmon
April 22, 2022

1  the time had informed Congress of -- of the intent to

2  approve the easement for the pipeline under Lake Oahe and my

3  call was to inform Chairman Archambault of that decision.

4      Q.   Sure.  Were there others on the call at the time?

5      A.   I believe it was just the chairman.

6      Q.   How about on your end, sir?

7      A.   It was just me.

8      Q.   Okay.  Do you recall his reaction when you advised

9  him of that development?

10     A.   He was very quiet for a moment.  Then he told me

11 he understood and we ended the call.

12     Q.   Yeah.  Okay.  And the assistant secretary that you

13 referenced, that's the assistant secretary of the Army, is

14 that accurate?

15     A.   At the time it was the acting assistant secretary

16 of the Army for Civil Works.  And I believe -- I believe at

17 this time it was still Mr. Crook holding that -- that

18 office, while a new secretary was being nominated.

19     Q.   Was Ms. Darcy out of her position at that time?

20     A.   Yes, sir.  I believe she had left office with

21 the -- with the administration.  With the prior

22 administration.

23     Q.   And Mr. Crook was still in place as the acting?

24     A.   I believe that to be the case.  There was another

25 individual that went over to the office -- I'm sorry, I

Lieutenant General Scott Spellmon
April 22, 2022

1    cannot recall his name.  It was either Mr. Crook or the

2    other individual that had informed us that the

3    administration decided to approve the -- the easement.

4         Q.   And the other administration, are you referring to

5    the change in presidential administrations?

6         A.   Yes.

7         Q.   And just for purposes of making sure I understand,

8    you're referring to the change from the Obama -- President

9    Obama's administration to President Trump, I guess, right?

10        A.   That's correct.

11        Q.   All right.  During the DAPL protest period of

12   mid 2016 to mid 2017, other than your conversation with

13   Chairman Archambault in late February of 2017, did you speak

14   with any other individual representative of the Standing

15   Rock Sioux Tribe nation?

16        A.   Yes, sir.  Sir, it's possible I spoke with council

17   members, not necessarily on the pipeline topic.  As I

18   mentioned earlier there were other ongoing agency actions on

19   the Missouri River that were of interest to -- to the tribe.

20        Q.   Sure.  Okay.  But you don't recall speaking to any

21   of those individuals with the Standing Rock Sioux Tribe

22   concerning the DAPL pipeline or the protests associated with

23   it?

24        A.   No.  It was pri -- the other discussions we were

25   having was on a program called the Missouri River Recovery

Lieutenant General Scott Spellmon
April 22, 2022

1    Program, and how we were going about meeting our Endangered

2    Species Act obligations on the river, and the Standing Rock

3    would have a representative at those quarterly meetings.

4         Q.   Sure.  Yeah.  Okay.  With respect to your

5    impressions of Chairman Archambault, did you ever believe

6    that Chairman Archambault was personally directly calling

7    for protesters to come to North Dakota to engage in protests

8    against the Dakota Access Pipeline?

9         A.   I'm not aware of any specific actions by

10   Chairman Archambault on that front.

11        Q.   Okay.  Did you perceive that that was the case

12   ever?

13        A.   What I recall from Chairman Archambault was that

14   he had similar interests as all of us did on the safety of

15   the people and the public surrounding these -- these

16   protests.  He shared that view.  That's -- that's what I

17   recall.

18        Q.   And again, that's because you hadn't spoken to

19   him, you said.  You -- you took that as your impression,

20   right?

21        A.   That came through the reporting from

22   Colonel Henderson, who was dealing directly with the

23   chairman.

24        Q.   So when you say Chairman Archambault shared

25   other's concerns about safety, are you referring to public

Lieutenant General Scott Spellmon
April 22, 2022

1   safety?

2       A.   I'm referring to both public safety and the safety

3   of those that were there to exercise free speech and to

4   demonstrate, yes.  I'm referring to both.

5       Q.   Okay.  Would you equate those public safety

6   concerns as you've elaborated on them as being the same as

7   Governor Dalrymple's?

8       A.   I believe that the chairman absolutely shared that

9   priority as Governor Dalrymple and all of us on the concern

10  for safety.

11      Q.   Okay.  General Spellmon, do you recall when you

12  first learned that not all of the protesters on -- camping

13  on Corps property were not members of the Standing Rock

14  Sioux Tribe, if ever?

15      A.   I don't recall when I first learned.  I -- I saw

16  it firsthand during my visit to the camp on October 3rd and

17  4th, I met people from Connecticut, people from California,

18  other members of other tribes that were there, and a wide

19  array of people that occupied that -- that camp.

20      Q.   Yep.  Okay.  And that's -- that camp, again, just

21  to be clear is, you're referring to the -- a camp located

22  north of the Cannonball River?

23      A.   Yes, that's correct.

24      Q.   On Corps property, but that was also leased to

25  a -- an individual for grazing purposes?

Lieutenant General Scott Spellmon
April 22, 2022

1      A.   Yes, that's correct.

2      Q.   Okay.  Were you ever advised, because I understand

3  you said you didn't know firsthand, but were you ever

4  advised that protesters camping on Corps property were using

5  Corps property to prepare and launch protests or other

6  activities on property in areas that were not on Corps

7  property?

8      A.   I don't recall ever being advised that the

9  protests, if this is your question, was uniquely to those

10  that occupied Corps property.

11      Q.   Okay.  So you didn't see it firsthand and nobody

12  told you that was the case?

13      A.   I -- I did not see it firsthand, that's correct.

14      Q.   Okay.  And then, second, you were never -- no one

15  ever shared an opinion or other information suggesting that

16  was the case, is that accurate?

17      A.   That's accurate.  The protesters could have been

18  coming from the Tribal reservation, they could have been

19  coming from out of hotel rooms in Bismarck.

20      Q.   Okay.

21      A.   I don't have any knowledge either way that it was

22  solely coming from the camp that was north of the

23  Cannonball.

24      Q.   On -- on any instance?

25      A.   That's correct.

Lieutenant General Scott Spellmon
April 22, 2022

1    Q.   How about from camps on Corps property south of

2    the Cannonball?

3    A.   I don't know.

4    Q.   Okay.  Do you know whether the Corps monitored the

5    protest camp on Corps lands, plural?

6    A.   Sir, can you be -- just be specific on what you

7    mean by "monitored"?

8    Q.   Well, was there any Corps initiative that you

9    directed or were made aware of where Corps personnel were

10   observing protest camps located on Corps property?

11   A.   We did not have any, that I'm aware of, any Corps

12   personnel that monitored the activity.

13   Q.   If, given that answer, where did you or the Corps

14   obtain information and intelligence with respect to the

15   protesters camping on Corps property?

16   A.   Right.  So I mentioned earlier that I had made

17   visits to the region, Colonel Henderson had made visits to

18   the region with his team as well, and then information

19   sharing during our calls with Morton County law enforcement

20   and with General Dohrmann's team with the National Guard.

21   Q.   Okay.  So is it accurate to say your testimony is

22   is that North Dakota, the State of North Dakota and its

23   political subdivisions such as Morton County provided access

24   to the Corps with respect to information they had monitoring

25   the camps on Corps property?

Lieutenant General Scott Spellmon
April 22, 2022

1        A.   Yes, that's correct.

2        Q.   Are you aware, sir, of any instance where you as

3   Northwest Division commander or Colonel Henderson as Omaha

4   District commander and his staff, ever asked for information

5   or intelligence from the State of North Dakota or county law

6   enforcement and for which you were not provided?

7        A.   I -- I don't recall ever asking for any

8   intelligence or information.  Law enforcement were -- were

9   good partners with us as we worked our way through this.

10       Q.   And you're referring to the State of North Dakota

11  and county law enforcement in particular?

12       A.   Yes, sir.  That's correct.

13       Q.   Okay.  And that partnership you're referring to,

14  how did it function?

15       A.   I think we -- we did very well keeping the

16  communication lines wide open.  There was a lot of

17  frustration often expressed from the State to the Corps for,

18  in their words, allowing this protest to continue.

19            And we worked with -- with all of our

20  partners within our authorities to best address the public

21  safety aspects of this -- this protest activity.

22       Q.   And how did you do that?  How did you best -- you,

23  the Corps, best address public safety considerations?

24       A.   Right.  So, Mr. Seby, I shared with you earlier

25  one of the recommendations that both Colonel Henderson and I

Lieutenant General Scott Spellmon
April 22, 2022

1    shared was -- was pushing back a bit on state enforcement

2    and elected leaders of the state on the desire to have the

3    Corps evacuate protesters from those that were on our -- our

4    managed lands.

5                   And as I shared with you earlier, never

6    thought that was going to be a good idea.  It was just going

7    to lead to increased altercations between whatever agency

8    would go in and do such -- such an operation.  We thought it

9    was best for everyone involved, for the safety of the

10   officers, the safety of the public, leave them where they

11   were because they were just going to jump to another plot of

12   land to continue this -- to continue this protest.

13       Q.   Okay.  General Spellmon, are you aware of whether

14   Colonel Henderson dispatched Oahe Project representatives

15   to -- and other Corps personnel later -- to interface with

16   the State of North Dakota?

17       A.   I am not aware of any specific incidents.  I --

18   I'm not surprised that he would do that to -- I believe at

19   one point we put an officer in the state emergency operating

20   center, just to increase the -- our lines of communication

21   with -- with law enforcement.

22       Q.   Right.  And increasing lines of communication,

23   could you -- could you elaborate on what -- what you mean by

24   that?

25       A.   Yes.  I mean, just to improve our connectivity,

Lieutenant General Scott Spellmon
April 22, 2022

1    our ability to communicate with the State.  To always have

2    someone present that was within arm's reach that could get

3    ahold of a Corps leader, Colonel Henderson, myself or

4    others, to share information and to -- to enable better

5    cross-talk.

6         Q.   Sure.  And do you know who that individual was?

7         A.   I don't recall the name of the officer.

8         Q.   Right.  Do you agree that those Corps individuals

9    who participated in the county -- or state emergency

10   operations center with respect to the DAPL protests were --

11   were -- were provided access by the State of North Dakota to

12   such meetings?

13        A.   I'm not familiar with what meetings they were

14   allowed access to or not.  I do believe that our cross talk

15   improved having people in there in a room at the EOC with

16   the other leaders.

17        Q.   Okay.  So you're not aware of any instance where

18   those Corps representatives were not allowed to participate

19   but rather they were allowed in some degree?

20        A.   Sir, I don't know what meetings they were allowed

21   or not allowed to attend.  I don't have that level of

22   detail.

23        Q.   Okay.  But there was a Corps presence in the state

24   emergency operations center, for example, I believe you

25   said, is that -- am I understanding that correctly?

Lieutenant General Scott Spellmon
April 22, 2022

1      A.   Yes, you're correct.

2      Q.   Okay.  Were you kept abreast of any of those

3  reports from the Corps individuals who did participate in

4  the state emergency operations center?

5      A.   On the Corps side they would report back through

6  Omaha District and Colonel Henderson.  And Colonel Henderson

7  was my primary means of -- of receiving information.

8      Q.   And did he or his deputy, Lieutenant Colonel

9  Startzell ever provide you information that the Corps

10  representative received at such state emergency operations

11  center functions?

12      A.   Yes.  Routinely.

13      Q.   Okay.  Do you ever recall receiving a report

14  through that channel that the Corps representative was

15  denied or not shared information of any kind by the State?

16      A.   I don't recall a scenario like that, no.

17      Q.   Do you -- do you recall an individual by the name

18  of French Pope?

19      A.   Yes.

20      Q.   And could you identify Mr. Pope by -- by title and

21  function?

22      A.   I recall he was an officer within the

23  Omaha District, and that's -- that's the best of my

24  recollection.

25      Q.   Did he also carry the aide-de-camp designation?

Lieutenant General Scott Spellmon
April 22, 2022

1          A.   I'm not aware of French Pope carrying an aide-

2     de-camp destination.

3          Q.   What does the aide-de-camp designation mean?

4          A.   So as a general officer we have aide-de-camps that

5     help us on our -- our scheduling, on our travel, and in

6     taking notes from important meetings.

7          Q.   And I don't mean this in any manner to diminish or

8     dimunize (sic) the nature of such position, but is it fair

9     to say such an individual is an administrative function?

10         A.   Yes.

11         Q.   Okay.  And are -- are such people, aide-de-camps,

12    assigned to districts or do they work at a higher level in

13    the Corps?

14         A.   Yes, so an aide-de-camp would be assigned to a

15    general officer.  You would not find an aide-de-camp, say,

16    serving for a district commander at the colonel level.

17         Q.   Okay.  So Colonel Henderson would not have had an

18    aide-de-camp assigned to the Omaha District?

19         A.   That's correct, he would not.

20         Q.   Okay.  And -- and your testimony was that

21    French Pope was not an aide-de-camp but a general military

22    officer in the Corps?

23         A.   Yes, I remember him being an officer with the

24    Omaha District.  I don't know if he ever served as an

25    aide-de-camp before or after that assignment.

Lieutenant General Scott Spellmon
April 22, 2022

1        Q.    All right.  During the DAPL protest period?

2        A.    That's correct.  I -- I'm not aware.

3        Q.    Okay.  General Spellmon, do you know how long

4    protesters were on Army Corps of Engineers land in

5    North Dakota associated with the Dakota Access Pipeline

6    protest?  How long were they there?

7        A.    From my recollection, from early August of 2016, I

8    want to say extending to the February-March time frame of

9    2017.

10       Q.    And with respect to the magnitude of protesters

11   during that period of early August 2016 to February-March

12   of 2017, which is approximately seven to eight months, if I

13   can tally it up that quickly, that those folks were on Corps

14   of Engineers property, do you recall, sir, how many

15   citations the Corps issued to those persons, if any?

16       A.    I -- I don't know how many citations, if any,

17   Omaha District would have issued.

18       Q.    Do you know if any were?

19       A.    I -- I don't know.

20       Q.    Okay.  General Spellmon, while you were in your

21   capacity as -- as Northwest Division commander, are you

22   aware of anyone in the United States Government telling you,

23   directing, or suggesting to you that the Corps should not or

24   cannot issue citations to protesters on Corps property?

25       A.    I do not remember anyone ever telling us that.

Lieutenant General Scott Spellmon
April 22, 2022

1    Q.   Okay.  Can you address why the Corps did not issue

2    citations to any DAPL protesters on its property?

3                    MS. ZILIOLI:  Objection.  Misstates

4    testimony, assumes facts not in evidence.

5    BY MR. SEBY:

6    Q.   General Spellmon, is there anything I can clarify,

7    my understanding of your testimony?  I want to be precise

8    and I want to be accurate, and I just want to make sure I

9    understood what you said.  Your counsel has objected to my

10   question, so what can I clarify for you, sir?

11   A.   I would say I am not aware of whether or not the

12   Omaha District issued any -- any citations or how many they

13   may have issued.

14   Q.   I understand.  And now my question is, can you

15   tell me why the Corps did not issue any citations?

16                    MS. ZILIOLI:  Objection.  Misstates

17   testimony.  Assumes facts not in evidence.

18   BY MR. SEBY:

19   Q.   To your knowledge, sir, based upon your response

20   that you don't know whether any were issued, I'm asking a

21   different question.  And that is, do you know why the Corps

22   didn't issue citations, if any?  Was there a reason why that

23   was not done?

24                    MS. ZILIOLI:  Same objections.

25

Lieutenant General Scott Spellmon
April 22, 2022

1       A.    I don't know the answer to your question.

2   BY MR. SEBY:

3       Q.    Okay.  In your tenure with the Corps, whether it's

4   your three years as the division commander or later now as

5   the chief of engineers of the United States Army Corps of

6   Engineers, did you ever allow anyone to build structures on

7   Corps property without a permit?

8       A.    So I will answer it this way.  We have hundreds of

9   encroachments on Corps property across the nation, and we

10  work through each one of these individually.  I have

11  hundreds of them today.

12      Q.    Okay.  And what do you do with -- with those range

13  of circumstances where people have encroached on Corps

14  property but did not obtain first a permit to do so?

15      A.    Right.  So the general guidance is it all revolves

16  around intentionality.  Was this an intentional

17  encroachment.  So I have cases today that we're working

18  through where back when we surveyed a flood risk management

19  project, the surveys back then were not as accurate as they

20  are today, and so we have a number of cases around the

21  company where, yes, we have -- we have homes that are built

22  actually on a floodplain behind a Corps project.

23              So we have to work these individual cases

24  with each and every landowner on how we go about resolving

25  them.  And there's a number of avenues that we take.  That's

Lieutenant General Scott Spellmon
April 22, 2022

1    an unintentional encroachment.  For intentional

2    encroachments or trespassers, we work with those individuals

3    as well.  At times we have to work with Department of

4    Justice or local law enforcement to get assistance in

5    removing an intentional encroachment.

6         Q.   Okay.  When those -- those intentional or

7    unintentional encroachments, did they involve discharging

8    waste on Corps property?

9         A.   Are you saying do I have examples of that today --

10        Q.   Yes.

11        A.   -- where that happened?  Yes.

12        Q.   Are any of those encroachments people showing up

13   to camp en masse on Corps property, or are they structural

14   issues?  People build a home and -- or a dock or some sort

15   of water feature, happens to be on Corps property because

16   they either did it intentionally or unintentionally.  Do --

17        A.   Yes, sir.  I'm sorry.

18        Q.   No, I apologize.  I was just asking -- adding some

19   clarification.  Do any of those instances involve the

20   discharge of large volumes of waste?

21        A.   Yes, I'll give you an example of one that we've

22   been working through for the past several years on the Snake

23   River in Washington, where we have a rancher who takes

24   cattle and illegally grazes on Corps property and has even

25   disposed of carcasses of cattle on Corps property.  So

Lieutenant General Scott Spellmon
April 22, 2022

1    leaving waste behind.

2              So we work with -- we're working with this

3    rancher, we've been working with the Department of Justice

4    to -- to remedy this particular situation.  That's an

5    example of many.

6        Q.   Okay.  Do any of your other examples involve

7    situations that -- where hundreds, if not thousands, of

8    campers just decided to set up shop on Corps property but

9    never asked for permission?

10       A.   I'm not aware of any to the extent that we saw

11   during the Dakota Access protest.

12       Q.   Anything remotely like it?

13       A.   Yes.

14       Q.   What instances would those be?

15       A.   Spring-breakers on the Columbia River, again, out

16   in Washington and Oregon will camp on Corps property without

17   all of the necessary permits and our rangers and our

18   district commanders have to work to keep them safe, right,

19   and -- and then follow our regulations.

20       Q.   And those -- those people are there for a spring

21   break typically defined by, what, a week, two weeks?

22       A.   I would say several days.  I wouldn't want to give

23   it an exact duration, but several days.

24       Q.   Sure.  Sure.  And do you just let them be there or

25   do you pick -- pick up the phone and call the county sheriff

Lieutenant General Scott Spellmon
April 22, 2022

1    and say we have some folks that are on our property, we

2    didn't give them permission, they're -- they're trespassers,

3    do something about it?

4         A.   That's right.  Many cases we have memorandums of

5    agreement with local law enforcement, and we try to resolve

6    these -- again, it's all in the interest of public safety,

7    we work with the local law enforcement there to resolve

8    these.

9         Q.   Sure.  At the time of the DAPL protest period,

10   again we're using this idea for purposes of discussion, the

11   protest was mid -- mid to -- mid to beginning of summer,

12   2016, to the same period 2017.

13              During that period, sir, do you recall the

14   existence of a memorandum of understanding with Morton

15   County with respect to people being on Corps Oahe Project

16   lands in the county where people show up and don't have your

17   permission to be here?

18        A.   If I understand the question, it's my

19   understanding we did not have a memorandum of agreement or

20   memorandum of understanding for law enforcement support for

21   this -- these particular parcels of ground that were

22   occupied.  I don't believe we had one.

23        Q.   Were there any other such similar agreements with

24   any other county in North Dakota on the Missouri River?

25        A.   I don't know if there were any others.

Lieutenant General Scott Spellmon
April 22, 2022

1    Q.   Okay.  How about in South Dakota?

2    A.   I -- I -- I don't know.

3    Q.   Okay.  Sir, it's -- I understand you're in

4  Washington D.C., and it's now early afternoon.  Would you --

5  I want to respect the time zone difference between your and

6  my location.  Would you appreciate a lunch break now or in

7  an hour?

8    A.   Sir, I -- I would welcome a lunch break now, and

9  when you have an opportunity there are just two items that I

10 would like to clarify or correct for responses I gave you

11 earlier today.

12   Q.   Would you be okay doing that now and then taking a

13 lunch break?

14   A.   Yes, sir.  That would be fine.

15   Q.   Okay.  Please go ahead.  And thank you for

16 bringing that up.  I'll --

17   A.   It's just --

18   Q.   I'll be quiet and let you tell me what you're --

19 what you're thinking.

20   A.   Mr. Seby, early on this morning you asked how many

21 times I had met with counsel.  I told you it was twice, it

22 was actually three times.  I met twice last week, about a

23 two-hour session on Thursday and another two-hour session on

24 Friday, and then the third session was actually yesterday

25 afternoon.

Lieutenant General Scott Spellmon
April 22, 2022

```
 1                    That was the first clarification I wanted to

 2    make, it was three times, not two.

 3                    And the second, you asked about what

 4    documents I had reviewed prior to this deposition, and I

 5    shared with you my personal research.  I went back and

 6    looked at an op-ed that I had written and I went back and

 7    reviewed Title 36.

 8                    During my meeting yesterday with counsel, I

 9    also reviewed several additional documents.

10       Q.   And without asking what you -- you discussed with

11    respect to those documents with your legal counsel, I am not

12    asking that, but will you tell me what documents, what

13    additional documents you're bringing to my attention

14    generally?

15                    MS. ZILIOLI:  I'm going to object on

16    attorney-client privilege and work product grounds and

17    instruct the witness not to answer as to the content of

18    documents that were reviewed with counsel.

19                    MR. SEBY:  Well, I just want to say again,

20    Ms. Zilioli, that I'm not asking about the content, I'm

21    asking what documents you reviewed.

22                    MS. ZILIOLI:  I understand.  The objection

23    stands and I'm instructing the witness not to answer.

24                    MR. SEBY:  So noted on the record.  All

25    right.  How about -- how about the lunch break at this time?
```

Lieutenant General Scott Spellmon
April 22, 2022

1    General, would 45 minutes be acceptable?

2         A.   Yes, Mr. Seby, thank you.

3              MR. SEBY:   Thank you, sir.

4              THE VIDEOGRAPHER:   Okay.   Going off the

5    record at 10:16.

6                   (Noon recess taken.)

7              THE VIDEOGRAPHER:   Okay.   Please stand by.

8    Going back on the record at 11:06.

9    BY MR. SEBY:

10        Q.   Good afternoon, General Spellmon, we're back on

11   the record after a lunch break.

12        A.   Yes, good afternoon.

13        Q.   We have provided your counsel with several

14   exhibits that a colleague of mine will put up on the screen

15   now that -- I'd like to go through them with you, if that's

16   okay.

17        A.   Yes.

18                   (Deposition Exhibit No. 344 was

19                    marked for identification.)

20   BY MR. SEBY:

21        Q.   All right.   Thank you, sir.

22              The first one, Counsel, is Exhibit 344.   And

23   these are how the documents were produced, and this is a

24   document that the State of North Dakota produced to the

25   United States, and it's an email forwarded to an individual

Lieutenant General Scott Spellmon
April 22, 2022

 1   at the State of North Dakota -- pardon me, the North Dakota

 2   Association of Counties, to Sheriff Kirchmeier with Morton

 3   County, and the email as forwarded is from Terry VanHorn,

 4   who is with the United States Department of Justice in

 5   Fargo, North Dakota.

 6                    And what it is is the attachment, if you

 7   will, to the next page.  General Spellmon, if we could zoom

 8   in on that a little bit, and I'd ask you to please read it

 9   and identify the document.

10        A.   It just -- I'm sorry.  I'm having a zoom issue

11   here.

12        Q.   My colleague is zooming it.  There, it's up on the

13   screen there?

14        A.   I got it.  Yeah.

15        Q.   Can you see it okay?

16        A.   I can now, thank you.

17        Q.   Okay.  Yes, sir.  Please take a moment and review

18   it, notice the date and the stationery that it's on and the

19   title of the document, please?

20        A.   Yes.  Could you scroll down, please, to the third

21   paragraph.  Okay.  I've read all the way down to "statutory

22   framework and promote those goals."

23                    Yes, Mr. Seby, I've read it.

24        Q.   All right.  Thank you.  So what this -- Rachel, if

25   we could go back to the top there, a little bit of

Lieutenant General Scott Spellmon
April 22, 2022

 1   magnification.  Thank you.

 2                   So this document, General Spellmon,

 3   Exhibit 344 up on the screen that you've indicated you have

 4   read is a -- a news release on Department of Justice

 5   letterhead, and it's dated Friday, September 9 of 2016.

 6                   And the title of the document is a Joint

 7   Statement from the Department of Justice, the Department of

 8   the Army and the Department of the Interior regarding

 9   Standing Rock Sioux Tribe vs. U.S. Army Corps of Engineers.

10   Do you see that?

11        A.   Yes.

12        Q.   Okay.  General, you were earlier telling me that

13   there was a joint release that was the subject of

14   frustration brought to you by Colonel Henderson, the

15   district commander of the Omaha District of the Army Corps

16   of Engineers.

17                   Is this the -- the joint statement that you

18   were referring to when we were speaking earlier this

19   morning?

20        A.   Yes, it is.

21        Q.   And is this the document that Colonel Henderson

22   was frustrated about?

23        A.   Yes, it is.

24        Q.   And -- and felt as though he was no given --

25   not -- if I understood what you said, and please correct me

Lieutenant General Scott Spellmon
April 22, 2022

1    if this is not accurate, that Colonel Henderson was

2    frustrated because he was not aware of this prior to its

3    public release, is that correct?

4         A.   That's correct.

5         Q.   And -- and you, sir, I believe also said that you

6    were not aware of it prior to its public release, is that

7    accurate?

8         A.   That's correct, I was also unaware.

9         Q.   Okay.  Do you know who -- who was involved in the

10   development of -- of the idea behind this and the subject

11   matter of the -- of the immediate release statement?

12        A.   I don't.  I just know from the Army perspective,

13   this would have been the staff in the assistant secretary of

14   the Army for Civil Works office.

15        Q.   Ms. Darcy?

16        A.   That's correct.

17        Q.   And did you ever hear more about how this came to

18   be issued by -- by the assistant secretary of Civil Works?

19        A.   No.

20        Q.   Okay.  Did Mr. Crook ever share any information

21   with you about the history and nature of this?

22        A.   I don't recall Mr. Crook, it was more likely

23   Major General Jackson, again our deputy commanding general

24   for Civil Works at the time.

25        Q.   And is it accurate to recall your testimony

Lieutenant General Scott Spellmon
April 22, 2022

1  earlier that you got the impression at least that

2  Major General Jackson did not know of this prior to its

3  release?

4      A.   I am not absolutely certain.  If I recall, he was

5  also unaware of -- of the release.

6      Q.   Prior to its being issued?

7      A.   That's correct.  That's my best recollection from

8  that -- that brief conversation we had.

9      Q.   How about -- thank you.  How about the -- given

10  your -- your position now, sir as the chief of engineers,

11  the -- is it accurate to say the chief of engineers at this

12  time, September, and I'm just realizing September's

13  misspelled in the release, but September 9 of 2016, would --

14  would the chief of engineers have been General Semonite?

15      A.   Yes, General Semonite was the chief of engineers

16  at this time.

17      Q.   Do you know whether -- whether the chief at that

18  time, Chief Semonite, was aware of this release prior to its

19  issuance?

20      A.   Mr. Seby, can you still hear me?

21      Q.   Yes, sir.  Did you hear my question, sir?  I -- I

22  know you had an assistant there, I didn't know if you could

23  hear me when I was talking.

24              General Spellmon, are you there?

25              MR. SEBY:  For the record, we're

Lieutenant General Scott Spellmon
April 22, 2022

1  experiencing -- the videoconference is having some technical

2  difficulties, we're pausing for them to be addressed, and a

3  question is pending.  And I will wait for the witness to let

4  me know that he is in a position to respond.

5           THE WITNESS:  Mr. Seby, I can hear you loud

6  and clear.  To answer your question, yes, General Semonite

7  was the chief of engineers during the time of this joint

8  release.

9  BY MR. SEBY:

10     Q.   Thank you.  The question was also do you know

11  whether Chief Semonite was aware of this release prior to

12  its publication?

13     A.   Mr. Seby, this is General Spellmon.  Can you hear

14  me now?

15     Q.   Yes, sir.

16     A.   Yes, sir.  To answer your question, yes,

17  General Semonite, who was the chief of engineering service

18  with the chief of engineers during the time of this joint

19  statement.

20     Q.   I heard you say that now twice, but I've not heard

21  an answer to the second part of my question.  And so I'm

22  concerned, sir, you may not have heard it.

23     A.   I'm sorry.  Sir, I'm really having a hard time

24  hearing you.  Just need a moment.

25           MR. SEBY:  Can we go off the record for a

Lieutenant General Scott Spellmon
April 22, 2022

1    technical issue, please?

2                      THE VIDEOGRAPHER:  Yes, going off the record

3    at 11:15.

4                      (Short recess taken.)

5                      MR. SEBY:  Let's go back on the record,

6    please.

7                      THE VIDEOGRAPHER:  Okay.  Please stand by.

8    We are back on the record at 11:19.

9                      MR. SEBY:  We're back on the record after a

10   short break for technical difficulties with the connection,

11   audio and visual.

12                      This is Paul Seby, counsel for the plaintiff.

13   I will resume the question posed earlier to General Spellmon

14   that may not have come across given the technical

15   circumstance.

16   BY MR. SEBY:

17       Q.   General, the question is, is with respect to

18   Exhibit 344 that remains on the screen and that we have been

19   discussing, I understand that you just confirmed that the

20   chief of the Army Corps of Engineers at the time of this

21   release from the Department of Justice, Exhibit 344, the

22   chief was Todd Semonite.

23                      And the question that remains pending that I

24   believe you may not have heard, sir, is do you know, did you

25   ever know or understand that Chief Semonite was aware of

Lieutenant General Scott Spellmon
April 22, 2022

1    this release prior to its publication?

2        A.   I -- I -- I don't know if he was aware.  Again, I

3    was working this particular set of issues directly with

4    Major General Jackson.  I don't know if General Semonite was

5    aware.

6        Q.   Okay.  Got it.  All right.  Do you know, sir, that

7    as of the date of this letter, September 9th, 2016, that

8    there were -- whether there were protesters located on Army

9    Corps of Engineers-controlled, managed properties in the

10   Oahe Project in North Dakota?

11       A.   Yes, I believe there were protesters present at

12   this time.

13       Q.   On Corps land?

14       A.   Yes.

15       Q.   Okay.  And I believe you indicated Colonel

16   Henderson brought this to your attention and was

17   frustrated, if I recall what you said correctly.  Why was

18   Colonel Henderson frustrated with this release?

19       A.   It wasn't just Colonel Henderson.  I -- I shared

20   in his frustration.  Our protocol for messages like this

21   would be to inform what we call our vertical chain, our

22   entire chain of command so that we are all informed of what

23   our higher headquarters was working with other agencies.

24   We -- we just didn't know.  We were -- we were in the dark.

25       Q.   Is it fair to say you were blindsided by this or

Lieutenant General Scott Spellmon
April 22, 2022

1    caught off guard?

2         A.   We were surprised.  It just -- it just did not

3    follow our -- our normal protocol for information flow.

4         Q.   And that would be the normal Corps of Engineers

5    protocol?

6         A.   I would say it's normal Army protocol, not just

7    the Corps of Engineers.

8         Q.   Yeah.  Do you know why normal protocol of the

9    Department of the Army was not followed with respect to this

10   release which represents a position of the Army Corps of

11   Engineers?

12        A.   No, I --

13              MS. ZILIOLI:  Objection, calls for

14   speculation.

15        A.   I -- I don't know.

16              (Deposition Exhibit No. 345 was

17               marked for identification.)

18

19   BY MR. SEBY:

20        Q.   Okay.  Thank you, sir.  All right.  If we could go

21   to Exhibit 345.  We're going to go over a few emails this

22   afternoon, General, that are what I call compound emails.

23              They've got -- and they were produced to the

24   State of North Dakota this way by your counsel, so I -- I

25   just want to explain why we're doing that, as that's how I

Lieutenant General Scott Spellmon
April 22, 2022

1    received them, and this is a two-page email.  But the first,

2    there you go, the first email in the chain begins on page 2.

3              If we could zoom in.  And then if I could ask

4    you, sir, to please read the beginning email and then the

5    next three emails that -- that follow.  And let me know when

6    you're done.

7         A.   Yes, sir.  I -- I finished this page.

8         Q.   Okay.  Rachel, if -- here we go.  And here's the

9    next one.

10        A.   Okay.  Could you scroll up, please?

11             Okay.  If you could scroll all the way up,

12    please.

13             Yes, sir.  I've finished reading.

14        Q.   All right.  If we could go back to the -- the

15    beginning of this email chain, the beginning email at the

16    bottom is from you, sir, to Lowry Crook and Donald Jackson

17    and David Ponganis.  Who is Mr. Ponganis?

18        A.   Mr. Ponganis was my programs director, a member of

19    my staff at the Northwest Division.

20        Q.   All right.  And your note to Mr. Crook was

21    "Regarding," it says, "Sir - regarding, your 1415 call with

22    Governor Dalrymple."  Do you recall the context why you

23    initiated this communication?

24        A.   I don't recall the exact context.  My recollection

25    is he had a phone call later in the day with the governor

Lieutenant General Scott Spellmon
April 22, 2022

1   directly, and he had several questions.  I don't recall how

2   they came to me, but these were my responses to his

3   questions as -- as he prepared for that phone call.

4       Q.   Okay.  So had Mr. Crook called you and said I'm

5   going to be talking to the governor, can you help me out on

6   a couple of things?  How did you know to email him with

7   these specifics?

8       A.   Yes, sir.  I don't recall if it was a direct call

9   from Mr. Crook, a member of his staff or General Jackson, it

10  could have been any of those.  I don't recall where I got

11  the questions, but I -- I knew I owed him a response prior

12  to his engagement with Governor Dalrymple.

13      Q.   Okay.  General, the first -- first of the four

14  numbered items that are in your email says, "We've had no

15  contact from any elected officials since the Judge's ruling

16  and release of the interagency statement."

17              Is the interagency statement that you are

18  referencing to Mr. Crook the September 9th joint statement

19  by the Department of Justice, Interior and the Department of

20  the Army dated September 9th?

21      A.   Yes, that's the statement I'm referring to.

22      Q.   Okay.  Thank you.  Then the second of your report

23  says, "We've also had no contacts from the applicant."  Who

24  are you referring to?

25      A.   Sir, I'm referring to Energy Transfer Partners,

Lieutenant General Scott Spellmon
April 22, 2022

1    Dakota Access, the -- the team building the pipeline.

2         Q.   Okay.  Is it possible that you are also referring

3    to the applicant for the special use permit or is that not

4    correct?

5         A.   Sir, to my best recollection this I'm referring to

6    here is the applicant for the easement underneath Lake Oahe,

7    this would be the Dakota Access.

8         Q.   Got it.  Okay.  All right.  And then the next

9    email in the chain is Mr. Crook just acknowledging your

10   email saying, "Thanks Scott, that's very helpful.  Has there

11   been any more development on the special use permit

12   application that is under review and that he has previously

13   called Ms. Darcy about?"  Did I read that accurately?

14        A.   Yes.

15        Q.   And so he's asking about the special use permit

16   application.  Would that be the Standing Rock Sioux Tribe

17   application for special use permit?

18        A.   Yes, this was the special use permit that was

19   being considered for the land south of the Cannonball river.

20        Q.   Okay.  And then the last part of that sentence,

21   "and that he has previously called Ms. Darcy about," is that

22   a reference to the governor having previously called

23   Jo-Ellen Darcy, the assistant secretary of the Army for

24   Civil Works, is that the context of that statement?

25        A.   Mr. Seby, that's how I read it.  I -- I am not

Lieutenant General Scott Spellmon
April 22, 2022

1    personally aware of that phone call, though, but that's how

2    I read this -- this question.

3         Q.   Okay.  Sure.  And if we could go up to the next

4    email on the string, the third one, you responded to,

5    replied all to Mr. Crook and Donald Jackson and

6    Mr. Ponganis, and then I -- you added some individuals, or

7    actually Crook added individuals, and so your reply all went

8    to them all.

9              And your -- your note to Mr. Crook, et al.,

10   same date, September 12, 2016, says that, "Sir - The

11   District Commander, Colonel John Henderson, has not yet

12   taken action on the application."  Is that a reference to

13   the special use permit?

14        A.   Yes.

15        Q.   Sought by the Standing Rock Sioux Tribe?

16        A.   Yes.

17        Q.   Okay.  And your next sentence says, "The most

18   significant issue we are dealing with is the information

19   provided on the new application does not match facts on the

20   ground," period.

21             Do -- do you know what you meant by saying

22   "the new application"?  That suggests, that new versus old

23   distinction, it -- what -- what, I just want to understand

24   what you were meaning by using that choice of words?

25        A.   From -- from my best recollection, the district

Lieutenant General Scott Spellmon
April 22, 2022

1    was working with Standing Rock, and the initial application

2    was -- left out a lot of detailed information that we needed

3    to work through this -- this process.  And this was the

4    Standing Rock's next attempt to -- to provide a more

5    accurate description of what they were asking for.

6         Q.   Okay.  And then -- and then you go on to say that

7    new application, the next attempt, "Does not match facts on

8    the ground."  What did you mean -- by that, sir?

9         A.   Right.  So what Colonel Henderson had shared with

10   me was that there were more people than the application had

11   asked for, and that we were already seeing some littering

12   ring and some destruction of -- of -- of land.

13              And he wanted to have this conversation

14   further with Standing Rock, and I understand the chairman,

15   obviously, before going final.

16        Q.   Yeah.  Okay.  And then the next sentence in this

17   third email on the chain from you to Mr. Crook says, "For

18   example, at the sites there is ongoing littering, dumping,

19   destruction of grazing land, unauthorized structures, and

20   several hundred more people above and beyond what the

21   application addresses."

22              I -- I -- I understand that now explains

23   your -- your -- your statement about the inconsistencies.

24              You go on to say, "Colonel Henderson is

25   continuing to work through these issues with the applicant.

Lieutenant General Scott Spellmon
April 22, 2022

1   At this point in time, we would like to tie the way ahead on

2   the Special Use Permit with the overall way ahead as

3   described in the interagency memo."

4            What is the interagency memo that you're

5   referring to?  Is that the September 9 joint statement we

6   were talking about that's Exhibit 344?

7        A.   Yes, that's what I'm referring to.

8        Q.   Okay.  And then the final email in this chain

9   is -- is at the top there, if we could go up there, Rachel,

10  please.

11           And, General, you've read this, if I

12  understand correctly.  I just want to confirm.

13       A.   Yes, I've read it.

14       Q.   Okay.  So this final element of the -- of this

15  chain on Exhibit 345 is a note back to you and the group

16  from Mr. Crook saying, "Thanks Scott.  I just got off the

17  phone with the governor.  He asked about the statement but

18  understood we were not in a position to give him additional

19  specifics on our plans at this time."

20           Is the statement that this references, do you

21  think Mr. Crook means the September 9th joint statement?

22           MS. ZILIOLI:  Objection, calls for

23  speculation.

24       A.   I believe that's what he was referring to.

25  BY MR. SEBY:

Lieutenant General Scott Spellmon
April 22, 2022

1    Q.   Okay.  And Mr. Crook says, "We were not in a

2    position to give him additional specifics on our plans at

3    this time."  What -- what plans is he referring to?

4             MS. ZILIOLI:  Objection, foundation.

5    BY MR. SEBY:

6    Q.   To the extent you know, sir.

7    A.   I think to my -- my best recollection, he was

8    referring to plans at the Department of the Army level, the

9    Department of Justice and the Department of Interior that

10   were mentioned in their joint statement.

11   BY MR. SEBY:

12   Q.   Okay.  Were -- were there more plans or more

13   specific aspects of the plans than articulated in the

14   September 9th statement?

15   A.   Not that I was aware of.  As I mentioned earlier,

16   Colonel Henderson and I were -- were both surprised about

17   the statement and -- and the content so I didn't -- I didn't

18   know.

19   Q.   Got it.  Okay.  And Mr. Crook, he goes on to say,

20   "He was -- " "he," we're talking about the governor of

21   North Dakota, Jack Dalrymple, right?

22   A.   Yes.

23   Q.   "He," the governor, "was more focused on

24   reiterating his concern that protesters are continuing" --

25   or "are considering more permanent structures on Corps

Lieutenant General Scott Spellmon
April 22, 2022

1    property, and he," the governor, "again requested that we,"

2    the Corps, "not allow that to happen or allow the camp to

3    remain for an indefinite time."  Did I read that correctly?

4        A.   Yes.

5        Q.   And he goes on to say, "I told him," the governor,

6    "that the special use permit was still under review at the

7    Corps, and that no decision has been made on it at this

8    time."

9              "The governor also said that as the timeline

10   extends, he," the governor, "will be asking the Federal

11   Government for reimbursement for his," the governor's, "law

12   enforcement costs."

13             Finally, "He," the governor, "asked that we,"

14   the Corps, "convey to DOJ the law enforcement challenges

15   that he," the governor, "is facing, and that he," the

16   governor, "believes he needs them to send more U.S.

17   Marshalls (sic) to assist."

18             Do you know, did Mr. Crook or anyone in the

19   Corps or the Department of Army convey the governor's

20   request as Mr. Crook states it here?

21       A.   I -- I do not know.

22             (Previously marked Exhibit No. 138

23              was introduced for the record.)

24   BY MR. SEBY:

25       Q.   Okay.  All right.  I'd like to turn to

Lieutenant General Scott Spellmon
April 22, 2022

1    Exhibit 3 -- pardon me.  Pardon me.  I'd like to use

2    Exhibit 138, which is a prior exhibit, General Spellmon,

3    that's coming up on the screen, that was an exhibit that was

4    used in the deposition of Ms. Eileen Williamson, who is a

5    public affairs officer in the Omaha -- or at the time was a

6    public affairs officer in the Omaha District.

7                And this is a two-part email.  The first part

8    begins on the next page, if we could go there.  And if we

9    could, first of all, it's an email from James Startzell, who

10   I understood you confirmed earlier as the deputy district

11   commander for the Omaha District sent -- sent an email to a

12   group here, I'm not going to identify everybody, but it's

13   dated September 22nd of 2016.

14               And I would just note, in the group to whom

15   the email is addressed, your name and Mr. Henderson's,

16   Colonel Henderson's name are both present.  Are you seeing

17   that in the group there?

18        A.   Yes.

19        Q.   Okay.  And the subject line reads, "DAPL Daily

20   Update," September 22nd, 2016.  And Colonel Startzell says

21   to you, the group, "Update for today follows:"

22               The first line is with regard to, he's

23   reporting that the State of North Dakota Emergency

24   Commission voted the day prior to this email to borrow up to

25   $6 million from the state-owned Bank of North Dakota to

Lieutenant General Scott Spellmon
April 22, 2022

1   support law enforcement efforts related to the Dakota Access

2   Pipeline protests.

3                    It -- and then Colonel Startzell says after

4   he reports that, "It is assumed that the state will attempt

5   to recoup their costs from the federal government at some

6   point since they," the State of North Dakota, "see this as

7   largely a federal issue and on federal lands."

8                    Is this the first time you'd heard from

9   anybody in your chain of command above or below that kind of

10  information?

11       A.   I believe I would have heard it earlier from

12  Mr. Crook's email where he mentioned that -- this very fact

13  that they would seek reimbursement from the federal

14  government for law enforcement costs.  The governor

15  mentioned that to Mr. Crook in their phone conversation --

16       Q.   Got it.

17       A.   -- I believe two or three days prior to this.

18       Q.   Okay.  Okay.  Then the second update that

19  Colonel Startzell is providing to you and Colonel Henderson

20  and a large number of other individuals is that, "The North

21  Dakota Department of Health has received a complaint of

22  illegal waste management practices at the DAPL protest

23  encampment."

24                    Do you think that this is Colonel Startzell's

25  reporting on circumstances occurring on Corps land?

Lieutenant General Scott Spellmon
April 22, 2022

1    A.   Yes.

2    Q.   Okay.  He goes on to say, "There are reports and

3    photos of burn pits/waste lagoons, which is an apparent

4    violation of North Dakota solid waste management laws and

5    rules, and the state is concerned that the sandy soil may

6    allow groundwater impacts.  We," the Corps, "will need to

7    consider mitigating/fixing these impacts as part of a move

8    of personnel to permitted area."

9         What does that -- that last sentence, "We

10   will need to consider mitigating/fixing these impacts as

11   part of a move of personnel to permitted area"?  Can you --

12   do you have an idea on what that refers to and what he's

13   talking about?

14   A.   I do.  At the time there was discussion of moving

15   the folks that were on the unleased property -- I'm -- I'm

16   sorry -- The unpermitted property north of the Cannonball to

17   a camp south of the Cannonball that was going through the

18   special use permit process.

19        There was also discussions with

20   Chairman Archambault and Colonel Henderson on potential

21   sites on Standing Rock reservation.  Those did not come to

22   fruition later, but we may have been in the early planning

23   phases at this time and that's what this is referring to.

24   Q.   What is the permitted area that Startzell is

25   talking about?

Lieutenant General Scott Spellmon
April 22, 2022

1              MS. ZILIOLI:  Objection, foundation.

2    BY MR. SEBY:

3         Q.   To the extent you know, sir.

4         A.   To the best of my recollection, this is the area,

5    the camp south of the Cannonball that we referenced the

6    pending special use permit in the earlier email.

7         Q.   Startzell uses the -- the phrase and text -- and

8    context as "permitted area," as though an area had been

9    permitted.  Is that how you read it?

10        A.   I don't read it that the area was already

11   permitted, no.  Could have been that it was still pending a

12   permit.

13        Q.   Okay.  So it's ambiguous, maybe, then, right?

14        A.   Yes, sir.  To me it is.

15        Q.   Okay.  Me too.  Third point of information, the

16   update is, says, "We," the Corps, "spoke with the lessee,

17   Mr. Meyer."  Is that the person that you were talking about

18   earlier that held the lease on the area north of the

19   Cannonball river on Corps property?

20        A.   Yes.

21        Q.   Okay.  And Startzell goes on to say, Meyer was

22   "unequivocal in saying that he," Meyer, "will not terminate

23   his lease.  He," Meyer, "also clarified that he," Meyer,

24   "did sell his northern lands to DAPL for construction but is

25   allowed to keep his livestock on these northern lands and

Lieutenant General Scott Spellmon
April 22, 2022

1   has an option to re-purchase the land from DAPL in 1 year."

2                    Okay.  Number 4, "Omaha District confirmed

3   there are no law enforcement contracts in place with Morton

4   County (only Burleigh County which is farther north and

5   across the river)."

6                    Is this the kind of memorandum of agreement

7   and understanding that you were referring to generally

8   earlier?

9        A.   Yes, and I -- I remember asking the district this

10  question at this time frame whether or not we had a

11  memorandum of agreement with any law enforcement in -- in

12  the county, and this was his response.

13       Q.   Yeah.  Okay.  Then the fifth point of information

14  is, "Correspondence with SRST's attorney and insurance

15  company indicates they are attempting to increase their

16  insurance level to meet the requirements of the Special Use

17  Permit."  What's he -- what's Startzell talking about there?

18                    MS. ZILIOLI:  Objection, foundation.

19  BY MR. SEBY:

20       Q.   To the extent you know, sir.

21       A.   I -- I believe he is talking about the pending

22  special use permit for the land that was south of the

23  Cannonball.

24       Q.   Okay.  Okay.  All right.  So this email that we're

25  discussing is dated September 22nd, 2016.  I want to ask to

Lieutenant General Scott Spellmon
April 22, 2022

1    your knowledge, General, what's happening on the Corps

2    property at this time, to your knowledge?  Are there -- are

3    there encampments of people on Corps property at this point?

4         A.   Yes.

5         Q.   Are there structures of any kind built on Corps

6    property at this time?

7         A.   I believe there were -- there were temporary

8    structures as I mentioned earlier.  Tents, possibly

9    vehicles, people living in mobile homes or campers, yes.

10        Q.   RVs, that kind of thing?

11        A.   Yes.

12        Q.   Were there fires, campfires or burn fires at this

13   time?

14        A.   I think that's reasonable to assume, but I don't

15   know specifically about campfires.

16        Q.   And what about human or animal or cooking waste,

17   was -- do you think that was present?

18        A.   Yes, that had come up in our reporting.

19        Q.   Yeah.

20        A.   Those things were present.

21        Q.   Okay.  Okay.  If we could go to Exhibit 18, which

22   is in the package provided to your counsel yesterday,

23   Rachel, if you'd put that up on the screen, please.

24                  MS. HYMEL:  Give me one second, please.

25                  MR. SEBY:  Yes, uh-huh.

Lieutenant General Scott Spellmon
April 22, 2022

1              MS. HYMEL:  I'm having an issue.  I need to

2      fix it a different way.  Give me one more second.

3              MR. SEBY:  Thank you.  Exhibit 18 is --

4              Oops, no?  Rachel, that's not it.  It's U.S.

5      Corps production document 00024035.

6              MS. HYMEL:  Did you say -- did you say 18 or

7      318?

8              MR. SEBY:  18.  1, 8.

9              MS. HYMEL:  Can we take a break one second?

10             MR. SEBY:  Ms. Zilioli, would you mind going

11     off the record for our technical issue?

12             MS. ZILIOLI:  No problem.

13             MR. SEBY:  Thank you.

14             THE VIDEOGRAPHER:  Okay.  Going off the

15     record at 11:50.

16             MR. SEBY:  All right.

17                    (Respite.)

18             THE VIDEOGRAPHER:  Going back on the record

19     at 11:52.

20     BY MR. SEBY:

21         Q.   General Spellmon, there is a -- an exhibit just

22     placed up on the screen, it's Exhibit 318, a -- an exhibit

23     that was used in a prior deposition.

24

25

Lieutenant General Scott Spellmon
April 22, 2022

1          (Deposition Exhibit No. 318 was

2              marked for identification.)

3    BY MR. SEBY:

4        Q.    This document is produced to the State of North

5    Dakota from the Army Corps of Engineers.  And so I would

6    like to ask you to read it.  It is -- it is -- it is a

7    five-part email chain.  Fortunately, though, sir, the

8    portions of the components of the chain are -- are short.

9    So could you please go to the first one, which is at the end

10   of the document?

11       A.    Okay.  I see the signature block.

12       Q.    So this -- this first email is from a gentleman

13   named Joel Rostberg, who -- his title on the -- on the

14   exhibit is Assistant Emergency Manager Morton County.

15            And Mr. Rostberg sent this email on

16   September 23rd, 2016, and there are a number of -- of

17   individuals on the distribution.  I will note and you can

18   read it, skim it yourself, but the -- the group to whom he

19   is sending this, which is an OPORD, operational period

20   September 23 through September 24, 2016.

21            And it's -- it's the distribution group

22   starts with Sheriff, Morton County, and then there are

23   individuals in the North Dakota Highway Patrol, and there

24   are numerous individuals that have USDOJ email addresses.

25   And other counties in North Dakota.

Lieutenant General Scott Spellmon
April 22, 2022

1              And many people with the State of

2    North Dakota government, different agencies.  And there's

3    people from the FBI with similar prefixes in their email

4    addresses and -- and so forth.

5              Just a very large distribution group that

6    Mr. Rostberg is communicating with.  And one of the

7    individuals that received this email was a fellow named Todd

8    Lindquist, who has an Army Corps email address.  Do you know

9    Mr. Lindquist?

10        A.   I do not know Mr. Lindquist.

11        Q.   Okay.  So coming up the email chain, Mr. Lindquist

12   with the Corps, looks like he's in the -- in the Omaha

13   District, he sends this email of Mr. Rostberg's to -- with

14   the OPORD report attached, to Keith Fink.  Do you know

15   Mr. Fink?

16        A.   I do not know Mr. Fink.

17        Q.   Okay.  And -- and -- and Corps, Corps person

18   Lindquist sends to Corps person Fink, "Keith, I have not" --

19   "I haven't gotten a chance to read the attached OPORD

20   regarding DAPL.  I'm currently busy reviewing the 776 page

21   ECP I'm supposed to sign today for the land transfer to

22   Three Affiliated Tribes.  Todd."

23              And then Mr. Fink in response to that sends

24   the email from Mr. Rostberg and the attached OPORD report to

25   Colonel Henderson and Thomas Tracy, who I understand is the

Lieutenant General Scott Spellmon
April 22, 2022

1    district counsel for the Omaha District, and to Colonel

2    Startzell.

3              And Mr. Fink's forwarded email says, "The

4    attached is a law enforcement update on the DAPL Protest

5    Camps."

6              And to that, Mr. Startzell, Colonel Startzell

7    responds to, "Thanks, Keith," and continue to copy Colonel

8    Henderson and the Corps district counsel.

9              You were not on this email, General, but at

10   that time, September 25th, 2016, Colonel Startzell tells

11   Colonel Henderson -- Lieutenant Startzell tells

12   Colonel Henderson that the information in OPORD 33 from the

13   County sent to the large group that we talked about,

14   confirms the commander's assessment that the camps are

15   growing out of Standing Rock Sioux Tribe's control, and the

16   chairman is probably going to try to use the SUP as a way to

17   regain control of what he sees as legitimate protesters.

18   Did I read that correctly?

19        A.   Yes.

20        Q.   Thank you.  General Spellmon, were you aware that

21   by September 25, 2016, it was the United States Army Corps

22   of Engineers position that the camps had grown out of the

23   Standing Rock Sioux Tribe's control?

24              MS. ZILIOLI:  Objection, misstates evidence.

25        A.   Yes, I -- I -- this -- this email, although I was

Lieutenant General Scott Spellmon
April 22, 2022

1   not on it, the assessment here does not surprise me.

2   BY MR. SEBY:

3       Q.   Okay.  General Spellmon, was it only the Standing

4   Rock Sioux Tribe's responsibility to keep control of the

5   protests on Corps property?

6       A.   No, this -- this was a shared responsibility among

7   a number of agencies.

8       Q.   And who would those -- who are you referring to?

9       A.   I think certainly the Tribe, I think local and

10  state law enforcement, the governor had reached out to his

11  National Guard to assist in this matter, and certainly

12  everything we could do within our authority to assist.

13      Q.   And your -- your answer pertains to keep control

14  of the protests on Corps land?

15      A.   I -- I think keep control of the more aggressive

16  protests, whether they originated on Corps land or

17  originated anywhere.

18      Q.   Okay.  Did the Corps or federal law enforcement

19  take any responsibility at this time for what was happening?

20      A.   Sir --

21              MS. ZILIOLI:  Objection, ambiguous.

22              THE WITNESS:  I don't know what you mean by

23  take responsibility.

24  BY MR. SEBY:

25      Q.   Address the circumstances acknowledged to be

Lieutenant General Scott Spellmon
April 22, 2022

1    occurring on Corps property at this time, September 25,

2    2016?

3         A.    We -- we certainly acknowledged the situation we

4    were all facing, and were working with all of our partners

5    on -- on a way forward.

6         Q.    Okay.  Do you have any reason to disagree with

7    your Corps colleagues that the camps on Corps lands were out

8    of control by late September 2016?

9         A.    Just reading this, I don't believe that Major

10   Startzell refers to only Corps property.  I'm -- I'm -- I'm

11   sorry, Mr. Seby.  Can you restate your question?

12        Q.    Yeah.  Do you have any reason to disagree with

13   your Corps colleagues that the camps were out of control by

14   late September 2016?

15        A.    No, I would not disagree with their assessment.

16                  (Deposition Exhibit No. 346 was

17                  marked for identification.)

18   BY MR. SEBY:

19        Q.    Okay.  All right.  If we could go to Exhibit 346,

20   please, and this is after -- we're in luck, this is a short

21   email chain, three pieces.

22                  The first is at the bottom there from Rita

23   Aguilar, dated October 11, 2016, addressed to Colonel

24   Henderson and copied to Mr. Crook and Javier Guzman, and the

25   subject line says, "Connecting DOJ Community Relations

Lieutenant General Scott Spellmon
April 22, 2022

1    Service Director Montero with Army Corps District Commander

2    Henderson."

3              And the text of the email reads, "Colonel

4    Henderson, we wanted to follow up with our efforts to

5    connect you with the head of our Community Relations Service

6    in case there are ways we might be helpful "on the ground in

7    North Dakota, especially as you try to make headway with the

8    Chairman this week."

9              Then in response to Ms. Aguilar's email, and

10   I would note Ms. Aguilar is identified on this email as a

11   Deputy Associate Attorney General, Office of the Associate

12   Attorney General, United States Department of Justice.  And

13   to Ms. Aguilar's email, a gentleman named Paul Monteiro

14   responds and replies all.  See that above?

15        A.   Yes, I can see that.

16        Q.   And so even though Ms. Aguilar's email was

17   addressed to Colonel Henderson, Mr. Monteiro is the first to

18   reply all and says, "Many thanks, Rita.  Colonel Henderson:

19   Honored to make your acquaintance.  Please allow me to loop

20   in CRS," which I believe stands for Community Relations

21   Service, "Associate Director Theresa Segovia, who is leading

22   our efforts in North Dakota."

23              And "our efforts" I think is a reference to

24   the DOJ community relations group.  What did -- do you know

25   about this?  What does this involve?

Lieutenant General Scott Spellmon
April 22, 2022

1              MS. ZILIOLI:  Objection, foundation.

2         A.   I -- I -- I don't know the details behind the CRS

3    efforts.

4    BY MR. SEBY:

5         Q.   Okay.  I understand.  So you don't know the scope

6    of what -- what's being discussed here?

7         A.   I -- I do not know the details behind what the CRS

8    capabilities or any plans that they had in the state at this

9    time.  I don't know.

10        Q.   Okay.  So this didn't ring any bells with you is

11   what I understand you're saying, right?

12        A.   I could see that it was forwarded to me on

13   October 11th, but I don't recall any additional detail.

14        Q.   Yeah.  And that's why I asked, because Mr. Crook

15   forwarded it to you and to Mr. Jackson, and said "FYI."  But

16   you didn't know what information you were being forwarded.

17   What -- what a context was or what it meant, is that fair?

18        A.   It was helpful to know that Department of Justice

19   had an effort underway that might be helpful to us.  But

20   again, I can't speak to the details behind it.

21                  (Deposition Exhibit No. 347 was

22                     marked for identification.)

23   BY MR. SEBY:

24        Q.   Okay.  Got it.  If we could go to Exhibit 3:47,

25   please.  This is one of the longer emails, it may be the

Lieutenant General Scott Spellmon
April 22, 2022

1    gold medal winners of the emails, so I apologize for the

2    length, but again note that this is how the document was

3    produced to us by your counsel.

4              So it's a six-part email chain.  If we could

5    go to the bottom, please.  And the first in the chain is

6    from Major General Donald Jackson to you, no CCs, and the

7    subject says, "DAPL Update.  Scott, can you provide an

8    update to John's last message.  Interested in the outcome of

9    the Tribal Elder decision on camp support and the proposed

10   winter move to the reservation.  Chief has a call with

11   Senator Hoeven tomorrow, thank you" -- "thanks, Ed."  And

12   it's dated October 13, 2016.

13             General Spellmon, do you know what

14   Mr. Jackson is telling you, Donald Jackson is telling you

15   with regard to Tribal Elder decision on camp support and the

16   proposed winter move to the reservation?

17        A.   Yes.

18        Q.   Where are -- what does this involve?

19        A.   This was the one option that I mentioned earlier

20   that Colonel Henderson was working with Chairman

21   Archambault.  The chairman had -- we had identified I

22   believe three locations that were suitable with available

23   services that were a better location to put folks that were

24   camping on -- on the land north of the Cannonball and bring

25   them onto the Standing Rock reservation.

Lieutenant General Scott Spellmon
April 22, 2022

1              And from my recollection of conversations

2    with Colonel Henderson, while Chairman Archambault was

3    supportive of this -- of this idea, the Tribal Council was

4    less supportive, and I believe that's the reason this did

5    not in the end come to fruition, this option.

6         Q.   Okay.  So Major General Jackson is asking you for

7    an update about that, right?  How did the Tribal Elder

8    decision turn out?

9         A.   Yes, so he's asking me to provide an update to my

10   boss, General Semonite, before his call with Senator Hoeven.

11        Q.   Got it.  And so the next email on the chain is

12   from you, sir, back to Donald Jackson with a report.  Could

13   you read that, please?

14        A.   Would you scroll up, please?  Okay.  Thank you.

15              Okay.  I've read it.  Thank you.

16        Q.   Okay.  So we're talking about your response to

17   Donald Jackson, October 13th, 2016 and nobody else on the

18   chain.  You say, "Sir - in short, there has been no

19   significant movement of logistics/camp support, or

20   personnel, to reservation property."  That's -- that's your

21   summation of -- of his question about how's it going, right?

22        A.   That's correct.

23        Q.   And then you offer "A few supporting notes," and

24   report that, "The Chairman's engagement with the community

25   of Cannonball residents did not go well last night."

Lieutenant General Scott Spellmon
April 22, 2022

1            So that's what you meant by the outcome that
2    you were -- you were referencing in the just prior email.
3    The idea, the option of moving people on the northern Corps
4    camps, Corps property camps to the Standing Rock
5    reservation, it just, it didn't, it didn't advance as an
6    idea at this point, right?
7         A.   Yes.  That -- that's correct.  And specifically
8    what I'm getting at here for this particular engagement,
9    what I recall was that there were more protesters in the
10   room, that the chairman was attempting to engage with more
11   residents of -- of -- of the city of -- of Cannonball, and
12   it did -- it did not go well as I articulated here.
13        Q.   Mm-hmm.  Yeah.  Is Cannonball on the Standing Rock
14   Sioux Tribe reservation?
15        A.   I would have to look at a map.  I -- I don't
16   recall.  I know if it's not on the reservation, it's
17   certainly nearby.
18        Q.   Okay.  What's the connection between the prior
19   email, Major Jackson's asking you about the Tribal Elders
20   convening, and this meeting with Cannonball residents.  Are
21   they one and the same or different?
22        A.   From my recollection, I'm talking about two
23   different sets of engagement.  This -- this -- this --
24   current email that we're looking at was with the village,
25   the city of Cannonball, and another set of engagements

Lieutenant General Scott Spellmon
April 22, 2022

1   separately.  I said Tribal Elders, probably better to say

2   the Tribal Council that the chairman was also engaging with

3   to build support for this -- for this particular option.

4        Q.   So I used the word Tribal Elder because that's

5   what Major Jackson asked you about.  Was he wrong to use

6   that phrase and reference it as an outcome of their

7   decision?

8        A.   No, I -- I -- I understood what he meant.  I don't

9   think he was wrong to use that phrase.

10        Q.   Okay.  And if we could go up in the chain, you --

11   you then replied to Donald Jackson with an update that you

12   got a call from Dakota Access that they're going to most --

13   most likely resume work within the 20-mile zone tomorrow,

14   and they're mobilizing archeological monitoring teams to

15   support this effort.

16             And then it seems that the next email in this

17   chain is from Donald Jackson forwarding your communications,

18   the three prior communications with -- between you and

19   Donald Jackson to Lowry Crook and Jo-Ellen Darcy and Todd

20   Semonite, the chief of the Corps of Engineers and the

21   assistant secretary of the Army for Civil Works, Ms. Darcy,

22   and her deputy, Lowry Crook.  Do you see that?

23        A.   I don't.  It's scrolling.

24        Q.   Yeah, I'm sorry.  Pardon me.  I didn't mean to get

25   ahead of you.  It's -- it's right there at the bottom is --

Lieutenant General Scott Spellmon
April 22, 2022

1   is the way this email is formatted, again from your counsel,

2   it's -- it's right there.

3         A.   Yes, I see where General Jackson forwarded it.

4         Q.   And he says, "Madame Secretary and Chief.  Wanted

5   you both to have this in advance of your engagements

6   tomorrow."  Do you know what engagements he is referring to?

7         A.   I believe he's referring to the engagement General

8   Semonite had scheduled with Senator Hoeven.

9         Q.   Is that a meeting?

10        A.   I don't know if it was a meeting or a phone call.

11        Q.   Okay.  And so was Ms. Darcy and Mr. Crook also

12   going to participate in that, to your understanding?

13        A.   I -- I don't know.

14        Q.   Okay.  And then, interesting, the chief,

15   Todd Semonite, in the next email up then forwards that email

16   to you and Major Jackson and copies Mr. Crook.

17              And the subject line changes in him -- his

18   doing so.  Meaning the chief of engineers, Todd Semonite,

19   changed the subject line to "DAPL update," from "DAPL

20   update" to "Lieutenant General Semonite concern:  DAPL

21   Update."

22              And it's an email then that begins with a

23   paragraph that says, "Lowry:  I am ready to get personally

24   involved here - current plan is not working - not sure

25   anything has gotten better since our last meeting with

Lieutenant General Scott Spellmon
April 22, 2022

1    Senator Hoven (sic), if anything, situation as degraded.  Is

2    there a master strategy - would like to know it.  I see this

3    with high potential for increased conflict.  Please let me

4    know what I can do to assist in getting a solution.  Can't

5    sit on this much longer without a FEASIBLE plan in a timely

6    manner."  And "feasible" is all caps.

7              And then there's a break and the same

8    message, it says, "Ed and Scott," Ed being Donald Jackson

9    and Scott being you, sir, and it says, "Tracking all... this

10   is just as we discussed a few days ago.  We need to keep

11   thinking about" -- "through our responsibilities if we get a

12   worst case option (more arrests/no movement of camps" --

13   "off camps/company starts working the 20 mile area/more

14   arrests and injuries/concrete and structures go up on

15   northern and southern camp in prep for winter/national rally

16   to cause of Indians within three weeks of election."

17             This email, by the way, is October 3, 2016.

18   "Would like to huddle tomorrow before Hoven call.  Please

19   help me understand a few issues."

20             Then Chief Semonite lists five issues, each

21   of them identified in all caps.  Number 1, all cap,

22   "EASEMENT.  What is our talking point on why the easement

23   hasn't been approved given the two legal decisions?  Ed told

24   me yesterday that we sent the request to approve the

25   easement to the ASA already - I will be honest and say that

Lieutenant General Scott Spellmon
April 22, 2022

1    if asked.  Can't be" -- "pretend to be studying this if we

2    aren't."

3                   I'll skip number 2.

4                   Number 3, all caps, "TRESPASSING: What is our

5    position to Congress why USACE has allowed trespassing and

6    camping on government land on the north side... effectively

7    condoning the tribes to violate the law both on our land as

8    well as other lands?  When is USACE going to do something to

9    get this under control - while many move to other" -- "while

10   many might move to other camps, some will stay to embolden

11   the effort?  Is there some event that will cause us to ask

12   Sheriff to enforce the law?

13                  Number 4 issue, all caps, "FEDERAL MONEY:

14   While not our problem - am sure Senator H," Hoeven, "will

15   push me on why hasn't government provided any relief to the

16   state for law enforcement?  If the Federal Government is

17   putting a hold on this... while North Dakota is assuming a

18   lot of security missions -- can't handle without resources?"

19                  So he goes on to say, "Don't need answers

20   tonight.  Most of these questions are the same Senator H

21   asked me and Mr. Crook last week.  If I need to start going

22   to the DOJ/DOI/ASA meetings to help facilitate and

23   collaborative Federal position, let me know.  We," assuming

24   the Corps, since he's the chief, "are on the pointed end of

25   the spear here and getting absolutely no real help.  Time

Lieutenant General Scott Spellmon
April 22, 2022

1    for us," the Corps, "to start taking this OFF," all caps,"

2    "the back of John Henderson and helping Administration to

3    find an acceptable outcome.  Let me know if I need to

4    discuss with Ms. Darcy - inform CSA and VCSA - or start

5    going to daily meetings.  I am assuming worst case - so far

6    that is playing out.  Not doing this much longer without

7    personally being a player in a SOLUTION," all caps.

8    "Thanks, Todd Semonite."

9              Strong email, and it got your attention,

10   General, because you responded not too long after that same

11   day to Chief Semonite, copied Major General Jackson, but

12   dropped off -- dropped off Mr. Crook.

13             And so you start your email response to the

14   chief, Semonite, and Major General Jackson saying, "Sir - a

15   few responses to your questions below."  Then you use a

16   numbering nomenclature that responds to Chief Semonite's

17   email to you and Jackson and Crook.

18             Number 1, "Sir, we have nothing to add as we

19   have the same question as you."  Number 1 in Semonite's

20   email that you're responding to is entitled "'Easement.'

21   What is taking -- what is our talking point why the easement

22   hasn't been approved.  Can't pretend to be studying when we

23   aren't."  You say, "We've got the same questions as you." Is

24   that accurate?

25        A.   Yes.

Lieutenant General Scott Spellmon
April 22, 2022

1    Q.    Okay.  The Number 2 with regard to the 20-mile

2    issue, I'm going to skip over that because I don't have a

3    question.

4              I do have a question about Item Number 3,

5    which using your response nomenclature to Chief Semonite's

6    email to you, that one's entitled "Trespassing."  And you

7    say, "Both Colonel Henderson and I shared with Governor

8    Dalrymple and Senator Hoeven that it is best to leave the

9    camps on Corps property until the Chairman can make the move

10   onto tribal property.  We acknowledge the trespassing.

11   However, if we could marshal the security/police resources

12   to effect the move and were willing to accept the optics, we

13   do not have any certainty where the new camps would land.

14             "Accepting risk that the new camps would land

15   on adjacent private property, or state lands, where

16   additional damage would be incurred would only worsen the

17   problem.

18             "There is already at least one smaller camp

19   off Corps property that the state has not dealt with for the

20   same challenges I outlined here.  Both Governor Dalrymple

21   and Senator Hoeven accepted this explanation in our

22   discussions with them.  They don't like it, we don't either,

23   but it's the best of several bad choices until we can get

24   the majority of the camps moved onto reservation property."

25             Do you have any comment about your words back

Lieutenant General Scott Spellmon
April 22, 2022

1    in October of 2016, General?

2        A.   No, Mr. Seby, these, I think, are consistent with

3    my assessment that I shared with you earlier today and the

4    assessment that I shared with the governor and Senator

5    Hoeven.

6        Q.   Okay.  Can we go, scroll down at the bottom of

7    that email, after you complete responding to the specific

8    chief's questions, you say, "Where you may be able to help,"

9    you're giving this information to the chief.  "I think we

10   have been overly focused (internally) on the camps."

11   What -- what did that mean, sir?

12       A.   Can I read the -- I'm trying to remember the

13   context.  It might help me if I read the paragraph below.

14       Q.   Oh, take your time.  Read the whole thing.  I

15   don't want to rush you in any respect.

16       A.   Oh, yes.  Okay.  I recall.  You know, a lot of

17   focus on the camps from General Semonite, as -- as you saw

18   in his email, I think what I was trying to communicate here

19   was can he help, instead of focusing on the camps, can he

20   help the decisions above us.

21            You saw in my Number 1 there we had the same

22   question as the -- as the governor and Senator Hoeven on the

23   decision regarding the easement.  I believe we are now in

24   mid October, and we had already, I believe at this time,

25   already answered the six questions that were posed to us by

Lieutenant General Scott Spellmon
April 22, 2022

1    the assistant secretary, all the technical questions.

2              Sent those forward for her consideration, but

3    at this time still not yet had a decision of whether or not

4    they were going to move forward with the easement.  I

5    believe that's what I was asking my boss in a polite way

6    to -- to focus on, if he could help us with the secretary's

7    office.

8    Q.   Okay.  And then the next paragraph below that is,

9    you say, "The Chairman has shared with us several time" --

10   "times that when a final decision is made, they will either

11   have '4 days of celebration' or 'four days of mourning,'

12   depending on the decision - and go home."

13             And you say, "My assessment, not shared by

14   all, is the uncertainty we are creating with the easement

15   decision and the Joint statement" -- "statements," plural,

16   "only fuels the hope of a positive outcome (as did the 5 x

17   Sen letter to POTUS earlier today)."

18             "Anything we can do to complete the review

19   and make a decision on the easement will take much of the

20   steam out of this protest - at least for the more peaceable

21   factions."

22             You're referring to factions within the camps

23   on Corps property?

24   A.   I'm referring to all of the factions that were

25   present in this part of North Dakota at the time, not just

Lieutenant General Scott Spellmon
April 22, 2022

1     those on Corps property.

2          Q.   Okay.  Were there more than one factions in the

3     protest camps located on Corps property?

4          A.   Yes.

5          Q.   Did those factions include peaceful factions and

6     extreme factions?

7          A.   Yes.

8          Q.   Okay.  So I want to ask you in mid September of --

9     pardon me, mid October of 2013 -- pardon me.  Scratch

10    everything I just said.

11              In mid October of 2016 you're acknowledging

12    to your boss, the chief of engineers, that there were

13    trespass, acts of trespassing occurring on Corps property?

14              MS. ZILIOLI:  Objection, mischaracterizes

15    testimony.

16    BY MR. SEBY:

17         Q.   Well, what do you -- "We" -- I'm quoting you, sir,

18    "we acknowledge the trespassing."  Is that not what you say

19    in the top email on Number 3, second sentence?

20         A.   Yes, that -- that's -- that's my statement.

21         Q.   Okay.  Thank you.  That's what I understood your

22    earlier testimony to be, exactly that.

23              Well, what about the Standing Rock special

24    use permit that you indicated?

25         A.   So here we're not talking about -- in this report,

Lieutenant General Scott Spellmon
April 22, 2022

1    I'm talking about the land north of the -- the Cannonball,

2    the camp.

3         Q.   Okay.  So you're making a distinction?

4         A.   Could you repeat your earlier question?  I'm

5    sorry.  I want to make sure I understand when you mention

6    the special use permit.

7         Q.   Yeah.  Yeah.  Well, at this point -- again, the

8    point in time your email is dated is October 13th, 2016, and

9    you're saying -- you reference "camps," plural, "on Corps

10   property until the Chairman can make the move on to tribal

11   property.  We acknowledge the trespassing."

12              I just am asking you because you said that

13   this only pertains to the camps on the northern Corps

14   property.  It doesn't say that in your email.  So I -- is

15   that what you're saying you meant?

16        A.   No, you're correct.  I do not recall where we were

17   in terms of the special use permit for that land south of

18   the Cannonball.  I don't recall if that was ever approved or

19   where that stood in terms of status in mid October.

20                    (Deposition Exhibit No. 348 was

21                     marked for identification.)

22

23   BY MR. SEBY:

24        Q.   Got it.  Thank you.  Okay.  I'd like to go to the

25   next exhibit, being Exhibit 348, and I don't want to limit

Lieutenant General Scott Spellmon
April 22, 2022

1    your ability to confirm this, but I will tell you that this

2    is a compound email, all of which is part of the Exhibit 347

3    we just reviewed, but I'm bringing it up because your

4    counsel produced it as a separate document.

5                    And we took note of it because the only new

6    thing that's added on top of your earlier response to

7    Chief Semonite where you numbered the paragraphs, and you

8    can see that below where that whole string is there, there

9    is a new response to your email to the chief and Major

10   Jackson.

11                   And Chief Semonite is saying to you, Scott

12   and Ed, a message here that again does not go to Mr. Crook,

13   he was dropped off by you on the email that Mr. -- the chief

14   is responding to.

15                   So the chief says on Friday, October 14th,

16   20167, "Scott/Ed.  Thanks... we are tracking.  Theme of my

17   email was not so much to you two... but to LOWRY," all caps,

18   "and let him know that I am not satisfied with status.  Will

19   see if he responds.  You guys are all over this... just want

20   to slowly raise the bar as the chief that at some point, I

21   will ensure that USACE doesn't get further wrapped into an,

22   all caps, "EXTENDED administration delay or blocking action.

23   You guys need to stay consistent and measured... let me push

24   this.  Just want others to step up and do their job.

25   Thanks... tight day today... but if we need to talk, let me

Lieutenant General Scott Spellmon
April 22, 2022

1    know."

2              Strong email.  Do you happen to know, this is

3    your chief, this is your superior officer at the time, the

4    person who sat now where you sit, sir, speaking strongly to

5    you and to Major Jackson, saying the assistant, the deputy

6    assistant secretary of the Army for Civil Works needed a

7    special prod, to "let him know I am not satisfied with the

8    status.  Will see if he responds."

9              Is -- is the chief insinuating that Mr. Crook

10   is -- comes and goes, doesn't pay attention, doesn't get it?

11   What -- What is the context here, to your knowledge?

12       A.   I have known General Semonite a long time.  I

13   don't think he was suggesting that at all.  I think he was

14   just letting the principal deputy know that this is on his

15   radar, and the field is doing all it -- it can to deal with

16   this situation.

17             And General Semonite I believe shared my

18   assessment that the lack of a decision from the

19   administration in my opinion was -- continued to fuel some

20   of the protest behavior that we were seeing in the field.

21   And that he was letting the principal deputy know we've got

22   to make movement on that front as well.  That -- that was my

23   read on his response.

24       Q.   Okay.  Thank you.  Is -- is the chief, Chief

25   Semonite, making a distinction between the views, integrity

Lieutenant General Scott Spellmon
April 22, 2022

1  and the perspective of the Corps as opposed to the political

2  leadership of the Civil Works branch?

3           MS. ZILIOLI:   Objection, foundation.

4      A.   I'm sorry.   Could you repeat the question?   I

5  didn't understand.

6  BY MR. SEBY:

7      Q.   Do you believe the chief is pointing out to you

8  that because he's inserting himself now with priority, it

9  reads, that he says, "I will ensure that the USACE doesn't

10  get further wrapped into an extended administration delay."

11           Is -- is he referring to the place where that

12  delay resides?

13      A.   I believe what he's saying here is that we had

14  done our -- our technical homework on the response -- the

15  questions that the assistant secretary and her staff posed

16  to us.   We had turned in that homework and that there was

17  frustration that there -- there was not movement toward a --

18  a decision.

19      Q.   Got it.   And that was the -- all in response to

20  the joint statement September 9 we talked about earlier,

21  where the three agencies announced publicly without your

22  knowledge and without Colonel Henderson's knowledge that

23  they were going to reconsider decisions, final decisions

24  that had already been made?

25      A.   So, Mr. Seby, yes, and some additional context.

Lieutenant General Scott Spellmon
April 22, 2022

1    Following that joint statement, and I don't remember the

2    exact time frame, it may have been a couple of weeks, on the

3    first iteration, we received six technical questions.  I

4    mentioned some of this earlier.

5        Q.   Yes.

6        A.   Related to environmental justice, some safety

7    technology that could be applied to this particular

8    crossing, and four others.

9                And we had to go back and do some additional

10   homework with our staff to respond to those questions.  And

11   that's what I believe General Semonite is referring to here.

12                (Deposition Exhibit No. 349 was

13                 marked for identification.)

14

15       Q.   Okay.  All right.  If -- thank you.

16                If we can move to Exhibit 349, please.  And

17   this is a two-part email.  If you would, please look at the

18   first part which is an email from Kevin Lewis to Chief

19   Semonite, copied to Karl Jansen.

20                And it is a article, I think, that he's cut

21   and pasted into the -- and it looks as though it's from the

22   Washington Times, and it's an article that he's cut and

23   pasted and sending to the chief.

24                Please -- please take a minute and read that

25   first email there at the bottom and onto the next page?

Lieutenant General Scott Spellmon
April 22, 2022

1        A.    Okay.   I've read the note from Colonel Jansen.

2        Q.    Okay.   That note, which is an article, is a --

3    references a -- the title of that article that he's

4    forwarding is "North Dakotans seek federal aid after

5    livestock butchered near pipeline protest."

6                    And I don't want to mischaracterize the

7    article, but -- because you've read it, so please advise me

8    if you think it's not a fair canvass of the article.

9                    But the article talks about North Dakota

10   congressional delegation called on the Obama administration

11   to kick in funding for law enforcement following attacks on

12   livestock near the Dakota Access Pipeline protest camp.

13                   And talks about a cow being shot, a cow being

14   attacked and alive but injured, and earlier that missing 30

15   head of cattle reported, and four dead cows and three dead

16   bison, and a dead saddle horse belonging to citizens of

17   North Dakota who live nearby the Corps property.

18                   And the livestock association of --

19   Stockmen's Association of North Dakota, offered a reward for

20   information about those circumstances.

21                   And the article goes on to say that in a

22   letter Tuesday, "the North Dakota delegation, Ms. Heitkamp,

23   Republican Senator Hoeven and Republican representative

24   Cramer, urged the Obama administration to provide additional

25   support for state and local law enforcement."

Lieutenant General Scott Spellmon
April 22, 2022

1              And then it quotes from the letter to the

2    congressional delegation from North Dakota, and the letter

3    according to this article says it was addressed to Attorney

4    General Loretta Lynch, Interior Secretary Sally Jewell, and

5    Army Corps of Engineers Lieutenant General Todd Semonite,

6    Chief of Engineers.

7              And it says, "While we recognize Americans'

8    right to protest, we believe everyone has a responsibility

9    to follow the law."

10             That's all I want to say about that article,

11    but it was forwarded to you, by the chief to you and

12    Colonel Henderson and David Cooper.  Who is Mr. Cooper?

13    A.    Mr. Cooper is the chief counsel for the U.S. Army

14    Corps of Engineers.

15    Q.    Is he still in that capacity?

16    A.    Yes, he is.

17    Q.    Okay.  And then the individuals on the letter

18    that's forwarded.  And -- and the chief says, "Team, want to

19    keep us all in the loop - see article from Kevin."  And

20    that's the one that we just talked about.

21             "This will only get worst - if we expect a

22    DRAWN," and here he goes in caps, "DRAWN OUT

23    ADMINISTRATION," all caps, "approval of the EASEMENT," caps,

24    then more than willing to have the sherriffs (sic) in our

25    camp to do spot checks for health/safety and to enforce

Lieutenant General Scott Spellmon
April 22, 2022

1    discipline.

2              "We still have a lot of risk on North Camp -

3    let's ensure it doesn't get out of control without us," the

4    Corps, "asking for interdiction by local law officials.  No

5    need to comment.  Keep tight."

6              What did, in your opinion since you were that

7    a named recipient of this email, General, what did this

8    mean, that there was a lot of risk as of October 19th, 2016,

9    in the North Camp?

10             MS. ZILIOLI:  Objection, foundation.

11   BY MR. SEBY:

12        Q.   I'm reading the email.

13        A.   Yeah.  So I don't remember if I followed up to

14   General Semonite on this.  If I did, I might have offered

15   that the local law enforcement, the sheriff, did not need

16   any approval from the Army Corps of Engineers to enforce

17   discipline, to enforce the law on any of these Corps

18   properties, either north or south of the --

19        Q.   I'm sorry.  I'm sorry to interrupt, General, but

20   that's not my question.  My question --

21        A.   Okay.

22        Q.   -- sir, I apologize.

23             As a recipient, a named recipient of the

24   letter that we're talking about, the Exhibit 349,

25   Chief Semonite's email to you, the colonel and the chief

Lieutenant General Scott Spellmon
April 22, 2022

1    counsel for the Corps, what did -- what do you believe the

2    chief meant by "we still have a lot of risk on North Camp"?

3         A.    I -- I don't specifically know what he -- he means

4    there.

5         Q.    Okay.  And do you think the chief knew about the

6    distinctions between the north and the south camp at that

7    point?

8         A.    I believe he did, yes.

9         Q.    Okay.  And -- and what -- what's the basis for

10   your belief?

11        A.    I believe he knew that we were at some point

12   working a -- a special use permit for the land south of the

13   Cannonball River, but that we did not have the ability to

14   use -- to go forward with a standing use permit because of

15   the grazing lease on the north side.  And of course that was

16   what made me believe there was just a lot more people, it

17   was a larger camp.

18        Q.    Okay.  So your -- if I understood what you just

19   said in response to my question is, as of October 19th, 2016

20   the Corps was still working on a special use permit for the

21   south?

22        A.    Again, I -- I don't recall where that permit was

23   in the approval process at this time.

24

25

Lieutenant General Scott Spellmon
April 22, 2022

1                    (Deposition Exhibit No. 350 was

2                     marked for identification.)

3     BY MR. SEBY:

4          Q.   Okay.  If we could please turn to the Exhibit 350.

5                    MS. ZILIOLI:  Mr. Seby, I'm just wondering if

6     there might be an appropriate time for a break coming up.

7     We can get through this one if you'd like.

8                    MR. SEBY:  That's a great suggestion.

9     Let's -- let's complete this exhibit, which will be brief in

10    my belief and then we -- we should take a break.  I --

11    pardon me, General, time flies.

12         A.   It's okay, sir.

13    BY MR. SEBY:

14         Q.   So this next exhibit is Exhibit 350, and like an

15    earlier exhibit where we were provided the same string with

16    an additive response or an action on that string, but it was

17    given to us as a separate document, so I -- that puts me in

18    a position of having to bring them up as separate exhibits.

19                   So I apologize, but what I'm doing here with

20    Exhibit 350 is, it's the same article Mr. Jansen forwarded

21    from the Washington Times to the chief, Todd Semonite, that

22    the chief then wrote to you and Colonel Henderson that we

23    were just discussing in Exhibit 349.

24                   I am bringing all that up here because there

25    is a new installment in that -- in that compound email where

Lieutenant General Scott Spellmon
April 22, 2022

1    you took the chief's response to the group and forwarded it

2    on to two individual in the United States Army, a Karen

3    Durham-Aguilera, and Mr. Ponganis, who you mentioned

4    earlier.

5                And there is no text in your forwarded

6    message about that, so I -- I want to ask you why would --

7    why did you forward the chief's email to these individuals?

8         A.   I wanted them both to be aware of the -- of

9    General Semonite's message and of -- and of the end of the

10   article.  Mr. Ponganis I mentioned was a senior member on my

11   staff in Northwest Division.

12               Ms. Karen Durham-Aguilera was a staff -- a

13   senior member of the staff here in headquarters USACE, who

14   had an additional duty of assisting the Northwest Division

15   in actions that were unique to our region.

16        Q.   Based in -- in the USACE headquarters?

17        A.   That's correct.

18        Q.   Okay.  Is she a political appointee or a member of

19   the United States military?

20        A.   She is a senior -- member of the senior executive

21   service in the US Army.

22        Q.   With respect to my question, what does that mean?

23   Is she a civilian or --

24        A.   She's not a political appointee if I understand

25   your question.

Lieutenant General Scott Spellmon
April 22, 2022

1       Q.   Is she a civilian?

2       A.   Yes.

3       Q.   Okay.  But she's a civilian career individual?

4       A.   Yes, that's correct.

5       Q.   Okay.  Thank you, sir.

6               MR. SEBY:  Well, how about a break everyone?

7    Ms. Zilioli, General?

8       A.   Yes, sir.  Thank you.

9               MS. ZILIOLI:  That sounds great.

10              MR. SEBY:  Ten minutes sound good, everyone?

11              MS. ZILIOLI:  Yes.

12      A.   Thanks.

13              MR. SEBY:  Thank you.

14              THE VIDEOGRAPHER:  Okay.  Going off the

15   record at 12:46.

16                 (Short recess taken.)

17              THE VIDEOGRAPHER:  Going back on the record

18   at 12:59.

19                 (Deposition Exhibit No. 351 was

20                  marked for identification.)

21   BY MR. SEBY:

22      Q.   Okay.  General Spellmon, we're back on the record

23   after a short break.  And if we could please, Rachel, put up

24   Exhibit 351.

25                 General, this is another document produced by

Lieutenant General Scott Spellmon
April 22, 2022

1    your counsel for the United States from custodians of the

2    Army Corps, and it is a two-page email.

3              The first is at the bottom if we could go

4    there.  It's an email from Ms. Eileen Williamson to Eileen

5    Park by a media outlet by the name of KOIN, K-O-I-N.  And

6    like, if you would, please, read that first part of the

7    chain that starts at the very bottom of the first page and

8    continues to the second page.

9        A.   Can you scroll down a bit more on the second page?

10   Okay.  Thank you.  I -- I read that part.

11       Q.   Okay.  Sir, I also want to mention that this

12   document produced by the United States and the Corps in

13   particular has two attachments.

14             And I -- I want to point those out to you now

15   because I think that it's the right thing to do, for you to

16   be aware of what the attachments are to this email before we

17   discuss it.

18       A.   Okay.

19       Q.   The first is a document that has, as you can see

20   on the screen there, United States Army Corps of Engineers

21   logo, and the title of the document is "Key Messages and

22   Talking Points Dakota Access Pipeline."

23             And at the bottom of the document just by way

24   of reference, it says September 30th, 2016, and these are

25   attachments to Ms. Williamson's -- well, they're

Lieutenant General Scott Spellmon
April 22, 2022

1    attachments, I think, that are attached here.

2                    But it looks as though they are -- originate

3    with Ms. Williamson or perhaps Ms. Gaskill, who is one of

4    your Northwest Division colleagues, chief of public affairs.

5                    Somehow along the way these two attachments

6    were attached.  It could be, I don't know, the first email

7    from Ms. Williamson, or the middle or the last, I don't

8    know.

9                    But I just want you to be aware of these

10   documents, and even though the email chain is -- is

11   November 1 of 2016, the first attachment is dated

12   September 30th, 2016.  And the second document is not dated,

13   but it says across the top, "Standing Rock Sioux Tribe

14   permit not renewed, Corps concerned over escalation and

15   public safety."

16                   Sir, would you take a moment and familiarize

17   yourself with both attachments, because I'd like to discuss

18   them both.

19       A.   Yes, thank you.

20                   Yes, thank you.  Could you scroll down a

21   little bit, please?  Please, could you scroll down again,

22   please?  Okay.  And could you scroll up to the first

23   attachment and scroll down, please, below the gray area.

24   And scroll down again, please.  Okay.

25                   Yes, just -- Mr. Seby.  I'm familiar with

Lieutenant General Scott Spellmon
April 22, 2022

1   these documents now.  Thank you.

2        Q.   Both of them, sir?

3        A.   Just finished reading.  I'm sorry.

4        Q.   Yeah.

5        A.   Yes, thank you.

6        Q.   Yeah.  So, General, the first email from

7   Ms. Williamson in this chain is to a media person of some

8   kind, from Ms. Park from KOIN.  And Ms. Williamson's email

9   provides information references by way of links and things

10  like that.

11             And in her -- again, her email is dated

12  November 1st.  And she includes at the very bottom of her

13  email, it says, "This is the History of USACE involvement

14  of," I think she meant "in," or "for the project."  The

15  project being the Dakota Access Pipeline.

16             Which she says we -- "These are specific to

17  the Dakota Access Pipeline but also answers some of the

18  general process questions with respect to the laws we," the

19  Corps, "must follow when evaluating projects.  This is the

20  history of the USACE involvement in" -- "of the project."

21             She lists a couple of links to, Announcement

22  of the public comment period and Draft and Final

23  Environmental Assessment by the Corps, The Draft EA, Update

24  on Decision Process, Section 408 Permit Issued, and the

25  Final EA, and then the last one is Special Use Permit for

Lieutenant General Scott Spellmon
April 22, 2022

1    Standing Rock Sioux Tribe.

2                      And it contains a link to a Corps of

3    Engineers media release that says -- the release says the

4    Corps granted a special use permit to the tribe.  Are you

5    familiar with that release?

6         A.   I am not familiar with this -- this press release,

7    no.

8         Q.   Okay.  Do you know -- do you have an opinion on

9    why on November 1st of 2016, the Corps, a Corps

10   representative from the public affairs office in Omaha is

11   responding to media inquiries telling them that a special

12   use permit was granted to the Standing Rock Sioux Tribe?

13        A.   My assessment is she was responding to a media

14   question.

15        Q.   Okay.  Do you know -- do you have an opinion on

16   whether or not that was an accurate thing to say or do on

17   November 1st, 2016?

18        A.   Mr. Seby, again, I don't recall the exact timeline

19   for the approval of the special use permit for that land

20   south of the Cannonball River.  I read in the note all the

21   way at the bottom that Colonel Henderson made the decision

22   not to renew that permit on October 30th, effective

23   October 30th.

24        Q.   Yeah.  Okay.  With respect to the second

25   attachment, which is not dated, but it says -- perfect,

Lieutenant General Scott Spellmon
April 22, 2022

 1   let's get there first.  Thank you, Rachel.  There we go.

 2                   With respect to that document, are you --

 3   prior to us putting it on the screen and showing you, which

 4   you've now read, were you familiar with this document?

 5       A.   I -- I do not recall this -- this -- this

 6   document, no.

 7       Q.   Would you know, sir, who wrote this?

 8       A.   I -- I do not know the -- the author.  My

 9   assumption would be it would be the public affairs officer

10   for Omaha District under the guidance of -- of the commander

11   and his staff.

12       Q.   Okay.  Would you know, is this a draft or a final

13   document?

14       A.   I -- I don't know.

15       Q.   Okay.  Would you know whether it was kept

16   internally or ever published outside the Corps?

17       A.   I don't know if it was ever published.

18       Q.   Okay.  I don't want to belabor it, but you just

19   don't know anything about this, huh?

20       A.   Mr. Seby, I -- I do not recall.

21       Q.   Okay.

22       A.   The -- the --

23       Q.   All right.  I -- thank you.  And I won't ask you

24   further as to your knowledge of this, but I will just

25   observe that if we could magnify that first couple of

Lieutenant General Scott Spellmon
April 22, 2022

1  paragraphs of that document, we lost it from the screen

2  there -- the attachment, please.  The attachment 2 that we

3  were talking about.

4              There we are.  If we can magnify that a bit,

5  I -- I thought it was interesting and wondered if you had an

6  opinion on it that this is an article with the title

7  "Standing Rock Sioux Tribe permit not renewed, Corps

8  concerned over escalation and public safety."  Omaha,

9  Nebraska.

10             "The Omaha District commander in coordination

11  with the Standing Rock Sioux Tribe, has decided not to renew

12  the special use permit which authorized the use of federal

13  land for peaceable" -- "peaceful demonstrations by members

14  of the Standing Rock Sioux Tribe against the Dakota Access

15  Pipeline."

16             "The permit is set to expire October 30th and

17  the commander has decided that recent events have

18  contributed to an environment that is neither peaceful nor

19  safe."  Do you have any comment on -- on that statement in

20  this document such as it is?

21             MS. ZILIOLI:  Objection, vague.

22       A.   I share the general assessment that's being

23  communicated here, and I believe Chairman Archambault would

24  share the same assessment.

25

Lieutenant General Scott Spellmon
April 22, 2022

1    BY MR. SEBY:

2        Q.   Okay.  How about with respect to the sentence that

3    says -- at the -- at the very bottom of that part that's

4    highlighted, "This permit is set to expire" -- oops, "This

5    permit is set to expire October 30, and the commander has

6    decided that recent events have contributed to an

7    environment that is neither peaceful nor safe."  Had you

8    ever discussed that with Colonel Henderson?

9        A.   I do not remember discussing this particular

10   permit or its expiration with Colonel Henderson, no.

11       Q.   Okay.  So you -- do you know whether or not that's

12   a valid statement that the, "Permit is set to expire

13   October 30"?

14       A.   Again I -- I -- I -- these are issues, these are

15   arrangements that are handled at the district level, so I --

16   I am not familiar with the details or any terms and

17   conditions that were included in this -- in this -- this

18   special use permit.

19       Q.   Okay.  I -- I appreciate that.  Let's go to the

20   first attachment to this exhibit, which is an email, and

21   it's exhibit -- well, it's -- it's the first attachment, and

22   it's that -- there we go -- let's scroll up a bit to the

23   very top.

24            This is the "Key Messages and Talking Points"

25   document.  It looks to be an Issue, Background, Public

Lieutenant General Scott Spellmon
April 22, 2022

1    Affairs Guidance and Key/Command Messages, Decisions/Pending

2    Decisions, Authorities, Tribal Trust, NEPA, Statistics and

3    Numbers.  So I won't belabor the text, but I wanted to ask

4    you, are you familiar with this document?

5        A.   Yes.

6        Q.   Okay.  Based upon that, and again this is dated

7    September 30th, 2016, why would the Corps public affairs

8    folks develop key messages and talking points as of that

9    date that contains no reference to the ongoing protest camps

10   on Corps of Engineers property in North Dakota?

11              MS. ZILIOLI:  Objection, calls for

12   speculation.

13   BY MR. SEBY:

14       Q.   Well, I -- I understood you read the document.  If

15   you see that my impression that there's no reference to any

16   protest camp activity present on Corps property at this time

17   that's been going on since, as you said, since August, mid

18   August, so for six weeks, at least, why would -- why would

19   the Corps not talk about that circumstance in this key

20   messages and talking points document?

21       A.   I -- I don't know specifically why that was left

22   out.  This document was intended to send across the Corps,

23   to all 43 of our districts and all nine of our regional

24   commands, Mr. Seby, you may recall at this time we were

25   seeing protests not just in North Dakota or at my home in

Lieutenant General Scott Spellmon
April 22, 2022

1    Vancouver, Washington.

2                    We were seeing protests pop up at many of our

3    district headquarters offices in many major cities.  So for

4    those district commanders and those regional commanders,

5    they were not working on this particular set of issues each

6    and every day.  So this was an attempt to inform the broader

7    enterprise and leadership across the enterprise so that when

8    they were talking to protesters or local media, they had

9    background information of what was happening in North

10   Dakota.

11       Q.   Okay.  General, did any of those other protests

12   that you're referencing resemble in any size, manner, nature

13   or scope to those in North Dakota on Corps property?

14       A.   We saw several large protests even here in DC, but

15   no, I wouldn't say they were of the same scale as -- as we

16   saw in North Dakota, no.

17       Q.   And is dated September 30th, 2016.  So at that

18   time per our earlier dialogue and your responses, the

19   protests had been going on Corps property for six weeks at

20   this point.

21                   Did any of the other protests that you're

22   referencing, apart from being substantially smaller, involve

23   people encamped on Corps of Engineers property for that

24   period of time or larger?

25       A.   No.

Lieutenant General Scott Spellmon
April 22, 2022

1      Q.   Okay.  All right.

2      A.   I should say none that I'm aware of.  And I think

3   I would be aware of them, but, no.

4      Q.   Sure.  I appreciate that clarification.

5           (Deposition Exhibit No. 352 was

6             marked for identification.)

7   BY MR. SEBY:

8      Q.   If we could go to Exhibit 352, this is another

9   example, just -- just happens to be, and that's why I bring

10  it up, that -- where the same -- same email string that we

11  were just discussing in Exhibit 351, contains a separate

12  document produced to us that's got an addition to that

13  string.

14           So I bring it up, you can take a moment and

15  read to confirm for yourself that this is the same email

16  string we were just discussing minus the attachments.

17           But the only reason I bring it up is the top

18  email at the very top where you respond to Ms. Gaskill

19  forwarding the information to you, and you say to

20  Ms. Gaskill, copy to Ms. Williamson and Mr. Diciro and

21  Mr. O'Hara, you say, "Thanks for the follow-up, Amy.  Got

22  it."  What did you mean by that?

23      A.   I meant that I received her -- her email and

24  message.

25      Q.   Okay.  Just that simple?

Lieutenant General Scott Spellmon
April 22, 2022

1        A.    Yes.

2        Q.    Okay.  Do you recall, General, that you took any

3    further action with respect to the attachments, either of

4    the attachments we just discussed on the previous but

5    related exhibit?

6        A.    Mr. Seby, the only, I think new in this email is

7    the message from Amy right before mine if I could just read

8    that quickly.

9        Q.    Oh, of course.

10       A.    Right there.  Thank you.

11       Q.    I will just say that that was prior to the prior

12   exhibit we're discussing, but not to interrupt your review,

13   I just wanted to make that observation.  It's not -- that is

14   not new.

15       A.    Okay.  And can we just scroll down, please.  Okay.

16   No, thank you.  I'm recentered.

17             I'm sorry, sir, can you repeat your question?

18       Q.    I just wanted to know whether or not after you

19   acknowledged receipt of this, did you do anything further

20   with this information or the two attachments that we just

21   reviewed in the prior related exhibit?

22       A.    I did.  So, in addition to having protests around

23   the country, we had members of our own workforce in the

24   headquarters where I worked that weren't working on these

25   issues each and every day.

Lieutenant General Scott Spellmon
April 22, 2022

1           And I recall it was generally around this

2    time where I had a town hall with my own headquarters to

3    inform them, because they only saw or heard or read what

4    they read in the news.

5           And so we wanted to make sure everyone

6    understood the facts on the ground.  So that's how, in

7    addition to talking to media, we also used these points to

8    talk to our -- our own workforce.

9       Q.   And the HQ, your HQ, you're referring to the

10   Northwest Division?

11      A.   The -- yes, sir, the Northwest -- the staff of the

12   Northwest Division.

13      Q.   Got it.  Got it.  So this is what you used for

14   that purpose?

15      A.   It was one of the purposes that we used it for,

16   yes.

17      Q.   And would that include both attachments?

18      A.   Not the -- I -- I should clarify, just the first

19   two pages where the -- you saw the talking points, I did not

20   use the -- I didn't -- I was not aware of the -- the press

21   release.  And certainly don't recall using that in any of my

22   discussions with media or my team, my staff.

23      Q.   Okay.  Do you have any idea where that document

24   came from?  How did it end up attached to this, to these

25   emails?

Lieutenant General Scott Spellmon
April 22, 2022

1      A.   The press release, Mr. Seby?

2      Q.   Yes, sir.

3      A.   No.  No, I don't know how that ended up in this

4   email chain.

5      Q.   Okay.  And I believe you said you don't know

6   anything about it, never saw it, don't know who created it,

7   who contributed to it, or any -- all of the above, right?

8      A.   I do not recall seeing it before today.

9           (Previously marked Exhibit No. 37

10           was introduced for the record.)

11  BY MR. SEBY:

12     Q.   Okay.  Thank you.  If we could please go to

13  Exhibit 37, this is a -- an exhibit from a prior email, a

14  prior deposition, which was the deposition of Lieutenant

15  Colonel Startzell.

16           I'm incorporating it into the exhibits for

17  this deposition, General, and it is a -- it's a two-part

18  email string, and while it was part of the Startzell

19  deposition, let's start with the first email in the chain,

20  which is an email from you, sir, dated Friday, October 28th,

21  2016, addressed to the chief, Todd Semonite, and copied to

22  Major General Stevens, Major General Jackson, Ms. Aguilera,

23  and David Cooper.

24           And you are copying those individuals, but

25  you are addressing the email as "sir," so I believe that is

Lieutenant General Scott Spellmon
April 22, 2022

1    to Mr. -- or Chief Semonite.  Is that fair?

2         A.   Yes, that's correct.

3         Q.   Okay.  And you say to the chief on October 28,

4    2016, "Based on yesterday's escalation of force incidents."

5    Do you recall what those escalation of force incidents that

6    occurred yesterday, being October 27, 2016?

7         A.   Okay.  There were several, so I do not remember

8    the specific one.  One that stands out in my mind where an

9    individual's arm was injured, some type of explosion device.

10   I don't recall if it was that one specifically looking at

11   the dates, but there were several.

12        Q.   Okay.  You go on to say, based on those events,

13   you've identified one as among several, but not -- not the

14   rest, and I just note that, you say, "We," the Corps, "are

15   going to revoke the Special Use Permit for the Standing Rock

16   Sioux Tribe camp effective immediately.

17              "Colonel Henderson will inform Chairman

18   Archambault later today, and we will follow with a press

19   release."

20              General, is it possible that the press

21   release we just read that was an attachment to Exhibit 351

22   is the press release?

23        A.   Yes.

24        Q.   It is.  Okay.

25        A.   Yes.

Lieutenant General Scott Spellmon
April 22, 2022

1    Q.   This -- this rang a bell apparently, huh?

2    A.   Yes, this -- that was -- that was most likely the

3    press release that -- that Omaha released and it's what I'm

4    referring to here.

5    Q.   Okay.  All right.  So you're telling the chief

6    that that's being worked on, it sounds -- those are my words

7    but that's what it reads like, is that accurate?

8    A.   That's right.  So this was dated 28 October and as

9    I recall from the prior email, it was actually two days

10   later that of Colonel Henderson made the call not to renew

11   the special use permit.

12   Q.   Yeah.  My question is a basic one.  And that is

13   using the word revoke or not renew, those are two different

14   types of actions.  To -- to revoke something is to cancel or

15   remove something that's in place.  Is that a -- I'm not a

16   Webster's dictionary spokesperson, but is that -- is that a

17   common man-on-the-street understanding that we share?

18   A.   Yes.

19   Q.   Okay.  And to not renew is to just let lapse.

20   Would that be fair?

21   A.   That would be fair.

22   Q.   Okay.  I just asked because that attachment to the

23   draft press release uses different terminology.  It uses

24   "not renew," whereas your emails to the chief says we're

25   going to revoke the permit.  Do you know why the difference

Lieutenant General Scott Spellmon
April 22, 2022

1   in word choice?

2       A.   It was probably poor word choice on my part.  As I

3   told you earlier, this morning I had never served as a

4   district commander, I'm not intimately familiar with the

5   details of special use permits, I probably used a poor

6   choice of words here.

7       Q.   And I'm not being critical I just am trying to

8   understand the -- the difference, that's all.

9            Okay.  So when you're writing to the chief on

10  October 28, "We will follow with a press release," that

11  press release is -- is mentioned in a sentence that --

12  that's -- you start by saying, "Colonel Henderson will

13  inform Chairman Archambault later today, and we will follow

14  with a press release."

15           Were those supposed to be -- I don't

16  understand the relationship between the clause and the

17  sentence that's after the comma, and the first part where

18  Colonel Henderson will take an action with the -- with the

19  chairman.

20      A.   So I use the word "we" a lot.  We are a team,

21  and -- but "we" specifically here meant Omaha District.

22      Q.   Okay.  And then the next paragraph break in your

23  email to the chief says "Our rationale."  Are you referring

24  to the rationale of the district or the Northwest Division?

25      A.   Our -- I'm referring to our -- our collective

Lieutenant General Scott Spellmon
April 22, 2022

1    reasoning.

2         Q.   Being the district level or the -- I'm sorry.  The

3    division level?

4         A.   I think this is a common assessment that we shared

5    with the chairman certainly at the district level, and I

6    shared this assessment as well.

7         Q.   Okay.  All right.  And you say, "Our rationale,"

8    and there's four bullets, "Yesterday's events," plural,

9    "proved again this is not a peaceful or prayerful protest."

10   Do you recall what you meant by that?

11        A.   Yes.  There had been several other escalation of

12   force incidents.  I'm sorry.  I cannot recall the details of

13   location and dates.  But I knew there had been certainly

14   several.

15        Q.   Yeah, your reference says, "Yesterday's events,"

16   and I -- I appreciate you're -- you're telling me you can't

17   recall what those were.

18        A.   I don't remember.

19        Q.   That's fine.

20        A.   I'm sorry.

21        Q.   That's fine.  Your second bullet says, "Life,

22   health, safety for all in the area are at risk."  What is

23   the area that you're referring to?

24        A.   I'm referring to the entire area, the camps, the

25   construction site, the -- the roads the public used to

Lieutenant General Scott Spellmon
April 22, 2022

1    travel in this -- in this part of the county.

2         Q.   So you're making a -- an assessment and

3    characterization of risk to life, health, safety for people

4    and in -- on both Corps of Engineers land and non-Corps of

5    Engineers land in that area?

6         A.   Yes, I'm -- I'm talking about everyone here, from

7    law enforcement to construction workers to peaceful

8    protesters, to tribal members, and the public that had to

9    transit this area.

10        Q.   Yes.  And then your next bullet says, "There has

11   been much reckless endangerment."  Do you recollect why you

12   chose those words?

13        A.   Here I'm referring to there had been a number of

14   convoys of vehicles that were speeding to locations where

15   construction crews were working, and reports coming in from

16   law enforcement suggested that this had happened in public

17   areas, near schools, maybe near homes, and that's what I'm

18   referring to here.

19        Q.   Did those convoys of vehicles speeding around

20   emanate from the Army Corps of Engineers property?

21        A.   I -- I don't know if some, all or others gathered

22   from other locations.  I don't know.

23        Q.   Do you --

24        A.   I never witnessed one.

25        Q.   Okay.  I'm just trying to understand what the

Lieutenant General Scott Spellmon
April 22, 2022

1    nature of your reference is, and you've explained that there

2    were a number of convoys.  Do you believe that, whether it

3    was all or some, some may have emanated from Army Corps of

4    Engineers property where protest camps were located?

5        A.   I think it's fair to say some may have.  Again, I

6    didn't witness one, I just received reporting on them.

7        Q.   You were -- you were informed that?

8        A.   Yes.

9        Q.   Okay.  Then the final bullet of your stated

10   rationale for the action of revoking the special use permit

11   for the SRST camp, and would that camp be on the south side

12   of the Cannonball River?

13       A.   The Standing Rock Sioux Tribe camp that we're

14   referring to with the context of the special use permit,

15   yes, that is the one -- one on the south side.

16       Q.   That's because you expressly forbade the

17   consideration of any potential special use permit or

18   authorization on the north side per se?

19       A.   That -- that's correct, there was no special use

20   permit given for anything on the north side of the

21   Cannonball.

22       Q.   Okay.  So we're talking here about situation and

23   circumstance on the south portion of the Army Corps of

24   Engineers lands south of the Cannonball River in North

25   Dakota?

Lieutenant General Scott Spellmon
April 22, 2022

1      A.   Yes.  When I'm telling General Semonite that we

2  are closing the camp, not renewing the special use permit,

3  we're referring to that -- that camp on the south side.

4      Q.   On October 28th, 2016?

5      A.   Yes.

6      Q.   Okay.  And you say, last bullet, "There has been

7  damage and destruction of private property."  Is that

8  associated with the rationale for revoking the special use

9  permit that you've told me was on the south side of the

10  Cannonball River?

11      A.   Yeah.  I cannot make that direct association.  I

12  think here I'm making a general statement that there has

13  been damage of -- of private property in -- in the region.

14  I don't believe I was trying to associate that directly with

15  anything emanating from the south camp.

16      Q.   What did you mean, then?

17      A.   I'm reporting to General Semonite that there has

18  been reports of damage and destruction of private property

19  in this region.

20      Q.   Sure.  I'm just trying to understand the relevance

21  of that statement to your email, the context of your email

22  and the statements that you make to the chief above.  I -- I

23  don't know the connection, so I'm merely asking what you

24  meant in your email to the chief.

25      A.   I think it supported the -- the idea that we did

Lieutenant General Scott Spellmon
April 22, 2022

1    not need to renew this particular special use permit, just

2    given what was occurring in the region.

3         Q.   Again, you -- you chose the word "revoke" in the

4    email that we're looking at, right?

5         A.   Yes, I wrote the word "revoke."

6         Q.   Yeah.  Okay.  Then you say, "We will work with the

7    chairman to set suspenses for camp movement."  Is that a

8    military term, "suspenses"?

9         A.   Yes.  In other words, deadlines.

10        Q.   Okay.  Thank you.  So if I could use that

11   alternate word, We will work with the chairman to set

12   deadlines for camp movement, is that -- is that a fair

13   alternate word choice in that context?

14        A.   Yes.

15        Q.   Okay.  For camp movement -- deadlines for camp

16   movement, what do you mean by that?

17        A.   When we wanted to have people and belongings and

18   temporary structures off of the -- the camp property that

19   was subject to special use permit moved off of that land and

20   into one of the three camps that I mentioned earlier, we

21   were working with Chairman Archambault to displace those

22   people to.

23        Q.   So the camp that you're talking about, camp

24   singular, you don't use the plural, suspense for camp

25   singular movement, you're referring to the -- a -- a camp on

Lieutenant General Scott Spellmon
April 22, 2022

1    the south side of the Cannonball River?

2         A.   Yes.

3         Q.   And would that be an existing camp?

4         A.   This was the camp that was the subject of the

5    special use permit, so, yes, it was existing at the time.

6         Q.   Okay.  And let's see, this is October 28th that

7    this one comes up.  Earlier we talked about an exhibit and

8    an email that says, I think you were asked by a Corps

9    colleague, how are the Tribal Elders' decision process going

10   on, on the chairman's idea of moving off of the Corps land

11   to one of the three options on tribal land, and earlier we

12   talked about the feedback that didn't go so well.

13              Has something changed here that you're

14   bringing that back up?

15        A.   No, just referring to the last sentence, what I

16   meant by "he needs this forcing function," we felt that

17   Chairman Archambault needed this as a forcing function with

18   his Tribal Council to -- to get to an agreement on the use

19   of one or two, or all three of the proposed sites on the --

20   on the reservation.

21        Q.   Okay.  So that forcing function intention that --

22   that you're telling me about by you and -- and the Corps

23   that you were commanding, did that intention and desire, was

24   that a reason for why the draft press release was phrased

25   the way it was?

Lieutenant General Scott Spellmon
April 22, 2022

 1        A.   I --

 2             MS. ZILIOLI:  Objection, calls for

 3   speculation.

 4        A.   I'd have to read the press release again to

 5   understand the question.

 6   BY MR. SEBY:

 7        Q.   Okay.  I just am wondering if you -- you, and I'm

 8   not asking you to speculate -- I'm asking, again, we're

 9   talking about your email, what you meant by "John and team."

10   Are you referring to Colonel Henderson?

11        A.   Yes.

12        Q.   Colonel Henderson and his "team are assembling

13   today's discussion points and drafting the Press Release

14   now."  "We will share all of those with the team before we

15   launch."

16             General, do you know, did -- obviously a

17   draft press release was created, because you've told me

18   that's -- that's the document we were just looking at

19   associated with Exhibit 351?

20        A.   Yes.

21        Q.   But -- okay.  We saw a document, but at the time

22   when we were talking about that document, I believe you --

23   you stated that you weren't aware who wrote it.  And now

24   you're saying John and team are assembling it.

25             Would it -- would it be fair that Colonel

Lieutenant General Scott Spellmon
April 22, 2022

1    Henderson wrote that or someone on his staff wrote it,

2    crated it?

3         A.   Yes, Mr. Seby.  That's what I said earlier.  It

4    was likely developed, written, drafted by a member of his

5    staff, his public affairs staff.  And I'm certain that

6    Colonel Henderson put his eyes on it before that was sent

7    out.

8         Q.   Sent out to whom, sir?

9         A.   I -- I don't know where, what specifically, how

10   he -- how he distributed that.

11        Q.   So you don't know if it was -- is it accurate to

12   say you don't know what happened to the document we looked

13   at, whether it was sent out or not?

14        A.   That's correct.

15        Q.   Okay.  You just don't know?

16        A.   I -- I don't recall.

17        Q.   Okay.  And the reason I ask is I just wanted to

18   understand, you had mentioned this, in this email of

19   October 28 to the chief, and so I -- I don't want to assume,

20   but I -- you have a -- a district -- pardon me, a division

21   commander role speaking with the chief of -- of the Army

22   Corps of Engineers, telling him that you're going to do

23   something.

24             Would you have told him if you did otherwise

25   after you told him one thing?  In other words, if a

Lieutenant General Scott Spellmon
April 22, 2022

 1    circumstance changed, evolved or -- and I -- I told you,

 2    General, I was going to do X, and X didn't end up happening,

 3    I changed my mind, or something happened that caused me not

 4    to do what I told you I would do, that I would follow up

 5    and -- and tell you that, is that, would that be your normal

 6    conduct with the chief?

 7         A.   Yes.  If you're asking specifically about the

 8    press release, would I have followed up with him, whether or

 9    not it went out or didn't?  I don't recall if I did.

10                    (Deposition Exhibit No. 353 was

11                     marked for identification.)

12    BY MR. SEBY:

13         Q.   Okay.  All right.  Okay.  If we could go to

14    Exhibit 353, please.  So we're going to talk about a couple

15    of emails that are formatted funny, but thanks to the Bates

16    numbering of the -- of the -- your counsel and the manner in

17    which they provided to me, this document we're going to talk

18    about has this cover page here that's -- that says it's from

19    Lowry Crook.

20                    We've talked about who he is, and it is

21    addressed to Dan G. Utech and Tara L. Billingsley.  Both of

22    those individuals have email domains that say "who.eop.gov."

23                    Do you recall, General, what that naming

24    convention refers to?  Who are these people and where are

25    they based upon the email domain that's referenced there?

Lieutenant General Scott Spellmon
April 22, 2022

1          A.    For the first question, I don't recall who these

2     individuals are.  I believe the naming convention on the

3     email stands for White House Operations, Executive Office of

4     the President.

5          Q.    That's what I was wondering, too.  So these are

6     White House employees, Mr. Utech and Ms. Billingsley.  Is

7     that -- is that your answer?

8          A.    I don't know who they are.  I can tell you from

9     their email addresses that's -- you could suggest that, yes.

10          Q.    Okay.  And again I'm not putting words in your

11     mouth, I'm asking if you -- you think that's possible?

12          A.    Yes, I think that's possible.

13          Q.    Do you happen to know that -- and the reason I'm

14     talking about this issue with you is that we're going to

15     talk about Mr. Crook's email, which is a two-part email.

16               The first is a -- an email from, and then

17     we'll talk about it, an email from Major General Jackson

18     that's addressed to Mr. Crook, and the assistant secretary

19     of the Army for Civil Works, Ms. Jo-Ellen Darcy.

20               And it's copied to Chief of Engineers

21     Semonite and yourself.  And it's -- it's -- so that's --

22     that's the beginning of this and we'll talk about what that

23     says.  But that email from Major General Jackson to

24     Mr. Crook and Ms. Darcy copied to the chief and to you,

25     Crook forwarded it on to the White House.  If that's

Lieutenant General Scott Spellmon
April 22, 2022

1    who.eop, if that stands for the Executive Office of the

2    President at the White House.

3              The reason I'm wondering if that's not the

4    case is because, do you know whether Mr. Utech happened to

5    be as of November 2, 2016, the deputy assistant to the

6    President of the United States for Energy and Climate?  Is

7    that the same Daniel G. Utech?

8         A.    I don't know.

9         Q.    Okay.  Well, let's go back to the email that you

10   were part of that Donald Jackson sent to the chief and to

11   you.  It says in that email that you were a party to, and

12   the subject line says, "President Obama video on Army Corps

13   and rerouting pipeline."

14             And Major General Jackson says to Mr. Crook,

15   "Lowry, We need to be prepared to clarify the record on

16   this, so need your thoughts on how best to do so."

17             And what he's asking about is an excerpt from

18   apparently a video clip made of the President of the United

19   States, Mr. Obama, in an MSNBC interview with Lawrence

20   O'Donnell, a show called The Last Word with Lawrence

21   O'Donnell.  The President of the United States at that time

22   says, according to this video clip transcript, "I think that

23   right now the Army Corps of Engineers is examining whether

24   there are ways to reroute this pipeline."

25             Do you know that to be true at that time,

Lieutenant General Scott Spellmon
April 22, 2022

1   sir?

2       A.   That was not a true statement at that time.

3       Q.   Not?

4       A.   We were not looking at ways to -- it's not in our

5   authority to reroute pipelines.  We take applications as

6   they come, and we do an environmental assessment on that

7   application, we look at other feasible alternatives, but we

8   at this time were not -- we were done with that -- that part

9   of -- of our analysis.

10      Q.   I -- I don't want to be dramatic about that, and I

11  appreciate your candor and your statement, but the statement

12  I read to you is a quote attributed to the President of the

13  United States.

14           Am I understanding your statement just now

15  that, respectfully, you said that was not a true statement?

16      A.   He writes "I think," but no, we were not at this

17  time examining to reroute this -- otherwise to reroute this

18  pipeline, no.

19           (Deposition Exhibit No. 354 was

20              marked for identification.)

21  BY MR. SEBY:

22      Q.   Okay.  All right.  All right.  So that's the end

23  of that email.  I do wish to go to another example of where

24  your counsel produced documents to the State of North Dakota

25  that are a related email string that's -- that's -- that's

Lieutenant General Scott Spellmon
April 22, 2022

1    just a different document produced.

2                    So for that reason alone, I'm calling our

3    attention, please, to Exhibit 354.  I apologize if you can

4    hear the wind -- windows outside of my room rattling, we've

5    got some very strong winds on the front range today, and I

6    hope it's not bothering anybody.  Can't do anything about it

7    but I just am noting it.

8                    So here we are at Exhibit 353 (sic), and this

9    is a -- a -- an exhibit with two emails in it, one, the

10   beginning email is from this same individual, Dan G. Utech,

11   EOP/WHO.  So I'm again understanding -- my understanding

12   that that is Executive Office of the President, White House.

13                   The email from Mr. Utech is addressed to

14   Lowry Crook, and the subject line reads, "Full Quote," in

15   bold.

16                   And Mr. Utech, who is a -- at least a Daniel

17   Utech is a deputy assistant to the President of the United

18   States for Energy and Climate, Mr. Utech's email to Lowry

19   Crook, subject line, "Full quote," has what appears to be a

20   larger and more complete narrative of the President's

21   interview that Mr. Utech appears to think was necessary to

22   bring to Mr. Crook's attention.  Do you see that?

23        A.   I -- I -- if we can zoom in, please.

24                   So Mr. Seby, I see the address line and what

25   you've highlighted there on the email being from Mr. Utech

Lieutenant General Scott Spellmon
April 22, 2022

1    and going to Mr. Crook.  I didn't catch where you're

2    referencing below it.

3        Q.   Okay.  There you go.  So the reason I'm -- I'm

4    bringing this up to you is the prior exhibit we were just

5    talking about from Mr. Crook forwarded to Mr. Utech in the

6    White House was a, purported to be, that General Jackson was

7    asking about giving him an excerpt.

8                   Mr. Utech is providing that same information

9    about that interview with the President of the United

10   States, which again was a video clip, and Mr. Utech is

11   giving more -- a more complete aspect of the transcript of

12   that video, it seems.

13                  And so he presents, he starts with a question

14   posed by the interviewer, Mr. O'Donnell, Lawrence O'Donnell

15   with MSNBC, and then there are in response to those

16   questions, an answer is provided by a person noted in the

17   transcript, at least the excerpt provided here, has "The

18   President."

19                  And so the question that -- just to elaborate

20   on what this email says here, is -- so you mentioned climate

21   change, and this is part of -- this is the interviewer

22   purportedly asking the President of the United States, "You

23   mentioned climate change, which is an issue that is hugely

24   important to our audience and young voters.  One thing the

25   candidates aren't really talking about is the Dakota Access

Lieutenant General Scott Spellmon
April 22, 2022

1    Pipeline.  Is that something you would consider intervening

2    in?  People have called for the administration to make a

3    call."

4                   After that the line reads, "The President:

5    Well, right now, there is some litigation involved in it.

6    And I've been staying on top of it."  Talks about point of

7    pride in his administration with Native Americans, and he

8    says, "My hope is we can find a way to resolve this.

9    Typically, what happens is, is that initially things at a

10   local level are worked on and we try to resolve them.  If an

11   impasse is reached, then at some point it's something we

12   have to pay to" -- "attention to as well.  We're monitoring

13   this closely.  And" -- "and I think as a general rule, my

14   view is that there is a way for us to accommodate sacred

15   lands of Native Americans."

16                  And he says, according to this transcript,

17   the next sentence, "And I think that right now the only

18   core" -- "the only core is examining whether there are ways

19   to reroute this pipeline in a way," he's interrupted by the

20   interviewer.  I -- I think this sentence is odd.

21                  Again, it's a transcript of a video interview

22   and I think that the "right" -- that "right now the only

23   core," do you think that the transcript messed up and it's

24   meant to say the Army Corps?

25                  MS. ZILIOLI:  Objection, foundation.

Lieutenant General Scott Spellmon
April 22, 2022

 1    Speculation.

 2    BY MR. SEBY:

 3         Q.    General?

 4         A.    Yes, that would be my best guess, that should read

 5    "the Army Corps."

 6         Q.    I wondered the same.  And the President's saying

 7    purportedly -- and I say purportedly because I have not

 8    watched the video, have you?

 9         A.    No.

10         Q.    Did you ever?

11         A.    No.

12         Q.    Okay.  He goes on, or this quote attributed to the

13    President of the United States goes on to say, "The Army

14    Corps is examining whether there are ways to reroute this

15    pipeline in a way," and he got interrupted by the

16    interviewer, who said, "So this is a possibility?"

17               And, again, purportedly the transcript says

18    the President said, "So we're going to let it play out for

19    several more weeks and determine whether or not this can be

20    resolved in a way that I think is properly attentive to the

21    traditions of the First Americans."

22               And I understand what your -- your testimony

23    was about what -- what's the Corps authority and not with

24    respect to rerouting pipelines.

25               So I -- I just want to ask you about this,

Lieutenant General Scott Spellmon
April 22, 2022

```
1   and I'm asking you because Mr. Crook forwarded this email,

2   you'll see at the top there, Lowry Crook, November 2,

3   forwarded to you, in a group, though, and that group

4   included the assistant secretary of the Army for Civil

5   Works, Ms. Darcy, Major General Jackson, you, and

6   Colonel Henderson.  What do you think the point of that

7   forwarded email was?  What -- do you know why -- why you

8   were sent this?

9        A.   I think it was an attempt to give some additional

10  context to the President's remarks.  Having just reviewed

11  what you've provided here, I don't think it addressed what

12  General Jackson was asking for.

13            As I said, we, the Corps of Engineers, does

14  not have the authority to reroute pipelines.  And I think he

15  was looking for a way to correct -- how do we go about

16  correcting this statement that was made.

17       Q.   Who is looking for a way to correct the statement?

18       A.   So if you go back to the email, it would be

19  General Jackson raised this as an issue.

20       Q.   Yeah.

21       A.   And it would go back to Mr. Crook.

22            (Deposition Exhibit No. 355 was

23              marked for identification.)

24  BY MR. SEBY:

25       Q.   Yeah.  Okay.  Thank you.  If we could please turn
```

Lieutenant General Scott Spellmon
April 22, 2022

 1    to Exhibit 355.

 2                    All right.  This is -- well, I have some good

 3    news.  This exhibit is only one email, it's not a chain, and

 4    it's just one email and the email is from -- oh, shoot.  I

 5    apologize.  I misspoke.  This is a two-part email, so it's

 6    not the worst we've seen, but it's -- it's not a singular

 7    email.

 8                    It starts with an email from you, sir, to

 9    Donald -- Major General Jackson on November 3rd of 2016.

10    And he replies to it above that.

11                    So let's start with your email to Major

12    General Jackson.  You say, "Sir, I believe you already have

13    the bulk of this from your conversation with John."  Would

14    that be Colonel Henderson?

15         A.   Yes.

16         Q.   "He and I just spoke as he wrapped up his

17    discussions with the tribal chairmen."  Would that be Dave

18    Archambault?

19         A.   Yes.

20         Q.   "John believes he found consensus on what is

21    essentially a 30 day cooling off period" -- "cooldown

22    period."

23                    Do you know, this reference to consensus,

24    what parties did you mean to represent to Jackson --

25         A.   Yeah.

Lieutenant General Scott Spellmon
April 22, 2022

1       Q.   -- as --

2       A.   I'm sorry.

3       Q.   I just wanted to understand what you meant as

4    parties, who are the parties at this point, to this

5    consensus that Colonel Henderson believes he found?

6       A.   Mr. Seby, if I could just take a moment and read

7    the entire email.

8       Q.   Oh, most -- most definitely.  My apologies,

9    General.  I will -- I will just be quiet for as long as you

10   need to read that entire string so we can talk about it.

11      A.   If you could blow it up?  Thank you.  Okay.  Yes.

12   Yes, sir, I've read it.  Could you just repeat your

13   question?

14      Q.   That -- that -- that second paragraph of your

15   email to Mr. -- or Major General Jackson says, "John

16   believes he found consensus on what is essentially a 30 day

17   cooldown period."  Who -- who are you referring to as being

18   parties to this consensus, just the chairman at that point?

19      A.   No, I think -- I think there's several parties

20   involved in this -- this particular arrangement.  Certainly

21   for the chairman to provide time for that move that we

22   discussed for that camp south of the Cannonball, to -- to

23   properties on Standing Rock Sioux reservation, to focus on

24   that movement.

25              Secondly, for Energy Transfer Partners and

Lieutenant General Scott Spellmon
April 22, 2022

1    their construction crews to suspend construction during

2    this -- during this -- during this time frame, and then also

3    for -- for law enforcement.  If I remember, their support

4    arrangements from other counties, other states were about to

5    expire and they had to do some consolidation -- I may not be

6    using the right word as well -- but they had to consider

7    their next steps of how they were going to continue to

8    provide for public safety, given that some of their forces

9    were about to return to -- to their home.

10              So that was -- that was the idea here, was a

11   30-day suspension of efforts from -- from the protest side,

12   from the law enforcement side, and then also from the

13   construction side.

14        Q.   Okay.  And which law enforcement are you referring

15   to?

16        A.   I'm referring to Morton County, state and local

17   law enforcement.

18        Q.   Okay.  So is it your testimony that the State of

19   North Dakota and Morton County told you that they were in

20   agreement with this cooldown period?

21        A.   So they did not tell me this directly, I was

22   getting this from Colonel Henderson's engagements with --

23   with the three parties that I just described.

24        Q.   So you didn't have firsthand knowledge of its

25   veracity or not?

Lieutenant General Scott Spellmon
April 22, 2022

1      A.   I did not have firsthand knowledge in these

2  particular discussions for the 30-day cooldown period,

3  that's correct.

4      Q.   And what would happen to the camps during the

5  cooldown period?  Would they immediately go away or would

6  they stay there and -- and they assume to behave themselves

7  during that 30-day cool off period?

8      A.   So for the camps, what Chairman Archambault was

9  trying to do during this period, he was trying to get

10  separation from the peaceful protesters, those that had

11  stayed and were conducting themselves in a peaceful manner,

12  and separate themselves from some of the factions that were

13  in those camps that were more aggressive.

14      Q.   Okay.

15      A.   I think that was the -- one of his goals there.

16      Q.   Aspirational, right?

17      A.   Right.  Because he also had the issue, as I

18  mentioned earlier, with his Tribal Council in getting

19  agreement to bring at least the peaceful protest factions

20  onto the Standing Rock reservation.

21      Q.   Yeah.  If that worked, that aspiration, where

22  would that have left the people who didn't wish to move off

23  of the camps on Corps property, but just stay there.  Would

24  those people be uniquely non-peaceful?

25      A.   I -- I my assessment is it would not change

Lieutenant General Scott Spellmon
April 22, 2022

1    anything on that dynamic.

2        Q.   Okay.  So the bad guys would stay?

3        A.   It was my assessment at the time that there

4    were -- there were protesters there that were very, very die

5    hard on this -- on this cause, and were not willing to move,

6    that's correct.

7        Q.   I'm trying to understand the nature of the

8    strategy and aspiration that you were working with the

9    chairman to get people to move off of - off of camps plural,

10   on Corps property, when that strategy, it seems to have

11   contemplated a practical effect of leaving the bad guys on

12   Corps property.  Where would that have left things?

13       A.   I think it was the best of several less desirable

14   options.  And I just go back to my earlier testimony whereas

15   my assessment, even if we had the resources, I'm speaking

16   we, the Army Corps of Engineers, had the resources to do, to

17   move folks off involuntarily, they would have just gone to

18   adjacent property, private property, state property, and

19   that would have just exacerbated the problem, it would have

20   exacerbated the tension.

21             So leaving them, yes, my assessment to leave

22   them where they were on Corps property was the least worst

23   of several bad decisions that we could have made.

24       Q.   So just thinking through the -- the ideas here

25   that Colonel Henderson and you were -- were entertaining,

Lieutenant General Scott Spellmon
April 22, 2022

1    how would that have worked if the bad guys stay, the

2    peaceful people leave and find a new home nearby, what do

3    you do with the bad guys left on Corps property and their

4    hard core behavior as you put it?

5         A.   I -- I don't understand your question.

6         Q.   I -- I'm trying to understand the practical

7    implications of this aspiration where you were -- and I

8    appreciate your saying this in the context of it was the

9    best of several less desirable and/or bad options, but I

10   don't -- I don't -- I'm trying to appreciate what you were

11   thinking, you and Colonel Henderson were thinking about and

12   thus informed Major General Jackson about, that there was

13   consensus on a strategy.

14              And I'm asking a question about what the

15   nature and aspect of that strategy was.  Meaning, you were

16   trying to separate peaceful from non-peaceful people, and I

17   appreciate you have said that and I get it.

18              But isn't the implication of that that the

19   non-peaceful, hard core people, to use your word, would have

20   remained on the Corps of Engineers property?

21        A.   Yes, I -- I don't -- my assessment is those --

22   those -- those groups would not have moved.  Remember, this

23   was written on November 3rd, so it's starting to get cold in

24   North Dakota, and so the other benefit of getting people off

25   of these camps and onto -- onto the reservation where they

Lieutenant General Scott Spellmon
April 22, 2022

1    had better access to services, was get them safely out of

2    the impending North Dakota winter.  So that was another

3    benefit of this as well.

4                Ceasing construction was going to take the

5    temperature down on both sides of the protest community,

6    both peaceful and non-peaceful.  And also it was -- it

7    provided a breather, I believe, for the law enforcement.

8                You're right, I don't disagree with you that

9    the strategy was not perfect, it didn't deal effectively

10   with -- with the more aggressive protest factions that were

11   out there, but again, we were trying to do all we could with

12   the resources that we had in a very challenging situation.

13       Q.   I understand and appreciate your response.  Had --

14   had -- had there been any discussion whether from you, sir,

15   or to you or dialogue with the chairman or others in the

16   United States Government that if this worked, and there --

17   you achieved this separation of good guys and bad guys, and

18   it left, the bad guys stayed on the Corps property because

19   they didn't want to be any part of any move to the

20   reservation, to the Standing Rock lands, what -- what was

21   the thought about what -- if then, if that happens, where we

22   succeed with that aspect of the strategy, what do we do with

23   the bad guys that are still on our land?

24       A.   That's right.  It's -- it's a question for -- for

25   law enforcement.

Lieutenant General Scott Spellmon
April 22, 2022

1    Q.   And did you talk to them about that?

2    A.   We did.  A number of conversations with, as I

3    mentioned with chairman -- I'm sorry -- Sheriff Kirchmeier,

4    the state adjutant general, it was not long after this,

5    within a few weeks that I had made my first request to my

6    boss, General Semonite, for federal law enforcement support

7    to deal with just this issue that -- that you were

8    describing.

9    Q.   So that's where the -- that's what hatched the

10   idea for the Corps being a party to a request for federal

11   law enforcement assistance?

12   A.   Right.  I think we were reinforcing what the

13   governor had requested of the President, what Morton County

14   had requested of law enforcement -- federal law enforcement,

15   we were just adding to that -- that request with our letter

16   to General Semonite.

17   Q.   General, is your testimony that you're

18   representing that the State of North Dakota backed this

19   consensus, that you're telling Major General Jackson that

20   Colonel Henderson was negotiating with the chairman?  Are

21   you saying the governor of North Dakota at the time,

22   November 3rd, 2016, endorsed that?

23   A.   So at bottom of this email it mentions that

24   Colonel Henderson was going to follow up on this concept

25   with the governor, and I -- sorry, I don't recall the

Lieutenant General Scott Spellmon
April 22, 2022

1   outcome of -- of that session.

2       Q.   And I appreciate your telling me that, but it

3   wasn't the question.  The question is, is it your testimony

4   that you are saying the governor of North Dakota, in your

5   opinion, endorsed this strategy?

6       A.   No, at the time of this email I didn't know the

7   governor's position on this strategy.

8       Q.   Thank you.  How about after this email, did you

9   ever learn that was your view of the governor's position?

10      A.   I -- I do not recall.

11              (Deposition Exhibit No. 356 was

12                  marked for identification.)

13  BY MR. SEBY:

14      Q.   Okay.  If we could turn to Exhibit 356, please,

15  and this is another email where we -- we got multiple parts

16  of a ongoing dialogue sent to us by your counsel, and thus

17  the need for me to raise it with you as separate exhibits.

18              Exhibit 356 is a continuation of a portion

19  of your -- no, it follows on, if you look at the screen, the

20  first part of this email chain in this new Exhibit 356,

21  begins with your email to Major General Jackson that we just

22  discussed, talking about Colonel Henderson's belief that he

23  found a consensus on essentially a 30-day cooldown period.

24              Then you forwarded your email to

25  Major General Jackson on to Colonel Henderson and said,

Lieutenant General Scott Spellmon
April 22, 2022

1  "John - FYI, and feel free to correct/adjust as needed.

2  Thanks for all you are doing in this difficult situation."

3             And then Colonel Henderson, the next portion

4  of this email chain responds to you saying, "Sir, just a few

5  items to add at this point.  After we talked, I called the

6  Governor's Chief of Staff.  Will meet with the governor and

7  Major General Dohrmann in the morning.  I explained to him

8  all below," and I think he's referring to the Chief of

9  Staff, "he," the Chief of Staff, "believes that the governor

10 will support a cooling off period contingent upon DAPL's

11 buy-in and clarity on the easement decision."

12            Then there's some talk about Energy Transfer

13 discussions Colonel Henderson had.  And then the email goes

14 on to say, "Tomorrow my goal is to double back with the EOC

15 and Major General Dorman (sic), meet with the governor and

16 close out with calls to both Senators and the Congressmen.

17 Would expect to see Congressman Cramer and Hoeven" --

18 "Senator Hoeven in the Governor's meeting."

19            That's late in the evening on November 4th.

20 And you write in reply to -- to Colonel Henderson, the next,

21 you reply to him and say, "We are fortunate to have you,

22 John.  Please, do not pay any attention or 'sweat' the

23 Cheyenne letter."

24            General, what Cheyenne letter are you

25 referring to?  Do you recall?

Lieutenant General Scott Spellmon
April 22, 2022

1      A.   I -- I don't recall.

2      Q.   Then you go on to say, "Army leaders all the way

3   to the top understand the heavy lifting that you are doing

4   here."  What heavy lifting are you referring to that

5   Colonel Henderson is doing here?

6      A.   Well, so if you look at the last email you can see

7   that he is writing me at 1:28 in the morning, so a lot of

8   long days for Colonel Henderson.

9      Q.   Yeah?

10     A.   Working through a very big issue that was getting

11  national attention, and he was at the center of it all.  And

12  that's what I meant.

13     Q.   Understood.  The last email in the chain, if

14  you'd -- if we can scroll up to that, please, would you take

15  a moment, sir, and read that, please.

16     A.   Yes.  Could you scroll down, please.  Okay.  Thank

17  you.

18          Mr. Seby, I've finished reading.

19     Q.   Okay.  Thank you, sir.  So this top email is from

20  Colonel Henderson to you, General Spellmon, and it's the

21  same day, later in the same day, appears to be a very long

22  day for Colonel Henderson, November 4, 2016, and the re line

23  is, continues to be "De-Brief from Colonel Henderson."

24          And he reports on meetings with General

25  Dohrmann, the governor and Senator Hoeven, and he still has

Lieutenant General Scott Spellmon
April 22, 2022

1    calls scheduled with Heitkamp and Congressman Cramer that

2    evening.

3                He says, "All are supportive of the idea," I

4    guess that's understood in the context that he's still

5    talking to a senator and a congressman later after this

6    note, but I guess he's saying, All so far are supportive of

7    the idea, but skeptical that the Administration will support

8    sending the easement forward to Congress, more skeptical

9    that the Tribal leaders will do anything to help, and most

10   skeptical that we can affect their requests for federal law

11   enforcement support.

12               So it's an interesting way to deliver a

13   positive statement that there is support of the idea.  And

14   then he goes on to say there's three levels from mild to

15   worst skepticism.  Is that how you read how he phrased all

16   that?

17   A.   Yes, Mr. Seby.  And just some additional context.

18   So at this point we're in early November.  We had already

19   turned in, I mentioned the technical responses to the six

20   questions that we had received from the assistant

21   secretary's office, and I don't remember the exact date, but

22   it was somewhere around this time frame where we received an

23   additional four questions that required more analysis and

24   work.

25               And so I believe that was feeding the

Lieutenant General Scott Spellmon
April 22, 2022

 1   skepticism that the elected leaders in North Dakota were

 2   feeling about the topic of the easement ever going forward.

 3   The -- I believe it was at this point the governor had

 4   already made his requests to the President for federal law

 5   enforcement support.  I do not believe it had been acted on

 6   in a way that was I guess acceptable to the -- to the

 7   governor.  And they were skeptical of the Tribal leaders, as

 8   they -- as John shared here.

 9        Q.   Yeah.  General, you referenced -- first you got

10   six questions and you spent a lot of time and effort

11   marshaling responses to those.  I don't know, couple, a

12   month or two went by after that, didn't it?  And then you

13   got four more?

14        A.   Yes, sir.  And I -- Mr. Seby, I don't remember the

15   exact timeline, but there was an additional set of four

16   questions that came -- that followed.

17        Q.   Did the additional four come from the same source

18   as the first six?

19        A.   I believe they did.  I believe they came from the

20   assistant secretary's office.

21        Q.   Ms. Darcy?

22        A.   Yes.

23        Q.   And these questions, if I remember the first

24   category of six that you referenced, they were with respect

25   to why did Colonel Henderson and the Army Corps of Engineers

Lieutenant General Scott Spellmon
April 22, 2022

1    approve an environmental assessment.

2                    And then the joint agency statement said,

3    yeah, we -- we know the Corps finalized the environmental

4    assessment, but we're going to pause now and reconsider

5    that.

6                    So then Ms. Darcy submitted six questions to

7    the Corps professional staff saying why did you do A, B and

8    C through whatever 6 is, F, and then you answered those,

9    they sat with the sec -- the Assistant Secretary Darcy, then

10   she put out four more?

11       A.    That -- that's correct.  So, and I don't remember

12   the exact questions, as I've said, but everything from more

13   technical feedback on some of the analysis that we provided

14   in the EA, and then other cases to clarify some of the legal

15   substantiation for the -- the findings in our -- our -- in

16   our report.

17       Q.    Have you, in your experience in the Army or the

18   Corps more specifically, ever seen anything like that

19   happen, where the Corps makes a final decision, one that's

20   entrusted to the district, and then have it announced at a

21   national level that -- that action on the finalization of an

22   easement based upon an environmental assessment was -- was

23   suspended due to reconsideration, and that process went like

24   this, where there were questions and more questions and

25   passage of time and more passage of time, you ever -- ever

Lieutenant General Scott Spellmon
April 22, 2022

1    experienced anything outside of the DAPL context where that

2    occurred?

3         A.   No, not -- not to this extent.

4         Q.   So this was -- this stood out as unique to you?

5         A.   Yes, I mean we -- we send reports up all the time,

6    we receive reports all the time from field, often there are

7    technical questions that we'd like more information on, but

8    generally that is coming from our engineers and the

9    scientists in the Corps, not technical questions coming back

10   from appointees.  So that's -- that's what was different

11   here.

12        Q.   So are you saying, General, that there was

13   something unique about the manner in which this occurred and

14   the source of the -- the revisiting, second-guessing, I

15   don't know, asking you to explain yourself, coming from

16   political appointees?

17        A.   Yes, this -- this was unique.

18        Q.   Were you the only one amongst your Corps senior

19   colleagues to observe that?

20        A.   I think you saw the note from General Semonite had

21   a sense of that, certainly General Jackson who was working

22   with this with us each and every day, likely shared that

23   assessment.

24        Q.   I understand.  How about a short break, sir?

25        A.   Yes, thank you.

Lieutenant General Scott Spellmon
April 22, 2022

1           MR. SEBY:  Ms. Zilioli, is that okay?

2           MS. ZILIOLI:  That sounds great.  Thanks.

3           MR. SEBY:  All right.  Let's resume in ten,

4    please.

5           THE VIDEOGRAPHER:  Okay.  Going off the

6    record at 2:25.

7           (Recess taken.)

8           THE VIDEOGRAPHER:  Going back on the record

9    at 2:40.

10          (Deposition Exhibit No. 359 was

11           marked for identification.)

12

13   BY MR. SEBY:

14       Q.   General Spellmon, we're back after a short break,

15   sir, and I'd like to call up Exhibit 359, 359.  This is an

16   email, General Spellmon, from you to rrausche@nd.gov, and

17   alan.s.dohrmann.mil@mail.mil, and it's copied to

18   Colonel Henderson.  Is -- is do you know the individuals

19   that you addressed this to?  Can you identify their full

20   names?

21       A.   Yes.  I believe Mr. Rausche (sic), I believe it's

22   Ron Rausche, was on the governor's staff and Alan Dohrmann

23   is General Dohrmann, the North Dakota state adjutant

24   general.

25       Q.   Okay.  I'm asking do you know is

Lieutenant General Scott Spellmon
April 22, 2022

1   Mr. Rauschenberger, is that the correct name?

2       A.   Yes, sir.  You're -- you're correct.

3   Mr. Rauschenberger.  Thank you.

4       Q.   And do you know whether he was at this time,

5   November 9, 2016, the chief of staff of the governor of

6   North Dakota, Jack Dalrymple?

7       A.   Yes, sir, that is correct.

8       Q.   Okay.  And General Dohrmann was the adjutant

9   general of the State of North Dakota?

10      A.   Yes.

11      Q.   Okay.  And there's an attachment here, the subject

12  line of your email says, "DAPL OP-ED (Spellmon)."  And the

13  attachment here is a document that is not dated.  Do you

14  know the date of this document, the attachment?

15      A.   I don't know the exact date.  Certainly it was

16  prepared in concert with this email in early -- early

17  November.

18      Q.   Okay.  Is what we're seeing on this email a draft

19  of something that later was finalized?

20      A.   Yes, this may have been the -- the -- the final

21  copy.  I'm sure this was a draft, I was asking for their, if

22  they had any input.

23      Q.   Did they respond to your email at all?  I don't

24  have a -- anything that advises me one way or the other.  Do

25  you know?

Lieutenant General Scott Spellmon
April 22, 2022

1        A.    Mr. Seby, from the best of my recollection both

2   Mr. Rauschenberger and General Dohrmann supported us going

3   forward with this particular op-ed.

4        Q.    And when you say op-ed, are you talking about an

5   opinion editorial?

6        A.    Yes.

7        Q.    And since -- since from at least what I have here,

8   I don't know whatever happened to this, and your attachment,

9   the document name says "Final," so what did you do with this

10  after you sent it to them and -- and, A, did they give you

11  feedback, and if so how.  Verbal or --

12       A.    I don't -- from the best of my recollection it was

13  a brief email from each that they supported going forward

14  with this as I stated.

15       Q.    Okay.  Okay.  And then did you edit the article at

16  all, or was it -- was it sent off to be published somewhere?

17       A.    Can I just scroll down --

18       Q.    Oh, yeah.

19       A.    -- to review?  Thank you.  Keep scrolling down.

20  And once more.  Yep, that's it.  This looks like the final

21  that went out.  And you asked, I believe it was published in

22  the Omaha World-Herald shortly after, early to mid November.

23  I don't recall the exact date.

24       Q.    Any other media outlets pick this up?

25       A.    I don't recall if other media ran with this.

Lieutenant General Scott Spellmon
April 22, 2022

1    Q.   Okay.  Did you ever give any television or other

2    videotaped interviews that related to this op-ed?

3    A.   Not directly related to this op-ed.  I did a media

4    interview with a local station in Portland following one of

5    the protests at my home, but large -- much of the same

6    messages that I shared with that -- with that station are --

7    are -- are included in this opinion editorial.

8    Q.   Okay.  And were you the sole author of this

9    document, sir?

10   A.   I was a primary author.  I am certain I had helped

11   from Ms. Gaskill, who was my public affairs officer in

12   Northwest Division, and she was on several of the previous

13   emails --

14   Q.   Yes.

15   A.   -- that you showed us.

16   Q.   Ms. Amy Gaskill?

17   A.   Yes.

18   Q.   Got it.  Okay.  What was your intention in

19   developing this -- this op-ed?

20   A.   Yes.  So, and I don't remember what day this went

21   out, but there was a -- a Tuesday shortly after I sent this

22   note to General Dohrmann and Mr. Rauschenberger, it was

23   identified as a National Day of Protest against DAPL, and

24   these are the protests I mentioned earlier where we had

25   groups large and small showing up in front of our district

Lieutenant General Scott Spellmon
April 22, 2022

1    and our regional headquarters throughout the country.

2                    This was an attempt to inform the public on

3    what the roles and responsibilities are on a project such as

4    Dakota Access Pipeline and what our roles and

5    responsibilities aren't.  So it was an attempt to inform the

6    public in advance of this national day of protest.

7        Q.   Yeah.  November 9th, if -- if -- I understand you

8    said the protests on Corps property began approximately mid

9    August, here we are in about the same part of the month,

10   three months later.

11                   What was it that about -- about the -- this

12   particular time period other than the -- you were a little

13   less than a week prior knowing that there was going to be a

14   national day of protest.  Was this your thought on setting

15   the record straight in a certain respect?

16       A.   No, this was an effort to inform the broader

17   public, up until this point from my recollection we were

18   sharing these same messages with everyone that we were

19   dealing with in -- in North Dakota, in our headquarters, and

20   in the secretary's office, to inform -- and as I mentioned,

21   even our own workforce.

22                   We thought of the op-ed, again, what drove it

23   was this National Day of Protest, and again, just in effort

24   to inform the broader public on what -- what this was about.

25       Q.   And why did you feel the need to do that?

Lieutenant General Scott Spellmon
April 22, 2022

1      A.   There were going to be protests scheduled across

2  the country.

3      Q.   You wanted to get ahead of that?

4      A.   I wanted to get -- I wanted to make an effort to

5  inform the public, yes.

6      Q.   Okay.  Again, I -- I'm not questioning any of your

7  goals, I just am trying to understand the context of this

8  when and why, what you were thinking.  Okay.  Okay.  Do you

9  think it was helpful or effective?

10     A.   I -- I don't know.

11     Q.   Yeah.

12     A.   Those protests still happened, I don't think it

13  did anything to change people's mind, but that's hard to

14  judge.

15               (Deposition Exhibit No. 361 was

16                 marked for identification.)

17  BY MR. SEBY:

18     Q.   Yeah, sure.  If we could please go to Exhibit 361.

19               General Spellmon, this is another compound

20  email chain.  It's got four parts to it.

21               Would you please turn to the -- the very

22  beginning portion of it at the bottom of the -- of the

23  exhibit, it's an email from General Jackson to General --

24  Ms. Darcy and Chief Semonite and Mr. Crook, and you're

25  copied on it, and so are other Corps individuals including

Lieutenant General Scott Spellmon
April 22, 2022

1    Colonel Henderson.

2                    And Major General Jackson's email is subject

3    matter, "DAPL Update" dated November 25, 2016, and it's

4    addressed to "Madame Secretary and Chief."  The Madame

5    Secretary would be to Ms. Darcy?

6         A.   Yes.

7         Q.   And Chief would be to Lieutenant General Semonite,

8    is that accurate?

9         A.   That's correct.

10        Q.   Okay.  Do you want to take a moment and read that,

11   sir?

12        A.   Yes, please.

13        Q.   Oh, yeah, as you -- as you need.

14        A.   Can you just scroll up a bit?  I missed the top of

15   that first paragraph.  Thank you.  Right there.  Can you

16   scroll down, please?  Just back up briefly.  Thank you.

17   Okay.  Thank you.  Can you scroll up to the next response.

18   Right there.

19                    All right.  Can you scroll up, please.  Just

20   down briefly.  I'm sorry, I missed General Jackson's reply.

21   Thank you.  Okay.  And all the way up.

22                    Okay, Mr. Seby, I've read it.  Thank you.

23        Q.   Okay.  Thank you, sir.  Let's go back to the first

24   part of the chain and General Jackson's email to Ms. Darcy

25   and Chief Semonite.  November 25, 2016.  Is it correct the

Lieutenant General Scott Spellmon
April 22, 2022

1   election would have occurred by that time?

2        A.   I -- I don't know.

3        Q.   The presidential election?

4        A.   Yes.

5        Q.   Okay.  I -- I -- I believe that to be true as

6   well.

7        A.   Yes.

8        Q.   So that would mean Ms. Darcy knows her period end

9   for her appointed position is drawing near, right?

10            MS. ZILIOLI:  Objection, calls for

11  speculation.

12       A.   Yeah, I don't know what Ms. Darcy thought.

13  BY MR. SEBY:

14       Q.   Let me withdraw the question and observation

15  and -- and move on.  I want to ask you about the second

16  paragraph of Major General Jackson's email.

17            First of all, do you recall this email,

18  General Spellmon?  You're copied on it.

19       A.   Yes, I -- I recall the email and the -- both of

20  the letters that are referenced here.

21       Q.   Yeah.  Did you have a role in developing this

22  draft document, this draft email to the secretary?

23       A.   No.

24       Q.   General Jackson wrote this all by himself?

25       A.   I did not provide any language or drafting to him.

Lieutenant General Scott Spellmon
April 22, 2022

1      Q.   Did anyone else?

2      A.   I don't know.

3      Q.   Okay.  The second paragraph, if we could focus on

4  that, it's called "Closure of Public Lands," plural.  And

5  that -- that paragraph says, "On November 25, 2016,

6  Colonel Henderson notified," past tense, "16 Tribal Chairman

7  that he is closing the portion of Corps-managed federal

8  property north of the Cannonball River to all public use and

9  access effective 5 December 2016."

10              "This decision is necessary to protect the

11  general public from the violent confrontations between

12  protesters and law enforcement officials that have occurred

13  in this area, and to prevent death, illness, or serious

14  injury to inhabitants of encampments due to the harsh

15  North Dakota winter conditions.

16              "This means that no member of the general

17  public, to include Dakota Access Pipeline protesters, can be

18  on these lands" -- or "these Corps' lands.  The Corps of

19  Engineers has established a free speech zone on land south

20  of the Cannonball River for anyone wishing to peaceably

21  protest the Dakota Access Pipeline project subject to the

22  rules of 36 C.F.R. Part 327.

23              "In these areas jurisdiction for police, fire

24  and medical response, is better defined making it more

25  sustainable" -- "making it a more sustainable area for

Lieutenant General Scott Spellmon
April 22, 2022

 1    visitors to endure the harsh North Dakota winter.

 2                     "Any person found to be on the Corps' lands

 3    north of the Cannonball River after December 5, 2016 will be

 4    considered trespassing and may be subject to prosecution

 5    under federal, state and local laws."

 6                     I won't go on to read the rest of the

 7    paragraph, but I want to ask you about the statements that

 8    we just covered.  This -- this email reads as an after-the-

 9    fact report to the secretary.  Is that a fair understanding?

10        A.   If we could just scroll back to see the date on

11    the email.

12        Q.   It's November 25.

13        A.   Just looking for the -- the time.  So it's written

14    at 4:48 and, yes, the letters were distributed earlier in

15    the day, that's correct.

16        Q.   Okay.  And were those letters prepared and vetted

17    in the vertical chain that you were referencing being the

18    normal Army protocol?

19        A.   I believed that these were coordinated up to

20    General Jackson and the headquarters level.  I don't know

21    that they were coordinated above General Jackson, I -- I

22    just don't know.

23        Q.   When you were talking about vertical coordination,

24    would that have been normal or would that have been a

25    different aspect of the coordination?

Lieutenant General Scott Spellmon
April 22, 2022

1    A.   I think we had all the authority we needed.  We

2    did not need any -- this is not policy that we were setting,

3    so no, I don't think it was unusual that if these were not

4    mentioned previously to the secretary's office, this was

5    within -- within our authority to do.

6    Q.   Yep.  Okay.  The sentence says that -- it's --

7    it's midway in the paragraph, "The Corps of Engineers has

8    established a free speech zone on land south of the

9    Cannonball River for anyone wishing to peaceably protest the

10   pipeline."  Anyone.

11          So this would be -- can you explain how that

12   process occurred and what the purpose of it was?

13   A.   Yes.  So I may have mentioned earlier that this

14   particular -- now we're getting to December, it's getting

15   colder, and there are other risks that we have to contend

16   with.

17          So this was an effort to get people off of

18   the -- that land north of the Cannonball, bring them down

19   south of the river, closer to Tribal law enforcement, closer

20   to Tribal fire and medical support, just to reduce the risk

21   on the public that was there as part of the other protests.

22   Q.   And so when it says here that -- the invitation to

23   come to the free speech zone that the Corps established on

24   lands south of the Cannonball River, do you know, General,

25   whether or not the Corps designated a specific area for that

Lieutenant General Scott Spellmon
April 22, 2022

1    free speech zone?

2        A.   I don't -- I don't recall the exact delineation of

3    where that -- where that parcel lied.  I would have to go

4    back and refresh my memory on some maps.

5        Q.   Do you happen to know if it was the same area that

6    the -- that the Standing Rock Sioux Tribe sought by way of

7    application for a special use permit?

8        A.   It may have.  I -- I don't recall.

9        Q.   And here it says that the Corps was inviting

10   anybody who wished to peaceably protest.  So how -- how

11   would you know whether the people that were invited who

12   showed up were good guys or bad guys?

13       A.   You wouldn't know.

14       Q.   Know-it-when-you-see-it kind of thing?

15       A.   You would know it when you saw that behavior.

16       Q.   Okay.  And when it says the invitation for the

17   people to come to the Corps property were subject to the

18   rules of 36 C.F.R. Part 37 (sic), is that the same Title 36

19   that you were talking about before?

20       A.   I believe it's the same.

21       Q.   Okay.  And do those rules require a special use

22   permit prior to entering upon and using Corps land?

23       A.   In this case I -- I don't know if -- what the

24   district commander had in mind.  Clearly there's not an

25   applicant putting this forward.  This was an initiative on

Lieutenant General Scott Spellmon
April 22, 2022

1   part of the district to set aside land.  It may not have

2   required a special use permit, since there was so many

3   potential groups that might move into this particular piece

4   of ground.

5        Q.   Is it your testimony that the Corps gave written

6   permission to people to come on to the Corps property and

7   stay there and camp, build fires, build structures,

8   temporary or otherwise, drive cars on, cook, hunt, fish?

9   Was there a written authorization provided by

10  Colonel Henderson to do any of those things?

11       A.   The email here mentions a letter that went to 16

12  Tribal chairmen and from my recollection it included

13  language similar to what you see here.  All of this was

14  subject to the rules of 36 C.F.R. Part 327 or Title 36.

15       Q.   So is -- is the -- is the Colonel Henderson

16  invitation to people to come onto Corps property,

17  notwithstanding seeking and getting a special use permit, is

18  he giving a written permission to the 16 Tribal chairmen for

19  they and their members to do that?

20       A.   Yes.

21       Q.   So it's your testimony that Colonel Henderson's 16

22  letters were the written permission to enter upon and use

23  Corps land?

24       A.   I understand that's the -- that's the purpose that

25  those letters served, yes.

Lieutenant General Scott Spellmon
April 22, 2022

1    Q.   Okay.  So given that testimony, I -- I have a

2    question.  When it says here that the Corps established a

3    free speech zone on land south of the Cannonball River for

4    anyone, does anyone mean anyone, in addition to the people

5    that are under the leadership of the Tribal chairmen, the

6    16?

7    A.   I read it as anyone wishing to peacefully protest.

8    Q.   You read this statement as that?

9    A.   Yes, that's how I read it.  That's how I interpret

10   it.

11   Q.   Is that the same interpretation you give to

12   Colonel Henderson's letters to the 16 Tribal chairmen?

13   A.   Yes.

14   Q.   You, Mr. Chairman, and anybody else you want?

15   A.   Yes, that's how I would interpret Colonel

16   Henderson's letter.

17   Q.   So at that level it was an invitation to any

18   citizen of the world to come on to the Corps property?

19   A.   Anyone who had a desire to peacefully protest.

20   Q.   Anyone.  Anyone.

21        MS. ZILIOLI:  Objection, asked and answered.

22   BY MR. SEBY:

23   Q.   Okay.  So the next email, sir, in the chain is

24   after you were copied on the Donald Jackson's email to the

25   secretary and the chief, the next email in the chain is an

Lieutenant General Scott Spellmon
April 22, 2022

1    email from you later that day to General Jackson and

2    Jennifer Greer.  Who is Ms. Greer?

3         A.   Jennifer Greer was our leader of what we call our

4    Future Directions branch.  And she coordinates a lot of the

5    engagements that we do with congressional leaders.

6         Q.   And the branch that you're referring to, is that a

7    headquarters branch or a Northwest Division?

8         A.   It's a U.S. Army Corps of Engineers headquarters

9    staff element.

10        Q.   Okay.  And why did you include Ms. Greer?

11        A.   It was becoming apparent, again, national level

12   protests, that there were other congressional members that

13   were likely asking questions of the Corps headquarters, and

14   I thought it would be a good time to include her on some of

15   this latest dialogue.

16        Q.   Okay.  Understand.  And then your -- your email to

17   General Jackson responding to his email to the secretary and

18   the chief that you were copied on, you say, "Sir - as you

19   state below, this action was pre-coordinated with ND

20   leadership."  Who are you referring to?

21        A.   I'm referring to North Dakota leadership, the

22   governor's office with General Dohrmann, and I believe even

23   with -- with Morton County law enforcement.

24        Q.   Did you do the coordinating?

25        A.   This was conducted by Colonel Henderson, I do

Lieutenant General Scott Spellmon
April 22, 2022

1    not recall if I made specific calls to any of the

2    congressional members or the governor.  There are many times

3    Colonel Henderson and I had to split up the communication

4    responsibilities.  On this particular one, I don't remember

5    the division of labor.  I may have, I just don't recall

6    specifically.

7         Q.   Okay.  And -- and what did you mean by "this

8    action"?  What action are you referring to?

9         A.   The distribution of the two letters.

10        Q.   Letter 1 was -- was which letter?

11        A.   There was one letter that we mentioned that went

12   to the 16 tribal chairmen, and the second letter dealt with

13   a clarification of jurisdiction and law enforcement.

14        Q.   And who did that letter go to?

15        A.   If I can see the letter, I -- I don't remember

16   exactly who it was addressed to.  But if we have that, I can

17   refresh my memory.

18        Q.   If we could go back to the initial email in this

19   string, the one from General Jackson to Ms. Darcy and the

20   chief, there is a section called "Law Enforcement

21   Jurisdiction" just below the "Closure of Public Lands" --

22        A.   Yes.

23        Q.   -- paragraph we were reading.  Did you read that

24   already or would you like to?

25        A.   I read it already.

Lieutenant General Scott Spellmon
April 22, 2022

1    Q.   Okay.  So there, the news is that -- the news

2    being shared with the secretary is that earlier that day

3    like the letter to the 16 chairmen, Colonel Henderson sent a

4    separate letter, sounds like, to the sheriffs of Morton and

5    Emmons County, North Dakota, answering several questions

6    raised to Colonel Henderson earlier in the week by

7    Major General Dohrmann is that -- and the U.S. attorney for

8    North Dakota.

9    A.   John Dohrmann is state -- state adjutant general.

10   Q.   Yes.  Yeah.  Okay.  And that's the second letter

11   you're referring to?

12   A.   Yes.

13   Q.   Okay.  If we could go back to your -- your

14   follow-up email to General -- Major General Jackson, please,

15   where you say "This action was pre-coordinated," and then

16   you go on to say, "Senator Heitkamp called Colonel Henderson

17   a few minutes ago.  John shared with her the notes from our

18   EXSUM."  What is EXSUM?  What does that acronym mean?

19   A.   Executive summary.

20   Q.   And is that the email, General Jackson's email to

21   Secretary Darcy?

22   A.   I believe -- not necessarily that exact email, but

23   the -- the notes on both of the -- the letters.

24   Q.   Okay.  And then you go on to say, "Given the

25   dynamics in the state."  What is that referring to?

Lieutenant General Scott Spellmon
April 22, 2022

1      A.   So what I mean there, there were times when we had

2   to call Senator Hoeven and Senator Heitkamp at exactly the

3   same time.  We -- we ran into some friction when one of

4   those elected leaders had information before the -- the

5   other.

6           And so, I mentioned we were dividing up our

7   communication responsibilities between Colonel Henderson and

8   myself, we'd attempt to hit all of them in as close to the

9   same time frame as possible.  That's what I meant by the

10  dynamics.

11     Q.   Okay.  Then you go on to say, "We are providing

12  the same general update to the governor's chief of staff and

13  Senator Hoeven's staff.  Again, this will not come as a

14  surprise to them, but a welcome action."

15          And so you're saying that the closure, the

16  action to close the North Camp would be welcomed?

17     A.   Yes.  And it was not a surprise because we had

18  already been talking to the members and their staffs on both

19  of these letters and this next set of actions that we were

20  working through.

21     Q.   And the -- are you saying that -- are you telling

22  General Jackson that they would welcome and not be

23  surprised, the aspect of that news that did not close the

24  camp or camps on the south side of the Cannonball River, but

25  in addition to not closing those camps, invited protesters

Lieutenant General Scott Spellmon
April 22, 2022

1  to come on to a free speech zone on Corps property, they

2  would welcome that?

3       A.   Yeah.  They would welcome the action of our

4  efforts to take protesters off of the land north of

5  Cannonball and get them closer to Tribal properties where

6  the Tribal public services could -- could take care of that

7  population, and I would say not have to rely as much of

8  those from the surrounding counties.

9       Q.   Sure.  My question was not that, though.  It was,

10  do you think that they would welcome the aspect of your

11  closing the northern camps, announcing that you would do

12  that by December 5?

13            I appreciate that they were not -- that they

14  welcomed that, but I'm asking you, are you representing to

15  General Jackson that the governor and the members of his

16  staff and office including General Dohrmann and Morton

17  County also, quote, welcomed the Corps notification to

18  all -- anyone wishing to peaceably protest that they could

19  come on to the Corps property for that purpose?

20       A.   I don't remember specifically their reaction on

21  that -- that aspect.

22       Q.   So -- so you don't know if they'd welcome it or

23  not.  You're -- you're -- you're -- you're saying, your

24  testimony, sir, just so I'm clear, is not that they would

25  welcome that aspect of the letter, they didn't know about

Lieutenant General Scott Spellmon
April 22, 2022

1   it, is that accurate?

2       A.   Nope.  So these draft copies of these letters were

3   shared with each of these members' staff.  I do not remember

4   getting any pushback on the -- the aspect that you're

5   outlining here, but again to my recollection I don't

6   remember any significant concerns.  They were -- they were

7   more pleased on the broader action we were taking to -- in

8   an effort to clear off that northern camp.

9       Q.   Okay.  But you -- you don't, is it, are you

10  telling me that you don't recall with any specificity

11  whether they -- whether they welcomed the idea of leaving

12  the southern, the camps on the southern side of the river in

13  place, not evicting them, and setting up another free -- a

14  separate free speech zone for people to come on to the Corps

15  property to protest?

16      A.   No, I don't believe they -- they -- they opposed.

17      Q.   They didn't oppose, but did they tell you, General

18  Spellmon, that's a great idea, we're -- we're all in,

19  totally support it.  Did you hear anyone tell you that?

20      A.   No, I think they would support everyone going

21  home.  And that's what they -- that's what they wanted.  Of

22  course, we're dealing in the real world and we're trying to

23  make steps with the resources that we had.

24               But no, I do not remember, again, any

25  specific pushback or concern on that aspect of this -- of

Lieutenant General Scott Spellmon
April 22, 2022

1    this plan.

2                    (Deposition Exhibit No. 362 was

3                     marked for identification.)

4    BY MR. SEBY:

5        Q.   Okay.  All right.  If we could go to Exhibit 362,

6    please.  So this is -- it starts with, this is a chain of

7    emails, it's got five.  This may be our -- our lead

8    candidate for the award-winning largest number of aspects of

9    a compound email, but this is, it starts with the -- Major

10   General Jackson's email that we just talked about in the

11   earlier exhibit, exhibit prior to this, 361, where General

12   Jackson writes, "Madame Secretary and Chief," to General

13   Semonite and to Secretary Darcy.

14                    And the next one after he sends that email,

15   which we've read, Ms. Darcy writes back, copies all of the

16   recipients of General Jackson's email.  And she says, "Major

17   General Jackson, I assume the letters/notification were

18   coordinated with the Department of Justice and the Bureau of

19   Indian Affairs.  I would like to see copies and what the

20   communication plan is for these actions."  Is her assumption

21   correct?

22       A.   I -- I don't recall.  What I do remember is that

23   we were working this with the North Dakota representatives

24   in DOJ, and the local representatives in Bureau of Indian

25   Affairs.  I do not recall if we worked this at the national

Lieutenant General Scott Spellmon
April 22, 2022

1   level back here in Washington, D.C.  I don't recall.

2       Q.   Okay.  And so in response to her inquiry to

3   General Jackson, General Jackson writes back to Ms. Darcy,

4   same day, hour or so later, and he says, "Ma'am," and he

5   copies the same group that was on her reply to his initial

6   email.

7              And he says, "Ma'am.  Just received this from

8   Brigadier General Spellmon.  The jurisdictional letter of

9   Morton County" -- to the Morton County Sheriff -- "was

10  written in coordination with, and with the advice of the

11  U.S. Attorney's Office in North Dakota."

12             "The letter to the chairman" -- the Tribal

13  chairmen, 16 -- "was coordinated with state leadership and

14  the BIA representatives in the ND State EOC.  There is no

15  formal communication plan developed for this, however, the

16  district is closing the loop with state leadership,

17  congressional members, and other stakeholders on the ground.

18             "The plan is to use the executive summaries

19  provided earlier as our talking points.  These reflect the

20  contents of the letters almost verbatim, minus the

21  pleasantries."

22             So when you say the executive summaries, our

23  talking points, so that's -- that's -- that's where you

24  would have our explained perhaps the distinction between

25  closure of the North Camps and non-closure of the South

Lieutenant General Scott Spellmon
April 22, 2022

1    Camps on Corps land, is that accurate?

2         A.   I think what we're referring to here is larger

3    than just that -- that topic.  This was referring to --

4         Q.   Did it include that topic?

5         A.   I'm certain it did, yes.

6         Q.   Okay.  And then you reply to just General Jackson

7    the following morning, Saturday, and you say, "Sir, I am

8    unsure if you will need to talk today.  I am en route back

9    to Portland and will arrive 1500 Eastern."

10             He wrote back to you, "Safe travels, Scott.

11   I will drop a note if we need to catch up.  Hope you are

12   unable" -- "hope you were able to enjoy some of the

13   holiday."  That would be the Thanksgiving holiday, wouldn't

14   it?

15        A.   Yes, I traveled to Detroit to spend it with

16   family.

17        Q.   Yeah.  And Major General Jackson goes on to tell

18   you, "Nothing heard since launching my note to the

19   Secretary.  Not unusual.  More unusual she responded in the

20   first place."

21             What do you think he meant by those two

22   statements?

23        A.   I -- I don't know the relationship or the

24   communication practices between General Jackson and

25   Ms. Darcy.  I -- I -- I don't know.

Lieutenant General Scott Spellmon
April 22, 2022

```
 1        Q.   Okay.  He just was sharing those with you, his
 2   comment, right?
 3        A.   Yes.  I -- I don't have any context for -- for
 4   those -- for those words.
 5                   (Deposition Exhibit No. 363 was
 6                   marked for identification.)
 7   BY MR. SEBY:
 8        Q.   Yeah, okay.  If we could go to Exhibit 363.  This
 9   is a continuation of your personal dialogue with
10   Major General Jackson that we just covered in Exhibit 362,
11   and I bring it up because this is a separate document
12   provided to us where you respond to Major General Jackson
13   after he says "Safe travels," et cetera.  "We talked about,"
14   and you say, "Sir," here, and this is Exhibit 363, "Sir, I
15   acknowledge all and WILCO."
16                   Does WILCO mean will comply?  I forgot what
17   that acronym stands for?
18        A.   You have it right.  It means will comply.
19        Q.   Okay.  Thanks.  "I have an office call with
20   Governor Dalrymple in Bismarck on Tuesday afternoon.  We
21   were scheduled to discuss the Missouri River draft
22   environmental impact statement forthcoming in January, but
23   more likely will discuss our federal law enforcement request
24   and timeline.  Will keep you posted."
25                   What does that mean?  But more likely we'll
```

Lieutenant General Scott Spellmon
April 22, 2022

1   discuss our federal law enforcement request and timeline?

2       A.   Yes.  So first of all, we were meeting with all

3   eight governors in late November on the Missouri River basin

4   on a draft EIS that I may have mentioned earlier, draft

5   environmental impact statement that we had prepared to help

6   us better achieve our Endangered Species Act

7   responsibilities on the Missouri River.

8               We had a requirement to brief all the

9   governors on that before putting that out on for public

10  comment.  That was the scheduled purpose of this meeting.

11  We did -- I recall we did cover that material with Governor

12  Dalrymple, and then we did go into the federal law

13  enforcement request that the state asked us to submit to

14  reinforce the request that the governor made to President

15  Trump at that time, that that's what I'm referring to here.

16      Q.   Okay.  So late November -- late November of 2016,

17  the Obama administration was in place and would remain in

18  place --

19      A.   I'm sorry.  I'm sorry.

20      Q.   -- remain in place.  So I'm confused by your

21  reference to request to President Trump?

22      A.   Sorry, I meant President Obama.  My apologies.

23      Q.   So you're talking with the governor about the

24  Corps of Engineers asking for federal law enforcement

25  assistance to the President of the --

Lieutenant General Scott Spellmon
April 22, 2022

1       A.   Yeah.

2       Q.   -- United States?

3       A.   No, the governor had made that request to the

4   White House to President Obama, and I recall at this time

5   had not received a response.  And there was a request for

6   the Corps to pile on to that request.  So I sent a similar

7   request to my boss, General Semonite, for his consideration.

8       Q.   So you sent a request to the chief of the Army

9   Corps of Engineers asking for him to pile on, as you said,

10  to the now several-week pending request from the governor of

11  North Dakota for federal law enforcement assistance.  How

12  did your boss, chief of the Army Corps of Engineers, respond

13  to your request?

14      A.   So I don't know specifically who he talked to in

15  his chain of command on -- and -- and the staff at the Army.

16  I don't know.  I do recall sending a follow-up request in

17  early January, early to mid January just reinforcing that

18  aspect.

19           I don't have the details of who he spoke with

20  on the Army staff or if he spoke to the chief of staff of

21  the Army on this.

22      Q.   So you just mentioned an initial request to the

23  chief of engineers, Chief Semonite, and then you mentioned a

24  follow-up request.  What was the date of your first request

25  to Chief Semonite to pile on to the governor of

Lieutenant General Scott Spellmon
April 22, 2022

1    North Dakota's request for federal law enforcement

2    assistance?

3        A.   So I don't remember the exact day, I remember it

4    being early December, and I believe the second letter was

5    early to mid January.

6        Q.   So a month -- a month went by after you first

7    asked the chief of the engineers to send a supportive

8    request for federal law enforcement assistance on top of the

9    several, probably month prior letter from the governor of

10   North Dakota, and then you had to ask again a month later?

11       A.   I just -- a month later I added some additional

12   supporting points to our request.  We were getting updated

13   hydrology reports, which we get as we get deeper into the

14   winter on snow pack, both plains and mountain, and we had

15   the additional concern that this particular parcel north of

16   the Cannonball would likely be inundated later in the

17   spring, likely either from that snow pack or the high

18   potential of ice jams, which we've seen before.

19            So I added that to our argument to General

20   Semonite and thought in any way if that could be helpful in

21   his dialogue or General Jackson's dialogue with the Army

22   staff, I wanted to make sure that they were armed with that

23   information.

24       Q.   Help me understand why -- why, after you asked the

25   first time, you had to ask again a month later?  Did nothing

Lieutenant General Scott Spellmon
April 22, 2022

1    happen or was it rejected?

2        A.   No.  So I don't want to say nothing happened.  I

3    know there was planning meetings that General Jackson

4    attended that were hosted by General Milley and senior

5    members of the Army staff working on a variety of options on

6    how the Army might help more in this particular, this

7    particular issue.

8              And I recall seeing on some of those decision

9    templates that the Army staff had prepared whether or not to

10   forward a request from the Army secretary over to our law

11   enforcement community at the federal level.

12             I -- what I recall was that Army senior

13   leaders wanted to first determine whether or not the

14   President was going to action on Governor Dalrymple's

15   request.  So all of that was happening in that -- in those

16   intervening weeks before my first and second request.

17       Q.   Were you surprised by the lack of inaction in

18   terms of doing, taking the step that -- that you asked for

19   to be taken by the -- by the Corps?

20       A.   I don't know that I would characterize it as

21   surprised.  I -- I have never had to request federal law

22   enforcement before.  This is, you know, a very unusual

23   situation so I don't know if it was realistic, unrealistic,

24   it was simply an effort to try to get more resources in the

25   field.  But I don't think I would characterize it as

Lieutenant General Scott Spellmon
April 22, 2022

1    surprise.  We were working hard through this issue.

2         Q.   Okay.  If we could -- excuse me.  Something

3    happened to the -- take a minute, sir.  All okay?

4         A.   Yes, sir.  I'm sorry.  I'm fine.  I apologize.

5         Q.   No, no problem.  No problem.

6              (Deposition Exhibit No. 364 was

7               marked for identification.)

8

9    BY MR. SEBY:

10        Q.   So if we could turn to Exhibit 364, please.

11   Before we talk about this exhibit, I -- I can do it if you

12   would like, but earlier we talked about an email from

13   Chief Semonite where he wrote to you and to Ed Jackson,

14   Major General Jackson, and he said, Scott, Ed, what can I do

15   to help, what can I do to help change things that are not

16   working?  Do you recall that email?

17              And do you require me to go back to that or

18   do you recall that?

19        A.   I recall that email very well.

20        Q.   All right.  Yeah.  Sure.  So based upon his

21   invitation to you to do that, you thought I'll -- I'll tell

22   my boss, the chief, I think one of the ways he could help is

23   do that, right?  He could ask for piling on, in your words

24   and I know what you mean, and I don't mean that pejoratively

25   but, you know, you meant it, I believe, as a support the

Lieutenant General Scott Spellmon
April 22, 2022

1    governor's pending request.  Is that an accurate way to

2    express your point?

3         A.   Yeah.  That was one aspect of what I asked for

4    later following that email.  Really where I was looking for

5    his help was to in any way, if we could get to a decision in

6    the secretary's office on the easement.  And I thought, I

7    still share to this day that that inaction or that

8    indecision on the easement fueled some of this energy in

9    the -- the protest community.

10        Q.   Sure.  And then the -- is in your mind, General is

11   there any relation between that, the -- I'll use your term

12   -- the inaction on the easement, and I understand what that

13   involves, the six questions after you finalized the EA and

14   then the four questions --

15        A.   Yeah.

16        Q.   -- and a lot of time and gestation, if you will,

17   by those folks in whose office that -- that came from.

18             Is there any relationship between that

19   circumstance, the inaction on the easement as you said, with

20   this idea of the federal law enforcement request being

21   talked about?

22        A.   So I was not serving in Washington, D.C., I was

23   out west.  So I am not aware of any connection in

24   Washington, D.C. between the law enforcement request and the

25   action on the easement.  They went up different paths.

Lieutenant General Scott Spellmon
April 22, 2022

1          Q.   Yeah.  So they're different, they're not related,

2     is that what you're saying?

3          A.   I don't believe there's a direct relationship

4     between the two.  The easement that was clearly in the

5     Assistant Secretary of the Army for Civil Works lane, and

6     our request for federal law enforcement went up through Army

7     operations channel, what we call the G3/5/7 staff.  Separate

8     staff entities working each.

9          Q.   I see.  So the federal law enforcement request

10    track was -- was in the Department of the Army separate from

11    Ms. Darcy?

12         A.   Yes, it was being worked by a different staff

13    section.

14         Q.   Did Ms. Darcy every touch that issue, to your

15    knowledge?

16         A.   I don't know.  I don't know.

17         Q.   Okay.  Did Mr. Crook ever touch that issue either

18    by it being brought to him or inserting himself in it?

19         A.   I -- I don't know.

20         Q.   Okay.  And okay we're talking now of Exhibit 364,

21    Rachel, if you'd please put that up on the -- on the video.

22              This is -- well, this is a -- a compound

23    email.  It happens to begin at the very bottom on, a couple

24    pages later.  If we could go to the base, there we go, keep

25    going all the way -- okay.

Lieutenant General Scott Spellmon
April 22, 2022

1           So it's, this chain starts with Major General

2    Jackson's email again to Secretary Darcy and the chief.  We

3    talked about this before in two prior exhibits, November 25,

4    2016.  You -- you agree we've talked about that, that's the

5    one that tells the secretary and the chief that the two

6    Henderson letters went out, but we've talked about those.

7    Are you okay if I, if we agree that that's what we've talked

8    about and that's the earlier one?

9        A.    Yes.

10       Q.    Okay.  Then the next one is the same thing, we

11   talked about it, it's Secretary Darcy's short response to

12   Major General Jackson.  "I assume the letters/notifications

13   were coordinated with DOJ and BIA."  We talked about that.

14   So I don't have any interest in talking about it again.

15           And then the next email in the chain is Major

16   General Jackson's response to Ms. Darcy's question.  We've

17   talked about that.

18           And then your individual email discussion

19   with Major General Jackson, you're telling him you're on

20   route back to Portland.  I believe given that this was just

21   after Thanksgiving, you just celebrated with your family in

22   Detroit and he responds and tells you, "Safe travels."

23   We've talked about that.

24           Unusual that Ms. Darcy acknowledged me at

25   all.  We talked about that, and you said WILCO, get it.  And

Lieutenant General Scott Spellmon
April 22, 2022

1    we talked about that.

2                    And so the next email in the chain that's new

3    in this exhibit, which is why I brought this exhibit in, it

4    continues your individual dialogue with Major General

5    Jackson, and you responds to you saying that morning,

6    November 26th, "Thanks.  Most coverage I've seen this

7    morning is generally positive.  CNN piece is inflammatory.

8    Not out of character for CNN.  I think this was a great call

9    and well executed.  Trick will be what actually happens on

10   5 December and what we are able to influence."

11                   Is he talking about when the day comes stated

12   in Colonel Henderson's letter that as of December 5, you

13   remain on our property north of the Cannonball River and

14   magically that day we consider you to be a trespass?

15                   MS. ZILIOLI:  Objection, foundation.

16        A.   I -- I think that the concern here, if I recall

17   correctly, was that there was going to be a massive amount

18   of law enforcement that would show up on the morning of 5th

19   of December, or Army National Guard soldiers.

20                   That was in none of our -- our plans, but I

21   think that was some of the concern that we may have heard on

22   the news or in some channels back in this -- this

23   time frame.

24   BY MR. SEBY:

25        Q.   Help me understand, these people were on -- on the

Lieutenant General Scott Spellmon
April 22, 2022

1    Corps property north of the Cannonball River already?

2         A.   Yes.

3         Q.   Okay.  Were they not trespassers then?

4         A.   Yes.

5         Q.   Okay.  And they were there for a while, weren't

6    they?

7         A.   Yes.

8         Q.   With your knowledge and understanding that they

9    were present without ever being asked or given a special use

10   permit?

11        A.   Yes.

12        Q.   Were they ever given a written permission to be

13   there otherwise?

14        A.   No, not that I'm aware of.

15        Q.   All right.  The email above this is the last one

16   in this exhibit chain, which is you responding back to

17   General -- Major General Jackson, telling him you're

18   boarding a plane in a couple minutes and just wanted to give

19   him a couple points.  And then your first paragraph reports

20   that you compared notes with John this morning, is that

21   Colonel Henderson?

22        A.   Yes.

23        Q.   And, "We," you and he, are leaning toward a media

24   statement within next 24 hours... versus Monday."  The

25   division and district "teams are working this draft now, and

Lieutenant General Scott Spellmon
April 22, 2022

1    I will send this to you later today for socialization before

2    we release."  I don't have such a document.  Do you know,

3    was there such a document and where is it?

4         A.   I -- I don't recall this particular release.  I

5    don't doubt that it may exist.  It might have been our

6    effort to clarify the language in our letter to the 16

7    tribal chairmen, but I -- I don't recall any specifics on

8    this one.

9         Q.   Yeah, me -- me neither, because your counsel has

10   told us that they've produced all records from you and

11   Colonel Henderson.  So I -- who would have -- who would have

12   that document if neither of you had it in your production?

13        A.   I don't -- I don't know.

14        Q.   Okay.  Do you recall seeing it, though?

15        A.   I don't recall seeing it, I don't recall if it --

16   if one was ever released.  I just don't remember.

17        Q.   Okay.  Next paragraph is, you say, colloquially, I

18   didn't interpret your use of the word "swing" as -- as a

19   swing, but "We're going to take a swing with Chairman

20   Archambault this week on a joint request for federal law

21   enforcement resources."  Who is the joint aspect of what

22   you're referring to here?

23        A.   It would be a letter submitted on behalf of the

24   Army Corps of Engineers and -- and Chairman Archambault.  We

25   thought it would get greater traction than what we had seen

Lieutenant General Scott Spellmon
April 22, 2022

1    so far.

2         Q.    Chairman Archambault as a -- as a person or as the

3    chairman of the Standing Rock Sioux Tribe?

4         A.    As the chairman of the Standing Rock Sioux Tribe.

5         Q.    He said he'd consider doing that?

6         A.    Yes.

7         Q.    And that request would have been, remind me, that

8    what you talked about with Chairman Archambault that he

9    entertained was for federal law enforcement to do what and

10   where?

11        A.    That's correct.  It would be to help us exercise

12   our Title 36 responsibilities on the -- on the land north of

13   the Cannonball.

14             It would help us safely move people off of

15   that property into the camp that we had designated south of

16   the Cannonball, and again to keep people safe.

17             There had been a lot of tension between local

18   law enforcement officials in North Dakota and the protest

19   community, and we thought that the chairman would support a

20   new set of federal law enforcement officials that could help

21   us make this move safely.  In, the end the chairman did not

22   support signing on with our request, our second request.

23        Q.    And that was after you showed him a draft of the

24   letter?

25        A.    I don't recall what general -- I'm sorry.  I don't

Lieutenant General Scott Spellmon
April 22, 2022

1  recall what Colonel Henderson may have shown him.

2      Q.   Okay.  Okay.  All right.

3              (Deposition Exhibit No. 365 was

4                marked for identification.)

5  BY MR. SEBY:

6      Q.   So if we could look at Exhibit 365, and, General

7  Spellmon, I'll share with you and your counsel that I've --

8  I've got five or six exhibits left that are all emails like

9  this.  So the end is in sight.  Do you -- I know that will

10 take us some time, and then I have just a few final

11 questions.

12             But would -- I -- I can't recall, Ms. Court

13 Reporter, how long we've been since the last break, and I'm

14 just offering General whether he'd like to have a short

15 break again or just keep charging.  I know it's two hours

16 later for you.

17     A.   Sir, I'm fine to keep going.

18     Q.   Okay.  And I am, too.  I just wanted to offer

19 that.  So Exhibit 365.  This exhibit is a two --

20 two-component email.  The first is from Lowry Crook to

21 Theresa Gonsalves, who has a Department of Transportation

22 email domain, and then Mr. Crook explains he spoke with her

23 on that day, December 1, 2016 and he says, "I'm attaching

24 the November 14th letter that I referenced, and here's a

25 link to the press statement that accompanied it.  Also

Lieutenant General Scott Spellmon
April 22, 2022

1    attached is a non-public letter from Colonel Henderson."

2             What does that mean, a non-public letter from

3    Colonel Henderson?

4         A.   I don't know what non-public means.  A direct

5    letter from Colonel Henderson to the chairman inviting him

6    to a particular discussion.

7         Q.   This discussion.  Well, these letters are attached

8    here to this exhibit.  And so they've -- one of the

9    attachments is a -- well, both of these attachments are

10   addressed to -- from Colonel Henderson on letterhead of the

11   department of the office -- excuse me.

12            I will say one of the letters is a

13   November 14th letter on letterhead of the Office of the

14   Assistant Secretary, and the letter is addressed to

15   Chairman Archambault, Kelcy Warren, chairman and CEO of

16   Energy Transfer Partners, and Joey Mahmoud, executive vice

17   president of Dakota Access, LLC.

18            That letter is dated November 14th, 2016,

19   signed by Ms. Darcy.  So Mr. Crook is supplying that to

20   Ms. Gonsalves, who works for the Pipeline Health and Safety

21   Administration, apparently as chief counsel.

22            And the Darcy letter to the three

23   individuals, Archambault, Warren and Mahmoud, says that I'm

24   writing regarding the review the Army's initiated, and it's

25   way back on September 9, that joint statement saying we'll

Lieutenant General Scott Spellmon
April 22, 2022

1    determine -- excuse me -- determine whether to reconsider

2    any previous decision regarding the environmental assessment

3    et cetera, the Army's completed that review, accounting for

4    information that received from the tribes and the pipeline

5    companies since September, and concluded that its previous

6    decisions comported with legal requirements.

7                The letter talks about respect for in working

8    with the -- the great Sioux nation, and then it goes on to

9    say after she first concludes that we completed our review

10   of the final action we'd previously taken, and concluded

11   that our work previously comported with legal requirements.

12               Then she goes on after the reference to

13   the -- to the interactions with the Sioux Tribe, she says,

14   "Accordingly, the Army has determined that additional

15   discussions with the Standing Rock Tribe and analysis are

16   warranted.  We invite the Tribe to engage in discussions

17   concerning the following three topics."  And have you --

18   have you read that, those three bullets?  If not, let's

19   pause so you can do that.

20        A.   Yes, sir.  I'm familiar with this letter.

21        Q.   Would you agree with me that she's inviting the

22   chairman of the Standing Rock Sioux Tribe to participate in

23   discussions concerning potential conditions to add to the

24   easement for the pipeline crossing under the Missouri River,

25   "to further reduce the risk of spill, rupture or hasten

Lieutenant General Scott Spellmon
April 22, 2022

1    detection and response."

2                    And that such conditions would be for the

3    benefit of the tribe in the event of a spill from the

4    pipeline and -- and that such conditions would be pertinent

5    to the decision whether to grant an easement for the

6    pipeline crossing at the current location.  So that was an

7    invitation to the tribe, is that correct?

8         A.   Yes, that's correct.  The tribal chairman.

9         Q.   Yeah, sure.  How did that go, did the chairman

10   respond to this?

11        A.   The chairman, as I recall, did not attend this

12   particular meeting, but the Tribal Council did.

13        Q.   Okay.  And how did that go, their participation?

14        A.   So just a bit of context first, sir, so this

15   followed the answering the six questions, the follow-on four

16   questions, and then Ms. Darcy cites here that we had met all

17   of the technical and legal requirements.

18                    At this time, she asked us to go back and

19   engage with the tribe on these three questions here with

20   experts from both Energy Transfer and the pipeline and

21   Hazardous Material Safety Agency, that's the agency that

22   regulates pipelines inspected the Department of

23   Transportation and the topic of this discussion was what are

24   the other conditions that the tribe would like to see in

25   this pipeline underneath Lake Oahe.

Lieutenant General Scott Spellmon
April 22, 2022

1              The results of this meeting were Colonel

2    Henderson and the team reviewed 33 conditions with the tribe

3    that were either -- the Energy Transfer either agreed to on

4    the spot to incorporate or they communicated how these terms

5    and conditions had already been incorporated into the

6    design.

7         Q.   Okay.  So can I attempt to characterize where this

8    fits into the earlier context that you've explained to me,

9    that the Corps made a final decision earlier on the

10   environmental assessment and approved it, and Colonel

11   Henderson did so and that became final.

12             Then the joint interagency statement was

13   issued that came as a surprise to you and Colonel Henderson.

14   You didn't know about it in development and you learned

15   about it after it was issued, surprise.

16             And you raised it to the attention

17   of Major General Jackson and he looked into it because it --

18   he wasn't sure if he knew about it either.

19             And then Ms. Darcy posited six questions from

20   her office asking as part of an announced reconsideration or

21   review in the interagency joint statement of September 9.

22             And then after you, the Corps, answered those

23   questions a month or two later, four additional questions

24   were sent to you that you then reviewed and answered.

25             And after that occurred, then Ms. Darcy sent

Lieutenant General Scott Spellmon
April 22, 2022

1    the letter to the chairman and the pipeline company saying

2    I -- we met our obligations legally, but I want to raise

3    three topics we want to talk to the tribe about, and those

4    involve 33 conditions that we'd like to discuss.  Is that,

5    am I, have I got the timeline and steps accurate?

6                    MS. ZILIOLI:  Objection, misstates testimony

7    and evidence.

8    BY MR. SEBY:

9        Q.    Sir?

10       A.    That is the general sequence of events of how this

11   unfolded.

12       Q.    Got it.  Thank you.  Okay.  So then the second

13   attachment that's to Mr. Crook, a letter to Ms. Gonsalves

14   with PHMSA general counsel.  The second letter is a

15   November 22nd letter from the district commander of Omaha

16   District, Department of the Army Corps of Engineers.

17                    And it -- it's addressed to

18   Chairman Archambault from Colonel Henderson, it says, "I am

19   writing regarding Ms. Darcy's November 14th letter that we

20   just talked about where she committed the Army would pursue

21   additional discussions with your Tribe on pipeline safety

22   matters on an expeditious timeline that allows for robust

23   discussion and analysis."

24                    Then he says, "During our meeting on

25   November 17 in Rapid City, South Dakota, you stated that you

Lieutenant General Scott Spellmon
April 22, 2022

1   had no desire to further discuss opportunities to address

2   pipeline safety.  Additionally, you stated that the only

3   acceptable solution was to relocate the pipeline.  The Army

4   takes its consultation requirements with tribes seriously

5   and we feel it's our responsibility to continue to reach out

6   to you on this matter.

7                    "We are aware of the concerns you raised to

8   Ms. Darcy in a letter on October 28, 2016 and would again

9   like to offer you the opportunity for additional discussion

10  and analysis.

11                   "The goal would be to seek potential easement

12  conditions that would further reduce the risk of a spill or

13  rupture, hasten detection and response, or otherwise enhance

14  the protection of Lake Oahe, the Tribe's supplies" -- "water

15  supplies and treaty rights."

16                   So a -- an effort by Colonel Henderson to

17  reach out to Chairman Archambault but recounting the earlier

18  rebuff that he received.  So what happened after that,

19  General?

20      A.   I recall, as I described, the meeting went forward

21  except it was with the Tribal Council members.  We went

22  through the 32 or 33 conditions, talked from a technical

23  protect with the Tribal Council, and as I mentioned, the

24  company described how they would incorporate or have already

25  incorporated those 33 conditions of the crossing.

Lieutenant General Scott Spellmon
April 22, 2022

1                  In my back brief from Colonel Henderson

2        following the meeting, he shared with me words to the effect

3        that the Tribal Council appreciated it, thanked him for all

4        the work that had been done, but stated that the tribal

5        leadership would never agree to this -- to this crossing at

6        this location.

7             Q.    And did Colonel Henderson ever -- well, he

8        reported that to you I guess you're saying, right?

9             A.    Yes, he did, immediately after the meeting.

10            Q.    And what happened with that information once it

11       came to your attention?

12            A.    Yes.  I immediately shared that with the deputy

13       commanding general of the Army Corps of Engineers

14       headquarters, Major General Stevens.  And I happened to be

15       going to an office call with Senator Hoeven here in

16       Washington, D.C., and I shared the outcome with Senator

17       Hoeven as well.

18                  I know we informed other members of the

19       delegation in the governor's office, I just don't remember

20       who called who.  I do remember talking to Senator Hoeven in

21       his office, though.

22            Q.    How about others?  Your superior officer, the

23       chief of the Army Corps of Engineers, Chief Semonite.  Did

24       you ever tell him?

25            A.    I remember talking to his deputy and that was most

Lieutenant General Scott Spellmon
April 22, 2022

1    likely because General Semonite may have been traveling, but

2    I don't remember how I followed up with him or if General

3    Stevens did it.

4         Q.   How about Major General Jackson?

5         A.   Yes, we updated him as well.

6         Q.   Okay.  All right.  Then what happened on -- on

7    that issue?  The conditions idea that -- and is it accurate

8    to say you've told me that the pipeline company, those 33

9    were either in there already or were amenable to them to

10   add?

11        A.   That's correct.  They agreed to, if it wasn't

12   already incorporated into the design that they would do it,

13   or they showed the Tribal Council how it had already

14   incorporated into the design.

15        Q.   And then what action was taken to implement the

16   pipeline company's positions?  Did those things get done?

17        A.   Well, no action was taken, because the -- the

18   easement was still not forwarded to Congress for

19   notification.  I -- I don't remember the exact timeline

20   after we had briefed our leadership on the outcomes of this

21   meeting.

22             There was a subsequent decision from the

23   assistant secretary to move forward with an Environmental

24   Impact Statement which is a more -- a more detailed analysis

25   of this -- of this crossing.

Lieutenant General Scott Spellmon
April 22, 2022

1      Q.   General -- General Spellmon, excuse me, given the

2   fact that you are now the chief of engineers, do you know

3   whatever happened with the pipeline company's representation

4   that they would, they already addressed or will address

5   those 33 conditions, did they -- do they stand implemented

6   anywhere today or -- or not yet?

7      A.   Yes, they were all, eventually when the easement

8   was approved and the pipeline was installed under Lake Oahe,

9   the 33 conditions were incorporated into the construction of

10  that particular segment of the pipe.

11     Q.   So they got done?

12     A.   Yes.

13     Q.   So today, the pipe that's in place under the

14  Missouri River trans -- transporting oil out of North Dakota

15  to the Midwest for refining, does so under the requirements

16  of a permit or authorization of the Corps that they be done

17  and are in place?

18     A.   Incorporating the latest technology, yes.

19     Q.   Understood, thank you.  Okay.

20              (Deposition Exhibit No. 366 was

21               marked for identification.)

22  BY MR. SEBY:

23     Q.   If we could go to Exhibit 366.  Okay.  This is a

24  two-page exhibit, and this is another one of those, there we

25  go, that's the -- that's the substance of the exhibit which

Lieutenant General Scott Spellmon
April 22, 2022

1    is an email.

2                      Yeah, that first cover page is just a -- just

3    an articulation of who the email was sent to and who it's

4    from.  But that information appears on the next page, there

5    we are.

6                      General, would you take a moment and read

7    that email and observe who the sender is and who the

8    recipients are and who's copied and what the subject matter

9    is?

10        A.   Just need a moment.

11        Q.   Yes, sir.

12        A.   Could you scroll down, please?  That's it.  Thank

13   you.

14                      I've read it, sir, thank you.

15        Q.   Okay.  General, the email is from Lowry Crook on a

16   Sunday, December 4th, in the afternoon, to individuals in

17   the Secretary of the Army headquarters, and it's -- the

18   distribution includes Chief Semonite, Major General Jackson,

19   you, are the direct addressees.

20                      Copied, noted to Ms. Darcy and Moira Kelley.

21   And the subject matter is "AG Statement going out now."  Why

22   was Mr. Crook distributing a statement by the Attorney

23   General of the United States to this group, do you know?

24        A.    I -- I don't know.

25        Q.   And what he says is, "FYSA," is that -- if I

Lieutenant General Scott Spellmon
April 22, 2022

1    understood, "for your situational awareness"?

2         A.   That -- that's correct.

3         Q.   And it appears he's block copying and pasting into

4    his email to you all in quotes the text of the Attorney

5    General's statement going out now on Sunday, December 4, is

6    that how you read it?

7         A.   Yes.

8         Q.   And it says, "In light of today's decision by the

9    Department of the Army regarding the Dakota Access Pipeline,

10   the Department of Justice will continue to monitor the

11   situation in North Dakota in the days ahead and we stand

12   ready to provide resources to help all those who can play a

13   constructive role in easing tensions.

14             The department remains committed to

15   supporting local law enforcement, defending protestors'

16   (sic) constitutional right to free speech, and fostering

17   thoughtful dialogue on the matter.

18             "We recognize the strong feelings that exist

19   in connection with this issue, but it is imperative that all

20   parties express their views peacefully and join us in

21   support of a deliberate and reasonable process for

22   de-escalation and healing.

23             "The safety of everyone in the area - law

24   enforcement officers, residents and protesters alike,

25   continue to be our foremost concern."

Lieutenant General Scott Spellmon
April 22, 2022

1          She says, "In light of today's decision by

2     the Department of the Army."  What is she referring to, do

3     you know, what decision?

4          A.   I believe, yeah, I -- I would have to confirm.  I

5     believe she is referring to Ms. Darcy's decision to not

6     approve the easement following our last consultation with

7     the tribe in late November regarding the terms and

8     conditions that I mentioned earlier.

9          Q.   You remember my general walking us through my

10    understanding of the Corps took a final action on the EA,

11    the six questions asked and answered, and the passage of

12    time and the four questions asked and answered.

13         Then the letter from her, Ms. Darcy, saying,

14    We want to have a special consultation on these terms and

15    conditions ideas, and the pipeline company responded to the

16    33 that were raised and said, We're doing it, or will do it,

17    and we'll get that locked in.

18         Then are you telling me now the next chapter

19    is Ms. Darcy said -- oh, I left out the fact that the

20    chairman didn't wish to participate in that, even though he

21    was invited expressly by the -- by Ms. Darcy.

22         But the Tribal Council did and they met with

23    you and they said, Well, appreciate the meeting, but we're

24    not going to go along with any terms and conditions other

25    than you moving the location of the pipeline.

Lieutenant General Scott Spellmon
April 22, 2022

1              Now, are you telling me the next chapter of

2     all this is that on December 4, election has already

3     occurred, she'll be in her position presumably for another

4     month with a change of the administration, and now she's

5     announcing, notwithstanding all of that we just talked about

6     and worked on over the last several months, no go.  No

7     decision, or no -- no approval of an easement will be given.

8     Affirmatively not.

9              Is that accurate?

10              MS. ZILIOLI:  Objection, misstates evidence,

11     ambiguous.

12              MR. SEBY:  I'm asking a question if that's

13     accurate.

14              MS. ZILIOLI:  Same objection.

15     A.   I believe, I would have to confirm, I believe that

16     is the decision that is being referenced here in that first

17     sentence.  This day stands out to me because I remember

18     informing Colonel Henderson of this decision, and he shared

19     with me he was done, he was ready to retire, and he did.

20     That -- I remember December 4th very well for that reason,

21     but I believe that was the decision that Ms. Darcy had made

22     on this at this time.

23     BY MR. SEBY:

24     Q.   Wow, Colonel Henderson was -- he had reached his

25     boiling point, I guess, right?

Lieutenant General Scott Spellmon
April 22, 2022

1        A.   Colonel Henderson was extremely frustrated by this

2   point in time.

3        Q.   Yeah.  Yeah.  How'd you feel?

4        A.   I felt a lot like Colonel Henderson.

5        Q.   Understand.  I don't know how to interpret the

6   rest of the Attorney General's statements, it's difficult to

7   understand what it means.  But that second paragraph, "The

8   department remains committed to supporting local law

9   enforcement," what does she mean, to the extent you know?

10              I -- I mean, I know you -- you were sent this

11   and maybe you never talked to the Attorney General or had

12   any idea what that -- that means, but do you have a sense at

13   all?

14        A.   I -- I don't have a detailed sense of what she

15   means in that paragraph.

16        Q.   Okay.  I don't want to pick on Colonel Henderson,

17   he's an honorable guy and service record for sure, I respect

18   that a hundred percent and I don't know anybody who doesn't,

19   but can you describe why he was frustrated with this latest

20   announcement from Ms. Jo-Ellen Darcy, the assistant

21   secretary of the Army for Civil Works, a political

22   appointee?

23        A.   Yes.  John and I shared a lot of the same

24   frustration.  We're both engineers.  We felt we had done due

25   diligence in the environmental assessment and the record of

Lieutenant General Scott Spellmon
April 22, 2022

1   decision that we had arrived at the summer before.

2                  We felt that we adequately addressed both the

3   legal questions and the technical questions, both sets.  We

4   felt that we adequately addressed the technical concerns

5   from the tribe on the pipeline at the given crossing.  So we

6   felt we had -- we had done our job for this particular

7   action.

8        Q.   Yeah.

9        A.   Just, it did not -- it just did not move forward

10  from the secretary's office.

11       Q.   Sure.

12       A.   We felt we had done our work.

13       Q.   Understand.  Okay.  Let's see, if we could go to

14  Exhibit 367.

15                  (Deposition Exhibit No. 367 was

16                   marked for identification.)

17                  MS. ZILIOLI:  Mr. Seby, just quickly while

18  that's going up.  I believe we have about ten minutes left.

19  Please correct me if I'm wrong, but I just wanted to make

20  sure you're close to wrapping up, I hope.

21                  MR. SEBY:  Let's take -- let's go off the

22  record for a moment and discuss the timing.

23                  MS. ZILIOLI:  Sure.

24                  THE VIDEOGRAPHER:  Okay.  Going off the

25  record at 4:15.

Lieutenant General Scott Spellmon
April 22, 2022

1                    (Discussion held off the record.)

2                    THE VIDEOGRAPHER:  Going back on the record

3      at 4:17.

4      BY MR. SEBY:

5          Q.   Thank you.  General Spellmon, we're back on the

6      record, and just a short period of time remaining, so I'm

7      going to ask you just a few additional questions.

8                    Sir, can you recall a time when you or any of

9      your Army Corps or Department of the Army colleagues made a

10     statement or took an action that resulted in a de-escalation

11     of the protests that were occurring on Corps property?

12         A.   I'm sorry.  Could you repeat the question?  Did we

13     take any action that actually de-escalated --

14         Q.   Can -- can you recall the time when you, in your

15     capacity as Northwest Division Commander or any of your

16     Corps or Department of Army colleagues made a statement or

17     took an action that resulted in a de-escalation of the

18     protests, in your opinion?

19         A.   It -- it's too difficult to measure.  We -- we did

20     a lot of coordination, we did a lot of communicating to try

21     to tie that to any de-escalation on protests out in the

22     field.  I don't know that I have a way to measure that.

23         Q.   Okay.  Do you recall earlier the -- the exhibit

24     when we first started rolling through exhibits early in that

25     process where you told Major Jackson and I believe

Lieutenant General Scott Spellmon
April 22, 2022

1    Chief Semonite that you referred to the protesters on Corps

2    land as -- as trespassers?

3        A.   Yes.

4        Q.   And did you do that, sir, because they were there

5    without first obtaining a special use permit or written

6    permission from the Court?

7        A.   Yes.

8        Q.   Did you -- did you or the Corps, anyone in the

9    Corps or the Department of Army, decide not to evict the

10   DAPL protesters on Corps property?  Did you ever make an

11   affirmative decision to do so?

12       A.   I'll give you a two-part answer.  First, we never

13   had the means to evict anyone off of the Corps property.

14   And, yes, it was a -- remained my assessment that even if we

15   had the means, that would have just complicated the issue

16   and raised the tension already in the field.  We recommended

17   against it.

18       Q.   And did you ask any other actors outside the Army

19   Corps of Engineers, the Department of Army, whether it was

20   state, local or other federal authority, to evict persons

21   trespassing as you noted on Corps property, did you ever ask

22   for that assistant?

23       A.   No.

24       Q.   And given the fact --

25       A.   Mr. Seby, I'm sorry.  Yeah.  So I would say we had

Lieutenant General Scott Spellmon
April 22, 2022

1    the formal request that went up in December of '16, and as

2    you remember January of '17, and that was from public safety

3    and to help us enforce our Title 36 responsibilities given

4    the onset of winter, the potential for flooding, and to

5    de-escalate the tension.  So, yes, there were those two

6    formal requests later in the year.

7         Q.   And those requests that you're referring to are

8    your requests to Chief Semonite to -- to help?

9         A.   Yes, that's correct.

10        Q.   But that was within the -- within the Corps

11   itself, not -- you didn't ask outside of the Corps whether

12   it was local, state or other federal, that -- that just

13   didn't happen is what I understood you to say?

14        A.   We'd work that through, request of that nature

15   through our chain of command.

16        Q.   I understand.  After the United States, and I'm

17   using that term, agreed to let the protesters continue to

18   occupy Corps land and set up camps, bring vehicles, never

19   getting permits on that, is there any authorization to your

20   knowledge in Corps or other agency rules or statutes that

21   authorize that?

22             MS. ZILIOLI:  Objection, assumes facts,

23   misstates evidence.

24   BY MR. SEBY:

25        Q.   To your knowledge, sir?

Lieutenant General Scott Spellmon
April 22, 2022

1      A.   No, so this is clearly where we had to operate

2   outside of our established regulations in the interest of

3   public safety.

4      Q.   Okay.  And I appreciate your candidness about all

5   of that.  Ultimately, given that that circumstance and your

6   intentions, but the reality of what happened and the

7   consequences of those people being on the Corps property,

8   and the time period for the length of time for which they

9   were there and what they were doing on the Corps property,

10  and what they were doing off of the Corps property,

11  ultimately as a result of those things in your opinion, do

12  you believe that the State of North Dakota was left, ended

13  up holding the bag for all that stuff?

14           Meaning they had to provide security, medical

15  restoration and maintenance costs as a consequence of that

16  happening on federal property?

17      A.   My response would be I think those things would

18  have happened whether those protests camps were on Corps

19  property or if we moved them and they landed on private

20  property or state land.  Those law enforcement

21  responsibilities and burdens would have still existed.

22      Q.   That's a hypothetical, though, because the fact is

23  I think we've -- we've talked extensively that

24  you acknowledge they were on federal property, and that was

25  the reality, not some might-have-been-worse or

Lieutenant General Scott Spellmon
April 22, 2022

1    could-have-also-happened-if kind of thing.  I don't mean

2    that as a criticism, but I just want to ask you whether or

3    not there's a difference between what happened and what you

4    were concerned about as a hypothetical, albeit sincere, I'm

5    just asking about do you agree there's a distinction there?

6         A.   It's based on my personal assessment having been

7    in the field, having talked to a number of -- of those

8    protesters in not only North Dakota, but those in other

9    places of the country as well.  That's my assessment of what

10   would have occurred.

11        Q.   Yes, sir.  I understand.  All right.  Well, I -- I

12   want to thank you for your time and attention and the

13   discussion.  I -- I hope I've been respectful and courteous

14   to you throughout this deposition today, sir?

15        A.   Yes.

16        Q.   Thank you.

17        A.   And likewise, sir, thank you.

18             MR. SEBY:  At this time, I have no further

19   questions, General Spellmon, and to the extent

20   Ms. Zilioli -- Zilioli has any, I pass to her.

21             MS. ZILIOLI:  Yes.  Thank you so much.  Just

22   very briefly.

23

24

25

Lieutenant General Scott Spellmon
April 22, 2022

1              EXAMINATION

2    BY MS. ZILIOLI:

3       Q.   Earlier, General Spellmon, you were asked about a

4    potential joint request for federal law enforcement support

5    from both the Corps and Chairman Archambault.  Do you

6    remember that line of questioning?

7       A.   Yes.

8       Q.   And in the course of that questioning you said

9    something to the effect about that the federal law

10   enforcement might help the Corps exercise its Title 6 (sic)

11   obligations.  What did that refer to?

12      A.   Right.  So we wanted, as part of this effort we

13   wanted to be -- have the ability to safely move protesters

14   off of the camp north of the Cannonball to the land that we

15   designated south of the Cannonball.

16           We thought new faces from the law enforcement

17   community, given the tensions that had arised between these

18   protesters and those officials from Morton County, having a

19   fresh set of faces out there would help us keep the tension

20   down if we were able to make that move happen.

21      Q.   Okay.  Thinking specifically about the piece of

22   your testimony about the Corps' Title 36 obligations, do you

23   agree that the Corps has discretion as opposed to an

24   obligation to close or not close its managed lands?

25      A.   It has to exercise a lot of discretion.

Lieutenant General Scott Spellmon
April 22, 2022

1        Q.   Would you also agree that the Corps has discretion

2    to -- under its Title 36 authorities to allow protesters to

3    remain or not, whether or not they have a special use

4    permit?

5        A.   The commanders absolutely have that discretion.

6              MS. ZILIOLI:  Okay.  Thank you.  I have no

7    further questions.  Mr. Seby?

8              MR. SEBY:  And neither do I, so I thank you

9    again, sir, and wish you good evening.

10             THE WITNESS:  Thank you.

11             THE VIDEOGRAPHER:  Counsel, I'll go ahead and

12   conclude this video deposition.  This concludes the

13   video-recorded deposition of Lieutenant General Scott

14   Spellmon.  Going off the record at 4:26 p.m.

15

16

17

18

19

20

21

22

23

24

25

1

2                              E-R-R-A-T-A

3
     Deponent:  LIEUTENANT GENERAL SCOTT SPELLMON
4    Case:  State of North Dakota v. The United States
     Date Taken:  April 22, 2022
5
     Page / Line         Correction
6    _____

7    _____

8    _____

9    _____

10   _____

11   _____

12   _____

13   _____

14   _____

15

16   I declare under penalty of perjury that the foregoing 249
     pages are true and correct except for such corrections as I
17   may have noted above.

18   Executed this _____ day of _____, 2022.

19
     _____
20   Lieutenant General Scott Spellmon

21

22

23

24

25

Lieutenant General Scott Spellmon
April 22, 2022

1               REPORTER'S CERTIFICATE

2               I, CHERYL L. HAASE, RPR No. 12443, Registered

3    Professional Reporter, certify:

4               That the foregoing proceedings were taken

5    before me at the time and place therein set forth, at which

6    time the witness was put under oath by me;

7               That the testimony of the witness, the

8    questions propounded, and all objections and statements made

9    at the time of the examination were recorded

10   stenographically by me and were thereafter transcribed;

11              That a review of the transcript by the deponent

12   WAS requested;

13              That the foregoing is a true and correct

14   transcript of my shorthand notes so taken.  I further

15   certify that I am not a relative or employee of any attorney

16   of the parties, nor financially interested in the action.

17              I declare under penalty of perjury under the

18   laws of Oregon that the foregoing is true and correct.

19   Dated this 1st day of May, 2022.

20

21   *Cheryl L Haase*

22   _____

     Cheryl L. Haase, RPR
23   NCRA RPR No. 12443
     Notary Commission No. 1020069
24   My Commission Expires 1/12/26

25

Lieutenant General Scott Spellmon
April 22, 2022

**$**

**$38**
  16:9
**$6**
  105:25

**-**

**--how**
  59:10

**0**

**00024035**
  111:5

**1**

**1**
  109:1 111:8
  124:21
  126:18,19
  128:21
  144:11
  206:10
  227:23
**10:16**
  88:5
**11**
  116:23
**11:06**
  88:8
**11:15**
  94:3
**11:19**
  94:8
**11:50**
  111:15
**11:52**
  111:19
**11th**
  118:13
**12**
  100:10
**12:46**
  142:15
**12:59**
  142:18
**13**
  119:12
**138**
  104:22 105:2
**13th**
  120:17 131:8
**1415**
  97:21
**14th**
  132:15
  227:24
  228:13,18
  232:19
**15,000**
  24:11
**1500**
  213:9
**16**
  26:23,24,25
  38:8 199:6
  203:11,18,21
  204:6,12
  206:12 207:3
  212:13 225:6
  245:1
**16825**
  6:6
**17**
  38:8 232:25
  245:2
**17-state**
  23:6
**18**
  18:4,25
  110:21
  111:3,6,8
**1806**
  46:18 65:2
**1986**
  18:9 19:5
**1998**
  18:11
**19th**
  138:8 139:19
**1:28**
  186:7
**1st**
  145:12
  146:9,17

**2**

**2**
  97:2 125:3
  127:1 148:2
  169:5 175:2
**20**
  124:13
**20-mile**
  122:13 127:1
**2006**
  18:13
**2013**
  130:9
**2015**
  20:10 26:17,
  22
**2016**
  12:24 15:9,
  22 21:14
  27:19 28:11
  32:13 38:19
  39:20 47:24
  58:20 59:19
  68:9 70:12
  80:7,11
  85:12 90:5
  92:13 95:7
  100:10
  105:13,20
  109:25
  112:16,20
  114:10,21
  116:2,8,14,
  23 119:12
  120:17
  124:17 128:1
  130:11 131:8
  138:8 139:19
**143:24**
  144:11,12
  146:9,17
  150:7 151:17
  155:21
  156:4,6
  162:4 169:5
  176:9 183:22
  186:22 192:5
  197:3,25
  199:5,9
  200:3 215:16
  222:4 227:23
  228:18 233:8
**20167**
  132:16
**2017**
  21:15 32:14
  36:18 58:18
  68:10,17,23
  70:12,13
  80:9,12
  85:12
**2018**
  20:10
**2022**
  5:2,5
**21**
  21:2
**22**
  5:2
**22nd**
  5:5 105:13,
  20 109:25
  232:15
**23**
  112:20
**239**
  24:8
**23rd**
  112:16
**24**
  112:20
  224:24
**25**
  114:21 116:1
  197:3,25

Lieutenant General Scott Spellmon
April 22, 2022

199:5 200:12
222:3
**25th**
114:10
**26th**
223:6
**27**
156:6
**28**
156:3 157:8
158:10
166:19 233:8
**28th**
155:20 162:4
164:6
**2:25**
191:6
**2:40**
191:9

---

**3**

**3**
105:1 124:17
125:4 127:4
130:19
**30**
136:14
149:5,13
176:21
177:16
**30-day**
178:11
179:2,7
184:23
**30th**
143:24
144:12
146:22,23
148:16 150:7
151:17
**318**
111:7,22
112:1
**32**
233:22

**327**
199:22
203:14
**33**
114:12 231:2
232:4
233:22,25
235:8 236:5,
9 239:16
**344**
88:18,22
90:3 94:18,
21 102:6
**345**
96:16,21
102:15
**346**
116:16,19
**347**
118:21 132:2
**348**
131:20,25
**349**
135:12,16
138:24
140:23
**350**
140:1,4,14,
20
**351**
142:19,24
152:11
156:21
165:19
**352**
152:5,8
**353**
167:10,14
171:8
**354**
170:19 171:3
**355**
175:22 176:1
**356**
184:11,14,
18,20

**359**
191:10,15
**36**
12:25 14:15
15:8 19:6
20:25 23:12
25:12,22
26:10,20
27:25 28:14,
22 30:6,14
87:7 199:22
202:18
203:14
226:12 245:3
248:22 249:2
**361**
196:15,18
211:11
**362**
211:2,5
214:10
**363**
214:5,8,14
**364**
219:6,10
221:20
**365**
227:3,6,19
**366**
236:20,23
**367**
242:14,15
**37**
155:9,13
202:18
**3:47**
118:24
**3rd**
47:12,14
50:25 51:18
72:16 176:9
181:23
183:22

---

**4**

**4**
109:2 125:13
129:11
186:22 238:5
240:2
**408**
145:24
**43**
150:23
**45**
88:1
**4:15**
242:25
**4:17**
243:3
**4:26**
249:14
**4:48**
200:14
**4th**
47:13,15
50:25 51:18
72:17 185:19
237:16
240:20

---

**5**

**5**
129:16 199:9
200:3 209:12
223:10,12
**5th**
223:18

---

**6**

**6**
189:8 248:10
**60**
36:23

Lieutenant General Scott Spellmon
April 22, 2022

**7**

**715**
  24:5
**77060**
  6:7
**776**
  113:20
**7:32**
  5:2,5

**8**

**8**
  111:8
**8:13**
  32:2
**8:23**
  32:5

**9**

**9**
  90:5 92:13
  102:5 134:20
  192:5 228:25
  231:21
**90-minute**
  13:12
**900**
  6:6
**9:22**
  67:16
**9:40**
  67:20
**9th**
  95:7 98:18,
  20 102:21
  103:14 195:7

**A**

**a.m.**
  5:2,5

**ability**
  31:3 77:1
  132:1 139:13
  248:13
**able**
  30:7 59:5
  128:8 213:12
  223:10
  248:20
**above**
  21:25 22:1,
  19 34:6
  101:20 106:9
  117:14
  128:20 155:7
  162:22
  176:10
  200:21
  224:15
**abreast**
  78:2
**absolutely**
  31:19 72:8
  92:4 125:25
  249:5
**Academy**
  18:9
**accept**
  127:12
**acceptable**
  9:9,16 67:10
  88:1 126:3
  188:6 233:3
**accepted**
  65:14 127:21
**Accepting**
  127:14
**accepts**
  7:9,11
**access**
  16:12 21:13
  26:19 30:2
  36:15 38:16
  48:9 51:16
  52:3,25 53:2
  64:25 71:8
  74:23 77:11,

  14 80:5
  84:11 99:1,7
  106:1 122:12
  136:12
  143:22
  145:15,17
  148:14
  172:25 182:1
  195:4 199:2,
  17,21 228:17
  238:9
**accessing**
  39:20
**accommodate**
  173:14
**accompanied**
  227:25
**account**
  64:18
**accounting**
  229:3
**accurate**
  8:19 11:22
  12:2 17:9
  44:4 45:19,
  24 48:4,5
  49:14,17
  58:19 68:20
  69:14 73:16,
  17 74:21
  81:8 82:19
  91:1,7,25
  92:11 101:5
  126:24
  146:16 157:7
  166:11 197:8
  210:1 213:1
  220:1 232:5
  235:7 240:9,
  13
**accurately**
  63:8 99:13
**achieve**
  215:6
**achieved**
  182:17
**acknowledge**
  6:22,25

  127:10
  130:18
  131:11
  214:15
  246:24
**acknowledged**
  115:25 116:3
  153:19
  222:24
**acknowledging**
  99:9 130:11
**acquaintance**
  117:19
**acquired**
  52:25
**acres**
  24:24
**acronym**
  207:18
  214:17
**across**
  82:9 94:14
  109:5 144:13
  150:22 151:7
  196:1
**act**
  16:8 34:4
  71:2 215:6
**acted**
  188:5
**acting**
  69:15,23
**action**
  6:8 19:20
  36:5,7 63:24
  64:17 100:12
  132:22
  140:16 153:3
  158:18
  161:10
  189:21
  205:19 206:8
  207:15
  208:14,16
  209:3 210:7
  218:14
  220:25

Lieutenant General Scott Spellmon
April 22, 2022

229:10
235:15,17
239:10 242:7
243:10,13,17

**actions**
16:11 55:20
56:4,13
70:18 71:9
141:15
157:14
208:19
211:20

**active**
19:5,6 21:1

**activities**
64:15 73:6

**activity**
30:19 52:11
62:16,22
63:1,14,25
65:12 66:12
74:12 75:21
150:16

**actors**
244:18

**acts**
130:13

**actual**
43:16

**add**
35:14 50:9
63:12 126:18
185:5 229:23
235:10

**added**
100:6,7
132:6
217:11,19

**adding**
83:18 183:15

**addition**
17:2 23:14
24:2 29:2
42:1 152:12
153:22 154:7
204:4 208:25

**additional**
29:4 34:16
35:18,21
39:2 48:11
63:18 87:9,
13 102:18
103:2 118:13
127:16
134:25 135:9
136:24
141:14 175:9
187:17,23
188:15,17
217:11,15
229:14
231:23
232:21 233:9
243:7

**Additionally**
233:2

**additive**
140:16

**address**
17:18,21
75:20,23
81:1 113:8
115:25
171:24 233:1
236:4

**addressed**
93:2 105:15
116:23
117:17 137:3
155:21
167:21
168:18
171:13
175:11
191:19 197:4
206:16
228:10,14
232:17 236:4
242:2,4

**addressees**
237:19

**addresses**
101:21
112:24 113:4

168:9

**addressing**
155:25

**adequately**
242:2,4

**adjacent**
127:15
180:18

**adjutant**
39:14 41:4
49:23 183:4
191:23 192:8
207:9

**administered**
7:1

**administratio
n**
68:12 69:21,
22 70:3,4,9
126:2 132:22
133:19
134:10
136:10,24
137:23
173:2,7
187:7 215:17
228:21 240:4

**administratio
ns**
70:5

**administrativ
e**
12:12 79:9

**advance**
121:5 123:5
195:6

**advice**
32:18 212:10

**advise**
63:3 136:7

**advised**
44:7 47:23
48:7 52:7
69:8 73:2,4,
8

**advises**
192:24

**advising**
27:25 39:4

**AEA**
20:23

**affairs**
105:5,6
144:4 146:10
147:9 150:1,
7 166:5
194:11
211:19,25

**affect**
187:10

**Affiliated**
113:22

**affirmative**
244:11

**Affirmatively**
240:8

**affirmed**
7:17

**after-the-**
200:8

**afternoon**
86:4,25
88:10,12
96:22 214:20
237:16

**AG**
237:21

**agencies**
17:1 33:9
49:21 55:1
95:23 113:2
115:7 134:21

**agency**
24:15 55:5
70:18 76:7
189:2 230:21
245:20

**aggressive**
42:12 115:15
179:13
182:10

**ago**
124:10
207:17

agree
  5:6 11:19,22
  30:21 31:1
  77:8 222:4,7
  229:21 234:5
  247:5 248:23
  249:1
agreed
  231:3 235:11
  245:17
agreement
  7:6,7,24
  85:5,19
  109:6,11
  164:18
  178:20
  179:19
agreements
  85:23
agrees
  7:9,11
Aguilar
  116:23
  117:10
Aguilar's
  117:9,13,16
Aguilera
  155:22
ahead
  42:5 86:15
  102:1,2
  122:25 196:3
  238:11
  249:11
ahold
  77:3
aid
  37:24,25
  38:1 136:4
aide
  10:13
aide-
  79:1
aide-de-camp
  60:13,17
  61:2,4 78:25
  79:3,14,15,

18,21,25
aide-de-camps
  79:4,11
Alan
  7:15 191:22
alan.s.
dohrmann.mil@
mail.mil
  191:17
albeit
  247:4
alike
  238:24
alive
  136:14
Allen
  8:16
allow
  24:9 82:6
  104:2 107:6
  117:19 249:2
allowed
  66:2 77:14,
  18,19,20,21
  108:25 125:5
allowing
  41:23 75:18
allows
  232:22
altercations
  63:17 76:7
alternate
  163:11,13
alternatives
  170:7
ambiguous
  31:11 46:8
  108:13
  115:21
  240:11
amenable
  235:9
America
  5:25
American
  20:21 44:13

Americans
  173:7,15
  174:21
Americans'
  137:7
amount
  24:21 223:17
Amy
  152:21 153:7
  194:16
analysis
  170:9 187:23
  189:13
  229:15
  232:23
  233:10
  235:24
and/or
  5:10 181:9
animal
  110:16
animated
  62:15
announced
  134:21
  189:20
  231:20
announcement
  33:8 145:21
  241:20
announcing
  209:11 240:5
answer
  9:7,20 10:4,
  20 74:13
  82:1,8
  87:17,23
  93:6,16,21
  115:13 168:7
  172:16
  244:12
answered
  128:25 189:8
  204:21
  231:22,24
  239:11,12

answering
  207:5 230:15
answers
  125:19
  145:17
anybody
  106:9 171:6
  202:10
  204:14
  241:18
anyone
  5:18 10:8
  13:23 14:9
  22:15 31:8
  34:5 39:4
  51:13 54:24
  80:22,25
  82:6 104:18
  199:1,20
  201:9,10
  204:4,7,19,
  20 209:18
  210:19
  244:8,13
apart
  23:11 49:18
  151:22
apologies
  46:11 177:8
  215:22
apologize
  19:18 28:7
  36:1 40:2
  47:14 58:24
  60:12 61:22
  83:18 119:1
  138:22
  140:19 171:3
  176:5 219:4
apparent
  107:3 205:11
apparently
  52:8 157:1
  169:18
  228:21
appearances
  6:11

Lieutenant General Scott Spellmon
April 22, 2022

appears
171:19,21
186:21 237:4
238:3
applicant
30:15 31:2
98:23 99:3,6
101:25
202:25
application
27:19 28:23
29:7 30:12
99:12,16,17
100:12,19,22
101:1,7,10,
21 170:7
202:7
applications
27:7 170:5
applied
135:7
appointed
198:9
appointee
141:18,24
241:22
appointees
190:10,16
appreciate
67:5 86:6
149:19 152:4
159:16
170:11
181:8,10,17
182:13 184:2
209:13
239:23 246:4
appreciated
234:3
apprised
52:6
appropriate
48:17 140:6
approval
137:23
138:16
139:23

146:19 240:7
approve
69:2 70:3
124:24 189:1
239:6
approved
30:16 43:10
68:13 124:23
126:22
131:18
231:10 236:8
approximately
18:4 32:13
42:14 66:16
80:12 195:8
April
5:2,5
Archambault
39:15 41:7
54:1 67:25
68:3,6,8,12
69:3 70:13
71:5,6,10,
13,24 107:20
119:21 120:2
148:23
156:18
158:13
163:21
164:17
176:18 179:8
225:20,24
226:2,8
228:15,23
232:18
233:17 248:5
archeological
122:14
area
36:18,20
37:2 42:21
45:15 65:23
107:8,11,24
108:4,8,10,
18 144:23
159:22,23,24
160:5,9
199:13,25

201:25 202:5
238:23
area/more
124:13
areas
23:22 25:19
35:12,15,16
36:2 73:6
160:17
199:23
argument
217:19
arised
248:17
arm
156:9
arm's
77:2
armed
217:22
Army
13:5 14:1,2,
10 18:12,15,
16,19 19:3,
7,10,21
20:22 21:7
22:1,4,6,10,
21 25:10
33:9,13,22
34:7 38:6
39:5,9
69:13,16
80:4 82:5
90:8,9,15
91:12,14
94:20 95:8
96:6,9,10
98:20 99:23
103:8 104:19
112:5 113:8
114:21 117:1
122:21 133:6
137:5,13
138:16
141:2,21
143:2,20
160:20
161:3,23

166:21
168:19
169:12,23
173:24
174:5,13
175:4 180:16
186:2 188:25
189:17
200:18 205:8
216:8,12,15,
20,21 217:21
218:5,6,9,
10,12 221:5,
6,10 223:19
225:24
229:14
232:16,20
233:3
234:13,23
237:17 238:9
239:2 241:21
243:9,16
244:9,18,19
Army's
228:24 229:3
around
23:22 27:6
82:16,20
153:22 154:1
160:19
187:22
arrangement
7:5 177:20
arrangements
149:15 178:4
array
72:19
arrests
124:14
arrests/no
124:12
arrive
213:9
arrived
54:8,9 242:1
article
135:20,22
136:2,3,7,8,

9,21 137:3,
10,19 140:20
141:10 148:6
193:15
**articulated**
103:13
121:12
**articulation**
237:3
**ASA**
124:25
**asked**
10:4 35:13,
22 59:6
62:8,9 75:4
84:9 86:20
87:3 101:11
102:17
104:13
118:14 122:5
125:1,21
157:22 164:8
193:21
204:21
215:13
217:7,24
218:18 220:3
224:9 230:18
239:11,12
248:3
**asking**
10:6 15:2
40:6 43:24
66:1 75:7
81:20 83:18
87:10,12,20,
21 99:15
101:5 104:10
109:9 120:6,
9 121:19
129:5 131:12
138:4 162:23
165:8 167:7
168:11
169:17
172:7,22
175:1,12
181:14

190:15
191:25
192:21
205:13
209:14
215:24 216:9
231:20
240:12 247:5
**aspect**
24:2 36:16
59:12 172:11
181:15
182:22
200:25
208:23
209:10,21,25
210:4,25
216:18 220:3
225:21
**aspects**
75:21 103:13
211:8
**aspiration**
179:21 180:8
181:7
**Aspirational**
179:16
**assembling**
165:12,24
**asserted**
54:5
**assertion**
56:3
**assessment**
33:6 34:18
35:12,14,20
36:5,9 44:6
51:20 62:17,
22 63:2,3
64:7,16 66:6
114:14 115:1
116:15
128:3,4
129:13
133:18
145:23
146:13
148:22,24

159:4,6
160:2 170:6
179:25
180:3,15,21
181:21
189:1,4,22
190:23 229:2
231:10
241:25
244:14
247:6,9
**assessments**
53:25
**assigned**
79:12,14,18
**assignment**
79:25
**assist**
104:17
115:11,12
124:4
**assistance**
83:4 183:11
215:25
216:11
217:2,8
**assistant**
8:7 22:20,24
33:7 68:25
69:12,13,15
91:13,18
92:22 99:23
112:14
122:21 129:1
133:5,6
134:15
168:18 169:5
171:17 175:4
187:20
188:20 189:9
221:5 228:14
235:23
241:20
244:22
**assisting**
141:14
**associate**
117:11,21

162:14
**associated**
13:2 15:17
16:11 23:20,
23 24:17
27:9,25
28:14 30:2,
6,11 38:15
43:20 44:13
49:20 53:22
58:5 70:22
80:5 162:8
165:19
**association**
20:22 89:2
136:18,19
162:11
**assume**
10:5 110:14
166:19 179:6
211:17
222:12
**assumed**
106:4
**assumes**
43:21 55:22
56:6 57:10
81:4,17
245:22
**assuming**
125:17,23
126:5
**assumption**
65:11 147:9
211:20
**attached**
113:14,19,24
114:4 144:1,
6 154:24
228:1,7
**attaching**
227:23
**attachment**
89:6 144:11,
23 146:25
148:2
149:20,21
156:21

157:22
192:11,13,14
193:8 232:13

**attachments**
143:13,16,25
144:1,5,17
152:16
153:3,4,20
154:17 228:9

**attacked**
136:14

**attacks**
136:11

**attempt**
101:4,7
106:4 151:6
175:9 195:2,
5 208:8
231:7

**attempting**
109:15
121:10

**attend**
77:21 230:11

**attended**
61:17 218:4

**attending**
6:4

**attention**
27:4,20,21
28:15,18,19
87:13 95:16
126:9 133:10
171:3,22
173:12
185:22
186:11
231:16
234:11
247:12

**attentive**
174:20

**attorney**
8:6,7 109:14
117:11,12
137:3 207:7
237:22 238:4

241:6,11

**Attorney's**
6:19 212:11

**attorney-client**
5:10 14:24
87:16

**attorneys**
6:21 13:4,19

**attributed**
170:12
174:12

**audience**
172:24

**audio**
5:5 94:11

**August**
33:1 38:18
39:20 42:17,
18 44:1,4
50:2 58:13
59:17 80:7,
11 150:17,18
195:9

**author**
147:8 194:8,
10

**authored**
43:15

**authorities**
75:20 150:2
249:2

**authority**
37:20 115:12
170:5 174:23
175:14
201:1,5
244:20

**authorization**
161:18 203:9
236:16
245:19

**authorize**
245:21

**authorized**
43:15 148:12

**available**
119:22

**avenues**
82:25

**award**
20:1

**award-winning**
211:8

**awarded**
19:19

**awards**
19:15

**aware**
16:7,13,17,
20,24 17:3,
4,8 28:12
33:24 34:12,
25 35:3,5
44:12,15
45:1 54:17
55:17,24
56:11,15,22
57:1,2,6,7,
14 71:9
74:9,11 75:2
76:13,17
77:17 79:1
80:2,22
81:11 84:10
91:2,6 92:18
93:11 94:25
95:2,5 100:1
103:15
114:20 141:8
143:16 144:9
152:2,3
154:20
165:23
220:23
224:14 233:7

**awareness**
238:1

---

**B**

---

**bachelor's**
18:8

**back**
12:22,25
15:9 21:7,8
32:4,7 34:22
35:7,13
39:17 43:16
53:19 66:5,9
67:19,22
76:1 78:5
82:18,19
87:5,6 88:8,
10 89:25
94:5,8,9
97:14 102:15
111:18
120:12 126:2
127:25 135:9
142:17,22
164:14 169:9
175:18,21
180:14
185:14 190:9
191:8,14
197:16,23
200:10 202:4
206:18
207:13
211:15
212:1,3
213:8,10
219:17
222:20
223:22
224:16
228:25
230:18 234:1
243:2,5

**backed**
183:18

**background**
17:14 18:7
30:18 32:9
149:25 151:9

**bad**
127:23
180:2,11,23
181:1,3,9
182:17,18,23

202:12

**Badge**
19:20

**bag**
246:13

**Bamberg**
21:3

**Bank**
105:25

**bar**
132:20

**base**
221:24

**based**
28:18 30:17
39:3 64:5
65:22 81:19
141:16 150:6
156:4,12
167:25
189:22
219:20 247:6

**basic**
8:24 11:3
17:14 157:12

**basics**
13:6

**basin**
215:3

**Basins**
23:7

**basis**
24:4 64:4
66:1 139:9

**Bates**
167:15

**began**
26:17 32:25
49:24 50:1
55:19 195:8

**begin**
8:23 221:23

**beginning**
33:4 47:22,
23 58:13
85:11 97:4,
15 168:22

171:10
196:22

**begins**
97:2 105:8
123:22
184:21

**behalf**
6:5,10
225:23

**behave**
179:6

**behavior**
42:12 64:18
133:20 181:4
202:15

**behind**
37:3 82:22
84:1 91:10
118:2,7,20

**belabor**
147:18 150:3

**belief**
139:10
140:10
184:22

**believe**
28:15 29:20
31:6 33:9
43:25 44:2,
23 46:18
47:11,12
49:10 53:4,
14 57:15
59:4 61:5,17
63:8,22
65:1,14
66:2,5 68:17
69:5,16,20,
24 71:5 72:8
76:18 77:14,
24 85:22
91:5 94:24
95:11,15
102:24
106:11,17
109:21 110:7
116:9 117:20
119:22 120:4

123:7
128:23,24
129:5 133:17
134:7,13
135:11 137:8
139:1,8,11,
16 148:23
155:5,25
161:2 162:14
165:22 168:2
176:12 182:7
187:25
188:3,5,19
191:21
193:21 198:5
202:20
205:22
207:22
210:16 217:4
219:25 221:3
222:20
239:4,5
240:15,21
242:18
243:25
246:12

**believed**
200:19

**believes**
104:16
176:20
177:5,16
185:9

**bell**
157:1

**bells**
118:10

**belonged**
49:20 65:7,
8,24,25

**belonging**
38:16 136:16

**belongings**
163:17

**below**
106:9 126:15
128:13 129:8
132:8 144:23

172:2 185:8
205:19
206:21

**benefit**
181:24 182:3
230:3

**Benning**
21:3,7

**best**
9:13 10:1
34:24 38:18
39:1 42:16
50:1 58:10
62:19 75:20,
22,23 76:9
78:23 92:7
99:5 100:25
103:7 108:4
127:8,23
169:16 174:4
180:13 181:9
193:1,12

**bet**
46:11

**better**
77:4 119:23
122:1 123:25
182:1 199:24
215:6

**BIA**
212:14
222:13

**big**
25:1 186:10

**Bill**
13:22

**Billingsley**
167:21 168:6

**Bismarck**
46:17 57:9
73:19 214:20

**bison**
136:16

**bit**
76:1 89:8,25
143:9 144:21
148:4 149:22

197:14
230:14
**blindsided**
95:25
**block**
112:11 238:3
**blocking**
132:22
**Bloomingdale**
17:17
**blow**
177:11
**board**
58:15
**boarding**
224:18
**Bobet**
6:19
**boiling**
240:25
**bold**
171:15
**bookends**
21:14
**Borbeck**
10:13
**born**
17:16
**borrow**
105:24
**boss**
120:10 129:5
130:12 183:6
216:7,12
219:22
**bothering**
171:6
**bottom**
97:16 116:22
119:5 122:25
128:6 135:25
143:3,7,23
145:12
146:21 149:3
183:23
196:22
221:23

**branch**
19:11 134:2
205:4,6,7
**break**
9:18,21,23
31:14,15,17
32:7 42:7
67:6,11,23
84:21 86:6,
8,13 87:25
88:11 94:10
111:9 124:7
140:6,10
142:6,23
158:22
190:24
191:14
227:13,15
**breakdown**
53:5
**breather**
182:7
**bricks**
52:15
**bridges**
57:5
**brief**
92:8 140:9
193:13 215:8
234:1
**briefed**
235:20
**briefings**
51:11,15
53:20 54:24
**briefly**
197:16,20
247:22
**Brigadier**
212:8
**bring**
26:2,3
119:24
140:18
152:9,14,17
171:22
179:19

201:18
214:11
245:18
**bringing**
86:16 87:13
132:3 140:24
164:14 172:4
**broader**
151:6
195:16,24
210:7
**Bronze**
19:19
**brought**
90:14 95:16
221:18 223:3
**build**
82:6 83:14
122:3 203:7
**building**
53:9 58:8
99:1
**built**
43:19 82:21
110:5
**bulk**
19:6 53:4
176:13
**bullet**
159:21
160:10 161:9
162:6
**bullets**
159:8 229:18
**burdens**
246:21
**Bureau**
211:18,24
**Burgum**
58:14,23
**Burleigh**
109:4
**burn**
107:3 110:12
**business**
58:3

**busy**
113:20
**butchered**
136:5
**button**
5:20
**buy-in**
185:11

---

C

**C-H-U**
60:16
**C.F.R.**
199:22
202:18
203:14
**calendar**
14:5,6
**California**
72:17
**call**
25:15 34:22
39:1,25
46:23 62:7
65:10 68:24
69:3,4,11
84:25 95:21
96:22 97:21,
25 98:3,8
100:1 119:10
120:10
122:12
123:10
124:18
157:10 173:3
191:15 205:3
208:2 214:19
221:7 223:8
234:15
**called**
7:16 68:14,
23 70:25
98:4 99:13,
21,22 136:10
169:20 173:2
185:5 199:4

206:20
207:16
234:20
**calling**
71:6 171:2
**calls**
14:24 40:2
51:1,2,5
58:12 74:19
96:13 102:22
150:11 165:2
185:16 187:1
198:10 206:1
**camp**
42:21 43:3,9
45:3,13
46:2,3,20,22
47:3,8,15
54:7 64:14
65:3,10
66:14,24
72:16,19,20,
21 73:22
74:5 83:13
84:16 104:2
107:17 108:5
119:9,15
124:15
127:18 131:2
136:12
137:25
138:2,9
139:2,6,17
150:16
156:16
161:11,13
162:2,3,15
163:7,12,15,
18,23,24,25
164:3,4
177:22 203:7
208:16,24
210:8 226:15
248:14
**campers**
47:20 84:8
110:9

**campfires**
110:12,15
**campground**
42:23 44:21
**campgrounds**
42:20 43:1,5
**camping**
37:8 42:14
44:17 56:12
72:12 73:4
74:15 119:24
125:6
**camps**
27:16 36:14
42:22,25
43:9,20
44:24 45:8,9
47:6 56:22
57:2,3
64:19,21
66:19 74:1,
10,25 114:5,
14,22 116:7,
13 121:4
124:12
125:10
127:9,13,14,
24 128:10,
17,19 129:22
130:3 131:9,
13 150:9
159:24 161:4
163:20
179:4,8,13,
23 180:9
181:25
208:24,25
209:11
210:12
212:25 213:1
245:18
246:18
**camps/company**
124:13
**cancel**
157:14
**candidate**
211:8

**candidates**
172:25
**candidness**
246:4
**candor**
170:11
**Cannonball**
36:19,21
42:22,25
43:10 44:17,
19,21,24
45:4,12,13
46:3,17,21,
25 47:6,9,16
54:7 64:24
65:11 72:22
73:23 74:2
99:19
107:16,17
108:5,19
109:23
119:24
120:25
121:11,13,
20,25 131:1,
18 139:13
146:20
161:12,21,24
162:10 164:1
177:22
199:8,20
200:3 201:9,
18,24 204:3
208:24 209:5
217:16
223:13 224:1
226:13,16
248:14,15
**canvass**
136:8
**cap**
124:21
**capabilities**
118:8
**capacities**
54:25
**capacity**
18:18 37:18

38:3 80:21
137:15
243:15
**capitol**
57:23 58:7
**caps**
124:6,21
125:4,13
126:1,7
132:17,22
137:22,23
**carcasses**
83:25
**care**
59:11 209:6
**career**
23:12 142:3
**Carlisle**
21:8
**carry**
78:25
**carrying**
79:1
**cars**
46:22 203:8
**case**
10:23 15:6,
12,17 16:4,
7,13,15,19
17:2,7 22:23
64:2 69:24
71:11 73:12,
16 117:6
124:12 126:5
169:4 202:23
**cases**
82:17,20,23
85:4 189:14
**Cass**
50:20
**catch**
172:1 213:11
**category**
188:24
**cattle**
83:24,25
136:15

Lieutenant General Scott Spellmon
April 22, 2022

caught
  96:1
caused
  31:4 167:3
CCS
  119:6
Ceasing
  182:4
celebrated
  222:21
celebration
  129:11
center
  51:4 76:20
  77:10,24
  78:4,11
  186:11
CEO
  228:15
certain
  30:14 92:4
  166:5 194:10
  195:15 213:5
certainly
  14:5 29:11
  32:16 46:21,
  23 48:10,13
  49:3 51:2
  53:6 55:7
  58:2 59:7
  64:10 66:4
  115:9,11
  116:3 121:17
  154:21
  159:5,13
  177:20
  190:21
  192:15
certainty
  127:13
certification
  20:13
certification
s
  20:12
cetera
  214:13 229:3

chain
  22:1,3 33:24
  38:5 95:21,
  22 97:2,15
  99:9 101:17
  102:8,15
  106:9 112:7,
  8 113:11
  116:21
  119:4,5
  120:11,18
  122:10,17
  143:7 144:10
  145:7 155:4,
  19 176:3
  184:20 185:4
  186:13
  196:20
  197:24
  200:17
  204:23,25
  211:6 216:15
  222:1,15
  223:2 224:16
  245:15
chairman
  39:15 41:7
  54:1 67:25
  68:3,5,6,7,
  12 69:3,5
  70:13 71:5,
  6,10,13,23,
  24 72:8
  101:14
  107:20
  114:16 117:8
  119:20,21
  120:2 121:10
  122:2 127:9
  129:9 131:10
  148:23
  156:17
  158:13,19
  159:5 163:7,
  11,21 164:17
  177:18,21
  179:8 180:9
  182:15
  183:3,20

  199:6 204:14
  212:12
  225:19,24
  226:2,3,4,8,
  19,21 228:5,
  15 229:22
  230:8,9,11
  232:1,18
  233:17
  239:20 248:5
chairman's
  120:24
  164:10
chairmen
  176:17
  203:12,18
  204:5,12
  206:12 207:3
  212:13 225:7
challenges
  104:14
  127:20
challenging
  182:12
Champagne
  18:11
Champaign
  21:4
chance
  113:19
change
  68:12 70:5,8
  172:21,23
  179:25
  196:13
  219:15 240:4
changed
  123:19
  164:13
  167:1,3
changes
  123:17
channel
  78:14 221:7
channels
  223:22

chapter
  239:18 240:1
character
  223:8
characterizat
ion
  160:3
characterize
  218:20,25
  231:7
charging
  227:15
check
  67:4
checks
  137:25
Cheryl
  6:10
Cheyenne
  185:23,24
chief
  19:1 21:18,
  25 22:4,10
  26:1 82:5
  92:10,11,14,
  15,17,18
  93:7,11,17,
  18 94:20,22,
  25 119:10
  122:20
  123:4,14,18
  124:20
  125:24
  126:11,14,16
  127:5 128:9
  130:12
  132:7,9,11,
  13,15,20
  133:3,9,24
  134:7
  135:18,23
  137:6,11,13,
  18 138:25
  139:2,5
  140:21,22
  144:4 155:21
  156:1,3
  157:5,24

158:9,23
162:22,24
166:19,21
167:6
168:20,24
169:10
185:6,8,9
192:5 196:24
197:4,7,25
204:25
205:18
206:20
208:12
211:12
216:8,12,20,
23,25 217:7
219:13,22
222:2,5
228:21
234:23 236:2
237:18 244:1
245:8
**chief's**
128:8 141:1,
7
**Chiefs**
22:12
**choice**
100:24
158:1,2,6
163:13
**choices**
127:23
**chose**
160:12 163:3
**chronology**
15:16,21
**Chu**
60:14,15
61:2,4
**circumstance**
44:8 94:15
150:19
161:23 167:1
220:19 246:5
**circumstances**
82:13 106:25
115:25

136:20
**citations**
80:15,16,24
81:2,12,15,
22
**cites**
230:16
**cities**
50:6 151:3
**citizen**
204:18
**citizens**
136:16
**city**
23:8 121:11,
25 232:25
**civil**
13:2 18:10,
24 22:15,18,
21 23:21
38:6 68:25
69:16 91:14,
18,24 99:24
122:21 133:6
134:2 168:19
175:4 221:5
241:21
**civilian**
23:13 141:23
142:1,3
**claims**
16:8,9
**clarification**
58:25 83:19
87:1 152:4
206:13
**clarified**
108:23
**clarify**
10:1 17:20
27:1 81:6,10
86:10 154:18
169:15
189:14 225:6
**clarity**
185:11

**clause**
158:16
**clean**
36:18,22
41:6
**cleaned**
37:1,8
**cleanup**
37:7
**clear**
28:8 39:18
44:23 51:24
72:21 93:6
209:24 210:8
**clearly**
41:1 62:14
66:25 202:24
221:4 246:1
**click**
5:19
**climate**
169:6 171:18
172:20,23
**clip**
169:18,22
172:10
**close**
10:22 20:3
185:16
208:8,16,23
242:20
248:24
**closely**
173:13
**closer**
201:19 209:5
**closing**
162:2 199:7
208:25
209:11
212:16
**closure**
199:4 206:21
208:15
212:25
**CNN**
223:7,8

**Co-counsel**
6:18
**Code**
29:3
**cold**
181:23
**colder**
201:15
**collaborating**
39:6
**collaborative**
125:23
**colleague**
88:14 89:12
164:9
**colleagues**
116:7,13
144:4 190:19
243:9,16
**collective**
158:25
**collectively**
8:10
**College**
18:12 21:7
**colloquially**
225:17
**colonel**
25:14 27:22,
24 28:16,17,
22 32:15
33:11,25
34:2,12
36:10 37:24
38:22 39:3,
16,19 40:7,
11,19 41:6
43:10 44:11
47:23 48:3,
4,6,11,16,
20,22,24
49:3,7 54:3
68:4 71:22
74:17 75:3,
25 76:14
77:3 78:6,8
79:16,17

90:14,21
91:1 95:15,
18,19 100:11
101:9,24
103:16
105:16,20
106:3,19,24
107:20
113:25
114:1,6,7,
10,11,12
116:23
117:3,17,18
119:20 120:2
127:7 134:22
136:1 137:12
138:25
140:22
146:21
149:8,10
155:15
156:17
157:10
158:12,18
165:10,12,25
166:6 175:6
176:14 177:5
178:22
180:25
181:11
183:20,24
184:22,25
185:3,13,20
186:5,8,20,
22,23 188:25
191:18 197:1
199:6
203:10,15,21
204:12,15
205:25 206:3
207:3,6,16
208:7 223:12
224:21
225:11 227:1
228:1,3,5,10
231:1,10,13
232:18
233:16
234:1,7

240:18,24
241:1,4,16
**Columbia**
23:7 84:15
**combat**
19:8,20
**combination**
13:15
**come**
25:12,15
61:20,24
71:7 94:14
107:21
110:18 120:5
170:6 188:17
201:23
202:17
203:6,16
204:18
208:13
209:1,19
210:14
**comes**
133:10 164:7
223:11
**comma**
158:17
**command**
20:2 22:2,3
33:24 38:5
95:22 106:9
216:15
245:15
**commander**
18:23 19:23
20:5 21:17,
24 23:4,8
26:1 27:23
29:10,25
30:10,13
32:15 37:12,
13,14,19
38:10,21
75:3,4 79:16
80:21 82:4
90:15 100:11
105:11 117:1
147:10

148:10,17
149:5 158:4
166:21
202:24
232:15
243:15
**commander's**
114:14
**commanders**
23:5,10
25:12 26:3,4
29:23 84:18
151:4 249:5
**commanding**
18:24 91:23
164:23
234:13
**commands**
150:24
**commendations**
19:14,21,22
**comment**
26:9 127:25
138:5 145:22
148:19 214:2
215:10
**commented**
29:21
**Commission**
105:24
**committed**
19:18 24:24
232:20
238:14 241:8
**common**
157:17 159:4
**communicate**
49:25 77:1
128:18
**communicated**
148:23 231:4
**communicating**
113:6 243:20
**communication**
41:6 48:17
54:2 75:16
76:20,22

97:23 206:3
208:7 211:20
212:15
213:24
**communication
s**
32:18,21
38:2 122:17,
18
**communicator**
41:7
**communities**
24:12
**community**
62:20 116:25
117:5,20,24
120:24 182:5
218:11 220:9
226:19
248:17
**companies**
229:5
**company**
51:16,25
52:9 53:22
56:19 82:21
109:15 232:1
233:24 235:8
239:15
**company's**
52:9 235:16
236:3
**compared**
224:20
**compelling**
17:1
**complaint**
16:14 106:21
**complete**
12:1 128:7
129:18 140:9
171:20
172:11
**completed**
33:10 229:3,
9

completion
  20:1
complicated
  244:15
comply
  214:16,18
components
  112:8
comported
  229:6,11
compound
  28:21 96:22
  132:2 140:25
  196:19 211:9
  221:22
con
  35:4
concept
  183:24
concern
  41:23 42:10
  59:7,16 63:6
  72:9 103:24
  123:20
  210:25
  217:15
  223:16,21
  238:25
concerned
  42:5 93:22
  107:5 144:14
  148:8 247:4
concerns
  34:25 42:1,6
  66:10 71:25
  72:6 210:6
  233:7 242:4
concert
  192:16
conclude
  249:12
concluded
  229:5,10
concludes
  229:9 249:12
conditions
  30:15 149:17

199:15
229:23
230:2,4,24
231:2,5
232:4
233:12,22,25
235:7 236:5,
9 239:8,15,
24
condoning
  125:7
conduct
  26:6 28:20
  55:20 167:6
conducted
  205:25
conducting
  179:11
conducts
  25:23
conference
  51:2
confirm
  102:12 132:1
  152:15 239:4
  240:15
confirmed
  94:19 105:10
  109:2
confirms
  114:14
conflict
  124:3
confrontation
s
  199:11
confused
  215:20
Congress
  12:9 69:1
  125:5 187:8
  235:18
congressional
  49:13 136:10
  137:2 205:5,
  12 206:2
  212:17

congressman
  41:3 185:17
  187:1,5
Congressmen
  185:16
connect
  117:5
Connecticut
  72:17
Connecting
  116:25
connection
  94:10 121:18
  162:23
  220:23
  238:19
connectivity
  76:25
consensus
  176:20,23
  177:5,16,18
  181:13
  183:19
  184:23
consent
  7:4
consequence
  246:15
consequences
  246:7
consider
  107:7,10
  173:1 178:6
  223:14 226:5
consideration
  29:17,19
  129:2 161:17
  216:7
consideration
s
  30:1 75:23
considered
  11:17 99:19
  200:4
considering
  28:23 103:25

consistent
  128:2 132:23
consolidation
  178:5
constitutiona
l
  238:16
constructing
  53:10
construction
  51:19 52:4,
  8,15 53:9,
  17,23 108:24
  159:25
  160:7,15
  178:1,13
  182:4 236:9
constructive
  238:13
consultation
  233:4 239:6,
  14
contact
  34:9,20
  39:21 40:9,
  12 41:18
  98:15
contacted
  33:11 34:8
  35:4
contacts
  54:12 98:23
contains
  146:2 150:9
  152:11
contemplated
  180:11
contend
  201:15
content
  87:17,20
  103:17
contents
  212:20
context
  97:22,24
  99:24 108:8

118:17
128:13
133:11
134:25
161:14
162:21
163:13
175:10 181:8
187:4,17
190:1 196:7
214:3 230:14
231:8
**contingent**
185:10
**continuation**
184:18 214:9
**continue**
5:6 63:1
75:18 76:12
114:7 178:7
233:5
238:10,25
245:17
**continued**
50:2 133:19
**continues**
143:8 186:23
223:4
**continuing**
101:25
103:24
**contracting**
66:25
**contractors**
53:17
**contracts**
109:3
**contributed**
148:18 149:6
155:7
**control**
25:10 42:23
114:15,17,23
115:4,13,15
116:8,13
125:9 138:3

**convening**
121:20
**convention**
167:24 168:2
**conversation**
40:14 50:10
59:10 61:23
66:4 68:11
70:12 92:8
101:13
106:15
176:13
**conversations**
5:9,10
39:11,13
49:12,22
51:6 59:14
62:2 68:21
120:1 183:2
**convey**
104:14,19
**convoys**
160:14,19
161:2
**cook**
203:8
**cooking**
110:16
**cool**
179:7
**cooldown**
176:21
177:17
178:20
179:2,5
184:23
**cooling**
176:21
185:10
**Cooper**
137:12,13
155:23
**coordinated**
200:19,21
211:18
212:13
222:13

**coordinates**
205:4
**coordinating**
205:24
**coordination**
40:22 148:10
200:23,25
212:10
243:20
**copied**
116:24
126:11
135:19
155:21
168:20,24
191:17
196:25
198:18
204:24
205:18
237:8,20
**copies**
123:16 210:2
211:15,19
212:5
**copy**
16:14 60:23
114:7 152:20
192:21
**copying**
155:24 238:3
**core**
173:18,23
181:4,19
**corner**
5:20
**Corps**
13:5,16 14:2
17:2 18:15,
16,19 19:3,
10 22:1,5,15
23:17,18,25
24:22 25:10,
13,19,24
27:4,5 29:3,
6,22 30:11,
22 31:3,8
34:7 36:6

37:22 38:17
39:5,20
40:8,20
42:15,20,23
43:19 44:17,
25 45:3,15,
20 46:3,7,13
47:1 48:8,
10,14 49:11
53:14,18,22
54:23 55:21
56:5,12,13,
17,23 57:3,
4,8 58:5
59:13 62:15
65:6,24
66:20 72:13,
24 73:4,5,6,
10 74:1,4,5,
8,9,10,11,
13,15,24,25
75:17,23
76:3,15
77:3,8,18,23
78:3,5,9,14
79:13,22
80:4,13,15,
23,24 81:1,
15,21 82:3,
5,7,9,13,22
83:8,13,15,
24,25 84:8,
16 85:15
90:9,15
94:20 95:9,
13 96:4,7,10
103:25
104:2,7,14,
19 106:25
107:6
108:16,19
110:1,3,5
111:5 112:5
113:8,12,17,
18 114:8,21
115:5,14,16,
18 116:1,7,
10,13 117:1
121:3,4

122:20
125:24 126:1
127:9,19
129:23
130:1,3,13
131:9,13
134:1 136:17
137:5,14
138:4,16,17
139:1,20
143:2,12,20
144:14
145:19,23
146:2,4,9
147:16 148:7
150:7,10,16,
19,22
151:13,19,23
156:14
160:4,20
161:3,23
164:8,10,22
166:22
169:12,23
173:24
174:5,14,23
175:13
179:23
180:10,12,
16,22 181:3,
20 182:18
183:10
188:25
189:3,7,18,
19 190:9,18
195:8 196:25
199:18
201:7,23,25
202:9,17,22
203:5,6,16,
23 204:2,18
205:8,13
209:1,17,19
210:14 213:1
215:24
216:6,9,12
218:19 224:1
225:24
231:9,22

232:16
234:13,23
236:16
239:10
243:9,11,16
244:1,8,9,
10,13,19,21
245:10,11,
18,20 246:7,
9,10,18
248:5,10,23
249:1
**Corps'**
16:10 25:4
26:14,15
28:12 30:5,
24 66:15
199:18 200:2
248:22
**Corps-issued**
47:10
**Corps-managed**
64:13 66:7
199:7
**correct**
14:16 22:7
26:23 29:18,
22 30:25
31:5,9,10
33:19 35:8
37:17 41:13
44:6 45:17
47:11 49:8,
15 50:14
51:17 52:10
54:20 55:13
57:17,18
60:4 63:9
70:10 72:23
73:1,13,25
75:1,12 78:1
79:19 80:2
86:10 90:25
91:3,4,8,16
92:7 99:4
120:22 121:7
131:16
141:17 142:4

156:2 161:19
166:14
175:15,17
179:3 180:6
189:11
192:1,2,7
197:9,25
200:15
211:21
226:11
230:7,8
235:11 238:2
242:19 245:9
**correct/
adjust**
185:1
**correcting**
175:16
**correctly**
77:25 95:17
102:12 104:3
114:18
223:17
**Correspondenc
e**
109:14
**costs**
104:12
106:5,14
246:15
**could-have-
also-
happened-if**
247:1
**council**
70:16 120:3
122:2 164:18
179:18
230:12
233:21,23
234:3 235:13
239:22
**counsel**
5:23 6:11,
15,18 7:4,8,
10,25 10:12
13:6,9,16,
19,24 14:18,

20 55:8 81:9
86:21 87:8,
11,18 88:13,
22 94:12
96:24 110:22
114:1,8
119:3 123:1
132:4 137:13
139:1 143:1
167:16
170:24
184:16 225:9
227:7 228:21
232:14
249:11
**counties**
50:5,16
51:10 89:2
112:25 178:4
209:8
**country**
23:22 24:7,
13 153:23
195:1 196:2
247:9
**county**
5:1 39:12
50:8,13,20,
24 63:14,21,
24 64:22
65:14 74:19,
23 75:5,11
77:9 84:25
85:15,16,24
89:3 109:4,
12 112:14,22
114:13 160:1
178:16,19
183:13
205:23 207:5
209:17 212:9
248:18
**couple**
98:6 135:2
145:21
147:25
167:14
188:11

221:23
224:18,19
**course**
9:4 25:15,
16,20 37:3
59:5 139:15
153:9 210:22
248:8
**court**
6:1,9,12
8:25 9:12
11:14 16:5,
18,25 17:5
227:12 244:6
**Court's**
16:21
**courteous**
247:13
**cover**
167:18
215:11 237:2
**coverage**
223:6
**covered**
23:6 200:8
214:10
**cow**
136:13
**cows**
136:15
**Cramer**
41:3 136:24
185:17 187:1
**crated**
166:2
**created**
155:6 165:17
**creating**
5:12 129:14
**crews**
51:19 52:4,8
66:25 160:15
178:1
**criminally**
55:19
**critical**
158:7

**criticism**
247:2
**Crook**
23:1,2 35:2
69:17,23
70:1 91:20,
22 97:16,20
98:4,9,18
99:9 100:5,
7,9 101:17
102:16,21
103:1,19
104:18,20
106:15
116:24
118:14
122:19,22
123:11,16
125:21
126:12,17
132:12 133:9
167:19
168:18,24,25
169:14
171:14,19
172:1,5
175:1,2,21
196:24
221:17
227:20,22
228:19
232:13
237:15,22
**Crook's**
106:12
168:15
171:22
**cross**
77:14
**cross-talk**
77:5
**crossed**
52:24 64:25
**crossing**
35:24 53:1
135:8 229:24
230:6 233:25
234:5 235:25

242:5
**CRS**
117:20
118:2,7
**CSA**
126:4
**current**
17:18 121:24
123:24 230:6
**custodians**
143:1
**cut**
135:20,22

___

**D**

**D.C.**
18:1 21:9
25:18 32:22
38:2 86:4
212:1
220:22,24
234:16
**daily**
14:3 105:19
126:5
**Dakota**
5:24 6:1,16
8:8,9,10
16:3,6,9,11,
15,18 17:1,5
21:13 26:19
30:2 36:15
38:15 40:10
41:10 48:9
49:13,20
50:3,5,13,
15,20,25
51:9,16
52:3,25 53:2
55:17 56:3
57:9,16,23,
25 58:7 60:6
61:8,11
64:19,25
71:7,8 74:22
75:5,10

76:16 77:11
80:5 84:11
85:24 86:1
88:24 89:1,5
95:10 96:24
99:1,7
103:21
105:23,25
106:1,6,21
107:4 112:5,
23,25 113:2
117:7,22
122:12
125:17
129:25
136:9,12,17,
19,22 137:2
143:22
145:15,17
148:14
150:10,25
151:10,13,16
161:25
170:24
172:25
178:19
181:24 182:2
183:18,21
184:4 188:1
191:23
192:6,9
195:4,19
199:15,17,21
200:1 205:21
207:5,8
211:23
212:11
216:11
217:10
226:18
228:17
232:25
236:14
238:9,11
246:12 247:8
**Dakota's**
16:7 217:1
**Dakotans**

136:4

**Dalrymple**
39:12 40:4,
24 41:10,16
48:13 49:12
57:17,20
58:1,22
59:3,6,21
61:16 62:9,
11 72:9
97:22 98:12
103:21
127:8,20
192:6 214:20
215:12

**Dalrymple's**
58:17 60:3,
12 72:7
218:14

**dam**
37:3

**damage**
30:23 31:4
63:18 127:16
162:7,13,18

**damaged**
52:16,20
53:10

**damages**
16:9

**dams**
24:6,20

**Dan**
167:21
171:10

**Daniel**
169:7 171:16

**DAPL**
29:5 32:10
37:21 52:7
70:11,22
77:10 80:1
81:2 85:9
105:19
106:22
108:24 109:1
113:20 114:4
119:7

123:19,20
190:1 192:12
194:23 197:3
244:10

**DAPL's**
185:10

**Darcy**
22:25 69:19
91:15 99:13,
21,23
122:19,21
123:11 126:4
168:19,24
175:5 188:21
189:6,9
196:24
197:5,24
198:8,12
206:19
207:21
211:13,15
212:3 213:25
221:11,14
222:2,24
228:19,22
230:16
231:19,25
233:8 237:20
239:13,19,21
240:21
241:20

**Darcy's**
35:2 222:11,
16 232:19
239:5

**dark**
95:24

**date**
47:15 89:18
95:7 100:10
150:9 187:21
192:14,15
193:23
200:10
216:24

**dated**
90:5 98:20
105:13

109:25
116:23
119:12 131:8
144:11,12
145:11
146:25 150:6
151:17
155:20 157:8
192:13 197:3
228:18

**dates**
27:15 156:11
159:13

**Dave**
45:20 176:17

**David**
67:25 97:17
137:12
155:23

**day**
60:21 97:25
105:24
126:11
132:25 151:6
153:25
176:21
177:16
186:21,22
190:22
194:20,23
195:6,14,23
200:15 205:1
207:2 212:4
217:3 220:7
223:11,14
227:23
240:17

**days**
84:22,23
106:17
124:10
129:11 157:9
186:8 238:11

**DC**
151:14

**De-brief**
186:23

**de-camp**
79:2

**de-escalate**
245:5

**de-escalated**
243:13

**de-escalation**
238:22
243:10,17,21

**dead**
136:15,16

**deadlines**
163:9,12,15

**deal**
133:15 182:9
183:7

**dealing**
36:17 66:11
68:3 71:22
100:18
195:19
210:22

**dealt**
127:19
206:12

**death**
199:13

**December**
38:8 58:20,
23 199:9
200:3 201:14
209:12 217:4
223:10,12,19
227:23
237:16 238:5
240:2,20
245:1

**decide**
244:9

**decided**
70:3 84:8
148:11,17
149:6

**decision**
36:9 38:4,7
68:14 69:3
104:7 119:9,

15 120:8
122:7 128:23
129:3,10,12,
15,19 133:18
134:18
145:24
146:21 164:9
185:11
189:19
199:10 218:8
220:5 229:2
230:5 231:9
235:22 238:8
239:1,3,5
240:7,16,18,
21 242:1
244:11
**decisions**
37:21 38:4,
10 124:23
128:20
134:23 150:2
180:23 229:6
**Decisions/
pending**
150:1
**declare**
7:2
**deeper**
217:13
**defendant**
6:18 7:11
**defending**
238:15
**defined**
84:21 199:24
**definitely**
177:8
**degraded**
124:1
**degree**
18:8,10,11
34:5 77:19
**delay**
132:22
134:10,12

**delegation**
49:13
136:10,22
137:2 234:19
**deliberate**
238:21
**delineation**
202:2
**deliver**
187:12
**demonstrate**
72:4
**demonstration
s**
148:13
**denied**
16:18 17:5
29:16 78:15
**deny**
29:17
**denying**
16:21 17:10
**department**
10:12 13:5,
17,21 14:1
22:6 33:8
34:7 38:6
39:5,8 55:6,
9,12,14 83:3
84:3 89:4
90:4,7,8
94:21 96:9
98:19 103:8,
9 104:19
106:21
117:12
118:18
211:18
221:10
227:21
228:11
230:22
232:16
238:9,10,14
239:2 241:8
243:9,16
244:9,19

**depending**
129:12
**depo**
5:21
**deposition**
5:16 6:22,
23,24 7:23
8:24 10:17,
20 11:8,13
12:10,17,21
13:7,24
14:4,14 87:4
88:18 96:16
105:4 111:23
112:1 116:16
118:21
131:20
135:12 140:1
142:19 152:5
155:14,17,19
167:10
170:19
175:22
184:11
191:10
196:15 211:2
214:5 219:6
227:3 236:20
242:15
247:14
249:12,13
**deputy**
18:23 23:1
49:2 78:8
91:23 105:10
117:11
122:22
133:5,14,21
169:5 171:17
234:12,25
**Derosa**
13:21
**describe**
19:25 24:3
25:8 32:11
34:9 37:20
67:23 241:19

**described**
65:23 102:3
178:23
233:20,24
**describing**
62:14 183:8
**description**
101:5
**design**
231:6
235:12,14
**designated**
42:20 43:1,
4,7 201:25
226:15
248:15
**designation**
78:25 79:3
**desirable**
180:13 181:9
**desire**
31:20 76:2
164:23
204:19 233:1
**destination**
79:2
**destruction**
101:12,19
162:7,18
**detail**
20:24 35:14
77:22 118:13
**detailed**
101:2 235:24
241:14
**details**
12:5 14:6
24:19 43:17
118:2,7,20
149:16 158:5
159:12
216:19
**detection**
230:1 233:13
**determination**
64:6

determine
174:19
218:13 229:1
determined
229:14
Detroit
213:15
222:22
develop
150:8
developed
166:4 212:15
developing
194:19
198:21
development
39:4 69:9
91:10 99:11
231:14
device
156:9
devices
10:16
dialogue
37:24 39:15
151:18
182:15
184:16
205:15 214:9
217:21 223:4
238:17
Diciro
152:20
dictionary
157:16
die
180:4
difference
86:5 157:25
158:8 247:3
different
21:2 35:12
66:18 81:21
111:2 113:2
121:21,23
157:13,23
171:1 190:10

200:25
220:25
221:1,12
difficult
9:11 185:2
241:6 243:19
difficulties
93:2 94:10
diligence
241:25
diminish
79:7
dimunize
79:8
direct
21:20 53:25
55:9,14 68:2
98:8 162:11
221:3 228:4
237:19
directed
74:9
directing
80:23
direction
55:19
Directions
205:4
directly
22:3 48:25
49:4,19 68:3
71:6,22 95:3
98:1 162:14
178:21 194:3
director
97:18 117:1,
21
disagree
116:6,12,15
182:8
discharge
83:20
discharging
83:7
discipline
138:1,17

discovery
17:1
discretion
248:23,25
249:1,5
discuss
33:23 41:12
126:4 143:17
144:17
214:21,23
215:1 232:4
233:1 242:22
discussed
13:9 15:3
40:23 51:13
87:10 118:6
124:10 149:8
153:4 177:22
184:22
discussing
94:19 109:25
140:23 149:9
152:11,16
153:12
discussion
15:25 16:1
60:2 85:10
107:14
165:13
182:14
222:18
228:6,7
230:23
232:23 233:9
243:1 247:13
discussions
13:10 61:25
70:24 107:19
127:22
154:22
176:17 179:2
185:13
229:15,16,23
232:21
dismiss
16:19,22
dispatched
76:14

displace
163:21
disposed
83:25
distinction
100:23 131:3
133:25
212:24 247:5
distinctions
139:6
distracted
10:17
distributed
166:10
200:14
distributing
237:22
distribution
112:17,21
113:5 206:9
237:18
district
6:1 16:5,18,
25 17:4,5
23:5,8,9,10
25:15 26:3
27:22 29:9,
11,23 30:10,
13 32:16,17
33:10 37:12
38:21 48:3,
16 51:2 75:4
78:6,23
79:16,18,24
80:17 81:12
84:18 90:15
100:11,25
105:6,10,11
109:2,9
113:13
114:1,8
117:1 147:10
148:10
149:15
151:3,4
158:4,21,24
159:2,5
166:20

189:20
194:25
202:24 203:1
212:16
224:25
232:15,16
**District's**
33:6
**districts**
30:4 37:15
79:12 150:23
**dividing**
208:6
**division**
6:2 18:22
19:23 20:5
21:18 23:4
29:24 37:12,
14,15,19
75:3 80:21
82:4 97:19
141:11,14
144:4
154:10,12
158:24 159:3
166:20
194:12 205:7
206:5 224:25
243:15
**dock**
83:14
**document**
10:20,23
15:24 88:24
89:9,19
90:2,6,21
111:5 112:4,
10 119:2
132:4 140:17
142:25
143:12,19,
21,23 144:12
147:2,4,6,13
148:1,20
149:25
150:4,14,20,
22 152:12
154:23

165:18,21,22
166:12
167:17 171:1
192:13,14
193:9 194:9
198:22
214:11
225:2,3,12
**documents**
10:23 14:13,
17,21 15:3,4
87:4,9,11,
12,13,18,21
88:23 144:10
145:1 170:24
**Dohrmann**
39:14 41:4
49:23,25
61:14,17
66:4 185:7
186:25
191:22,23
192:8 193:2
194:22
205:22
207:7,9
209:16
**Dohrmann's**
74:20
**doing**
31:8 34:4
66:11 86:12
96:25 123:18
126:6 133:15
140:19 185:2
186:3,5
218:18 226:5
239:16
246:9,10
**DOJ**
104:14
116:25
117:24
211:24
222:13
**DOJ/DOI/ASA**
125:22

**domain**
167:25
227:22
**domains**
167:22
**Donald**
97:16 100:5
119:6,14
120:12,17
122:11,17,19
124:8 169:10
176:9 204:24
**door**
54:18
**Dorman**
185:15
**double**
185:14
**doubt**
225:5
**draft**
145:22,23
147:12
157:23
164:24
165:17
192:18,21
198:22 210:2
214:21 215:4
224:25
226:23
**drafted**
166:4
**drafting**
165:13
198:25
**dramatic**
170:10
**drawing**
198:9
**DRAWN**
137:22
**drive**
6:6 203:8
**drop**
213:11

**dropped**
126:12
132:13
**drove**
195:22
**due**
189:23
199:14
241:24
**duly**
7:17
**dumping**
101:18
**duration**
84:23
**Durham-aguilera**
141:3,12
**duties**
14:4
**duty**
19:5,6 21:1
141:14
**dynamic**
180:1
**dynamics**
207:25
208:10

---

**E**

**EA**
145:23,25
189:14
220:13
239:10
**earlier**
42:17 44:2
62:8 68:1
70:18 74:16
75:24 76:5
86:11 90:12,
18 92:1
94:13 103:15
105:10
106:11
108:6,18

109:8 110:8
119:19 128:3
129:17
130:22 131:4
132:6 134:20
135:4 136:14
140:15 141:4
151:18 158:3
163:20
164:7,11
166:3 179:18
180:14
194:24
200:14
201:13
207:2,6
211:11
212:19 215:4
219:12 222:8
231:8,9
233:17 239:8
243:23 248:3
**early**
12:23 26:16,
21 27:18
28:11 33:1
41:21 42:3
44:4 46:15
47:12,24
50:10 58:18
68:18 80:7,
11 86:4,20
107:22
187:18
192:16
193:22
216:17
217:4,5
243:24
**easement**
42:24 68:13
69:2 70:3
99:6 124:22,
25 126:21
128:23
129:4,14,19
137:23
185:11 187:8

188:2 189:22
220:6,8,12,
19,25 221:4
229:24 230:5
233:11
235:18 236:7
239:6 240:7
**Easement.'**
126:20
**easier**
20:4
**easing**
238:13
**east**
65:2
**Eastern**
213:9
**ECP**
113:21
**Ed**
22:19 34:8
40:1 119:11
124:8,23
132:12
219:13,14
**edit**
193:15
**editorial**
193:5 194:7
**education**
18:7
**effect**
11:9 127:12
180:11 234:2
248:9
**effective**
31:3 146:22
156:16 196:9
199:9
**effectively**
125:6 182:9
**effort**
28:1 32:16
118:19
122:15
125:11
188:10

195:16,23
196:4 201:17
210:8 218:24
225:6 233:16
248:12
**efforts**
37:7 106:1
117:4,22,23
118:3 178:11
209:4
**eight**
80:12 215:3
**Eileen**
105:4 143:4
**EIS**
215:4
**either**
38:5 46:24
62:4 63:25
70:1 73:21
83:16 127:22
129:10
138:18 153:3
217:17
221:17
231:3,18
235:9
**elaborate**
33:20 68:24
76:23 172:19
**elaborated**
72:6
**Elder**
119:9,15
120:7 122:4
**Elders**
121:19 122:1
**Elders'**
164:9
**elected**
32:19 37:25
40:4 76:2
98:15 188:1
208:4
**election**
124:16
198:1,3

240:2
**electric**
10:16
**electronic**
10:16
**element**
102:14 205:9
**else's**
63:1,11
**email**
10:21 38:24
39:2 88:25
89:3 97:1,2,
4,15 98:6,14
99:9,10
100:4 101:17
102:8 105:7,
9,11,15,24
106:12 108:6
109:24
112:7,12,15,
24 113:3,7,
8,11,13,24
114:3,9,25
116:21
117:3,9,10,
13,16 119:4
120:11
121:2,19,24
122:16
123:1,15,22
124:17
126:9,13,17,
20 127:6
128:7,18
130:19
131:8,14
132:2,9,13,
17 133:2
135:17,18,25
138:7,12,25
140:25 141:7
143:2,4,16
144:6,10
145:6,8,11,
13 149:20
152:10,15,
18,23 153:6

155:4,13,18,
19,20,25
157:9 158:23
162:21,24
163:4 164:8
165:9 166:18
167:22,25
168:3,9,15,
16,17,23
169:9,11
170:23,25
171:10,13,
18,25 172:20
175:1,7,18
176:3,4,5,7,
8,11 177:7,
15 183:23
184:6,8,15,
20,21,24
185:4,13
186:6,13,19
191:16
192:12,16,
18,23 193:13
196:20,23
197:2,24
198:16,17,
19,22 200:8,
11 203:11
204:23,24,25
205:1,16,17
206:18
207:14,20,22
211:9,10,14,
16 212:6
219:12,16,19
220:4 221:23
222:2,15,18
223:2 224:15
227:20,22
237:1,3,7,15
238:4
**emailed**
49:2
**emails**
96:21,22
97:5 118:25
119:1 154:25

157:24
167:15 171:9
194:13 211:7
227:8
**emanate**
160:20
**emanated**
161:3
**emanating**
162:15
**embolden**
125:10
**emergency**
18:24 51:4
76:19 77:9,
24 78:4,10
105:23
112:14
**Emmons**
207:5
**employed**
35:24 54:25
**employees**
168:6
**en**
83:13 213:8
**enable**
77:4
**encamped**
57:7 151:23
**encampment**
47:1 63:23
106:23
**encampments**
110:3 199:14
**encroached**
82:13
**encroachment**
82:17 83:1,5
**encroachments**
82:9 83:2,7,
12
**end**
11:25 58:14
62:4,5,24
69:6 112:9
120:5 125:24

141:9 154:24
167:2 170:22
198:8 226:21
227:9
**Endangered**
71:1 215:6
**endangerment**
160:11
**ended**
58:17 69:11
155:3 246:12
**endorsed**
183:22 184:5
**ends**
67:6
**endure**
200:1
**energy**
51:16 52:3
98:25 169:6
171:18
177:25
185:12 220:8
228:16
230:20 231:3
**enforce**
125:12
137:25
138:16,17
245:3
**enforcement**
32:19 37:25
38:9 49:21
50:4,16
55:18 56:3
63:18 64:19
74:19 75:6,
8,11 76:1,21
83:4 85:5,7,
20 104:12,14
106:1,14
109:3,11
114:4
115:10,18
125:16
136:11,25
138:15
160:7,16

178:3,12,14,
17 182:7,25
183:6,11,14
187:11 188:5
199:12
201:19
205:23
206:13,20
214:23
215:1,13,24
216:11
217:1,8
218:11,22
220:20,24
221:6,9
223:18
225:21
226:9,18,20
238:15,24
241:9 246:20
248:4,10,16
**engage**
71:7 121:10
229:16
230:19
**engagement**
35:1 98:12
120:24
121:8,23
123:7
**engagements**
41:21 51:23
55:9,14
121:25
123:5,6
178:22 205:5
**engaging**
122:2
**engineer**
19:8 20:22
**engineering**
18:10 93:17
**engineers**
14:2 18:15,
16,19 19:1,
3,10 20:22
21:19,25
26:2 38:17

54:23 80:4,
14 82:5,6
90:9,16
92:10,11,14,
15 93:7,18
94:20 96:4,
7,11 112:5
114:22
122:20
123:18
130:12
137:5,6,14
138:16
143:20 146:3
150:10
151:23
160:4,5,20
161:4,24
166:22
168:20
169:23
175:13
180:16
181:20
188:25 190:8
199:19 201:7
205:8 215:24
216:9,12,23
217:7 225:24
232:16
234:13,23
236:2 241:24
244:19

**Engineers'**
13:6

**Engineers-controlled**
95:9

**enhance**
233:13

**enjoy**
213:12

**ensure**
31:2,7 33:23
35:22 132:21
134:9 138:3

**enter**
6:12 45:9

57:4 203:22

**entered**
45:12

**entering**
25:24 40:19
202:22

**enterprise**
151:7

**entertained**
226:9

**entertaining**
180:25

**entire**
95:22 159:24
177:7,10

**entities**
50:18 51:11
52:7 221:8

**entitled**
126:20 127:6

**entrusted**
189:20

**environment**
30:23 148:18
149:7

**environmental**
33:6 34:18
35:12,14,19
36:4,9 135:6
145:23 170:6
189:1,3,22
214:22 215:5
229:2 231:10
235:23
241:25

**EOC**
77:15 185:14
212:14

**EOP/WHO**
171:11

**equate**
72:5

**equipment**
10:14 52:15,
20 53:11,13

**erected**
47:17

**Eric**
60:14,15

**Erica**
6:17 7:10
10:12 13:15

**escalation**
144:14 148:8
156:4,5
159:11

**essentially**
21:13 176:21
177:16
184:23

**established**
199:19
201:8,23
204:2 246:2

**et**
214:13 229:3

**et al**
100:9

**evacuate**
76:3

**evaluating**
145:19

**evening**
185:19 187:2
249:9

**event**
125:11 230:3

**events**
13:14 15:12,
17,21 33:3
148:17 149:6
156:12
159:8,15
232:10

**eventually**
236:7

**everybody**
105:12

**everyone**
33:23 76:9
137:8 142:6,
10 154:5
160:6 195:18
210:20

238:23

**everyone's**
59:8

**evict**
244:9,13,20

**evicting**
210:13

**evidence**
43:22 81:4,
17 114:24
232:7 240:10
245:23

**evolved**
167:1

**exacerbated**
180:19,20

**exact**
43:17 53:5
58:21 84:23
97:24 135:2
146:18
187:21
188:15
189:12
192:15
193:23 202:2
207:22 217:3
235:19

**exactly**
130:22
206:16 208:2

**EXAMINATION**
8:2 248:1

**examined**
7:18

**examining**
169:23
170:17
173:18
174:14

**examples**
52:11 83:9
84:6

**excerpt**
169:17
172:7,17

Lieutenant General Scott Spellmon
April 22, 2022

exclusively
48:18 62:3
excuse
219:2 228:11
229:1 236:1
executed
223:9
executive
141:20 168:3
169:1 171:12
207:19
212:18,22
228:16
exercise
41:24 42:11
72:3 226:11
248:10,25
exhibit
88:18,22
90:3 94:18,
21 96:16,21
102:6,15
104:22
105:1,2,3
110:21
111:3,21,22
112:1,14
116:16,19
118:21,24
131:20,25
132:2
135:12,16
138:24
140:1,4,9,
14,15,20,23
142:19,24
149:20,21
152:5,8,11
153:5,12,21
155:9,13
156:21 164:7
165:19
167:10,14
170:19
171:3,8,9
172:4 175:22
176:1,3
184:11,14,

18,20
191:10,15
196:15,18,23
211:2,5,11
214:5,8,10,
14 219:6,10,
11 221:20
223:3 224:16
227:3,6,19
228:8
236:20,23,
24,25
242:14,15
243:23
exhibits
88:14 140:18
155:16
184:17 222:3
227:8 243:24
exist
225:5 238:18
existed
246:21
existence
85:14
existing
45:16 164:3,
5
exiting
47:10
expect
137:21
185:17
expeditious
232:22
expensive
47:20
experience
25:9 29:13
30:18 189:17
experienced
190:1
experiences
52:11
experiencing
51:20 93:1

experts
26:6 230:20
expiration
149:10
expire
148:16
149:4,5,12
178:5
explain
28:19 96:25
190:15
201:11
explained
161:1 185:7
212:24 231:8
explains
101:22
227:22
explanation
127:21
explosion
156:9
exposure
26:20
express
33:14 220:2
238:20
expressed
63:6 75:17
expression
59:15
expressions
59:16
expressly
161:16
239:21
EXSUM
207:18
extended
132:22
134:10
extending
80:8
extends
104:10
extensive
34:17 39:13

extensively
246:23
extent
14:23 84:10
103:6 108:3
109:20 190:3
241:9 247:19
extreme
130:6
extremely
241:1
eyes
46:12 166:6

F

face
57:24
faces
248:16,19
facilitate
125:22
facing
104:15 116:4
fact
34:13 65:5,
13,17 106:12
200:9 236:2
239:19
244:24
246:22
factions
129:21,22,24
130:2,5,6
179:12,19
182:10
facts
43:21 55:23
56:7 57:11
81:4,17
100:19 101:7
154:6 245:22
fail
11:17
fair
29:15 31:6
48:21 51:14

54:16 79:8
95:25 118:17
136:8 156:1
157:20,21
161:5 163:12
165:25 200:9
**familiar**
26:14 53:6
77:13 144:25
146:5,6
147:4 149:16
150:4 158:4
229:20
**familiarize**
144:16
**family**
213:16
222:21
**far**
126:5 187:6
226:1
**Fargo**
89:5
**farmers**
56:19
**farther**
109:4
**FBI**
113:3
**feasible**
124:5,6
170:7
**feature**
83:15
**February**
36:17 68:17,
23 70:13
**February-march**
80:8,11
**federal**
16:8,10 17:2
29:3 33:9
38:8 53:7
104:10
106:5,7,13
115:18

125:13,16,23
136:4 148:12
183:6,10,14
187:10 188:4
199:7 200:5
214:23
215:1,12,24
216:11
217:1,8
218:11,21
220:20
221:6,9
225:20
226:9,20
244:20
245:12
246:16,24
248:4,9
**feedback**
164:12
189:13
193:11
**feeding**
187:25
**feel**
31:15,20
185:1 195:25
233:5 241:3
**feeling**
188:2
**feelings**
238:18
**fellow**
113:7
**felt**
37:24 90:24
164:16
241:4,24
242:2,4,6,12
**field**
19:9 51:19
52:5,8,18
53:17
133:15,20
190:6 218:25
243:22
244:16 247:7

**fields**
26:6
**fifth**
109:13
**filed**
5:25 16:14
**final**
5:17 36:5,7
101:15
102:8,14
129:10
134:23
145:22,25
147:12 161:9
189:19
192:20
193:9,20
227:10
229:10
231:9,11
239:10
**finalization**
189:21
**finalized**
189:3 192:19
220:13
**Finally**
104:13
**financially**
6:9
**find**
64:13 79:15
126:3 173:8
181:2
**findings**
189:15
**fine**
86:14
159:19,21
219:4 227:17
**finish**
9:15 20:7
**finished**
97:7,13
145:3 186:18
**Fink**
113:14,15,

16,18,23
**Fink's**
114:3
**fire**
199:23
201:20
**fires**
110:12 203:7
**firm**
8:7 51:21
52:4 53:16,
23
**first**
7:17 25:13
26:20 32:23
33:25 34:10,
21 35:4
38:15 39:25
40:1,3,14,16
41:18,20
43:18 49:24
57:24 59:16
60:1,14
62:14 72:12,
15 82:14
87:1 88:22
97:1,2 98:13
105:7,9,22
106:8 112:9,
12 116:22
117:17 119:5
135:3,18,25
143:3,6,7,19
144:6,11,22
145:6 147:1,
25 149:20,21
154:18
155:19
158:17
168:1,16
174:21 183:5
184:20
188:9,18,23
197:15,23
198:17
213:20 215:2
216:24
217:6,25

218:13,16
224:19
227:20 229:9
230:14 237:2
240:16
243:24
244:5,12

**firsthand**
44:8 72:16
73:3,11,13
178:24 179:1

**fish**
203:8

**fits**
231:8

**five**
15:23 23:5
124:20 211:7
227:8

**five-part**
112:7

**fix**
111:2

**flagpoles**
46:14

**flags**
46:7,14,16,
19,24 47:4,7
65:9

**flies**
140:11

**flood**
24:12 37:3
42:23 82:18

**flooding**
245:4

**floodplain**
82:22

**flow**
96:3

**flush**
35:13

**flying**
47:4

**focus**
36:20 37:7
61:22 128:17

129:6 177:23
199:3

**focused**
103:23
128:10

**focusing**
128:19

**folks**
55:14 61:24
80:13 85:1
107:15
119:23 150:8
180:17
220:17

**follow**
34:22 84:19
96:3 97:5
117:4 137:9
145:19
156:18
158:10,13
167:4 183:24

**follow-on**
230:15

**follow-up**
35:1 39:2
152:21
207:14
216:16,24

**followed**
35:10 96:9
138:13 167:8
188:16
230:15 235:2

**following**
135:1 136:11
194:4 213:7
220:4 229:17
234:2 239:6

**follows**
7:18 105:21
184:19

**footprint**
23:6 32:17
66:19

**forbade**
161:16

**force**
11:9 156:4,5
159:12

**forces**
178:8

**forcing**
164:16,17,21

**foremost**
238:25

**forget**
36:24

**forgot**
214:16

**formal**
212:15
245:1,6

**formatted**
123:1 167:15

**formed**
65:22 66:3

**Fort**
17:25 18:3
21:3,4,5,7,
8,9

**forth**
113:4

**forthcoming**
214:22

**fortunate**
185:21

**Fortunately**
112:7

**forward**
116:5 129:2,
4 139:14
141:7 187:8
188:2 193:3,
13 202:25
218:10
233:20
235:23 242:9

**forwarded**
88:25 89:3
114:3
118:12,15,16
123:3
137:11,18

140:20
141:1,5
168:25 172:5
175:1,3,7
184:24
235:18

**forwarding**
122:17 136:4
152:19

**forwards**
123:15

**fostering**
238:16

**found**
176:20
177:5,16
184:23 200:2

**foundation**
55:22 56:6
57:10 103:4
108:1 109:18
118:1 134:3
138:10
173:25
223:15

**four**
36:2 98:13
129:11 135:8
136:15 159:8
187:23
188:13,15,17
189:10
196:20
220:14
230:15
231:23
239:12

**frame**
12:24 27:17,
23 28:12
33:2 38:19
42:17 43:25
50:2 55:24
58:21 64:10
66:6 68:8,9,
16 80:8
109:10 135:2
178:2 187:22

Lieutenant General Scott Spellmon
April 22, 2022

208:9 223:23
**framework**
89:22
**free**
40:25 41:24
42:11 72:3
185:1 199:19
201:8,23
202:1 204:3
209:1
210:13,14
238:16
**French**
78:18 79:1,
21
**frequently**
37:2
**fresh**
248:19
**friction**
208:3
**Friday**
5:2 86:24
90:5 132:15
155:20
**front**
11:9 14:3
54:19 71:10
133:22 171:5
194:25
**fruition**
107:22 120:5
**frustrated**
33:12,16
90:22 91:2
95:17,18
241:1,19
**frustration**
33:14,21
34:11 75:17
90:14 95:20
134:17
241:24
**fuel**
133:19
**fueled**
220:8

**fuels**
129:16
**full**
8:14 171:14,
19 191:19
**function**
75:14 78:21
79:9 164:16,
17,21
**functions**
78:11
**funding**
136:11
**funny**
167:15
**Future**
205:4
**FYI**
118:15 185:1
**FYSA**
237:25

---

### G

**G3/5/7**
221:7
**gallery**
5:20
**Gaskill**
144:3
152:18,20
194:11,16
**gathered**
160:21
**gave**
24:19 52:11
62:18 86:10
203:5
**general**
5:23 7:15
8:5,8,21,22
12:20 15:21
17:13 18:24
21:19,20
22:1,4,6,8,
9,14,19
23:11 25:13

29:5 31:22
32:7 34:8,
11,25 38:3,
11,14 39:7,
14,25 41:3,4
42:13 45:6
47:17 49:23,
25 55:16
57:15 59:14
61:14,17
64:21 66:4
67:22 72:11
74:20 76:13
79:4,15,21
80:3,20 81:6
82:15 88:1,
10 89:7
90:2,12
91:23 92:2,
14,15,24
93:6,13,17
94:13,17
95:4 96:22
98:9,13
102:11 105:2
110:1 111:21
114:9,20
115:3
117:11,12
119:6,13
120:6,10
123:3,7,20
126:10,11,14
128:1,17
133:12,17
135:11
137:4,5
138:7,14,19
140:11 141:9
142:7,22,25
145:6,18
148:22
151:11 153:2
155:17,22
156:20
162:1,12,17
165:16
167:2,23
168:17,23

169:14 172:6
173:13 174:3
175:5,12,19
176:9,12
177:9,15
181:12
183:4,6,16,
17,19
184:21,25
185:7,15,24
186:20,24
188:9
190:12,20,21
191:14,16,
23,24 192:8,
9 193:2
194:22
196:19,23
197:2,7,20,
24 198:16,
18,24
199:11,16
200:20,21
201:24
205:1,17,22
206:19
207:7,9,14,
20 208:12,22
209:15,16
210:17
211:10,11,
12,16,17
212:3,8
213:6,17,24
214:10,12
216:7
217:19,21
218:3,4
219:14
220:10
222:1,12,16,
19 223:4
224:17
226:25
227:6,14
231:17
232:10,14
233:19
234:13,14

235:1,2,4
236:1 237:6,
15,18,23
239:9 241:11
243:5 247:19
248:3 249:13
**General's**
238:5 241:6
**generally**
23:19,20
30:7 62:5
87:14 109:7
154:1 190:8
223:7
**gentleman**
112:12
117:13
**Georgia**
21:3
**Germany**
21:3,4,6
**gestation**
220:16
**getting**
37:5 48:11
53:25 121:8
124:4 125:25
178:22
179:18
181:24
186:10
201:14
203:17 210:4
217:12
245:19
**give**
19:17 32:18
83:21 84:22
85:2 102:18
103:2 110:24
111:2 175:9
193:10 194:1
204:11
224:18
244:12
**given**
26:13 52:12
66:9 74:13

90:24 92:9
94:14 124:23
140:17
161:20 163:2
178:8 204:1
207:24
222:20
224:9,12
236:1 240:7
242:5 244:24
245:3 246:5
248:17
**giving**
14:4 128:9
172:7,11
203:18
**glad**
31:15
**goal**
185:14
233:11
**goals**
89:22 179:15
196:7
**goes**
103:19 104:5
107:2 108:21
125:19
133:10
136:21
137:22
174:12,13
185:13
187:14
213:17
229:8,12
**going**
10:5 28:13
32:1,4 34:13
44:2 46:17,
22 58:13
62:24 64:10,
23 65:1
67:4,15,19
71:1 76:6,11
87:15 88:4,8
94:2 96:21
98:5 101:15

105:12
107:17
111:10,14,18
114:16
120:21
122:12
123:12
125:8,21
126:5 127:2
129:4 134:23
142:14,17
150:17
151:19
156:15
157:25 164:9
166:22
167:2,14,17
168:14 172:1
174:18 178:7
182:4 183:24
188:2 189:4
191:5,8
193:2,13
195:13 196:1
210:20
218:14
221:25
223:17
225:19
227:17
234:15
237:21 238:5
239:24
242:18,24
243:2,7
249:14
**gold**
119:1
**Gonsalves**
227:21
228:20
232:13
**good**
6:21 8:5
66:7 75:9
76:6 88:10,
12 142:10
176:2 182:17

202:12
205:14 249:9
**governing**
13:1 25:5
**government**
14:10 39:9
54:23 55:1
80:22 104:11
106:5,14
113:2 125:6,
15,16 182:16
**governor**
39:12 40:4,
9,24 41:10,
16,22 48:13
49:12 57:16,
20,25 58:14,
17,22,23
59:3,6,21
60:3,10,12
61:8,10,16,
23 62:2,3,9,
11,13,18
63:3,13
72:7,9
97:22,25
98:5,12
99:22 102:17
103:20,23
104:1,5,9,
10,13,15,16
106:14
115:10
127:7,20
128:4,22
183:13,21,25
184:4 185:6,
9,15 186:25
188:3,7
192:5 206:2
209:15
214:20
215:11,14,23
216:3,10,25
217:9 218:14
**governor's**
104:11,19
184:7,9

185:6,18
191:22
205:22
208:12 220:1
234:19
**governors**
215:3,9
**grant**
29:17 230:5
**granted**
29:16 31:2
146:4,12
**gray**
144:23
**grazes**
83:24
**grazing**
42:24 45:16,
25 46:1
47:10 72:25
101:19
139:15
**great**
9:16 31:23
67:9 140:8
142:9 191:2
210:18 223:8
229:8
**greater**
225:25
**Greenburg**
8:7
**Greer**
205:2,3,10
**ground**
8:24 85:21
100:20 101:8
117:6 154:6
203:4 212:17
**grounds**
87:16
**groundwater**
107:6
**group**
30:10,15
102:15
105:12,14,

17,21
112:18,21
113:5 114:13
117:24 141:1
175:3 212:5
237:23
**groups**
27:8,11
54:4,21
181:22
194:25 203:3
**growing**
114:15
**grown**
114:22
**guard**
74:20 96:1
115:11
223:19
**guess**
39:17 63:5
66:15 70:9
174:4 187:4,
6 188:6
234:8 240:25
**guidance**
82:15 147:10
150:1
**guy**
241:17
**guys**
132:19,23
180:2,11
181:1,3
182:17,18,23
202:12
**Guzman**
116:24

———————

**H**

———————

**Haase**
6:10
**half**
31:16 64:24
**halfway**
60:2

**hall**
154:2
**hand**
7:13
**handle**
125:18
**handled**
149:15
**happen**
24:21 38:25
45:2 104:2
133:2 168:13
179:4 189:19
202:5 218:1
245:13
248:20
**happened**
83:11 160:16
166:12 167:3
169:4 193:8
196:12 218:2
219:3 233:18
234:10,14
235:6 236:3
246:6,18
247:3
**happening**
110:1 115:19
151:9 167:2
218:15
246:16
**happy**
28:9
**hard**
93:23 180:5
181:4,19
196:13 219:1
**harsh**
199:14 200:1
**hasten**
229:25
233:13
**hatched**
183:9
**hate**
48:22

**Hazardous**
230:21
**head**
9:7 61:11
117:5 136:15
**headquarters**
18:1 26:5
29:12 32:21
38:2 39:7
51:3 54:10
95:23
141:13,16
151:3 153:24
154:2 195:1,
19 200:20
205:7,8,13
234:14
237:17
**headway**
117:7
**healing**
238:22
**health**
106:21
159:22 160:3
228:20
**health/safety**
137:25
**hear**
91:17 92:20,
21,23 93:5,
13 171:4
210:19
**heard**
93:20,22
94:24 106:8,
11 154:3
213:18
223:21
**hearing**
93:24
**Heart**
19:20
**heavy**
186:3,4
**Heitkamp**
41:2 48:12

136:22 187:1
207:16 208:2
**held**
  5:11 6:3
  108:18 243:1
**help**
  8:25 32:18
  38:9 52:4
  79:5 98:5
  124:19
  125:22,25
  128:8,13,19,
  20 129:6
  187:9 215:5
  217:24 218:6
  219:15,22
  220:5 223:25
  226:11,14,20
  238:12
  245:3,8
  248:10,19
**helped**
  194:10
**helpful**
  31:15 99:10
  117:6
  118:18,19
  196:9 217:20
**helping**
  126:2
**helps**
  14:3
**Henderson**
  27:22,24
  28:16,17,22
  32:15 33:11,
  25 34:2,12
  36:10 37:24
  38:22 39:3,
  16,19 40:7,
  11,19 41:6
  43:10 44:11
  47:23 48:3,
  4,6,11,16,
  20,22,24
  49:3 54:3
  68:4,6 71:22
  74:17 75:3,

25 76:14
77:3 78:6
79:17 90:14,
21 91:1
95:16,18,19
100:11
101:9,24
103:16
106:19
107:20
113:25
114:8,11,12
116:24
117:2,4,17,
18 119:20
120:2 126:2
127:7 137:12
140:22
146:21
149:8,10
156:17
157:10
158:12,18
165:10,12
166:1,6
175:6 176:14
177:5 180:25
181:11
183:20,24
184:25
185:3,13,20
186:5,8,20,
22,23 188:25
191:18 197:1
199:6
203:10,15
205:25 206:3
207:3,6,16
208:7 222:6
224:21
225:11 227:1
228:1,3,5,10
231:2,11,13
232:18
233:16
234:1,7
240:18,24
241:1,4,16

**Henderson's**
  105:15,16
  134:22
  178:22
  184:22
  203:21
  204:12,16
  223:12
**hierarchy**
  34:7
**high**
  124:3 217:17
**higher**
  79:12 95:23
**highlight**
  19:19
**highlighted**
  149:4 171:25
**highway**
  61:11 62:25
  65:1,2 67:2
  112:23
**hired**
  51:22 52:3
**history**
  19:4 23:14
  91:21
  145:13,20
**hit**
  208:8
**Hoeven**
  41:2 48:12
  60:1,6
  62:14,18
  63:6 119:11
  120:10 123:8
  125:14
  127:8,21
  128:5,22
  136:23
  185:17,18
  186:25 208:2
  234:15,17,20
**Hoeven's**
  208:13
**Hohenfels**
  21:4

**hold**
  6:20 31:16
  125:17
**holding**
  69:17 246:13
**holiday**
  213:13
**home**
  17:25 54:8,
  17 62:24
  64:10 83:14
  129:12
  150:25 178:9
  181:2 194:5
  210:21
**homes**
  82:21 110:9
  160:17
**homework**
  134:14,16
  135:10
**honest**
  124:25
**honorable**
  241:17
**Honored**
  117:19
**Hood**
  21:3,9
**hope**
  63:8 129:16
  171:6 173:8
  213:11,12
  242:20
  247:13
**horse**
  136:16
**hosted**
  218:4
**hotel**
  73:19
**hour**
  9:23 31:14,
  16 67:5 86:7
  212:4
**hours**
  224:24

Lieutenant General Scott Spellmon
April 22, 2022

227:15

house
  54:19 168:3,
  6,25 169:2
  171:12 172:6
  216:4
Houston
  6:7
Hoven
  124:1,18
How'd
  241:3
how's
  120:21
HQ
  154:9
huddle
  124:18
hugely
  172:23
huh-uhs
  9:8
human
  37:1 110:16
hundred
  101:20
  241:18
hundreds
  23:21 82:8,
  11 84:7
hunt
  203:8
hydrology
  217:13
HYMEL
  110:24
  111:1,6,9
hypothetical
  246:22 247:4

———————

I

ice
  217:18
idea
  66:7 76:6

85:10 91:10
107:12 120:3
121:3,6
154:23
162:25
164:10
178:10
183:10
187:3,7,13
210:11,18
220:20 235:7
241:12
ideas
  180:24
  239:15
identification
  88:19 96:17
  112:2 116:17
  118:22
  131:21
  135:13 140:2
  142:20 152:6
  167:11
  170:20
  175:23
  184:12
  191:11
  196:16 211:3
  214:6 219:7
  227:4 236:21
  242:16
identified
  117:10
  119:21
  124:21
  156:13
  194:23
identify
  10:23 78:20
  89:9 105:12
  191:19
illegal
  106:22
illegally
  83:24
Illinois
  18:11 21:4

illness
  199:13
immediate
  40:23 91:11
immediately
  156:16 179:5
  234:9,12
impact
  214:22 215:5
  235:24
impacts
  107:6,7,10
impasse
  173:11
impending
  182:2
imperative
  238:19
implement
  235:15
implemented
  236:5
implication
  181:18
implications
  181:7
important
  79:6 172:24
impression
  64:1 66:3
  71:19 92:1
  150:15
impressions
  71:5
improve
  76:25
improved
  46:6,13,20,
  23 47:2
  77:15
inaction
  218:17
  220:7,12,19
inadvertently
  9:13
inbound
  26:7

incidents
  76:17 156:4,
  5 159:12
include
  44:16 63:5
  130:5 154:17
  199:17
  205:10,14
  213:4
included
  149:17 175:4
  194:7 203:12
includes
  50:5 145:12
  237:18
including
  30:22 44:10
  196:25
  209:16
inconsistenci
es
  101:23
incorporate
  231:4 233:24
incorporated
  231:5 233:25
  235:12,14
  236:9
incorporating
  155:16
  236:18
increase
  63:17 76:20
  109:15
increased
  76:7 124:3
increasing
  76:22
incurred
  127:16
indecision
  220:8
indefinite
  104:3
independent
  28:20

Lieutenant General Scott Spellmon
April 22, 2022

Indian
  211:19,24
Indians
  124:16
indicate
  7:6
indicated
  16:4 24:17
  37:6 60:10
  90:3 95:15
  130:24
indicates
  109:15
individual
  22:22 27:13
  30:10 50:22
  69:25 70:2,
  14 72:25
  77:6 78:17
  79:9 82:23
  88:25 141:2
  142:3 171:10
  222:18 223:4
individual's
  156:9
individually
  82:10
individuals
  10:11 13:20
  22:17,23,24
  25:24 44:16
  48:2,7,21,25
  49:18,19
  52:19 54:16
  56:4,22 57:2
  59:22,25
  60:9 61:20
  70:21 77:8
  78:3 83:2
  100:6,7
  106:20
  112:17,23,24
  113:7 137:17
  141:7 155:24
  167:22 168:2
  191:18
  196:25
  228:23

237:16
inferior
  48:23
inflame
  64:17
inflammatory
  223:7
influence
  223:10
inform
  39:4 41:11
  69:3 95:21
  126:4 151:6
  154:3 156:17
  158:13
  195:2,5,16,
  20,24 196:5
information
  17:24 34:16
  48:12,15
  49:7,19
  53:20,21
  73:15 74:14,
  18,24 75:4,8
  77:4 78:7,9,
  15 91:20
  96:3 100:18
  101:2 106:10
  108:15
  109:13
  114:12
  118:16 128:9
  136:20 145:9
  151:9 152:19
  153:20 172:8
  190:7 208:4
  217:23 229:4
  234:10 237:4
informational
  49:11 54:24
informed
  28:23 33:24
  38:24 44:9,
  10 68:14
  69:1 70:2
  95:22 161:7
  181:12
  234:18

informing
  240:18
inhabitants
  199:14
initial
  41:23 101:1
  206:18 212:5
  216:22
initially
  66:5 173:9
initiate
  28:1
initiated
  97:23 228:24
initiative
  74:8 202:25
injured
  136:14 156:9
injuries/
concrete
  124:14
injury
  199:14
input
  192:22
inquire
  34:5
inquiries
  146:11
inquiry
  212:2
inserting
  134:8 221:18
insinuating
  133:9
inspected
  230:22
installed
  236:8
installing
  53:10
installment
  140:25
instance
  73:24 75:2
  77:17

instances
  58:6 83:19
  84:14
instruct
  87:17
instructing
  87:23
instructions
  11:3
instrumentati
on
  35:23
insurance
  109:14,16
integrity
  133:25
intelligence
  74:14 75:5,8
intended
  8:25 150:22
intent
  69:1
intention
  164:21,23
  194:18
intentional
  82:16 83:1,
  5,6
intentionalit
y
  82:16
intentionally
  83:16
intentions
  246:6
interacted
  57:16
interactions
  5:10 229:13
interagency
  98:16,17
  102:3,4
  231:12,21
interdiction
  138:4
interest
  42:4 62:19

67:6,8 70:19
85:6 222:14
246:2
**interested**
6:9 62:23
64:10 119:8
**interesting**
123:14 148:5
187:12
**interests**
71:14
**interface**
5:11,21
76:15
**Interior**
55:12,15
90:8 98:19
103:9 137:4
**internally**
128:10
147:16
**interpret**
204:9,15
225:18 241:5
**interpretatio
n**
204:11
**interrupt**
9:14,15,17
138:19
153:12
**interrupted**
173:19
174:15
**intersection**
65:2
**intervening**
173:1 218:16
**interview**
169:19
171:21 172:9
173:21 194:4
**interviewer**
172:14,21
173:20
174:16

**interviews**
194:2
**intimately**
158:4
**introduced**
104:23
155:10
**inundated**
37:2 217:16
**invitation**
201:22
202:16
203:16
204:17
219:21 230:7
**invite**
229:16
**invited**
202:11
208:25
239:21
**inviting**
202:9 228:5
229:21
**involuntarily**
180:17
**involuntary**
54:12
**involve**
83:7,19 84:6
117:25
119:18
151:22 232:4
**involved**
15:12,17
28:19 29:7,
16,18,25
30:3 76:9
91:9 123:24
173:5 177:20
**involvement**
32:23 33:1
36:14,16
145:13,20
**involves**
30:7 220:13

**involving**
16:9 29:7
**issuance**
92:19
**issue**
80:24 81:1,
15,22 89:10
94:1 100:18
106:7 111:1,
11 125:13
127:2 149:25
168:14
172:23
175:19
179:17 183:7
186:10 218:7
219:1
221:14,17
235:7 238:19
244:15
**issued**
29:21 43:13
45:16 80:15,
17 81:12,13,
20 91:18
92:6 145:24
231:13,15
**issues**
15:5 29:10
35:1 38:4
83:14 95:3
101:25
124:19,20
149:14 151:5
153:25
**Item**
127:4
**items**
86:9 98:14
185:5
**iteration**
135:3

---

**J**

---

**Jack**
57:17 58:1

103:21 192:6
**Jackson**
22:19 34:8,
11,25 35:6
39:7 40:1
91:23 92:2
95:4 97:16
98:9 100:5
118:15
119:6,14
120:6,12,17
122:5,11,17,
19 123:3,16
124:8
126:11,14,17
132:10 133:5
155:22
168:17,23
169:10,14
172:6 175:5,
12,19 176:9,
12,24 177:15
181:12
183:19
184:21,25
190:21
196:23
198:24
200:20,21
205:1,17
206:19
207:14
208:22
209:15
211:12,17
212:3 213:6,
17,24
214:10,12
218:3
219:13,14
222:12,19
223:5 224:17
231:17 235:4
237:18
243:25
**Jackson's**
34:19 121:19
197:2,20,24

198:16
204:24
207:20
211:10,16
217:21
222:2,16
**James**
49:2 105:9
**jams**
217:18
**Jane**
6:18
**Jansen**
135:19 136:1
140:20
**January**
38:8 214:22
216:17 217:5
245:2
**Jason**
13:21
**Javier**
116:24
**Jennifer**
205:2,3
**Jersey**
17:17
**Jewell**
137:4
**Jo-ellen**
22:25 99:23
122:19
168:19
241:20
**job**
132:24 242:6
**Joel**
112:13
**Joey**
228:16
**John**
60:6 100:11
126:2 165:9,
24 176:13,20
177:15
185:1,22
188:8 207:9,

17 224:20
241:23
**John's**
119:8
**join**
238:20
**joint**
22:12 33:17,
25 34:12
35:3 36:12
90:6,13,17
93:7,18
98:18 102:5,
21 103:10
129:15
134:20 135:1
189:2
225:20,21
228:25
231:12,21
248:4
**judge**
11:10 196:14
**Judge's**
98:15
**judgment**
17:6,11
**judicial**
12:13
**jump**
76:11
**jurisdiction**
24:22 25:10
199:23
206:13,21
**jurisdictional**
212:8
**jury**
11:10
**justice**
10:12 13:5,
17,21 35:19
55:6,10 83:4
84:3 89:4
90:4,7 94:21
98:19 103:9

117:12
118:18 135:6
211:18
238:10

---

**K**

---

**K-O-I-N**
143:5
**Kansas**
21:5 23:7
**Karen**
141:2,12
**Karl**
135:19
**Katie**
10:13
**keep**
10:22 41:5
84:18 108:25
115:4,13,15
124:10
137:19 138:5
193:19
214:24
221:24
226:16
227:15,17
248:19
**keeping**
75:15
**Keith**
113:14,18
114:7
**Kelcy**
228:15
**Kelley**
237:20
**kept**
78:2 147:15
**Kevin**
135:18
137:19
**key**
143:21
149:24
150:8,19

**Key/command**
150:1
**kick**
136:11
**kind**
48:2 78:15
106:9 109:6
110:5,10
145:8 202:14
247:1
**kinds**
23:17 36:25
**Kirchmeier**
39:13 41:5
50:9,12,24
51:5 66:5
89:2 183:3
**knew**
45:22 98:11
139:5,11
159:13
231:18
**knocked**
54:18
**know**
9:19,25
10:22 14:4
17:22 24:19,
21,25 27:16
30:9 42:13,
19 43:15,17
44:18 45:21
48:7 52:23
53:5 54:20
58:19 60:20
61:6 62:6
65:7,8,25
73:3 74:3,4
77:6,20
79:24 80:3,
16,18,19
81:20,21
82:1 85:25
86:2 91:9,12
92:2,17,22
93:4,10
94:24,25
95:2,4,6,24

96:8,15 97:5
98:6 100:21
103:6,18
104:18,21
108:3 109:20
110:15
113:8,10,14,
16 115:22
117:24
118:2,5,7,9,
16,18 119:13
121:16
123:6,10,13
124:2,4
125:23 126:3
128:16
132:18
133:1,2,7,
14,21 139:3
144:6,8
146:8,15
147:7,8,12,
14,15,17,19
149:11
150:21
153:18
155:3,5,6
157:25
160:21,22
162:23
165:16
166:9,11,12,
15 168:8,13
169:4,8,25
175:7 176:23
184:6 188:11
189:3 190:15
191:18,25
192:4,14,15,
25 193:8
196:10
198:2,12
199:2
200:20,22
201:24
202:5,11,13,
15,23
209:22,25
213:23,25

216:14,16
218:3,20,22,
23 219:24,25
221:16,19
225:2,13
227:9,15
228:4 231:14
234:18 236:2
237:23,24
239:3 241:5,
9,10,18
243:22
**Know-it-when-
you-see-it**
202:14
**knowing**
195:13
**knowledge**
12:2 73:21
81:19 110:1,
2 133:11
134:22
147:24
178:24 179:1
221:15 224:8
245:20,25
**known**
133:12
**KOIN**
143:5 145:8
**Korneychuk**
6:5

_____

**L**

_____

**labor**
206:5
**lack**
133:18
218:17
**lagoons**
107:3
**Lake**
27:9 35:25
69:2 99:6
230:25
233:14 236:8

**land**
23:20 24:14
27:14 31:8
39:20 40:8
42:15 43:19
44:24 45:17
52:24 53:12
76:12 80:4
95:13 99:19
101:12,19
106:25
109:1,22
113:21
115:14,16
119:24
125:6,7
127:13,14
131:1,17
139:12
146:19
148:13
160:4,5
163:19
164:10,11
182:23
199:19
201:8,18
202:22
203:1,23
204:3 209:4
213:1 226:12
244:2 245:18
246:20
248:14
**landed**
246:19
**landowner**
24:14 82:24
**landowners**
56:19
**lands**
13:2 23:18
24:17,22
25:6,9 26:15
27:5,9 28:13
30:11 38:16
53:6,11
62:16,22

63:15,24
64:13 66:8
74:5 76:4
85:16 106:7
108:24,25
116:7 125:8
127:15
161:24
173:15
182:20
199:4,18
200:2 201:24
206:21
248:24
**lane**
221:5
**Laney**
50:20
**language**
198:25
203:13 225:6
**lapse**
157:19
**large**
5:19 45:13
66:16 83:20
106:20 113:5
114:13
151:14
194:5,25
**largely**
29:10 106:7
**larger**
66:22,23
139:17
151:24
171:20 213:2
**largest**
211:8
**late**
15:22 44:1
68:9,17,23
70:13 116:8,
14 185:19
215:3,16
239:7
**latest**
35:22 205:15

236:18
241:19
launch
  73:5 165:15
launching
  213:18
law
  8:6 30:23
  32:19 37:25
  38:8 49:20
  50:3,15
  55:18 56:3
  63:17 64:19
  74:19 75:5,
  8,11 76:21
  83:4 85:5,7,
  20 104:11,14
  106:1,14
  109:3,11
  114:4
  115:10,18
  125:7,12,16
  136:11,25
  137:9 138:4,
  15,17 160:7,
  16 178:3,12,
  14,17 182:7,
  25 183:6,11,
  14 187:10
  188:4 199:12
  201:19
  205:23
  206:13,20
  214:23
  215:1,12,24
  216:11
  217:1,8
  218:10,21
  220:20,24
  221:6,9
  223:18
  225:20
  226:9,18,20
  238:15,23
  241:8 246:20
  248:4,9,16
Lawrence
  169:19,20

172:14
laws
  107:4 145:18
  200:5
lead
  76:7 211:7
leader
  77:3 205:3
leaders
  37:25 40:5
  50:8 64:8
  76:2 77:16
  186:2 187:9
  188:1,7
  205:5 208:4
  218:13
leadership
  22:20 32:19,
  20 51:3
  134:2 151:7
  204:5
  205:20,21
  212:13,16
  234:5 235:20
leading
  32:16 117:21
leaning
  224:23
learn
  184:9
learned
  38:15,20,21
  39:19 40:7,
  18 43:18
  72:12,15
  231:14
lease
  45:16,20,22,
  25 46:1
  47:10
  108:18,23
  139:15
leased
  42:24 72:24
leave
  36:12 76:10
  127:8 180:21

181:2
Leavenworth
  21:4
leaving
  63:10 84:1
  180:11,21
  210:11
led
  46:16 65:13
left
  36:24 63:16
  69:20 101:2
  150:21
  179:22
  180:12 181:3
  182:18 227:8
  239:19
  242:18
  246:12
legal
  6:5,10
  14:18,20
  55:8 87:11
  124:23
  189:14
  229:6,11
  230:17 242:3
legally
  232:2
Legion
  20:1
legitimate
  114:17
length
  40:24 119:2
  246:8
Leonard
  21:5,8
lessee
  45:16 108:16
letter
  33:12 43:17
  95:7 129:17
  136:22
  137:1,2,17
  138:24
  183:15

185:23,24
  203:11
  204:16
  206:10,11,
  12,14,15
  207:3,4,10
  209:25
  212:8,12
  217:4,9
  223:12
  225:6,23
  226:24
  227:24
  228:1,2,5,
  13,14,18,22
  229:7,20
  232:1,13,14,
  15,19 233:8
  239:13
letterhead
  90:5 228:10,
  13
letters
  198:20
  200:14,16
  203:22,25
  204:12 206:9
  207:23
  208:19 210:2
  212:20 222:6
  228:7,12
letters/
notification
  211:17
letters/
notifications
  222:12
letting
  133:14,21
levee
  24:11,21
level
  29:11,12
  32:20 39:10
  77:21 79:12,
  16 103:8
  109:16
  149:15

159:2,3,5
173:10
189:21
200:20
204:17
205:11 212:1
218:11
**levels**
187:14
**Lewis**
135:18
**licenses**
20:12,15
**lied**
202:3
**lieu**
6:25 49:3
**lieutenant**
5:23 7:15
8:5,21
21:19,20
25:14 49:7
60:14 61:7,
10 78:8
114:11
123:20 137:5
155:14 197:7
249:13
**life**
159:21 160:3
**lifting**
186:3,4
**light**
238:8 239:1
**likewise**
9:11 247:17
**limit**
131:25
**Lindquist**
113:8,9,10,
11,18
**line**
48:17 54:2
105:19,22
116:25
123:17,19
169:12

171:14,19,24
173:4 186:22
192:12 248:6
**lined**
46:7,13
**lines**
41:5 75:16
76:20,22
**link**
146:2 227:25
**links**
145:9,21
**LINN**
5:1
**lists**
124:20
145:21
**litigation**
173:5
**littering**
101:11,18
**little**
89:8,25
144:21
195:12
**live**
17:19 136:17
**lived**
18:2,4
**livestock**
108:25
136:5,12,18
**living**
47:19 110:9
**LLC**
51:16 228:17
**local**
32:20 39:24
50:7 56:3
62:20 83:4
85:5,7 115:9
136:25
138:4,15
151:8 173:10
178:16 194:4
200:5 211:24
226:17

238:15 241:8
244:20
245:12
**located**
6:6 47:8
56:22 57:22
72:21 74:10
95:8 130:3
161:4
**location**
17:22 45:7
58:1 63:25
64:25 66:25
86:6 119:23
159:13 230:6
234:6 239:25
**locations**
20:24 37:9
45:3 58:4
119:22
160:14,22
**locked**
5:13 239:17
**locks**
24:8,20
**logistics/
camp**
120:19
**logo**
143:21
**long**
18:2,14
23:11 80:3,6
126:10
133:12 177:9
183:4 186:8,
21 227:13
**longer**
118:25 124:5
126:6
**look**
35:6 121:15
135:17 170:7
184:19 186:6
227:6
**looked**
87:6 166:12

231:17
**looking**
121:24
156:10 163:4
165:18 170:4
175:15,17
200:13 220:4
**looks**
113:12
135:21 144:2
149:25
193:20
**loop**
117:19
137:19
212:16
**Loretta**
137:4
**lost**
148:1
**lot**
48:11 75:16
101:2 125:18
128:16
138:2,8
139:2,16
158:20 186:7
188:10 205:4
220:16
226:17
241:4,23
243:20
248:25
**loud**
93:5
**Louisiana**
21:8
**Lowry**
23:1 97:16
122:19,22
123:23
132:17
167:19
169:15
171:14,18
175:2 227:20
237:15

Lieutenant General Scott Spellmon
April 22, 2022

luck
  116:20
lunch
  86:6,8,13
  87:25 88:11
Lynch
  137:4

_____

M

Madame
  123:4 197:4
  211:12
made
  10:21 33:8
  40:12 64:4
  74:9,16,17
  104:7 129:10
  134:24
  139:16
  146:21
  157:10
  169:18
  175:16
  180:23 183:5
  188:4 206:1
  215:14 216:3
  231:9 240:21
  243:9,16
magically
  223:14
magnification
  90:1
magnify
  63:17 147:25
  148:4
magnitude
  66:19 80:10
Mahmoud
  228:16,23
main
  46:16 65:10
maintain
  30:23
maintenance
  246:15

major
  10:13 22:19
  34:8,19 35:6
  39:7,14,25
  41:3 49:2,
  23,25 61:14
  91:23 92:2
  95:4 116:9
  119:6 120:6
  121:19 122:5
  123:16
  126:11,14
  132:9 133:5
  151:3 155:22
  168:17,23
  169:14 175:5
  176:9,11
  177:15
  181:12
  183:19
  184:21,25
  185:7,15
  197:2 198:16
  207:7,14
  211:9,16
  213:17
  214:10,12
  219:14
  222:1,12,15,
  19 223:4
  224:17
  231:17
  234:14 235:4
  237:18
  243:25
majority
  127:24
make
  26:8 28:7
  37:21 44:3
  47:25 59:15
  81:8 87:2
  117:7,19
  127:9 129:19
  131:5,10
  133:22
  153:13 154:5
  162:11,22

173:2 196:4
210:23
217:22
226:21
242:19
244:10
248:20
makes
  189:19
making
  48:23 62:12
  64:6 70:7
  131:3 133:25
  160:2 162:12
  199:24,25
man-on-the-
street
  157:17
managed
  29:10 38:16
  62:16,22
  76:4 95:9
  248:24
management
  20:14 24:15
  25:9 37:4
  82:18 106:22
  107:4
Manager
  112:14
manages
  23:18
Mandan
  57:9
manner
  7:5 27:3
  38:23 53:3
  66:11 79:7
  124:6 151:12
  167:16
  179:11
  190:13
map
  121:15
maps
  202:4

March
  32:14 36:18
  68:18
marked
  88:19 96:17
  104:22 112:2
  116:17
  118:22
  131:21
  135:13 140:2
  142:20 152:6
  155:9 167:11
  170:20
  175:23
  184:12
  191:11
  196:16 211:3
  214:6 219:7
  227:4 236:21
  242:16
marshal
  127:11
marshaling
  188:11
Marshalls
  104:17
masse
  83:13
massive
  223:17
master
  18:9 124:2
master's
  18:11
match
  100:19 101:7
material
  215:11
  230:21
math
  20:3
matter
  5:24 7:2
  11:14 16:3
  17:8 36:14
  37:23 41:19,
  24 58:2

Lieutenant General Scott Spellmon
April 22, 2022

91:11 115:11
197:3 233:6
237:8,21
238:17
**matters**
15:17 232:22
**Mcnair**
17:25 18:3
**mean**
37:20 65:22
74:7 76:23,
25 79:3,7
101:8 115:22
122:24
128:11 138:8
141:22
152:22
162:16
163:16
176:24 190:5
198:8 204:4
206:7 207:18
208:1
214:16,25
219:24 228:2
241:9,10
247:1
**meaning**
100:24
123:18
181:15
246:14
**means**
62:21 64:12
78:7 102:21
139:3 199:16
214:18 228:4
241:7,12,15
244:13,15
**meant**
28:17 42:6
100:21
118:17 121:1
122:8 131:15
139:2 145:14
152:23
158:21
159:10

162:24
164:16 165:9
173:24 177:3
186:12 208:9
213:21
215:22
219:25
**measure**
65:17
243:19,22
**measured**
132:23
**measures**
35:23
**medal**
119:1
**media**
143:5 145:7
146:3,11,13
151:8 154:7,
22 193:24,25
194:3 224:23
**medical**
199:24
201:20
246:14
**meet**
30:16 50:15
51:19 54:15
57:19,25
61:7 68:5
109:16
185:6,15
**meeting**
15:20 38:25
50:7,9,18,
19,21 60:1,
18 61:1,2
62:13 63:4,5
64:8 68:7
71:1 87:8
121:20
123:9,10,25
185:18
215:2,10
230:12 231:1
232:24
233:20

234:2,9
235:21
239:23
**meetings**
13:10 40:2
42:3 57:22
58:9,11,12
59:23 60:9
61:15 68:22
71:3 77:12,
13,20 79:6
125:22 126:5
186:24 218:3
**member**
13:17 20:17
22:11 60:11
97:18 98:9
141:10,13,
18,20 166:4
199:16
**members**
51:21 54:1
70:17 72:13,
18 148:13
153:23 160:8
203:19
205:12 206:2
208:18
209:15
212:17 218:5
233:21
234:18
**members'**
210:3
**memo**
102:3,4
**memorandum**
85:14,19,20
109:6,11
**memorandums**
85:4
**memory**
15:10,23
19:19 24:24
46:17 64:23
65:1 202:4
206:17

**mention**
22:24 131:5
143:11
**mentioned**
13:18 14:13
15:7,8 19:9
23:13 27:11
40:23 41:3,
4,11,14
47:3,11,23
49:10 52:7
57:16 66:10
68:1 70:18
74:16
103:10,15
106:12,15
110:8 119:19
135:4 141:3,
10 158:11
163:20
166:18
172:20,23
179:18 183:3
187:19
194:24
195:20
201:4,13
206:11 208:6
215:4
216:22,23
233:23 239:8
**mentioning**
66:24
**mentions**
183:23
203:11
**Merit**
20:1
**message**
119:8 124:8
132:12
141:6,9
152:24 153:7
**messages**
95:20 143:21
149:24
150:1,8,20
194:6 195:18

messed
  173:23
met
  12:18 13:4
  39:23 41:2
  50:23 51:21,
  25 53:16
  57:24 58:4,6
  59:2,21
  66:13 68:19
  72:17 86:21,
  22 232:2
  239:22
met all
  230:16
Meyer
  108:17,21,
  22,23
Meyer's
  45:20
microphones
  5:8
mid
  33:1 44:1,4
  58:20 59:17
  68:9 70:12
  85:11 128:24
  130:8,9,11
  131:19
  150:17
  193:22 195:8
  216:17 217:5
mid-august
  33:1 47:24
middle
  144:7
midway
  201:7
Midwest
  236:15
might-have-
been-worse
  246:25
mild
  187:14
mile
  124:13

miles
  24:11,21,24
  64:24
military
  18:9 19:3,12
  20:21 23:12
  33:22 79:21
  141:19 163:8
Milley
  22:4,6,8
  218:4
Milley's
  22:9
million
  16:9 105:25
mind
  61:20 111:10
  156:8 167:3
  196:13
  202:24
  220:10
mine
  88:14 153:7
minus
  152:16
  212:20
minute
  135:24 219:3
minutes
  31:21 67:11
  88:1 142:10
  207:17
  224:18
  242:18
mischaracteri
ze
  136:6
mischaracteri
zes
  28:3 130:14
missed
  197:14,20
missing
  136:14
mission
  23:24 25:19

missions
  125:18
Missouri
  21:5,9 23:6
  58:3 70:19,
  25 85:24
  214:21
  215:3,7
  229:24
  236:14
misspelled
  92:13
misspoke
  176:5
misstates
  81:3,16
  114:24 232:6
  240:10
  245:23
mitigating/
fixing
  107:7,10
Mm-hmm
  121:13
mobile
  110:9
mobilizing
  122:14
Moira
  237:20
moment
  20:8 69:10
  89:17 93:24
  144:16
  152:14 177:6
  186:15
  197:10
  237:6,10
  242:22
Monchengladba
ch
  21:5
Monday
  224:24
MONEY
  125:13

monitor
  238:10
monitored
  74:4,7,12
monitoring
  74:24 122:14
  173:12
monitors
  35:23
Monteiro
  117:13,17
Montero
  117:1
month
  23:13 188:12
  195:9 217:6,
  9,10,11,25
  231:23 240:4
months
  18:5,25 59:5
  80:12 195:10
  240:6
morning
  6:21 8:5,12
  12:17 86:20
  90:19 158:3
  185:7 186:7
  213:7 223:5,
  7,18 224:20
Morton
  39:12 50:13,
  24 63:14,20
  74:19,23
  85:14 89:2
  109:3
  112:14,22
  178:16,19
  183:13
  205:23 207:4
  209:16 212:9
  248:18
motion
  16:19,22
  17:6,10
mountain
  217:14

mourning
129:11
mouth
168:11
move
107:7,11
119:10,16
125:9,10
127:9,12
129:4 131:10
135:16
177:21
179:22
180:5,9,17
182:19
198:15 203:3
226:14,21
235:23 242:9
248:13,20
moved
127:24
163:19
181:22
246:19
movement
120:19
124:12
133:22
134:17
163:7,12,15,
16,25 177:24
moving
59:2 107:14
121:3 164:10
239:25
MSNBC
169:19
172:15
multiple
47:4 184:15
municipals
50:6

**N**

name
6:4 7:7 8:6,

14 13:22
23:1 27:15
45:2,22,23
52:2,5 70:1
77:7 78:17
105:15,16
143:5 192:1
193:9
named
112:13 113:7
117:13
138:7,23
names
8:17 45:2,5
60:13 191:20
naming
167:23 168:2
narrative
15:25 16:1
171:20
nation
70:15 82:9
229:8
nation's
24:10
national
18:12 74:20
115:11
186:11
189:21
194:23
195:6,14,23
205:11
211:25
223:19
Native
44:13 173:7,
15
nature
33:20 34:9
59:14 79:8
91:21 151:12
161:1 180:7
181:15
245:14
navigated
55:8

navigating
26:18
navigation
24:8
nearby
121:17
136:17 181:2
Nebraska
148:9
necessarily
66:24 70:17
207:22
necessary
84:17 171:21
199:10
need
9:18 20:8
93:24 107:6,
10 111:1
124:10
125:19,21
126:3
132:23,25
138:5,15
163:1
169:15,16
177:10
184:17
195:25
197:13 201:2
213:8,11
237:10
needed
37:1 38:1,9
101:2 133:6
164:17 185:1
201:1
needs
104:16
164:16
negotiating
183:20
NEPA
150:2
never
12:10 29:9,
16,18 30:9

44:19 47:5
73:14 76:5
84:9 155:6
158:3 160:24
218:21 234:5
241:11
244:12
245:18
news
40:10 41:12
90:4 154:4
176:3 207:1
208:23
223:22
night
120:25
nine
150:23
nodding
9:7
nomenclature
126:16 127:5
nominated
69:18
non-closure
212:25
non-corps
160:4
non-peaceful
59:12 179:24
181:16,19
182:6
non-public
228:1,2,4
noon
88:6
normal
96:3,4,6,8
167:5
200:18,24
north
5:24 6:1,16
8:8,9,10
16:3,6,7,9,
15,18,25
17:5 36:19,
21 37:6

40:10 41:10
42:21,22
44:21 45:11,
13 46:20
47:3,9,15
49:13,20
50:3,4,13,
15,20,25
51:9 54:7
55:17 56:3
57:9,16,23,
25 58:7 60:6
61:8,11
64:18,24
65:10 71:7
72:22 73:22
74:22 75:5,
10 76:16
77:11 80:5
85:24 88:24
89:1,5 95:10
96:24 103:21
105:23,25
106:6,20
107:4,16
108:18 109:4
112:4,23,25
113:2 117:7,
22 119:24
125:6,17
129:25 131:1
136:4,9,17,
19,22 137:2
138:2,9,18
139:2,6,15
150:10,25
151:9,13,16
161:18,20,24
170:24
178:19
181:24 182:2
183:18,21
184:4 188:1
191:23
192:6,9
195:19
199:8,15
200:1,3
201:18

205:21
207:5,8
208:16 209:4
211:23
212:11,25
216:11
217:1,10,15
223:13 224:1
226:12,18
236:14
238:11
246:12 247:8
248:14
**north-south**
46:16
**Northchase**
6:6
**northern**
47:16
108:24,25
121:3 124:15
131:13
209:11 210:8
**Northwest**
19:23 20:5
23:4 29:24
37:12,19
75:3 80:21
97:19
141:11,14
144:4
154:10,11,12
158:24
194:12 205:7
243:15
**Northwestern**
18:22 21:18
**note**
5:8 97:20
100:9 102:15
105:14
112:17
117:10 119:2
132:5 136:1,
2 146:20
156:14 187:6
190:20
194:22

213:11,18
**notebook**
60:25
**noted**
87:24 172:16
237:20
244:21
**notes**
10:21 11:1
15:11 60:14,
17,20,24
61:5 79:6
120:23
207:17,23
224:20
**notice**
7:24 33:4
89:18
**noticed**
65:3
**notification**
209:17
235:19
**notified**
199:6
**noting**
171:7
**notwithstanding**
203:17 240:5
**November**
12:24 15:9
47:11 144:11
145:12
146:9,17
169:5 175:2
176:9 181:23
183:22
185:19
186:22
187:18
192:5,17
193:22 195:7
197:3,25
199:5 200:12
215:3,16
222:3 223:6
227:24

228:13,18
232:15,19,25
239:7
**nuh-huhs**
9:8
**number**
24:20,23
25:1 54:6
58:8 59:8
63:17 82:20,
25 106:20
109:2 112:16
115:7 124:21
125:3,4,13
126:18,19
127:1,4
128:21
130:19
160:13 161:2
183:2 211:8
247:7
**numbered**
98:14 132:7
**numbering**
126:16
167:16
**Numbers**
150:3
**numerous**
51:1 58:12
59:4 112:24

---

O

**O'DONNELL**
169:20,21
172:14
**O'HARA**
152:21
**Oahe**
27:9 35:25
37:3 69:2
76:14 85:15
95:10 99:6
230:25
233:14 236:8

Lieutenant General Scott Spellmon
April 22, 2022

oath
  7:1 11:7
  12:7,9
Obama
  70:8 136:10,
  24 169:12,19
  215:17,22
  216:4
Obama's
  70:9
object
  87:15
objected
  81:9
objection
  14:23 28:3,
  21 31:11
  43:21 46:8
  55:22 56:6
  57:10 81:3,
  16 87:22
  96:13 102:22
  103:4 108:1
  109:18
  114:24
  115:21 118:1
  130:14 134:3
  138:10
  148:21
  150:11 165:2
  173:25
  198:10
  204:21
  223:15 232:6
  240:10,14
  245:22
objections
  7:5 81:24
obligated
  11:6
obligation
  248:24
obligations
  71:2 232:2
  248:11,22
observation
  64:2,3,5
  65:22 153:13

198:14
observe
  46:6 66:1
  147:25
  190:19 237:7
observing
  65:23 74:10
obtain
  74:14 82:14
obtained
  30:19
obtaining
  244:5
obviously
  42:4 101:15
  165:16
occasions
  12:10 54:9,
  10
occupied
  72:19 73:10
  85:22
occupy
  27:9,14 63:1
  245:18
occurred
  53:11 56:9
  58:9 156:6
  190:2,13
  198:1 199:12
  201:12
  231:25 240:3
  247:10
occurring
  37:22 106:25
  116:1 130:13
  163:2 243:11
October
  46:15 47:12,
  14 50:10,25
  51:18 66:6
  72:16 116:23
  118:13
  119:12
  120:17
  124:17
  128:1,24

130:9,11
131:8,19
132:15 138:8
139:19
146:22,23
148:16
149:5,13
155:20
156:3,6
157:8 158:10
162:4 164:6
166:19 233:8
odd
  173:20
offer
  120:23
  227:18 233:9
offered
  136:19
  138:14
offering
  227:14
office
  6:19 13:6
  14:3,9 17:23
  33:7 34:17,
  23 35:11
  57:23 58:7,
  11 59:3,22
  60:3 61:16
  69:18,20,25
  91:14 117:11
  129:7 146:10
  168:3 169:1
  171:12
  187:21
  188:20
  195:20 201:4
  205:22
  209:16
  212:11
  214:19
  220:6,17
  228:11,13
  231:20
  234:15,19,21
  242:10

officer
  25:14 76:19
  77:7 78:22
  79:4,15,22,
  23 105:5,6
  133:3 147:9
  194:11
  234:22
officers
  26:7 48:23,
  24 76:10
  238:24
offices
  151:3
officials
  17:2 39:24
  41:10 50:16
  98:15 138:4
  199:12
  226:18,20
  248:18
officials'
  16:10
oil
  236:14
okay
  7:22 8:19,23
  9:2 10:2,15,
  25 11:2,5,
  16,25 12:7,
  12,17,20
  13:23 14:8,
  12,17,21
  15:5 16:17,
  24 17:9,18
  18:2,6,14
  19:22 20:15,
  17 21:23
  22:5,8 23:3,
  11,16 25:3,
  6,8,23 26:13
  27:3,18,24
  29:2,5,14,
  20,24 30:5,
  17 31:18,21
  32:1,23
  33:20 34:4
  36:4,11

Lieutenant General Scott Spellmon
April 22, 2022

| | | | |
|---|---|---|---|
| 37:11,18 | 108:13,15,21 | 170:22 172:3 | 6,11 109:2 |
| 38:3,12,13, | 109:2,13,24 | 174:12 | 113:12 114:1 |
| 20,23 39:3 | 110:21 | 175:25 | 146:10 |
| 40:6 41:14 | 111:14 | 177:11 | 147:10 |
| 42:13 43:18 | 112:11 | 178:14,18 | 148:8,10 |
| 44:12,16,22 | 113:11,17 | 179:14 180:2 | 157:3 158:21 |
| 45:2,8,24 | 115:3,18 | 184:14 | 193:22 |
| 46:6 47:8,22 | 116:6,19 | 186:16,19 | 232:15 |
| 48:6,21 | 118:5,10,24 | 191:1,5,25 | **once** |
| 49:6,9,16 | 120:6,14,15, | 192:8,11,18 | 193:20 |
| 50:3,19,23 | 16 121:18 | 193:15 | 234:10 |
| 51:9,14,24 | 122:10 | 194:1,8,18 | **one** |
| 54:22 55:6, | 123:11,14 | 196:6,8 | 13:5,18 14:1 |
| 11,16 56:2, | 127:1 128:6, | 197:10,17, | 20:13 22:3 |
| 11 57:2,7,15 | 16 129:8 | 21,22,23 | 25:20 29:16 |
| 59:15,21 | 130:2,8,21 | 198:5 199:3 | 31:20 33:13 |
| 60:5,20,23 | 131:3,24 | 200:16 201:6 | 34:14 40:16 |
| 61:4,7,19 | 133:24 | 202:16,21 | 41:21 42:22 |
| 62:8 65:13 | 135:15 | 204:1,23 | 43:9 48:6 |
| 66:18,22 | 136:1,2 | 205:10,16 | 50:8 55:6 |
| 67:3,15,18 | 137:17 | 206:7 207:1, | 59:8 61:18 |
| 68:19 69:8, | 138:21 | 10,13,24 | 62:14 63:5, |
| 12 70:20 | 139:5,9,18 | 208:11 210:9 | 16,23 64:8 |
| 71:4,11 | 140:4,12 | 211:5 212:2 | 65:18 68:13 |
| 72:5,11,20 | 141:18 | 213:6 214:1, | 73:14 75:25 |
| 73:2,11,14, | 142:3,5,14, | 8,19 215:16 | 76:19 82:10 |
| 20 74:4,21 | 22 143:10, | 219:2,3 | 83:21 85:22 |
| 75:13 76:13 | 11,18 | 221:17,20,25 | 88:22 97:9 |
| 77:17,23 | 144:22,24 | 222:7,10 | 100:4 110:24 |
| 78:2,13 | 146:8,15,24 | 224:3,5 | 111:2,9 |
| 79:11,17,20 | 147:12,15, | 225:14,17 | 112:9 113:6 |
| 80:3,20 81:1 | 18,21 149:2, | 227:2,18 | 118:25 |
| 82:3,12 83:6 | 11,19 150:6 | 230:13 231:7 | 119:19 |
| 84:6 86:1,3, | 151:11 | 232:12 235:6 | 121:21 |
| 12,15 88:4, | 152:1,25 | 236:19,23 | 127:18 130:2 |
| 7,16 89:15, | 153:2,15 | 237:15 | 137:20 140:7 |
| 17,21 90:12 | 154:23 | 241:16 | 144:3 145:25 |
| 91:9,20 94:7 | 155:5,12 | 242:13,24 | 154:15 |
| 95:6,15 | 156:3,7,12, | 243:23 246:4 | 156:8,10,13 |
| 96:20 97:8, | 24 157:5,19, | 248:21 249:6 | 157:12 |
| 10,11 98:4, | 22 158:9,22 | **Omaha** | 160:24 |
| 13,22 99:2, | 159:7 160:25 | 12:23 23:8 | 161:6,15 |
| 8,20 100:3, | 161:9,22 | 27:22 32:16 | 163:20 |
| 17 101:6,16 | 162:6 163:6, | 33:6,10 | 164:7,11,19 |
| 102:8,14 | 10,15 164:6, | 48:2,15 75:3 | 166:25 171:9 |
| 103:1,12,19 | 21 165:7,21 | 78:6,23 | 172:24 |
| 104:25 | 166:15,17 | 79:18,24 | 176:3,4 |
| 105:19 | 167:13 | 80:17 81:12 | 179:15 |
| 106:18 107:2 | 168:10 169:9 | 90:15 105:5, | |

189:19
190:18
192:24 194:4
206:4,11,19
208:3 211:14
219:22 220:3
222:5,8,10
224:15
225:8,16
228:8,12
236:24
one's
127:6
one-week
25:17 26:11
ones
36:1
ongoing
52:23 58:3
70:18 101:18
150:9 184:16
onset
245:4
oops
111:4 149:4
op-ed
12:22 14:15
15:8 87:6
192:12
193:3,4
194:2,3,19
195:22
open
75:16
operate
23:21 24:5,
8,11 246:1
operating
10:13 51:4
76:19
operation
76:8
operational
19:7 112:19
operations
18:24 58:4
77:10,24

78:4,10
168:3 221:7
opinion
73:15 133:19
138:6 146:8,
15 148:6
184:5 193:5
194:7 243:18
246:11
OPORD
112:19
113:14,19,24
114:12
opportunities
233:1
opportunity
44:19,20
47:5 86:9
233:9
oppose
210:17
opposed
9:7 134:1
210:16
248:23
optics
127:12
option
109:1 119:19
120:5 121:3
122:3 124:12
options
164:11
180:14 181:9
218:5
order
16:21,23,24
17:10,12
30:23 58:10
Oregon
5:1 54:10
84:16
organizations
20:18
organize
56:13,23
57:3,8

organizing
56:16
originate
144:2
originated
115:16,17
other's
71:25
outcome
6:9 119:8
121:1 122:6
126:3 129:16
184:1 234:16
outcomes
235:20
outlet
143:5
outlets
193:24
outlined
30:14 127:20
outlining
210:5
outside
5:11 14:9
39:8 49:10
51:9,12,13
54:19 147:16
171:4 190:1
244:18
245:11 246:2
overly
25:22 128:10
overnight
42:14
oversees
23:19
overview
19:17
owed
98:11
owned
53:12 56:18

P

p.m.
249:14
pack
217:14,17
package
110:22
page
89:7 97:2,7
105:8 113:20
135:25
143:7,8,9
167:18
237:2,4
pages
154:19
221:24
paragraph
89:21 123:23
128:13 129:8
158:22
177:14
197:15
198:16
199:3,5
200:7 201:7
206:23
224:19
225:17
241:7,15
paragraphs
132:7 148:1
paraphrasing
63:8
parcel
202:3 217:15
parcels
85:21
pardon
68:6 89:1
105:1 122:24
130:9 140:11
166:20
Park
143:5 145:8

part
5:19 23:24
25:21 37:3
59:1 62:25
68:2 93:21
99:20 105:7
107:7,11
129:25 132:2
135:18
143:6,10
149:3 155:18
158:2,17
160:1 169:10
170:8 172:21
182:19
184:20 195:9
197:24
199:22
201:21
202:18
203:1,14
231:20
248:12
partial
17:6,11
participants
5:16 6:4
62:4
participate
77:18 78:3
123:12
229:22
239:20
participated
51:7,8 77:9
participates
26:2
participating
6:21
participation
230:13
particular
33:10 35:24
62:13 63:23
64:8 75:11
84:4 85:21
95:3 121:8
122:3 135:7

143:13 149:9
151:5 163:1
177:20 179:2
193:3 195:12
201:14 203:3
206:4 217:15
218:6,7
225:4 228:6
230:12
236:10 242:6
parties
5:6 7:4
176:24
177:4,18,19
178:23
238:20
partners
52:3 75:9,20
98:25 116:4
177:25
228:16
partnership
75:13
parts
184:15
196:20
party
6:8 169:11
183:10
Pasha
6:4
pass
247:20
passage
12:5 189:25
239:11
past
18:4,25 19:9
29:7,15
83:22 199:6
pasted
135:21,23
pasting
238:3
paths
220:25

Patrol
61:12 112:23
Paul
6:15 7:9 8:6
50:20 94:12
117:13
pause
189:4 229:19
pausing
93:2
pay
31:4 133:10
173:12
185:22
peaceable
129:20
148:13
peaceably
199:20 201:9
202:10
209:18
peaceful
42:9,11 44:5
130:5
148:13,18
149:7 159:9
160:7
179:10,11,19
181:2,16
182:6
peacefully
204:7,19
238:20
pejoratively
219:24
penalty
7:2
pending
9:20 16:5
93:3 94:23
108:6,11
109:21
216:10 220:1
people
37:8 39:19
43:3 47:19
48:4,9 62:6

65:23 71:15
72:17,19
77:15 79:11
82:13 83:12,
14 84:20
85:15,16
101:10,20
110:3,9
113:1,3
121:3 139:16
151:23 160:3
163:17,22
167:24 173:2
179:22,24
180:9 181:2,
16,19,24
201:17
202:11,17
203:6,16
204:4 210:14
223:25
226:14,16
246:7
people's
56:25 196:13
perceive
71:11
percent
241:18
perfect
146:25 182:9
period
18:21,23,25
20:4,6
21:12,15,17
26:19 29:13
30:1 32:24
33:4,5 37:11
40:21 58:16
62:18 68:10
70:11 80:1,
11 85:9,12,
13 100:20
112:19
145:22
151:24
176:21,22
177:17

178:20
179:2,5,7,9
184:23
185:10
195:12 198:8
243:6 246:8
**periods**
52:12
**perjury**
7:3 11:17
**permanent**
103:25
**permission**
84:9 85:2,17
203:6,18,22
224:12 244:6
**permit**
27:19 28:24
29:6,8,19,25
30:4,6,16,
18,22 31:2,
3,7 43:8,12,
17 82:7,14
99:3,11,15,
17,18 100:13
102:2 104:6
107:18
108:6,12
109:17,22
130:24
131:6,17
139:12,14,
20,22 144:14
145:24,25
146:4,12,19,
22 148:7,12,
16 149:4,5,
10,12,18
156:15
157:11,25
161:10,14,
17,20 162:2,
9 163:1,19
164:5 202:7,
22 203:2,17
224:10
236:16 244:5
249:4

**permits**
27:7 29:13,
21 84:17
158:5 245:19
**permitted**
107:8,11,24
108:8,9,11
**person**
7:1 13:14,16
57:19 59:3
60:10 108:17
113:17,18
133:4 145:7
172:16 200:2
226:2
**personal**
87:5 214:9
247:6
**personally**
46:6 71:6
100:1 123:23
126:7
**personnel**
74:9,12
76:15 107:8,
11 120:20
**persons**
80:15 244:20
**perspective**
41:15 91:12
134:1
**perspectives**
53:20 54:11
**pertains**
115:13
131:13
**pertinent**
230:4
**ph**
10:13
**phases**
107:23
**PHMSA**
232:14
**phone**
38:25 39:1,
23,25 40:2,3

58:12 84:25
97:25 98:3
100:1 102:17
106:15
123:10
**photos**
107:3
**phrase**
34:6 108:7
122:6,9
**phrased**
164:24
187:15
**physical**
58:1
**physically**
6:22 44:8
45:9
**pick**
5:9 84:25
193:24
241:16
**picked**
38:24 39:23
40:3
**piece**
27:14 203:3
223:7 248:21
**pieces**
36:25 52:14
116:21
**pile**
216:6,9,25
**piling**
219:23
**pipe**
236:10,13
**pipeline**
16:12 21:13
26:19 30:2
35:23,24
36:15 48:9
51:15 52:22,
23 53:1,10,
22 56:18
58:5 64:25
67:1 69:2

70:17,22
71:8 80:5
99:1 106:2
136:5,12
143:22
145:15,17
148:15
169:13,24
170:18
173:1,19
174:15 195:4
199:17,21
201:10
228:20
229:4,24
230:4,6,20,
25 232:1,21
233:2,3
235:8,16
236:3,8
238:9
239:15,25
242:5
**pipelines**
38:16 170:5
174:24
175:14
230:22
**pits**
37:1
**pits/waste**
107:3
**place**
5:6 30:19
69:23 109:3
134:11
157:15
210:13
213:20
215:17,18,20
236:13,17
**places**
17:23 247:9
**plains**
217:14
**plaintiff**
5:24 7:8
94:12

plan
    123:24 124:5
    211:1,20
    212:15,18
plane
    224:18
planning
    107:22 218:3
plans
    102:19
    103:2,3,8,
    12,13 118:8
    223:20
play
    174:18
    238:12
played
    11:13
player
    126:7
playing
    126:6
pleasantries
    212:21
please
    5:8 6:20 7:6
    8:14 9:8,14,
    19,25 10:15,
    22 17:20
    18:6 19:17,
    25 20:24
    25:8 28:19
    37:19 63:9
    86:15 88:7
    89:8,17,19,
    20 90:25
    94:1,6,7
    97:4,10,12
    102:10
    110:23,24
    112:9 116:20
    117:19
    118:25 119:5
    120:13,14
    124:3,18
    135:16,17,24
    136:7 140:4
    142:23 143:6

144:21,22,
23,24 148:2
153:15
155:12
167:14
171:3,23
175:25
184:14
185:22
186:14,15,16
191:4
196:18,21
197:12,16,19
207:14 211:6
219:10
221:21
237:12
242:19
pleased
    210:7
pledged
    35:6
plot
    76:11
plural
    22:23 59:16
    74:5 129:15
    131:9 159:8
    163:24 180:9
    199:4
PMP
    20:14
point
    22:9 47:24
    48:23 76:19
    102:1 106:6
    108:15
    109:13 110:3
    121:6 124:22
    126:21
    131:7,8
    132:20
    139:7,11
    143:14
    151:20
    173:6,11
    175:6 177:4,
    18 185:5

187:18 188:3
195:17 220:2
240:25 241:2
pointed
    66:13 125:24
pointing
    134:7
points
    42:2 143:22
    149:24
    150:8,20
    154:7,19
    165:13
    212:19,23
    217:12
    224:19
police
    199:23
policies
    25:5 26:15
    27:5,25
    28:13,14
    29:2,3,4
    30:6
policy
    201:2
polite
    129:5
political
    22:20 50:5,
    16 51:10
    55:17 74:23
    134:1
    141:18,24
    190:16
    241:21
Polk
    21:8
pollution
    37:5
Ponganis
    97:17,18
    100:6 141:3,
    10
poor
    158:2,5

pop
    151:2
Pope
    78:18,20
    79:1,21
population
    209:7
portion
    22:15 161:23
    184:18 185:3
    196:22 199:7
portions
    11:13 112:8
Portland
    23:9 51:3
    54:10 194:4
    213:9 222:20
posed
    9:25 94:13
    128:25
    134:15
    172:14
posited
    231:19
position
    21:16 23:3
    63:20 69:19
    79:8 92:10
    93:4 96:10
    102:18 103:2
    114:22
    125:5,23
    140:18
    184:7,9
    198:9 240:3
positions
    235:16
positive
    129:16
    187:13 223:7
possibility
    174:16
possible
    10:18 49:3
    51:4 58:4
    70:16 99:2
    156:20

Lieutenant General Scott Spellmon
April 22, 2022

168:11,12
208:9
**possibly**
110:8
**posted**
214:24
**potential**
107:20 124:3
161:17 203:3
217:18
229:23
233:11 245:4
248:4
**POTUS**
129:17
**practical**
180:11 181:6
**practices**
106:22
213:24
**prayer**
27:13,14
**prayerful**
159:9
**pre-command**
25:15
**pre-coordinated**
205:19
207:15
**precise**
81:7
**prefixes**
113:3
**prep**
124:15
**preparation**
14:14
**prepare**
12:21 56:13,
24 57:4,8
73:5
**prepared**
12:23 15:9
98:3 169:15
192:16
200:16 215:5

218:9
**preparing**
56:17
**presence**
5:11 57:3
65:15 77:23
**present**
6:22 40:8
50:25 59:22
60:9 61:10,
15 66:19
77:2 95:11
105:16
110:17,20
129:25
150:16 224:9
**presented**
33:21
**presents**
172:13
**president**
70:8,9 168:4
169:2,6,12,
18,21 170:12
171:12,17
172:9,18,22
173:4
174:13,18
183:13 188:4
215:14,21,
22,25 216:4
218:14
228:17
**President's**
171:20 174:6
175:10
**presidential**
70:5 198:3
**press**
146:6 154:20
155:1
156:18,20,22
157:3,23
158:10,11,14
164:24
165:4,13,17
167:8 227:25

**presumably**
240:3
**pretend**
125:1 126:22
**prevent**
199:13
**preventing**
12:1,4 30:23
**previous**
153:4 194:12
229:2,5
**previously**
99:12,21,22
104:22 155:9
201:4
229:10,11
**pri**
70:24
**pride**
173:7
**primarily**
23:6 39:15
44:10 53:11
68:4
**primary**
17:22 41:6
42:3 54:2
78:7 194:10
**principal**
23:1 133:14,
21
**prior**
7:24 19:2
29:5,19
30:19 43:3
68:19 69:21
87:4 91:2,6
92:2,6,18
93:11 95:1
98:11 105:2,
24 106:17
111:23
121:2,18
122:18 147:3
153:11,21
155:13,14
157:9 172:4

195:13
202:22
211:11 217:9
222:3
**priority**
40:24 41:1
59:9 72:9
134:8
**private**
5:9,10
51:21,24
52:3,9,24
53:2,4,6,11,
16 56:18
127:15
162:7,13,18
180:18
246:19
**privilege**
14:24 87:16
**pro**
36:14
**probably**
9:22 114:16
122:1 158:2,
5 217:9
**problem**
25:1 27:1
31:21 111:12
125:14
127:17
180:19 219:5
**procedures**
25:5
**Proceed**
7:21
**proceeding**
5:22 6:3
12:15
**proceedings**
6:13
**process**
29:6,7 30:6,
8,12 101:3
107:18
139:23
145:18,24

164:9 189:23
201:12
238:21
243:25
**prod**
133:7
**produced**
88:23,24
96:23 112:4
119:3 132:4
142:25
143:12
152:12
170:24 171:1
225:10
**product**
87:16
**production**
111:5 225:12
**professional**
20:12,14,17
23:14 189:7
**program**
22:18 70:25
71:1
**programs**
97:18
**project**
20:13 23:18
25:5 27:9
30:11 37:4
76:14 82:19,
22 85:15
95:10
145:14,15,20
195:3 199:21
**projects**
13:3 23:18,
21,23 24:1,
3,6,18
145:19
**promote**
89:22
**propane**
36:24
**proper**
8:20

**properly**
174:20
**properties**
56:17 95:9
138:18
177:23 209:5
**property**
30:22,24
37:22 40:20
44:17,18,25
45:3,18
46:3,7,13
47:1 48:8
52:20 53:2,
3,4,7,15,18
55:21 56:5,
12,14,17,18,
23,25 57:3,
4,8 59:13
63:1,8,10,
11,19 64:14,
20,22 65:6,
24 66:12,15,
20 72:13,24
73:4,5,6,7,
10 74:1,10,
15,25 80:14,
24 81:2
82:7,9,14
83:8,13,15,
24,25 84:8,
16 85:1
104:1
107:15,16
108:19
110:2,3,6
115:5 116:1,
10 120:20
121:4 127:9,
10,15,19,24
129:23
130:1,3,13
131:10,11,14
136:17
150:10,16
151:13,19,23
160:20 161:4
162:7,13,18

163:18
179:23
180:10,12,
18,22 181:3,
20 182:18
195:8 199:8
202:17
203:6,16
204:18
209:1,19
210:15
223:13 224:1
226:15
243:11
244:10,13,21
246:7,9,10,
16,19,20,24
**proposed**
119:9,16
164:19
**prosecute**
55:20
**prosecuted**
56:4
**prosecution**
200:4
**protect**
30:22 42:10
52:4 199:10
233:23
**protecting**
40:25
**protection**
24:12 233:14
**protest**
26:18 29:5
32:10 36:14
42:9,11
43:20 44:23
46:3 47:1
52:11 59:12
62:15,22
63:14,25
65:9,12
66:12 68:2
70:11 74:5,
10 75:18,21
76:12 80:1,6

84:11 85:9,
11 106:22
114:4 129:20
130:3 133:20
136:5,12
137:8 150:9,
16 159:9
161:4 178:11
179:19
182:5,10
194:23
195:6,14,23
199:21 201:9
202:10
204:7,19
209:18
210:15 220:9
226:18
**protesters**
21:12 38:15
40:8,19
42:8,14,19
44:5,13
52:16,17
54:6,7,9
55:20 56:11
57:7 62:23
63:6,18 64:9
66:7 71:7
72:12 73:4,
17 74:15
76:3 80:4,
10,24 81:2
95:8,11
103:24
114:17 121:9
151:8 160:8
179:10 180:4
199:12,17
208:25 209:4
238:24
244:1,10
245:17 247:8
248:13,18
249:2
**protesting**
48:9

Lieutenant General Scott Spellmon
April 22, 2022

protestor
  54:4
protestors'
  238:15
protests
  16:11 30:2
  32:12 36:17
  37:22 40:7
  70:22 71:7,
  16 73:5,9
  77:10 106:2
  115:5,14,16
  150:25
  151:2,11,14,
  19,21 153:22
  194:5,24
  195:8 196:1,
  12 201:21
  205:12
  243:11,18,21
  246:18
protocol
  33:22 95:20
  96:3,5,6,8
  200:18
proved
  159:9
provide
  11:22 24:12
  78:9 101:4
  119:7 120:9
  136:24
  177:21 178:8
  198:25
  238:12
  246:14
provided
  60:23 61:1
  74:23 75:6
  77:11 88:13
  100:19
  110:22
  125:15
  140:15
  167:17
  172:16,17
  175:11 182:7
  189:13 203:9

212:19
214:12
provides
  145:9
providing
  12:1 106:19
  172:8 208:11
public
  30:11 40:25
  41:23 42:5,7
  57:5 59:8
  71:15,25
  72:2,5
  75:20,23
  76:10 85:6
  91:3,6
  105:5,6
  144:4,15
  145:22
  146:10 147:9
  148:8 149:25
  150:7 159:25
  160:8,16
  166:5 178:8
  194:11
  195:2,6,17,
  24 196:5
  199:4,8,11,
  17 201:21
  206:21 209:6
  215:9 245:2
  246:3
public's
  13:1
publication
  93:12 95:1
publicly
  134:21
published
  147:16,17
  193:16,21
Purple
  19:20
purported
  172:6
purportedly
  172:22
  174:7,17

purpose
  5:12 30:21
  31:1,7 43:2,
  11,13 45:22
  68:24 154:14
  201:12
  203:24
  209:19
  215:10
purposely
  9:18
purposes
  24:6 70:7
  72:25 85:10
  154:15
pursuant
  7:24
pursue
  232:20
push
  125:15
  132:23
pushback
  210:4,25
pushed
  66:5,9
pushing
  76:1
put
  76:19 88:14
  110:23
  119:23
  142:23 166:6
  181:4 189:10
  221:21
puts
  140:17
putting
  125:17 147:3
  168:10
  202:25 215:9

_____

Q

quarterly
  71:3

question
  9:19,20,24
  10:4,5,21
  17:21 21:12
  24:16 28:8,
  10 39:17,18
  43:24 56:2,
  8,20 57:13
  58:25 62:10
  65:20 73:9
  81:10,14,21
  82:1 85:18
  92:21 93:3,
  6,10,16,21
  94:13,17,23
  100:2 109:10
  116:11
  120:21
  126:19
  127:3,4
  128:22 131:4
  134:4 138:20
  139:19
  141:22,25
  146:14
  153:17
  157:12 165:5
  168:1
  172:13,19
  177:13
  181:5,14
  182:24 184:3
  198:14 204:2
  209:9 222:16
  240:12
  243:12
questioning
  196:6 248:6,
  8
questions
  9:16 11:2
  17:14 23:17
  25:4 28:16
  32:8,9 33:7
  34:16 35:11
  36:3,6 98:1,
  3,11 125:20
  126:15,23

128:8,25
129:1 134:15
135:3,10
145:18
172:16
187:20,23
188:10,16,23
189:6,12,24
190:7,9
205:13 207:5
220:13,14
227:11
230:15,16,19
231:19,23
239:11,12
242:3 243:7
247:19 249:7

**quickly**
80:13 153:8
242:17

**quiet**
69:10 86:18
177:9

**quote**
170:12
171:14,19
174:12
209:17

**quotes**
137:1 238:4

**quoting**
130:17

---

**R**

---

**Rachel**
89:24 97:8
102:9 110:23
111:4 142:23
147:1 221:21

**radar**
133:15

**raise**
7:12 132:20
184:17 232:2

**raised**
27:20 28:15

175:19 207:6
231:16 233:7
239:16
244:16

**raising**
28:17,18

**rally**
124:15

**ran**
193:25 208:3

**rancher**
83:23 84:3

**ranchers**
56:19

**rang**
157:1

**range**
82:12 171:5

**rangers**
84:17

**Rapid**
232:25

**rationale**
158:23,24
159:7 161:10
162:8

**rattling**
171:4

**Rausche**
191:21,22

**Rauschenberge
r**
192:1,3
193:2 194:22

**re-purchase**
109:1

**reach**
77:2 233:5,
17

**reached**
33:13 41:9
115:10
173:11
240:24

**reaching**
49:5

**reaction**
40:9 69:8
209:20

**read**
12:22 16:21,
23 17:10,12
89:8,21,23
90:4 97:4
99:13,25
100:2
102:11,13
104:3 108:9,
10 112:6,18
113:19
114:18
120:13,15
128:12,13,14
133:23
135:24
136:1,7
143:6,10
146:20 147:4
150:14
152:15 153:7
154:3,4
156:21 165:4
170:12 174:4
177:6,10,12
186:15
187:15
197:10,22
200:6 204:7,
8,9 206:23,
25 211:15
229:18
237:6,14
238:6

**reading**
97:13 116:9
138:12 145:3
186:18
206:23

**reads**
105:19 117:3
134:9 157:7
171:14 173:4
200:8

**ready**
7:20 123:23
238:12
240:19

**real**
26:20 54:5
125:25
210:22

**realistic**
218:23

**reality**
246:6,25

**realizing**
92:12

**reason**
36:20 56:2,8
81:22 116:6,
12 120:4
152:17
164:24
166:17
168:13 169:3
171:2 172:3
240:20

**reasonable**
110:14
238:21

**reasoning**
159:1

**rebuff**
233:18

**recall**
13:22 25:11,
21 26:12,16
27:3,12 29:4
30:3 32:23
33:5 34:4,
19,21 35:5,
16 36:13,23
38:14,20,23
40:1,11,12,
22 41:9,20
43:18 44:7
45:2,5,6,11,
24 46:1,20,
24 47:7
49:1,4,22,24
50:7,18,21

51:12 52:2,
5,6,20
53:12,25
55:4,9,14,16
57:22 58:8,
16 59:22,25
60:8,12
61:9,13,14
62:11,12
63:23 64:4
66:16 68:7,
11,21 69:8
70:1,20
71:13,17
72:11,15
73:8 75:7
77:7 78:13,
16,17,22
80:14 85:13
91:22,25
92:4 95:17
97:22,24
98:1,8,10
118:13
121:9,16
128:16
131:16,18
139:22
146:18
147:5,20
150:24 153:2
154:1,21
155:8 156:5,
10 157:9
159:10,12,17
166:16
167:9,23
168:1 183:25
184:10
185:25 186:1
193:23,25
198:17,19
202:2,8
206:1,5
210:10
211:22,25
212:1 215:11
216:4,16
218:8,12

219:16,18,19
223:16
225:4,7,14,
15 226:25
227:1,12
230:11
233:20
243:8,14,23
**recalling**
12:4
**receipt**
153:19
**receive**
19:22 48:24
49:18 51:11,
15 53:21
54:24 190:6
**received**
19:14,20
33:6 48:1,19
49:6,11
53:20 78:10
97:1 106:21
113:7 135:3
152:23 161:6
187:20,22
212:7 216:5
229:4 233:18
**receiving**
48:15 51:12
78:7,13
**recent**
148:17 149:6
**recentered**
153:16
**recess**
32:3 67:17
88:6 94:4
142:16 191:7
**recipient**
138:7,23
**recipients**
211:16 237:8
**reckless**
160:11
**recognize**
137:7 238:18

**recollect**
160:11
**recollection**
32:25 34:24
36:8 38:18
39:1 42:16,
18 50:1,19
58:11 78:24
80:7 92:7
97:24 99:5
100:25 103:7
108:4 120:1
121:22
193:1,12
195:17
203:12 210:5
**recommendatio
ns**
75:25
**recommended**
244:16
**reconsider**
134:23 189:4
229:1
**reconsiderati
on**
189:23
231:20
**record**
5:4,7 6:12,
13 7:7 8:15
10:24 17:24
31:25 32:2,4
36:8 67:11,
16,19 87:24
88:5,8,11
92:25 93:25
94:2,5,8,9
104:23
111:11,15,18
142:15,17,22
155:10
169:15
191:6,8
195:15
241:17,25
242:22,25
243:1,2,6

249:14
**recorded**
5:22
**recording**
5:5,13
**records**
225:10
**recounting**
233:17
**recoup**
106:5
**Recovery**
70:25
**recreation**
23:22,24
25:20
**recreational**
24:2
**recurring**
39:11 40:2
**reduce**
201:20
229:25
233:12
**refer**
8:9,20 28:14
45:19 248:11
**reference**
99:22 100:12
117:23 122:6
131:9 143:24
150:9,15
159:15 161:1
176:23
215:21
229:12
**referenced**
69:13 108:5
167:25
188:9,24
198:20
227:24
240:16
**references**
102:20 136:3
145:9

Lieutenant General Scott Spellmon
April 22, 2022

referencing
98:18 121:2
151:12,22
172:2 200:17
referred
15:12 33:16
244:1
referring
24:2 33:3,
16,18 36:5
51:25 60:5
64:22 66:14
68:16 70:4,8
71:25 72:2,
4,21 75:10,
13 90:18
98:21,24,25
99:2,5
102:5,7,24
103:3,8
107:23 109:7
115:8 123:6,
7 129:22,24
134:11
135:11 154:9
157:4
158:23,25
159:23,24
160:13,18
161:14 162:3
163:25
164:15
165:10
177:17
178:14,16
185:8,25
186:4 205:6,
20,21 206:8
207:11,25
213:2,3
215:15
225:22
239:2,5
245:7
refers
107:12
116:10
167:24

refining
236:15
reflect
212:19
refresh
15:9,22
202:4 206:17
regain
114:17
regard
37:21 105:22
119:15 127:1
regarding
25:22 26:15
27:5 28:13
32:9 90:8
97:21 113:20
128:23
228:24 229:2
232:19 238:9
239:7
regimen
19:8
region
23:5 65:4
74:17,18
141:15
162:13,19
163:2
regional
29:11 150:23
151:4 195:1
regulates
230:22
regulations
13:1 26:14
27:4 28:12
29:3 84:19
246:2
reimbursement
104:11
106:13
reinforce
215:14
reinforcing
183:12
216:17

reiterated
59:7
reiterating
103:24
rejected
218:1
related
6:8 106:1
135:6 153:5,
21 170:25
194:2,3
221:1
relating
12:5
relation
220:11
relations
116:25
117:5,20,24
relationship
158:16
213:23
220:18 221:3
release
90:4,13
91:3,6,11
92:3,5,13,18
93:8,11
94:21 95:1,
18 96:10
98:16 146:3,
5,6 154:21
155:1
156:19,21,22
157:3,23
158:10,11,14
164:24
165:4,13,17
167:8 225:2,
4
released
157:3 225:16
relevance
162:20
relevant
21:12

relief
125:15
relocate
233:3
rely
209:7
relying
10:20
remain
104:3
215:17,20
223:13 249:3
remained
181:20
244:14
remaining
39:20 40:20
243:6
remains
94:18,23
238:14 241:8
remarks
175:10
remedy
84:4
remember
26:20 27:15
33:8 35:17
40:3,15
45:23 46:15,
19 55:7
58:21 61:24
79:23 80:25
109:9 128:12
135:1 138:13
149:9 156:7
159:18 178:3
181:22
187:21
188:14,23
189:11
194:20
206:4,15
209:20
210:3,6,24
211:22 217:3
225:16
234:19,20,25

Lieutenant General Scott Spellmon
April 22, 2022

235:2,19
239:9
240:17,20
245:2 248:6
**remind**
226:7
**remote**
5:11,21 6:13
**remotely**
5:1 6:4,24
13:14 84:12
**remove**
5:15 59:11
62:21 63:25
64:13 66:7
157:15
**removing**
83:5
**renew**
146:22
148:11
157:10,13,
19,24 163:1
**renewed**
144:14 148:7
**renewing**
162:2
**repeat**
9:25 28:10
41:22 65:19
131:4 134:4
153:17
177:12
243:12
**repeated**
46:21
**rephrase**
10:1 28:9
56:21
**replied**
100:5 122:11
**replies**
117:14
176:10
**reply**
100:7 117:18
185:20,21

197:20 212:5
213:6
**report**
21:16,21
22:14 39:2
78:5,13
98:22
113:14,24
120:12,24
130:25
189:16 200:9
**reported**
5:1 21:18,22
23:4 48:22
136:15 234:8
**reporter**
6:10,12,20
7:12,21 9:1,
12 16:4
227:13
**reporting**
6:23 7:6
48:2,19
71:21 105:23
106:25
110:18 161:6
162:17
**reports**
48:1,25 49:6
51:11,12,15
78:3 106:4
107:2 160:15
162:18
186:24
190:5,6
217:13
224:19
**represent**
8:8 176:24
**representation**
236:3
**representative**
70:14 71:3
78:10,14
136:23
146:10

**representatives**
54:5 76:14
77:18
211:23,24
212:14
**representing**
183:18
209:14
**represents**
96:10
**Republican**
136:23
**request**
27:13 104:20
124:24
183:5,10,15
214:23
215:1,13,14,
21 216:3,5,
6,7,8,10,13,
16,22,24
217:1,8,12
218:10,15,
16,21 220:1,
20,24 221:6,
9 225:20
226:7,22
245:1,14
248:4
**requested**
104:1
183:13,14
**requests**
38:7 62:12
187:10 188:4
245:6,7,8
**require**
202:21
219:17
**required**
30:8 187:23
203:2
**requirement**
215:8
**requirements**
109:16
229:6,11

230:17 233:4
236:15
**reroute**
169:24
170:5,17
173:19
174:14
175:14
**rerouting**
169:13
174:24
**research**
15:5,7 87:5
**resemble**
151:12
**reservation**
73:18 107:21
119:10,16,25
120:20
121:5,14,16
127:24
164:20
177:23
179:20
181:25
182:20
**reservoir**
62:25
**reside**
60:20
**residence**
17:22
**residents**
120:25
121:11,20
238:24
**resides**
22:20 134:12
**resolve**
85:5,7
173:8,10
**resolved**
174:20
**resolving**
82:24
**resource**
23:23 24:1,

18

**resources**
125:18
127:11
180:15,16
182:12
210:23
218:24
225:21
238:12

**respect**
25:3,4,24
26:10 30:5
32:9,12 36:6
71:4 74:14,
24 77:10
80:10 85:15
86:5 87:11
94:17 96:9
128:15
141:22
145:18
146:24 147:2
149:2 153:3
174:24
188:24
195:15 229:7
241:17

**respectful**
247:13

**respectfully**
170:15

**respective**
8:20 67:6

**Respite**
111:17

**respond**
93:4 135:10
152:18
192:23
214:12
216:12
230:10

**responded**
100:4 126:10
213:19
239:15

**responding**
126:20 128:7
132:14
146:11,13
205:17
224:16

**responds**
114:7 117:14
126:16
132:19 133:8
185:4 222:22
223:5

**response**
34:19 39:21
81:19 98:11
109:12
113:23 117:9
120:16
126:13 127:5
132:6,9
133:23
134:14,19
139:19
140:16 141:1
172:15
182:13
197:17
199:24 212:2
216:5
222:11,16
230:1 233:13
246:17

**responses**
9:6 86:10
98:2 126:15
151:18
187:19
188:11

**responsibilit
ies**
32:17 37:23
124:11
195:3,5
206:4 208:7
215:7 226:12
245:3 246:21

**responsibilit
y**
115:4,6,19,
23 137:8
233:5

**responsible**
24:22 48:4

**rest**
156:14 200:6
241:6

**restate**
116:11

**restoration**
246:15

**result**
16:10 27:24
246:11

**resulted**
243:10,17

**results**
231:1

**resume**
94:13 122:13
191:3

**retire**
240:19

**return**
178:9

**review**
14:17,21
15:16 25:18
28:1,20,22
29:2 43:16
89:17 99:12
104:6 129:18
153:12
193:19
228:24
229:3,9
231:21

**reviewed**
12:25 14:13
15:20 87:4,
7,9,18,21
132:3 153:21
175:10
231:2,24

**reviewing**
15:7 29:4
113:20

**revisiting**
190:14

**revoke**
156:15
157:13,14,25
163:3,5

**revoking**
161:10 162:8

**revolves**
82:15

**reward**
136:19

**right**
7:13 16:2
17:13 20:11
21:11 31:13
37:16 38:5
39:6 40:25
41:14 46:2
60:8 61:19
70:9,11
71:20 74:16
75:24 76:22
77:8 80:1
82:15 84:18
85:4 87:25
88:21 89:24
95:6 96:20
97:14,20
99:8 101:9
103:21
104:25
108:13
109:24
111:16
116:19
118:11
120:7,21
121:6 122:25
123:2 135:15
137:8 143:15
147:23 152:1
153:7,10
155:7 157:5,
8 159:7

Lieutenant General Scott Spellmon
April 22, 2022

163:4 167:13
169:23
170:22
173:5,17,22
176:2 178:6
179:16,17
182:8,24
183:12 191:3
197:15,18,19
198:9 211:5
214:2,18
219:20,23
224:15 227:2
234:8 235:6
238:16
240:25
247:11
248:12

**rights**
42:10 233:15

**ring**
101:12
118:10

**risk**
37:3 82:18
127:14
138:2,8
139:2 159:22
160:3 201:20
229:25
233:12

**risks**
201:15

**Rita**
116:22
117:18

**river**
23:7 36:19,
21,22 43:10
44:17,19,24
45:4,12,14
46:4 47:1,9,
16 58:3
64:24 70:19,
25 71:2
72:22 83:23
84:15 85:24
99:19 108:19

109:5 139:13
146:20
161:12,24
162:10 164:1
199:8,20
200:3 201:9,
19,24 204:3
208:24
210:12
214:21
215:3,7
223:13 224:1
229:24
236:14

**road**
46:7,13,16,
23 47:2

**roads**
43:19 46:20
47:7 57:5
159:25

**robust**
232:22

**Rock**
27:8,10 41:7
43:14 44:14
53:24 67:24
70:15,21
71:2 72:13
90:9 99:16
100:15
101:1,14
107:21
114:15,23
115:4 119:25
121:4,13
130:23
144:13
146:1,12
148:7,11,14
156:15
161:13
177:23
179:20
182:20 202:6
226:3,4
229:15,22

**Rock's**
101:4

**role**
32:9,11
67:24 68:2
166:21
198:21
238:13

**roles**
195:3,4

**rolling**
243:24

**Ron**
191:22

**room**
6:23 10:8,24
62:6 77:15
121:10 171:4

**rooms**
73:19

**Rostberg**
112:13,15
113:6,24

**Rostberg's**
113:13

**route**
46:16,18,20
47:4 53:1
213:8 222:20

**Routinely**
78:12

**rrausche@nd.
gov**
191:16

**rule**
173:13

**rules**
8:24 13:1
14:15 25:4
107:5 199:22
202:18,21
203:14
245:20

**ruling**
98:15

**run**
22:18

**runs**
13:7

**rupture**
229:25
233:13

**rush**
128:15

**RVS**
110:10

---

**S**

---

**sacred**
173:14

**saddle**
136:16

**safe**
84:18 148:19
149:7 213:10
214:13
222:22
226:16

**safely**
67:1 182:1
226:14,21
248:13

**safety**
35:23 40:25
41:23 42:5,7
59:8 71:14,
25 72:1,2,5,
10 75:21,23
76:9,10 85:6
135:6 144:15
148:8 159:22
160:3 178:8
228:20
230:21
232:21 233:2
238:23 245:2
246:3

**Sally**
137:4

**sandy**
107:5

**sat**
133:4 189:9

**satisfied**
  132:18 133:7
**Saturday**
  213:7
**saying**
  9:12 26:10
  39:23 43:4,
  13 65:15,22
  83:9 99:10
  100:21
  102:16
  108:22
  118:11
  126:14
  131:9,15
  132:11 133:5
  134:13
  158:12
  165:24 174:6
  181:8 183:21
  184:4 185:4
  187:6 189:7
  190:12
  208:15,21
  209:23 221:2
  223:5 228:25
  232:1 234:8
  239:13
**says**
  97:21 98:14,
  23 100:10,17
  101:17 103:1
  105:20 106:3
  108:16 114:3
  116:25
  117:18 119:7
  123:4,23
  124:8,9
  132:15 134:9
  137:3,7,18
  143:24
  144:13
  145:13,16
  146:3,25
  149:3 157:24
  158:23
  159:15,21
  160:10 164:8

  167:18
  168:23
  169:11,12,
  14,22 172:20
  173:8,16
  174:17
  177:15 187:3
  192:12 193:9
  199:5 201:6,
  22 202:9,16
  204:2 211:16
  212:4,7
  214:13
  227:23
  228:23
  229:13
  232:18,24
  237:25 238:8
  239:1
**scale**
  151:15
**scenario**
  78:16
**scheduled**
  14:7 123:8
  187:1 196:1
  214:21
  215:10
**scheduling**
  79:5
**schools**
  160:17
**science**
  18:8,10
**scientists**
  190:9
**scope**
  37:20,23
  66:19 118:5
  151:13
**Scott**
  5:23 7:15,23
  8:16 99:10
  102:16 119:7
  124:8,9
  132:11
  213:10
  219:14

  249:13
**Scott/ed**
  132:16
**Scratch**
  130:9
**screen**
  5:19 88:14
  89:13 90:3
  94:18 105:3
  110:23
  111:22
  143:20 147:3
  148:1 184:19
**screens**
  5:14
**scroll**
  89:20 97:10,
  11 120:14
  128:6 143:9
  144:20,21,
  22,23,24
  149:22
  153:15
  186:14,16
  193:17
  197:14,16,
  17,19 200:10
  237:12
**scrolling**
  122:23
  193:19
**Seattle**
  23:9
**Seby**
  6:15 7:8,9,
  20,22 8:4,6
  15:1 28:6
  29:1 31:12,
  19,24 32:6
  43:23 46:10
  56:1,10
  57:12 67:3,
  9,13 75:24
  81:5,18 82:2
  86:20 87:19,
  24 88:2,3,9,
  20 89:23
  92:20,25

  93:5,9,13,25
  94:5,9,12,16
  96:19 99:25
  102:25
  103:5,11
  104:24 108:2
  109:19
  110:25
  111:3,8,10,
  13,16,20
  112:3 115:2,
  24 116:11,18
  118:4,23
  128:2 130:16
  131:23
  134:6,25
  138:11
  140:3,5,8,13
  142:6,10,13,
  21 144:25
  146:18
  147:20 149:1
  150:13,24
  152:7 153:6
  155:1,11
  165:6 166:3
  167:12
  170:21
  171:24 174:2
  175:24 177:6
  184:13
  186:18
  187:17
  188:14
  191:1,3,13
  193:1 196:17
  197:22
  198:13
  204:22 211:4
  214:7 219:9
  223:24 227:5
  232:8 236:22
  240:12,23
  242:17,21
  243:4 244:25
  245:24
  247:18
  249:7,8

sec
  189:9
second
  73:14 87:3
  93:21 98:22
  106:18
  110:24
  111:2,9
  130:19
  143:8,9
  144:12
  146:24
  159:21
  177:14
  198:15 199:3
  206:12
  207:10 217:4
  218:16
  226:22
  232:12,14
  241:7
second-
guessing
  190:14
secretary
  22:20,25
  35:22 68:25
  69:12,13,15,
  18 91:13,18
  99:23 122:21
  123:4 129:1
  133:6 134:15
  137:4 168:18
  175:4 189:9
  197:4,5
  198:22 200:9
  204:25
  205:17
  207:2,21
  211:12,13
  213:19
  218:10 221:5
  222:2,5,11
  228:14
  235:23
  237:17
  241:21

secretary's
  33:7 34:17,
  23 35:11
  129:6 187:21
  188:20
  195:20 201:4
  220:6 242:10
section
  35:19 145:24
  206:20
  221:13
security
  18:12 51:21,
  25 52:4,9
  53:16,23
  125:18
  246:14
security/
police
  127:11
see
  46:12 47:17
  52:19 73:11,
  13 89:15
  90:10 106:6
  112:11
  117:14,15
  118:12
  122:22 123:3
  124:2 132:8,
  19 133:8
  137:19
  143:19
  150:15 164:6
  171:22,24
  175:2 185:17
  186:6 200:10
  203:13
  206:15
  211:19 221:9
  230:24
  242:13
seeing
  27:7 46:19,
  24 101:11
  105:16
  133:20
  150:25 151:2

  155:8 192:18
  218:8
  225:14,15
seek
  106:13 136:4
  233:11
seeking
  16:19 17:6
  203:17
seeks
  16:10
sees
  114:17
segment
  236:10
segments
  52:22
Segovia
  117:21
sell
  108:24
Semonite
  21:19,20
  22:1 38:11
  92:14,15,18
  93:6,11,17
  94:22,25
  95:4 120:10
  122:20
  123:8,15,18,
  20 124:20
  126:8,11,14
  128:17
  132:7,11
  133:12,17,25
  135:11,19
  137:5 138:14
  140:21
  155:21 156:1
  162:1,17
  168:21
  183:6,16
  190:20
  196:24
  197:7,25
  211:13
  216:7,23,25
  217:20

  219:13
  234:23 235:1
  237:18 244:1
  245:8
Semonite's
  126:16,19
  127:5 138:25
  141:9
Sen
  129:17
senator
  41:2 48:12
  60:1,5 61:23
  62:13,14,18
  63:6,13
  119:11
  120:10 123:8
  124:1
  125:14,20
  127:8,21
  128:4,22
  136:23
  185:18
  186:25 187:5
  207:16
  208:2,13
  234:15,16,20
Senators
  185:16
send
  38:4,7
  104:16
  150:22 190:5
  217:7 225:1
sender
  237:7
sending
  112:19
  135:23 187:8
  216:16
sends
  113:13,18,23
  211:14
senior
  141:10,13,20
  190:18
  218:4,12

sense
  190:21
  241:12,14
sensitive
  5:8 17:23
sentence
  99:20 100:17
  101:16 107:9
  130:19 149:2
  158:11,17
  164:15
  173:17,20
  201:6 240:17
separate
  13:10 132:4
  140:17,18
  152:11
  179:12
  181:16
  184:17 207:4
  210:14
  214:11
  221:7,10
separately
  122:1
separation
  179:10
  182:17
September
  90:5 92:12,
  13 95:7
  98:18,20
  100:10
  102:5,21
  103:14
  105:13,20
  109:25
  112:16,20
  114:10,21
  116:1,8,14
  130:8 134:20
  143:24
  144:12 150:7
  151:17
  228:25 229:5
  231:21
September's
  92:12

sequence
  232:10
series
  35:10
serious
  199:13
seriously
  233:4
serve
  24:6
served
  18:20,22,23,
  25 19:5,10,
  11 29:9 30:9
  79:24 158:3
  203:25
service
  19:2,4,15,23
  20:5 27:13,
  14 93:17
  117:1,5,21
  141:21
  241:17
services
  119:23 182:1
  209:6
serving
  26:3 79:16
  220:22
session
  13:12,13
  25:17 26:11
  86:23,24
  184:1
set
  36:3 44:24
  64:11 84:8
  95:3 121:25
  148:16
  149:4,5,12
  151:5 163:7,
  11 188:15
  203:1 208:19
  226:20
  245:18
  248:19
sets

  121:23 242:3
setting
  5:15 14:22
  195:14 201:2
  210:13
seven
  80:12
several
  12:22 17:1
  19:21 33:7
  42:22 45:6
  47:4 51:19
  52:14,22
  54:10 59:5
  62:1 63:22
  83:22 84:22,
  23 87:9
  88:13 98:1
  101:20
  127:23 129:9
  151:14
  156:7,11,13
  159:11,14
  174:19
  177:19
  180:13,23
  181:9 194:12
  207:5 217:9
  240:6
several-week
  216:10
share
  62:17 67:5,7
  77:4 91:20
  148:22,24
  157:17
  165:14 220:7
  227:7
shared
  34:10 41:15,
  18,20 63:12
  64:7,9
  71:16,24
  72:8 73:15
  75:24 76:1,5
  78:15 87:5
  95:19 101:9
  115:6 127:7

  128:3,4
  129:9,13
  133:17
  159:4,6
  188:8 190:22
  194:6 207:2,
  17 210:3
  234:2,12,16
  240:18
  241:23
sharing
  74:19 195:18
  214:1
she'll
  240:3
sheriff
  39:13 41:5
  50:9,12,13,
  20,24 51:5
  66:5 84:25
  89:2 112:22
  125:12
  138:15 183:3
  212:9
sheriffs
  207:4
sherriffs
  137:24
shoot
  176:4
shop
  84:8
short
  9:23 31:15,
  17 32:3,7
  47:21 67:6,
  17,22 94:4,
  10 112:8
  116:20
  120:18
  142:16,23
  190:24
  191:14
  222:11
  227:14 243:6
shortly
  193:22
  194:21

shot
  136:13
show
  85:16 169:20
  223:18
showed
  54:17 194:15
  202:12
  226:23
  235:13
showing
  83:12 147:3
  194:25
shown
  227:1
shows
  31:8
shut
  52:12
sic
  24:14 79:8
  104:17 124:1
  137:24 171:8
  185:15
  191:21
  202:18
  238:16
  248:10
side
  19:7 43:9
  45:11,13
  46:24,25
  47:9,16
  62:24 65:2
  78:5 125:6
  139:15
  161:11,15,
  18,20 162:3,
  9 164:1
  178:11,12,13
  208:24
  210:12
sides
  182:5
sight
  227:9
sign

113:21
signature
  112:11
signed
  36:9 228:19
significant
  23:12 24:14
  100:18
  120:19 210:6
signing
  226:22
silence
  66:13
similar
  62:10 65:9,
  11,12 71:14
  85:23 113:3
  203:13 216:6
simple
  152:25
simply
  218:24
sincere
  247:4
singular
  163:24,25
  176:6
Sioux
  27:8,10 41:8
  43:14 44:14
  53:24 67:24
  70:15,21
  72:14 90:9
  99:16 100:15
  114:15,23
  115:4 121:14
  144:13
  146:1,12
  148:7,11,14
  156:16
  161:13
  177:23 202:6
  226:3,4
  229:8,13,22
sir
  7:12 8:17,20
  9:14,17

10:3,8 11:2,
12 12:7,17
13:23 16:2
17:14,15,18,
25 18:6,14
19:2,14
20:11 21:15
22:9 23:4
24:5 25:8
28:7,10 29:9
31:13,17
32:11 36:13
38:20 43:24
45:19 46:9
47:10 49:9
54:22 56:16,
20 57:19
59:25 60:8,
16 61:9,22
66:17 67:5,
7,13 68:1,16
69:6,20
70:16 74:6
75:2,12
77:20 80:14
81:10,19
83:17 85:13
86:3,8,14
88:3,21
89:17 91:5
92:10,21
93:15,16,22,
23 94:24
95:6 96:20
97:4,7,13,
16,21 98:8,
25 99:5
100:10 101:8
103:6 108:3,
14 109:20
112:7 115:20
120:12,18
124:9
126:14,18
128:11
130:17 133:4
138:22
140:12
142:5,8

143:11
144:16 145:2
147:7 153:17
154:11
155:2,20,25
166:8 170:1
176:8,12
177:12
182:14 185:4
186:15,19
188:14
190:24
191:15
192:2,7
194:9
197:11,23
204:23
205:18
209:24 213:7
214:14
219:3,4
227:17
229:20
230:14 232:9
237:11,14
243:8 244:4
245:25
247:11,14,17
249:9
sit
  124:5 133:4
site
  44:20 159:25
sites
  52:12,19
  101:18
  107:21
  164:19
situation
  84:4 116:3
  124:1 133:16
  161:22
  182:12 185:2
  218:23
  238:11
situational
  238:1

situations
  84:7
six-and-a-
half
  18:17
six-part
  119:4
size
  66:24 151:12
skeptical
  187:7,8,10
  188:7
skepticism
  187:15 188:1
skim
  112:18
skip
  125:3 127:2
sleeping
  42:19
slowly
  132:20
small
  63:23 65:3
  66:17 194:25
smaller
  64:19 127:18
  151:22
Snake
  83:22
snow
  217:14,17
socialization
  225:1
Society
  20:21
soil
  107:5
soldiers
  223:19
sole
  194:8
solely
  73:22
solid
  107:4

solution
  124:4 126:7
  233:3
somebody's
  66:15
sort
  83:14
sought
  100:15 202:6
sound
  10:2 142:10
sounds
  142:9 157:6
  191:2 207:4
source
  188:17
  190:14
south
  36:19,21
  37:6 42:25
  43:3,9
  44:17,18,24
  45:3,11
  46:3,25 47:6
  74:1 86:1
  99:19 107:17
  108:5 109:22
  131:17
  138:18
  139:6,12,21
  146:20
  161:11,15,
  23,24 162:3,
  9,15 164:1
  177:22
  199:19
  201:8,19,24
  204:3 208:24
  212:25
  226:15
  232:25
  248:15
southern
  124:15
  210:12
speak
  13:23 53:9
  59:6 70:13

  118:20
speaker
  5:14
speaking
  55:4,7 70:20
  90:18 133:4
  166:21
  180:15
spear
  125:25
special
  8:7 27:7,19
  28:24 29:6,
  8,13,19,21,
  25 30:4,5,
  16,18,21
  31:2,7 43:8,
  12 99:3,11,
  15,17,18
  100:13 102:2
  104:6 107:18
  108:6
  109:16,22
  130:23
  131:6,17
  133:7
  139:12,20
  145:25
  146:4,11,19
  148:12
  149:18
  156:15
  157:11 158:5
  161:10,14,
  17,19 162:2,
  8 163:1,19
  164:5 202:7,
  21 203:2,17
  224:9 239:14
  244:5 249:3
Species
  71:2 215:6
specific
  24:19 25:11,
  22 26:10,12
  45:21 46:9
  71:9 74:6
  76:17 103:13

  128:7 145:16
  156:8 201:25
  206:1 210:25
specifically
  65:8 110:15
  121:7 139:3
  150:21
  156:10
  158:21 166:9
  167:7 189:18
  206:6 209:20
  216:14
  248:21
specificity
  210:10
specifics
  98:7 102:19
  103:2 225:7
speculate
  165:8
speculation
  96:14 102:23
  150:12 165:3
  174:1 198:11
speech
  40:25 41:24
  42:11 72:3
  199:19
  201:8,23
  202:1 204:3
  209:1 210:14
  238:16
speeding
  160:14,19
Spellmon
  5:23 7:15,24
  8:5,16,21,22
  12:20 17:13
  22:14 23:11
  29:5 32:7
  38:3,14
  42:13 47:17
  55:16 57:15
  64:21 67:22
  72:11 76:13
  80:3,20 81:6
  88:10 89:7
  90:2 92:24

93:13 94:13
105:2 111:21
114:20 115:3
119:13
142:22
186:20
191:14,16
192:12
196:19
198:18
210:18 212:8
227:7 236:1
243:5 247:19
248:3 249:14

**spend**
213:15

**spent**
188:10

**spill**
229:25 230:3
233:12

**split**
206:3

**spoke**
44:2 50:23
52:18 59:4,
16 70:16
108:16
176:16
216:19,20
227:22

**spoken**
12:18 14:9
68:19 71:18

**spokesperson**
157:16

**spot**
137:25 231:4

**spotlight**
5:15

**spotlighted**
5:13

**spring**
21:14 26:16,
21 27:19
28:11 68:9
84:20 217:17

**Spring-
breakers**
84:15

**spring-summer**
32:13

**springtime**
37:2

**square**
24:24

**SRST**
161:11

**SRST's**
109:14

**staff**
14:9 22:4,
10,12 26:4,5
30:13 35:2
49:4 55:7
60:11 75:4
91:13 97:19
98:9 134:15
135:10
141:11,12,13
147:11
154:11,22
166:1,5
185:6,9
189:7 191:22
192:5 205:9
208:12,13
209:16 210:3
216:15,20
217:22
218:5,9
221:7,8,12

**staffs**
208:18

**stakeholders**
212:17

**stance**
63:13

**stand**
36:2 66:18
88:7 94:7
236:5 238:11

**standing**
27:8,10 41:7

43:14 44:14
53:24 67:24
70:14,21
71:2 72:13
90:9 99:16
100:15
101:1,4,14
107:21
114:15,23
115:3 119:25
121:4,13
130:23
139:14
144:13
146:1,12
148:7,11,14
156:15
161:13
177:23
179:20
182:20 202:6
226:3,4
229:15,22

**stands**
87:23 117:20
156:8 168:3
169:1 214:17
240:17

**Stars**
19:20

**start**
20:6 125:21
126:1,4,13
155:19
158:12
176:11

**started**
42:14 58:22
59:10 243:24

**starting**
21:2 181:23

**starts**
31:8 112:22
124:13 143:7
172:13 176:8
211:6,9
222:1

**Startzell**
49:2,7 78:9
105:9,20
106:3,19
107:24
108:7,21
109:17
114:2,6,10,
11 116:10
155:15,18

**Startzell's**
106:24

**state**
5:24 6:11,16
8:8,9,14
16:3,15
26:17 32:19,
20 37:25
39:14,21,23
41:4 46:18
49:19,23
50:4,17
51:4,9
55:17,19
56:3 57:23
58:7 60:6
62:20 63:14
64:22,25
65:2,14 67:1
74:22 75:5,
10,17 76:1,
2,16,19
77:1,9,11,23
78:4,10,15
88:24 89:1
96:24 105:23
106:4,6
107:5 112:4
113:1 115:10
118:8 125:16
127:15,19
136:25
170:24
178:16,18
180:18
183:4,18
191:23 192:9
200:5 205:19

207:9,25
212:13,14,16
215:13
244:20
245:12
246:12,20
**state-managed**
63:23
**state-owned**
53:5 105:25
**stated**
39:21 161:9
165:23
193:14
223:11
232:25 233:2
234:4
**statement**
6:13 26:9
33:17,23,25
34:13 35:3
36:12 90:7,
17 91:11
93:19 98:16,
17,18,21
99:24 101:23
102:5,17,20,
21 103:10,
14,17 129:15
130:20
134:20 135:1
148:19
149:12
162:12,21
170:2,11,14,
15 175:16,17
187:13 189:2
204:8 214:22
215:5 224:24
227:25
228:25
231:12,21
235:24
237:21,22
238:5
243:10,16
**statements**
129:15

162:22 200:7
213:22 241:6
**states**
5:25 6:18
14:10 16:4,
5,8,17,19,25
17:4,6 18:9
19:12 39:9
54:22,25
60:5 80:22
82:5 88:25
89:4 104:20
114:21
117:12
141:2,19
143:1,12,20
169:6,19,21
170:13
171:18
172:10,22
174:13 178:4
182:16 216:2
237:23
245:16
**States'**
16:22 17:10
**stating**
7:6
**station**
194:4,6
**stationed**
20:25
**stationery**
89:18
**stations**
21:2
**Statistics**
150:2
**status**
48:1,8 49:6,
11 131:19
132:18 133:8
**statutes**
245:20
**statutory**
89:21

**stay**
63:7 125:10
132:23
179:6,23
180:2 181:1
203:7
**stayed**
179:11
182:18
**staying**
173:6
**steam**
129:20
**step**
40:23 132:24
218:18
**steps**
178:7 210:23
232:5
**Stevens**
155:22
234:14 235:3
**Stockmen's**
136:19
**stood**
131:19 190:4
**stopped**
58:22
**straight**
195:15
**strategy**
18:12 124:2
180:8,10
181:13,15
182:9,22
184:5,7
**street**
17:21
**string**
100:4 132:8
140:15,16
152:10,13,16
155:18
170:25
177:10
206:19

**strong**
126:9 133:2
171:5 238:18
**strongly**
133:4
**structural**
83:13
**structure**
13:2
**structures**
43:19 47:17,
21 82:6
101:19
103:25
110:5,8
124:14
163:18 203:7
**studying**
125:1 126:22
**stuff**
246:13
**subdivision**
50:5
**subdivisions**
50:17 51:10
55:18 74:23
**subject**
90:13 91:10
105:19
116:25 119:7
123:17,19
163:19 164:4
169:12
171:14,19
192:11 197:2
199:21 200:4
202:17
203:14
237:8,21
**submit**
215:13
**submitted**
189:6 225:23
**subordinate**
48:24
**subsequent**
235:22

Lieutenant General Scott Spellmon
April 22, 2022

substance
   236:25
substantially
   151:22
substantiatio
n
   189:15
succeed
   182:22
sufficiency
   35:11
suggest
   9:22 168:9
suggested
   160:16
suggesting
   73:15 80:23
   133:13
suggestion
   140:8
suggests
   100:22
suitable
   119:22
Suite
   6:6
summaries
   212:18,22
summarize
   18:6 62:8
summary
   17:6,11 61:2
   207:19
summation
   120:21
summer
   21:14,15
   26:17,22
   27:19 28:11
   85:11 242:1
Sunday
   237:16 238:5
superior
   133:3 234:22
supervision
   55:19

supplies
   233:14,15
supplying
   228:19
support
   6:6,10 38:9
   85:20 106:1
   119:9,15
   120:19
   122:3,15
   136:25 178:3
   183:6 185:10
   187:7,11,13
   188:5 201:20
   210:19,20
   219:25
   226:19,22
   238:21 248:4
supported
   162:25
   193:2,13
supporting
   120:23
   217:12
   238:15 241:8
supportive
   120:3,4
   187:3,6
   217:7
supposed
   30:19 113:21
   158:15
sure
   13:8 15:11,
   24 20:9 26:8
   28:8,11 37:6
   39:8 40:13
   42:8 44:3
   47:25 53:8
   54:16 58:6,
   16 64:7,23
   65:21 69:4
   70:7,20 71:4
   77:6 81:8
   84:24 85:9
   100:3 123:24
   125:14 131:5
   152:4 154:5

162:20
192:21
196:18 209:9
217:22
219:20
220:10 230:9
231:18
241:17
242:11,20,23
surprise
   34:5 115:1
   208:14,17
   219:1
   231:13,15
surprised
   34:1 76:18
   96:2 103:16
   208:23
   218:17,21
surrounding
   71:15 209:8
surveyed
   82:18
surveys
   82:19
suspend
   178:1
suspended
   189:23
suspense
   163:24
suspenses
   163:7,8
suspension
   178:11
sustainable
   199:25
swear
   6:13
sweat
   185:22
swing
   225:18,19
Switching
   62:1
sworn
   8:11 11:5

system
   24:21


            T

take
   5:6,19 9:1,
   12,21,23
   15:11 30:13
   31:13 35:13
   59:11 63:24
   64:16 82:25
   89:17 111:9
   115:19,23
   128:14
   129:19
   135:24
   140:10
   144:16
   152:14
   158:18 170:5
   177:6 182:4
   186:14
   197:10
   209:4,6
   219:3 225:19
   227:10 237:6
   242:21
   243:13
taken
   5:23 7:24
   32:3 56:13
   60:25 67:17
   88:6 94:4
   100:12
   142:16 191:7
   218:19
   229:10
   235:15,17
takes
   83:23 233:4
taking
   30:19 60:14
   79:6 86:12
   126:1,21
   210:7 218:18
talk
   36:11 77:14

132:25
150:19 154:8
167:14,17
168:15,17,22
177:10 183:1
185:12 213:8
219:11 232:3
**talked**
33:13 40:4
52:10 54:6,
7,9,18
114:13
134:20
137:20
164:7,12
167:20 185:5
211:10
214:13
216:14
219:12
220:21
222:3,4,6,7,
11,13,17,23,
25 223:1
226:8 232:20
233:22 240:5
241:11
246:23 247:7
**talking**
9:13 58:22
62:23 92:23
98:5 102:6
103:20
107:13,25
108:17
109:17,21
120:16
121:22
124:22
126:21
130:25 131:1
138:24
143:22 148:3
149:24
150:8,20
151:8 154:7,
19 160:6
161:22

163:23
165:9,22
168:14
172:5,25
184:22 187:5
193:4 200:23
202:19
208:18
212:19,23
215:23
221:20
222:14
223:11
234:20,25
**talks**
136:9,13
173:6 229:7
**tally**
80:13
**tanks**
36:25
**Tara**
167:21
**tarp**
36:25
**tarps**
47:19
**teaching**
28:1,20
**team**
15:21 60:12
74:18,20
99:1 137:18
154:22
158:20
165:9,12,14,
24 231:2
**teams**
122:14
224:25
**technical**
34:16,25
93:1 94:1,
10,14 111:11
129:1 134:14
135:3 187:19
189:13
190:7,9

230:17
233:22
242:3,4
**technology**
135:7 236:18
**telephone**
62:2
**television**
194:1
**tell**
11:7,17,19
13:9 17:15
31:19 40:10
52:9 81:15
86:18 87:12
132:1 167:5
168:8 178:21
210:17,19
213:17
219:21
234:24
**telling**
80:22,25
90:12 119:14
146:11 157:5
159:16 162:1
164:22
166:22
183:19 184:2
208:21
210:10
222:19
224:17
239:18 240:1
**tells**
114:10,11
222:5,22
**temperature**
182:5
**templates**
218:9
**temporary**
47:21 110:7
163:18 203:8
**ten**
12:9 31:21
67:11 142:10
191:3 242:18

**tense**
199:6
**tension**
180:20
226:17
244:16 245:5
248:19
**tensions**
238:13
248:17
**tent**
36:25
**tents**
47:19 65:3
66:17 110:8
**tenure**
82:3
**term**
58:14,17
163:8 220:11
245:17
**terminate**
108:22
**terminology**
157:23
**terms**
7:9,11 30:15
34:6 131:17,
19 149:16
218:18 231:4
239:7,14,24
**Terry**
89:3
**testified**
7:18 12:7,9,
10 29:21
**testimony**
7:2 11:22
12:2 28:4
43:4 74:21
79:20 81:4,
7,17 91:25
130:15,22
174:22
178:18
180:14
183:17 184:3

203:5,21
204:1 209:24
232:6 248:22
**Texas**
6:7 21:3,9
**text**
108:7 117:3
141:5 150:3
238:4
**thank**
7:22 8:17,23
9:4,11 10:3,
8,15 11:2,5,
12,19,25
14:12 16:2
17:13 18:2
20:11,24
21:11 23:16
29:14 31:13,
23,24 47:14
49:9 64:21
67:12,13,14
86:15 88:2,
3,21 89:16,
24 90:1 92:9
93:10 96:20
98:22 111:3,
13 114:20
119:11
120:14,15
130:21
131:24
133:24
135:15
142:5,8,13
143:10
144:19,20
145:1,5
147:1,23
153:10,16
155:12
163:10
175:25
177:11 184:8
186:16,19
190:25 192:3
193:19
197:15,16,

17,21,22,23
232:12
236:19
237:12,14
243:5
247:12,16,
17,21 249:6,
8,10
**thanked**
34:22 234:3
**thanks**
99:10 102:16
114:7 117:18
119:11 126:8
132:16,25
142:12
152:21
167:15 185:2
191:2 214:19
223:6
**Thanksgiving**
213:13
222:21
**Theme**
132:16
**thereof**
55:18
**thereon**
52:20
**Theresa**
117:21
227:21
**thing**
110:10
128:14 132:6
143:15
146:16
166:25
172:24
202:14
222:10 247:1
**things**
12:22 37:7
98:6 110:20
145:9 173:9
180:12
203:10
219:15

235:16
246:11,17
**think**
20:3 23:12
27:18 37:16
42:6 58:10
66:23 67:4
75:15 102:21
103:7 106:24
110:14,17
115:9,15
117:23 122:9
128:2,9,18
133:13
135:20 136:8
139:5 143:15
144:1 145:14
152:2 153:6
159:4 161:5
162:12,25
164:8
168:11,12
169:22
170:16
171:21
173:13,17,
20,22,23
174:20
175:6,9,11,
14 177:19
179:15
180:13
183:12 185:8
190:20
196:9,12
201:1,3
209:10
210:20
213:2,21
218:25
219:22
223:8,16,21
246:17,23
**thinking**
86:19 124:11
180:24
181:11 196:8
248:21

**third**
86:24 89:20
100:4 101:17
108:15
**Thomas**
113:25
**thought**
38:9 76:6,8
148:5 182:21
195:14,22
198:12
205:14
217:20
219:21 220:6
225:25
226:19
248:16
**thoughtful**
238:17
**thoughts**
169:16
**thousands**
84:7
**three**
20:6 54:8
58:11 59:2
60:9 61:15
82:4 86:22
87:2 97:5
106:17
113:22
116:21
119:22
122:18
124:16
134:21
136:15
163:20
164:11,19
178:23
187:14
195:10
228:22
229:17,18
230:19 232:3
**three-year**
18:23 20:2
30:1

Lieutenant General Scott Spellmon
April 22, 2022

thrown
  52:15
Thursday
  86:23
tie
  102:1 243:21
tight
  132:25 138:5
time
  12:5,24
  18:21 19:7
  21:12,17,19
  22:4,14,18,
  22,25 25:13
  26:19 27:6,
  17,18,23
  28:2,12
  29:13 32:24
  33:2,4,5
  35:13 36:4
  37:11 38:19
  39:6,12
  40:1,3,14,
  21,24 41:8
  42:17,24
  43:25 47:10,
  16,18 48:8
  50:2,23,24
  52:13,21
  53:8 55:24
  58:3,16,21
  61:8 63:4
  64:10 65:18
  66:6 67:4
  68:8,9,10,16
  69:1,4,15,
  17,19 80:8
  85:9 86:5
  87:25 91:24
  92:12,16,18
  93:7,18,23
  94:20 95:12
  102:1,19
  103:3 104:3,
  8 105:5
  106:8
  107:14,23
  109:10

110:2,6,13
114:10
115:19 116:1
118:9 125:25
128:14,24
129:3,9,25
131:8 133:3,
12 135:2
139:23
140:6,11
150:16,24
151:18,24
154:2 164:5
165:21
169:21,25
170:2,8,17
177:21 178:2
180:3 183:21
184:6 187:22
188:10
189:25
190:5,6
192:4 195:12
198:1 200:13
205:14
208:3,9
215:15 216:4
217:25
220:16
223:23
227:10
230:18
239:12
240:22 241:2
243:6,8,14
246:8
247:12,18
timeline
  15:16 32:12
  104:9 146:18
  188:15
  214:24 215:1
  232:5,22
  235:19
timely
  124:5
times
  13:10 51:8

58:8 59:3,5
83:3 86:21,
22 87:2
129:10
135:22
140:21 206:2
208:1
timing
  242:22
title
  12:25 14:15
  15:8 22:9
  25:12,22
  26:10,20
  27:25 28:14,
  22 30:6,14
  78:20 87:7
  89:19 90:6
  112:13 136:3
  143:21 148:6
  202:18
  203:14
  226:12 245:3
  248:10,22
  249:2
today
  8:9 10:9
  11:7,8,17,
  20,23 12:1,
  18,21 13:24
  14:4,7 15:14
  16:2 23:22
  24:5 82:11,
  17,20 83:9
  86:11 105:21
  113:21 128:3
  129:17
  132:25 155:8
  156:18
  158:13 171:5
  213:8 225:1
  236:6,13
  247:14
today's
  165:13 238:8
  239:1
Todd
  21:19 94:22

113:7,22
122:19
123:15,18
126:8 137:5
140:21
155:21
told
  64:2 69:10
  73:12 86:21
  104:5 124:23
  158:3 162:9
  165:17
  166:24,25
  167:1,4
  178:19
  225:10 235:8
  243:25
tomorrow
  119:11
  122:13 123:6
  124:18
  185:14
tonight
  125:20
top
  48:3 89:25
  102:9 130:19
  132:6 144:13
  149:23
  152:17,18
  173:6 175:2
  186:3,19
  197:14 217:8
topic
  26:11,12
  53:19 70:17
  188:2 213:3,
  4 230:23
topics
  229:17 232:3
Tort
  16:8
totally
  210:19
touch
  221:14,17
tour
  20:2 52:19

Lieutenant General Scott Spellmon
April 22, 2022

tours
  53:9
town
  154:2
track
  221:10
tracking
  124:9 132:16
traction
  225:25
Tracy
  113:25
traditions
  174:21
traffic
  24:9 47:3
trail
  46:23
trails
  46:21
training
  25:9,12,17,
  21,23,25
  26:2,6,9
trans
  236:14
transcript
  169:22
  172:11,17
  173:16,21,23
  174:17
transfer
  52:3 98:25
  113:21
  177:25
  185:12
  228:16
  230:20 231:3
Transfers
  51:16
transit
  160:9
Transportatio
n
  227:21
  230:23

transporting
  236:14
Traurig
  8:7
travel
  79:5 160:1
traveled
  213:15
traveling
  235:1
travels
  213:10
  214:13
  222:22
treaty
  233:15
trespass
  130:13
  223:14
trespassers
  83:2 85:2
  224:3 244:2
trespassing
  125:4,5
  127:6,10
  130:13,18
  131:11 200:4
  244:21
trial
  11:14 12:13
tribal
  73:18 119:9,
  15 120:3,7
  121:19
  122:1,2,4
  127:10
  131:10 150:2
  160:8 164:9,
  11,18 176:17
  179:18 187:9
  188:7 199:6
  201:19,20
  203:12,18
  204:5,12
  206:12
  209:5,6
  212:12 225:7

230:8,12
233:21,23
234:3,4
235:13
239:22
tribe
  26:18 27:8,
  10 41:8
  43:14 44:14
  53:24 54:1,2
  70:15,19,21
  72:14 90:9
  99:16 100:15
  115:9 121:14
  144:13
  146:1,4,12
  148:7,11,14
  156:16
  161:13 202:6
  226:3,4
  229:13,15,
  16,22 230:3,
  7,19,24
  231:2 232:3,
  21 239:7
  242:5
Tribe's
  114:15,23
  115:4 233:14
tribes
  38:1 72:18
  113:22 125:7
  229:4 233:4
Trick
  223:9
trips
  57:9
true
  55:11 56:16
  169:25
  170:2,15
  198:5
Trump
  70:9 215:15,
  21
Trust
  150:2

truth
  11:7,17,20
truthful
  12:2
try
  9:15,22
  56:21 66:7
  85:5 114:16
  117:7 173:10
  218:24
  243:20
trying
  10:1 24:18
  34:15 65:21
  128:12,18
  158:7 160:25
  162:14,20
  179:9 180:7
  181:6,10,16
  182:11 196:7
  210:22
Tuesday
  136:22
  194:21
  214:20
turn
  10:15 32:8
  104:25 120:8
  140:4 175:25
  184:14
  196:21
  219:10
turned
  134:16
  187:19
twice
  86:21,22
  93:20
two
  13:4 14:14
  19:19 20:21
  22:24 28:16
  33:9 36:1
  52:7 58:11
  59:2 60:9
  61:15 64:23
  84:21 86:9
  87:2 106:17

Lieutenant General Scott Spellmon
April 22, 2022

121:22
124:23
132:17 141:2
143:13 144:5
153:20
154:19
157:9,13
164:19 171:9
188:12 206:9
213:21 221:4
222:3,5
227:15,19
231:23 245:5
**two-component**
227:20
**two-hour**
13:12,13
86:23
**two-page**
97:1 143:2
236:24
**two-part**
105:7 135:17
155:17
168:15 176:5
244:12
**two-year**
18:25
**type**
65:12 156:9
**types**
37:7 53:21
157:14
**typically**
84:21 173:9

———————————

**U**

———————————

**U.S.**
6:19 13:5
14:2 18:12,
15 19:10
21:7 90:9
104:16 111:4
137:13 205:8
207:7 212:11

**uh-huh**
110:25
**ultimately**
246:5,11
**unable**
213:12
**unauthorized**
101:19
**unaware**
91:8 92:5
**uncertainty**
129:14
**underneath**
67:1 99:6
230:25
**understand**
8:11 9:10,24
10:7 11:1,5,
6,8,11,12,
15,16,18
24:16 28:8
29:14 37:18
40:17 44:3,
23 54:13
56:20 62:1
65:21 70:7
73:2 81:14
85:18 86:3
87:22 94:19,
25 100:23
101:14,22
102:12
113:25
118:5,11
124:19 131:5
134:5 141:24
158:8,16
160:25
162:20 165:5
166:18
174:22 177:3
180:7 181:5,
6 182:13
186:3 190:24
195:7 196:7
203:24
205:16
217:24

220:12
223:25
241:5,7
242:13
245:16
247:11
**understanding**
30:17 39:22
77:25 81:7
85:14,19,20
109:7 123:12
157:17
170:14
171:11 200:9
224:8 239:10
**understood**
10:5,6 26:8
41:1 44:5,23
47:25 56:6,
24,25 69:11
81:9 90:25
102:18
105:10 122:8
130:21
139:18
150:14 154:6
186:13 187:4
236:19 238:1
245:13
**underway**
118:19
**unequivocal**
108:22
**unfolded**
15:22 232:11
**unintentional**
83:1,7
**unintentionally**
83:16
**unique**
141:15
190:4,13,17
**uniquely**
73:9 179:24
**United**
5:25 6:18
14:10 16:3,

5,8,17,19,
22,25 17:4,
6,10 18:9
19:11 39:9
54:22,25
60:5 80:22
82:5 88:25
89:4 114:21
117:12
141:2,19
143:1,12,20
169:6,18,21
170:13
171:17
172:9,22
174:13
182:16 216:2
237:23
245:16
**units**
19:8
**University**
18:10
**unleased**
107:15
**unpermitted**
107:16
**unrealistic**
218:23
**unstated**
64:18
**unsure**
213:8
**unusual**
201:3 213:19
218:22
222:24
**update**
105:20,21
106:18
108:16 114:4
119:7,8
120:7,9
122:11
123:19,20,21
145:23 197:3
208:12

updated
  217:12  235:5
updates
  49:7,12
  54:24
upper-right
  5:20
urged
  136:24
USACE
  125:5,8
  132:21  134:9
  141:13,16
  145:13,20
USDOJ
  112:24
Utech
  167:21  168:6
  169:4,7
  171:10,13,
  16,17,21,25
  172:5,8,10
Utech's
  171:18

**V**

vague
  148:21
valid
  149:12
Vancouver
  21:10  54:8
  151:1
Vanhorn
  89:3
variety
  24:6  25:19
  26:1,5  27:16
  52:24  218:5
various
  26:6
VCSA
  126:4
vehicle
  47:2

vehicles
  36:23  46:22
  110:9
  160:14,19
  245:18
veracity
  178:25
Verbal
  193:11
verbalize
  9:6
verbally
  7:1
verbatim
  212:20
versus
  5:24  16:3
  100:22
  224:24
vertical
  95:21
  200:17,23
vetted
  200:16
vice
  228:16
vicinity
  27:16
video
  5:5,13,14,
  17,19,22
  10:14
  169:12,18,22
  172:10,12
  173:21  174:8
  221:21
  249:12
video-
recorded
  249:13
videoconferen
ce
  93:1
videographer
  5:4  6:5  9:1
  32:1,4
  67:15,19

88:4,7  94:2,
  7  111:14,18
  142:14,17
  191:5,8
  242:24  243:2
  249:11
videotaped
  9:5  11:13
  194:2
view
  5:14,20
  71:16  173:14
  184:9
views
  133:25
  238:20
village
  121:24
violate
  125:7
violation
  107:4
violent
  199:11
virtual
  13:17
virtue
  53:1
visit
  44:20  46:15
  47:6,15  50:9
  51:18  72:16
visited
  47:8  52:22
  53:13
visiting
  56:24
visitors
  200:1
visits
  65:3  74:17
visual
  94:11
volumes
  83:20
voluntary
  54:14

voted
  105:24
voters
  172:24

**W**

wait
  93:3
waive
  7:5
walk
  13:6  30:7
walking
  239:9
Walla
  23:9
want
  5:18  8:19
  13:8  17:20,
  21  21:11
  25:3  26:8
  28:7  31:9
  37:4  47:24
  80:8  81:7,8
  84:22  86:5
  87:19  96:25
  100:23
  102:12
  109:25
  128:15  130:8
  131:5,25
  132:19,24
  136:6
  137:10,18
  141:6
  143:11,14
  144:9  147:18
  166:19
  170:10
  174:25
  182:19
  197:10
  198:15  200:7
  204:14  218:2
  232:2,3
  239:14
  241:16

247:2,12

**wanted**
10:22 27:1,
8,13 34:15
35:18 54:14
62:15 63:16
87:1 101:13
117:4 123:4
141:8 150:3
153:13,18
154:5 163:17
166:17 177:3
196:3,4
210:21
217:22
218:13
224:18
227:18
242:19
248:12,13

**War**
18:12 21:7

**warranted**
229:16

**Warren**
228:15,23

**Washington**
18:1 21:9,10
25:18 32:21
38:2 54:8
83:23 84:16
86:4 135:22
140:21 151:1
212:1
220:22,24
234:16

**waste**
37:1,4 83:8,
20 84:1
106:22 107:4
110:16

**watched**
174:8

**water**
13:2 23:18,
23 24:1,3,18
37:5 83:15
233:14

**waterborne**
24:9

**waterways**
24:10

**way**
8:20 26:18
38:5 55:8
58:13 73:21
75:9 82:8
89:21 96:24
97:11 102:1,
2 111:2
114:16 116:5
123:1 124:17
129:5 143:23
144:5 145:9
146:21
164:25
173:8,14,19
174:15,20
175:15,17
186:2 187:12
188:6 192:24
197:21 202:6
217:20
220:1,5
221:25
228:25
243:22

**ways**
117:6 169:24
170:4 173:18
174:14
219:22

**Webster's**
157:16

**week**
13:12 15:20
84:21 86:22
117:8 125:21
195:13 207:6
225:20

**weeks**
40:22 42:4
62:19 84:21
124:16 135:2
150:18
151:19

174:19 183:5
218:16

**welcomed**
56:24 208:16
209:14,17
210:11

**went**
12:22,25
22:3 33:12
40:21,22
42:4 67:10
69:25 87:5,6
100:7 167:9
188:12
189:23
193:21
194:20
203:11
206:11 217:6
220:25 221:6
222:6
233:20,21
245:1

**west**
220:23

**Western**
6:1

**whispering**
5:9

**White**
168:3,6,25
169:2 171:12
172:6 216:4

**who.eop**
169:1

**who.eop.gov.**
167:22

**wide**
25:18 72:18
75:16

**wife**
14:5,8

**WILCO**
214:15,16
222:25

**Williamson**
105:4 143:4

144:3,7
145:7 152:20

**Williamson's**
143:25 145:8

**wind**
171:4

**windows**
171:4

**winds**
171:5

**windshields**
52:16

**winners**
119:1

**winter**
64:11
119:10,16
182:2 199:15
200:1 217:14
245:4

**winter/
national**
124:15

**wished**
202:10

**wishing**
199:20 201:9
204:7 209:18

**withdraw**
198:14

**witness**
5:13,15,17
6:14 7:1,16
44:8 67:7,14
87:17,23
93:3,5
115:22 161:6
249:10

**witness's**
5:18

**witness-only**
5:12

**witnessed**
160:24

**wondered**
148:5 174:6

Lieutenant General Scott Spellmon
April 22, 2022

wondering
140:5 165:7
168:5 169:3
Wood
21:5,9
word
48:22 122:4
157:13
158:1,2,20
163:3,5,11,
13 169:20
178:6 181:19
225:18
words
75:18 100:24
127:25 157:6
158:6 160:12
163:9 166:25
168:10 214:4
219:23 234:2
work
26:17 30:12
33:10 34:17
35:18,21
52:12,19,23
67:1 79:12
82:10,23
83:2,3 84:2,
18 85:7
87:16 101:3,
25 122:13
163:6,11
187:24
229:11 234:4
242:12
245:14
worked
18:14 75:9,
19 153:24
157:6 173:10
179:21 181:1
182:16
211:25
221:12 240:6
workers
53:9,23
160:7

workforce
153:23 154:8
195:21
working
36:18 67:24
82:17 83:22
84:2,3 95:3,
23 101:1
116:4 119:20
123:24
124:13
139:12,20
151:5 153:24
160:15
163:21 180:8
186:10
190:21
208:20
211:23 218:5
219:1,16
221:8 224:25
229:7
works
13:2 22:15,
18,21 23:21
38:6 68:25
69:16 91:14,
18,24 99:24
122:21 133:6
134:2 168:19
175:5 221:5
228:20
241:21
world
204:18
210:22
World-herald
12:23 193:22
worn
47:2
worsen
127:16
worst
124:12 126:5
137:21 176:6
180:22
187:15

Wow
240:24
wrapped
132:21
134:10
176:16
wrapping
242:20
write
185:20
writes
170:16
211:12,15
212:3
writing
158:9 186:7
228:24
232:19
written
9:5 15:24
61:1 87:6
166:4 181:23
200:13
203:5,9,18,
22 212:10
224:12 244:5
wrong
122:5,9
242:19
wrote
140:22 147:7
163:5 165:23
166:1 198:24
213:10
219:13

------

**Y**

------

yeah
25:2 31:24
36:11 39:3
41:9 42:19
44:22 45:19
46:11 53:8
54:22 56:21
67:3 68:5
69:12 71:4

89:14 96:8
101:16
109:13
110:19
116:12
118:14
121:13
122:24 131:7
138:13
145:4,6
146:24
157:12
159:15
162:11 163:6
175:20,25
176:25
179:21 186:9
188:9 189:3
193:18 195:7
196:11,18
197:13
198:12,21
207:10 209:3
213:17 214:8
216:1 219:20
220:3,15
221:1 225:9
230:9 237:2
239:4 241:3
242:8 244:25
year
109:1 245:6
years
15:23 18:17
19:2,6,9
20:4,6,25
23:12 82:4
83:22
yesterday
13:13 86:24
87:8 110:22
124:24 156:6
yesterday's
156:4 159:8,
15
young
172:24

Lieutenant General Scott Spellmon
April 22, 2022

---

**Z**

---

**Zilioli**
  6:17 7:10
  13:15,18
  14:23 28:3,
  21 31:11
  43:21 46:8
  55:22 56:6
  57:10 67:10,
  12,18,21
  81:3,16,24
  87:15,20,22
  96:13 102:22
  103:4 108:1
  109:18
  111:10,12
  114:24
  115:21 118:1
  130:14 134:3
  138:10 140:5
  142:7,9,11
  148:21
  150:11 165:2
  173:25
  191:1,2
  198:10
  204:21
  223:15 232:6
  240:10,14
  242:17,23
  245:22
  247:20,21
  248:2 249:6
**zone**
  86:5 122:13
  199:19
  201:8,23
  202:1 204:3
  209:1 210:14
**zoom**
  6:3 89:7,10
  97:3 171:23
**zooming**
  89:12