Lieutenant General Todd T. Semonite (Ret.)
July 26, 2022

1  optics.

2  Q. (BY MR. SEBY) So is that the reason why
3  you let the protesters stay so long?

4  MS. ZILIOLI: Objection; assume facts,
5  misstates evidence.

6  A. So we didn't do anything in a vacuum.
7  Again, I think that this was an interagency decision.
8  They were -- DOI, DOJ, in close coordination with the
9  Department of Defense, were really the drivers behind
10 those decisions. Had we been told to do something else
11 or we had been given other venues available, we
12 certainly would have done that. But at this point, and
13 probably as early as the middle of -- middle of
14 October, the Corps was really out of the process of
15 determining how to resolve this. This was much more of
16 an interagency and Administration decision.

17 Q. (BY MR. SEBY) And what was the day -- the
18 date that you said the Corps was really out of the
19 process and the interagency decision took -- took over?

20 A. Well, I don't know the date you said of
21 that -- that announcement, but I would say that --

22 Q. September 9th.

23 A. -- this all started probably with that
24 joint announcement that took the Corps kind of out of
25 it in early September. So this was a -- this was the

Lieutenant General Todd T. Semonite (Ret.)
July 26, 2022

1  beginning of something that continued to get, I think,
2  more and more out of our control.
3       Q.   Yeah.  September 9th was the Joint
4  Statement.
5       A.   That's correct.
6       Q.   Sure, sure.  Thank you for that.  That was
7  helpful to understand.  So -- and I -- we got to that
8  point of discussion because I had asked, at what point
9  did the Corps let those people stay.  And I think
10 you've clarified that, you know, it got to
11 September 9th and the -- off the shelf came the Joint
12 Statement, on the same day that the Corps' decisions
13 were upheld against a challenge by the -- by the
14 tribes, including the Standing Rock Sioux Tribe.  And
15 that even though you put one, the Administration,
16 through the interagency decision-making process, that's
17 when they decided to let those people stay, right?
18           MS. ZILIOLI:  Objection; misstates
19 evidence, assumes facts.
20      A.   So again, I think this was getting to be a
21 national strategic problem.
22      Q.   (BY MR. SEBY)  Yeah.
23      A.   And so as a result, I don't know for sure,
24 but I think at some point I remember the National
25 Security Council was involved.  I know the White House

1  was involved.  In later years, I did a lot of work
2  personally with the White House and some of these
3  interagencies.  At this point, I had been in command, I
4  guess, three to four to five months.  I was not well
5  known by the White House, the Obama Administration, or
6  probably any of the secretaries of the interagency.  I
7  didn't work at that level at this point.  And so as a
8  result, we got most of our direction from Ms. Darcy
9  either -- verbally on either what to do or, primarily,
10 maybe what we were not going to do.
11         Q.   General -- and so Ms. Darcy gave you
12 direction on what to do?
13         A.   I think she -- this probably goes back to
14 the discussion we had earlier on continuing to study
15 the issue and come back and give us more of your
16 decision -- more of your evidence on -- with respect to
17 the approval of the permit.  I'm not sure Ms. Darcy
18 ever gave us any specific direction on the protest.  I
19 believe most of that came through DOJ and probably
20 through DOI.
21         Q.   The what to do with respect to the protest
22 direction came from Department of the Interior?
23         A.   So I just don't know where that came from.
24 I know that most of this was a working group of about
25 five or six different agencies who, I'm assuming, met