1         And then eventually we requested
2    additional assistance from sister agencies within the
3    Department of Interior, National Park Service -- all
4    of those that I had mentioned earlier, National Park
5    Service, Fish and Wildlife, U.S. Park Police, BLM.  I
6    don't know that they were all able to send folks.  And
7    then we did have an individual --
8         Q.   Let me stop you.  Earlier you told me
9    that the Department of Interior has 2500 law
10   enforcement employees from the Park Service -- I'm
11   sorry -- the National Park Service, the Park Police,
12   Fish and Wildlife Service, the Bureau of Indian
13   Affairs, the Bureau of Reclamation, and the Bureau of
14   Land Management.  Which of those did you request and
15   receive additional law enforcement personnel in North
16   Dakota?
17        A.   Yes.  So the request went out to all of
18   those agencies.  I can tell you with certainty that we
19   had National Park Service law enforcement personnel
20   were there.  Fish and Wildlife uniform and maybe
21   agents -- we'll just say U.S. Fish and Wildlife
22   Service had folks there.  Bureau of Land Management
23   had some folks there.  United States Park Police had
24   folks there.  I don't believe Bureau of Reclamation
25   had anyone available to assist.

1      Q.   And those individuals when they were
2 there in North Dakota, were they limited like you to
3 just the Standing Rock Sioux Tribe?
4      A.   Yes, sir, they would have been.  They
5 were acting under the authority of Bureau of Indian
6 Affairs, our authority to enforce laws on the Indian
7 reservations.
8      Q.   Did they attend any of the State of North
9 Dakota Law Enforcement Center -- operation center
10 meetings like you did?
11      A.   Let me give you one more agency that was
12 there that I just remembered.  So the Department of
13 Interior Office of Law Enforcement Services had
14 personnel, one or two, that would come to assist.  And
15 those individuals would occasionally attend those
16 meetings with me or for me if I wasn't able to attend.
17 But I don't recall any of the bureau personnel
18 attending any of those meetings.  It's possible that
19 they did, but I don't recall that.
20           There was a time early when -- and it
21 kind of changed back and forth that we had folks from
22 the Bureau of Indian Affairs in the command structure
23 at Morton County that were doing things like -- as
24 part of their efforts, you know, working in
25 conjunction with them that would do intelligence