# EXHIBIT 58

## Placeholder for Proposed Sealed Document