# EXHIBIT 65

**From:** Williamson, Eileen L NWO <Eileen.L.Williamson@usace.army.mil>
**Sent:** Tuesday, October 18, 2016 10:19 AM
**To:** Startzell, James T NWO <James.T.Startzell@usace.army.mil>; Yates, Sarah A CPT NWO <Sarah.A.Yates@usace.army.mil>
**Cc:** Henderson, John W COL NWO <John.W.Henderson@usace.army.mil>; Gaskill, Amy J NWD <Amy.J.Gaskill@usace.army.mil>
**Subject:** DAPL Media Query (UNCLASSIFIED)
**Attach:** EA_DAPLProject_crossing_federal_lands.pdf

---

CLASSIFICATION: UNCLASSIFIED

I had a media query from James McPherson with the AP

Primary questions are when will easement be signed, what is process for it to be signed, do the tribal meetings (DOJ, DOI, etc) have an impact on process?

Answer, the normal process we follow has been completed except for congressional notification and consent to easement.
With the involvement of the courts, the status of that process and the timeline would best be explained by Wyn Hornbuckle - PAO with USDOJ.

What is the easement area and what are the conditions of the easement?
I sent him the attached file with 7 maps from the EA showing:
Map 1 shows the project layout.
Map 2 overlays the project layout with soils and elevations
Map 3 overlays the project layout with Federal Land and waterbody boundaries
Map 4 shows the project archaeological survey at the Oahe crossing
Map 5 shows the land cover, grasses, crops, forest, wetland, open water, etc.
Map 6 shows the preferred alignment, alternate alignment, USACE fee title land, federal land, Tribal land
Map 7 is actually a cross section of the crossing, with where the USACE property line begins and ends. The map shows that the drilling rigs will actually be located off USACE property. The pipeline will be at depths of 90 to 115 feet below the bottom of the reservoir.

Plus the Conditions of Easement language.
He asked what the distance across of the easement is.
I replied with information from the cross section on the last page of the attachment
The crossing of USACE property is 6,430 feet wide.
350 property line to waterline
5,450 under the river/lake bed
630 feet waterline to property line

The distance from where the HDD begins to where it ends (between work sites) is an additional 1070 feet.
750 on one side and 320 on the other.

****************************************
Eileen L. Williamson
Public Affairs Specialist
U.S. Army Corps of Engineers
Office: 402-995-2417
Mobile: 402-779-1448
eileen.l.williamson@usace.army.mil

Internet: www.nwo.usace.army.mil/
Facebook: www.facebook.com/OmahaUSACE
Google+: plus.google.com/+OmahaUSACE
Twitter: www.twitter.com/OmahaUSACE
Flickr: www.flickr.com/OmahaUSACE
YouTube: www.youtube.com/OmahaUSACE
DVIDS: www.dvidshub.net/unit/OmahaUSACE
****************************************


CLASSIFICATION: UNCLASSIFIED



164.5
165
165.5
166
166.5
167
167.5
ND-MO-198.000
ND-MO-199.000
ND-EM-001.100
Emmons
Morton
Cannon Ball River
North Dakota
Milepost
Project Centerline
DAPL Centerline
Workspace
USACE Federal Lands
Standing Rock Sioux Reservation
0
1,750
Feet
N
DAKOTA ACCESS, LLC
Dakota Access Pipeline Project
Figure 3
Project Layout
Federal Lands
Morton County and
Emmons County, North Dakota
1:21,000
UTM 83-14F
Date: February, 2016

Path: P:\GIS\Client\ETC_EnergyTransfer\DakotaAccess_DAPL\Maps\ENV\ND_FlowEasements\03ND_LakeOahe_LandLayout.mxd
Source: ArcGIS Online Mapping

USACE_00016028

164.5
165
165.5
166
166.5
167
167.5
ND-MO-198.000
ND-MO-199.000
ND-EM-001.100
EW
Emmons
Morton
Sioux
Cannon Ball River
North Dakota
Milepost
Project Centerline
DAPL Centerline
Workspace
USACE Federal Lands
NRCS Soils
Standing Rock Sioux Reservation
0
1,750
Feet

DAKOTA ACCESS, LLC

**Dakota Access Pipeline Project**
**Figure 5**
**Soils**
**Federal Lands**
**Morton County and**
**Emmons County, North Dakota**

| | 1:21,000 |
|---|---|
| UTM 83-14F | Date: February, 2016 |

Path: P:\GIS\Client\ETC_EnergyTransfer\DakotaAccess_DAPL\Maps\ENV\ND_FlowEasements\05ND_LakeOahe_Land.mxd
Source: ArcGIS Online Mapping

USACE_00016029



164.5
165
165.5
166
166.5
167
167.5
ND-1806
1806
ND-MO-198.000
s-kc4-mo-002
s-kc4-mo-004
ND-MO-199.000
s-kc4-em-001
ND-EM-001.100
67th St SW
ND-1804
1804
Emmons
Morton
Cannon Ball River
North Dakota
Milepost
Project Centerline
DAPL Centerline
Field Delineated Waterbody
Workspace
USACE Federal Lands
Standing Rock Sioux Reservation
0
1,750
Feet
DAKOTA ACCESS, LLC
Dakota Access Pipeline Project
Figure 7
Natural Resources
Federal Lands
Morton County and
Emmons County, North Dakota
1:21,000
UTM 83-14F
Date: February, 2016

Path: P:\GIS\Client\ETC_EnergyTransfer\DakotaAccess_DAPL\Maps\ENV\ND_FlowEasements\07ND_LakeOahe_NaturalResources.mxd
Source: ArcGIS Online Mapping

USACE_00016030

164.5
165
165.5
166
166.5
167
167.5
ND-MO-198.000
ND-MO-199.000
ND-EM-001.100
Emmons
Morton
Cantapeta Creek
Cannon Ball River
Morton
Sioux
North Dakota
Milepost
Project Centerline
DAPL Centerline
USACE Federal Lands
Project Archaeological Survey
Workspace
Standing Rock Sioux Reservation
0
1,750
Feet
N
DAKOTA ACCESS, LLC
Dakota Access Pipeline Project
Figure 9
Cultural Resources
Federal Lands
Morton County and
Emmons County, North Dakota
1:21,000
UTM 83-14F
Date: June, 2016

Path: P:\GIS\Client\ETC_EnergyTransfer\DakotaAccess_DAPL\Maps\ENV\ND_FlowEasements\09ND_LakeOahe_CR.mxd
Source: ArcGIS Online Mapping

USACE_00016031



164.5
165
165.5
166
166.5
167
167.5
ND-MO-198.000
ND-MO-199.000
ND-EM-001.100
Emmons
Morton
Cannon Ball River
Cultivated Crops
Deciduous Forest
Developed, Open Space
Emergent Herbaceous Wetlands
Grassland/Herbaceous
Open Water
Woody Wetlands
North Dakota
Milepost
Project Centerline
DAPL Centerline
Workspace
USACE Federal Lands
Standing Rock Sioux Reservation
0
1,750
Feet
N
DAKOTA ACCESS, LLC
Dakota Access Pipeline Project
Figure 11
Landcover
Federal Lands
Morton County and
Emmons County, North Dakota
1:21,000
UTM 83-14F
Date: February, 2016

Path: P:\GIS\Client\ETC_EnergyTransfer\DakotaAccess_DAPL\Maps\ENV\ND_FlowEasements\11ND_LakeOahe_Landcover.mxd
Source: ArcGIS Online Mapping

USACE_00016032

- Preferred Alternative
- Route Alternarive
- USACE Garrison Flowage Easements
- Standing Rock Sioux Reservation
- USACE Lake Oahe Fee-Owned Land
- Other Government Lands

0 2 4 8 Miles

DAKOTA ACCESS, LLC

**Dakota Access Pipeline Project**
**Figure 13**
**Route Alternative**
**Lake Oahe Crossing**
**Emmons & Morton Counties, North Dakota**

| | |
|---|---|
| | 1:696,293 |
| NAD 1983 UTM Zone 14N | Date: April, 2016 |

Path: P:\GIS\Client\ETC_EnergyTransfer\DakotaAccess_DAPL\Maps\ENV\ND_FlowEasements\13ND_Lake_Oahe_Xing_update20160412.mxd

FIGURE 14

CROSS-SECTION DIAGRAM OF LAKE OAHE HDD CROSSING