# EXHIBIT 75

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| STATE OF NORTH DAKOTA ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Defendant. ) <br> ) <br> ) | Case No. 1:19-cv-150-DMT-ARS <br><br> **DECLARATION OF JANE BOBET REJKO IN SUPPORT OF THE UNITED STATES' RESPONSE TO PLAINTIFF STATE OF NORTH DAKOTA'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

I, Jane Bobet Rejko, hereby declare and state as follows:

1. I am a Special Attorney to the United States Attorney General and have been, for the purposes of this case, since 2020. I am also an Assistant United States Attorney for the District of Colorado and have been employed there since 2018. I am assigned to represent the interests of the United States in defending civil suits, and I am one of the Special Attorneys assigned to this case.

2. As part of my responsibilities in this case, I have received and reviewed documents produced in discovery from the State of North Dakota. Among those documents are the following exhibits to the United States' Response to Plaintiff State of North Dakota's Motion for Partial Summary Judgment, filed on August 4, 2023 (the "Response"): 58 and 72. Those exhibits are true and correct copies of those documents.

3. I also participated in, and received and reviewed transcripts of, depositions in this case. Among those deposition transcripts are the following exhibits to the Response: 57, 63, 64, 68, 69, and 73. Those exhibits are true and correct copies of those deposition transcripts.

1

2

Additionally, Exhibit 72 is a true and correct copy of an exhibit (Deposition Exhibit 63) to the deposition of Governor Doug Burgum. A deposition previously filed by the State, ECF No. 220 (Dep. of LTG Scott Spellmon (Apr. 22, 2022)), is also a true and correct copy of that deposition transcript.

 Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

 Executed this 4th of August, 2023.

*s/ Jane Bobet Rejko*
Jane Bobet Rejko
