**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**WESTERN DIVISION**

| | | |
|---|---|---|
| STATE OF NORTH DAKOTA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 1:19-cv-00150-DMT-ARS |
| | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**STATE OF NORTH DAKOTA'S NOTICE OF FILING OF**
**DEPOSITION DESIGNATIONS, COUNTER-DESIGNATIONS, AND OBJECTIONS**

In accordance with the Court's December 6, 2023 order (ECF No. 378), the State of North Dakota respectfully submits herewith the following designations of deposition testimony which may be used at trial in this matter. Designations for the following witnesses are attached hereto as exhibits hereto:

| EX. NO. | DATE | WITNESS |
|---|---|---|
| 1 | 5-26-2022 | Lowry Crook |
| 2 | 6-21-2022 | Jo-Ellen Darcy |
| 3 | 12-15-2022 | Patrick Wynters Hornbuckle (pursuant to Fed. R. Civ. P. 30(b)(6)) |
| 4 | 6-22-2022 | Sally Jewell |
| 5 | 12-1-2022 | Moira Kelley Gipe (pursuant to Fed. R. Civ. P. 30(b)(6)) |
| 6 | 10-4-2022 | Jon Ketterling (pursuant to Fed. R. Civ. P. 30(b)(6)) |
| 7 | 7-26-2022 | Lt. Gen. Todd T. Semonite |
| 8 | 11-19-2021 | Lt. Col. James Startzell |

| EX. NO. | DATE | WITNESS |
|---|---|---|
| 9 | 5-16-2022 | Lt. Col. James Startzell |
| 10 | 8-16-2022 | Jacob O'Connell |
| 11 | 12-6-2022 | Jason O'Neal (pursuant to Fed. R. Civ. P. 30(b)(6)) |
| 12 | 11-30-2022 | Daniel R. Orr (pursuant to Fed. R. Civ. P. 30(b)(6)) |
| 13 | 12-13-2022 | Robert C. Perry, Jr. (pursuant to Fed. R. Civ. P. 30(b)(6)) |
| 14 | 11-29-2022 | Douglas Walker (pursuant to Fed. R. Civ. P. 30(b)(6)) |
| 15 | 4-20-2022 | Paul Ward |

These designations include, where applicable, the affirmative designations of deposition testimony of both the State of North Dakota and the United States (and any corresponding objections thereto), as well as any counter-designations of either party (and any corresponding objections thereto).[1] These designations have been highlighted and are represented by the following colors:

---

[1] The State of North Dakota is submitting concurrently herewith a Motion for Leave to File Exhibits Under Seal for Exhibits 10 and 13.

| COLOR | REPRESENTS |
|---|---|
| **PINK** | North Dakota's Affirmative Designations |
| **YELLOW** | United States' Affirmative Designations |
| **ORANGE** | Affirmatively Designated by both North Dakota and the United States |
| **GREEN** | United States' Counter-Designations |

Further, where North Dakota has objection to the United States' designations and/or counter-designations, it has utilized plain-language terms reflecting objections arising under the following Rules of the Federal Rules of Evidence:

| OBJECTION | FEDERAL RULE(S) OF EVIDENCE |
|---|---|
| **Hearsay** | 801/802 |
| **Speculation** | 602 |
| **Foundation** | 602 |
| **Relevance** | 401/402 |

North Dakota hereby reserves any and all rights to assert further and additional objections to any deposition testimony offered by the United States at trial.

Dated:  February 2, 2024

DREW H. WRIGLEY
ATTORNEY GENERAL

/s/ *Paul M. Seby*
Paul M. Seby
Paul B. Kerlin
Special Assistant Attorneys General
Greenberg Traurig, LLP
1144 15th St, Suite 3300
Denver, CO 80202
Phone: (303) 572-6584
Email: sebyp@gtlaw.com

Matthew Sagsveen
Assistant Attorney General
Director of Natural Resources and Indian Affairs
600 E. Boulevard Ave Dept. 125
Bismarck ND 58505
Phone: (701) 328-2595
Email: masagsve@nd.gov

COUNSEL FOR PLAINTIFF
STATE OF NORTH DAKOTA

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 2nd day of February 2024, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to the attorneys of record.

*/s/ Paul Seby*
