```
1    IN THE UNITED STATES DISTRICT COURT
     FOR THE DISTRICT OF NORTH DAKOTA
2    WESTERN DIVISION
     Case No. 19-CV-150-DMT-ARS
3    _____
4    REMOTE VIDEOCONFERENCED VIDEOTAPED 30(b)(6) DEPOSITION OF
     STATE OF NORTH DAKOTA, BY AND THROUGH JON KETTERLING
5    October 4, 2022
6    _____
7    STATE OF NORTH DAKOTA,

     Plaintiff,
8
     v.
9
     UNITED STATES OF AMERICA,
10
     Defendant.
11   _____
12                       A P P E A R A N C E S
13   For the Plaintiff:        PAUL KERLIN, ESQ.
                               Special Assistant Attorney General
14                             Greenberg Traurig, LLP
                               1000 Louisiana Street
15                             Suite 1700
                               Houston, Texas  77002
16
                               PAUL SEBY, ESQ.
17                             Special Assistant Attorney General
                               Greenberg Traurig, LLP
18                             1144 15th Street
                               Suite 3300
19                             Denver, Colorado  80202
20   For the Defendant:        TIMOTHY B. JAFEK, ESQ.
                               JANE BOBET, ESQ.
21                             Special Attorney to the
                               U.S. Attorney General
22                             U.S. Attorney's Office
                               District of Colorado
23                             1801 California Street
                               Suite 1600
24                             Denver, Colorado  80202
25
```

1            A P P E A R A N C E S (Continued)

2   Also Present:          Laura Crabtree, Esq.
                           Jeff Sindiong, videographer
3                          Corin Stigall

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1            Remote videoconferenced videotaped 30(b)(6)

2   deposition of STATE OF NORTH DAKOTA by and through

3   JON KETTERLING, called by the Defendant in the

4   above-entitled matter on Tuesday, the 4th day of October,

5   2022, commencing at the hour of 1:00 p.m., CDT, via

6   audio-video technology, before Elissa Steen, Registered

7   Professional Reporter, said deposition being taken pursuant

8   to Notice and the Federal Rules of Civil Procedure.

9   _____

10                  I N D E X

11                               Page Number

12   Examination by Mr. Jafek                     5
     Examination by Mr. Kerlin                  27

13

14                  E X H I B I T S

15   Exhibit Number                        Initial Reference

16     (No exhibits marked for identification.)

17

18

19

20

21

22

23

24

25

**4**

1           P R O C E E D I N G S
2           THE VIDEOGRAPHER:  This begins Video Number 1 in
3   the deposition of Jonathan Ketterling, in the matter of the
4   State of North Dakota versus the United States of America,
5   Case Number 19-CV-150-DMT-ARS, in the United States
6   District Court for the District of North Dakota, Western
7   Division.
8           The time on the screen is 1:01 p.m. on Tuesday,
9   October 4th, 2022.  And this deposition is taking place via
10   video conference.  All participants are appearing remotely.
11           The videographer is Jeff Sindiong.  Our court
12   reporter is Elissa Steen, both representing Javernick &
13   Stenstrom.
14           Will Counsel please identify themselves and whom
15   you represent.
16           MR. KERLIN:  This is Paul Kerlin on behalf of
17   the Plaintiff, the State of North Dakota, and also
18   attending this deposition is my colleague Paul Seby,
19   representing the State of North Dakota.
20           MR. JAFEK:  This is Tim Jafek from the U.S.
21   Attorney's Office representing the United States.  And with
22   me are my colleagues, Jane Bobet and Laura Crabtree, and
23   Corin Stigall.
24           THE VIDEOGRAPHER:  Will the court reporter
25   please swear in the witness, and then we can continue.

**5**

1           JON KETTERLING,
2   the Witness herein, having been first duly sworn, was
3   examined and testified on his oath as follows:
4           THE REPORTER:  Sorry, the dog.
5           THE VIDEOGRAPHER:  You may continue.
6           MR. JAFEK:  Thank you.
7           EXAMINATION
8   BY MR. JAFEK:
9       Q   Good afternoon, Mr. Ketterling.  As I said, I'm
10   Tim Jafek.  I represent the United States, and I'll be
11   asking you questions today.
12           So just to explain the process a little bit, we
13   have a court reporter, Ms. Steen.  She will be writing down
14   everything that's said.  So because of that, it's important
15   to give a verbal response.  Sometimes we shake our head,
16   nod our head, or say uh-huh or uh-uh.  So please make a
17   verbal response.
18           If you need to take any breaks -- sorry.  I
19   thought you were about to say something.
20       A   No.  No, I'm not.  Sorry.
21       Q   If we need to take any breaks, just let me know,
22   and we should be able to accommodate that.  The exception
23   would be, if there's a question pending, we would ask you
24   to finish answering that.
25       A   Sounds good.

*Objection to all testimony as to hearsay, 802*

**6**

1       Q   Will you tell me if you -- and, actually, one
2   thing we should probably do -- and it may be because kind
3   of slowness in the video.  I'll try to pause after -- after
4   any response you make because it sounds like there might be
5   some sort of lag.
6           Is there any -- will you tell me if you don't
7   understand a question?
8       A   I will.
9       Q   Is there any reason you can't respond truthfully
10   to my questions today?
11       A   No.
12       Q   Have you ever been deposed before?
13       A   Yes.
14       Q   How many times?
15       A   Once.
16       Q   What was the context?
17       A   It was a DUI, nonwork-related type of a thing
18   with a -- with a friend of mine.
19       Q   Okay.  Who -- who was alleged to be DUI?
20       A   A friend of mine.
21       Q   All right.  What's your current employment
22   situation or your current employment title?
23       A   I'm the -- I'm currently the North Dakota State
24   bridge engineer.
25       Q   And was that the same in 2016 and 2017?

**7**

1       A   Yes, it was.
2       Q   What did you do to prepare for the deposition
3   today?
4       A   I reviewed my notes, a few pictures, and I had a
5   quick phone call with the counsel on the line here.
6       Q   When you refer to your "notes," what do you mean
7   by that?
8       A   Just look them over.
9       Q   What do your notes consist of?
10       A   Just, you know, it's primarily action items that
11   I was doing or that I was going to do at the time that
12   we're talking about, during that time frame, on this
13   subject matter.
14       Q   Were they handwritten or electronic?
15       A   Handwritten.
16       Q   How many -- about how many pages of those are
17   they?
18       A   Half a page.
19       Q   All right.  I'm going to use some terms as we
20   talk today.  When I refer to the DAPL protest or the
21   protests, what I mean are the protests from around August
22   2016 to around March 2017 in North Dakota there.
23           And when I say the "State," I mean the State of
24   North Dakota, the counties, and any of their political
25   subdivisions.

8

1   So, Mr. Ketterling, do you understand that
2   you've been designated by the State to testify regarding
3   identification of the cause of State property damaged
4   during the protests and the need for repair work for damage
5   to roadways like the Backwater Bridge?
6   A   I do.
7   Q   What I'm first going to ask you is just for a
8   list of what property damage was caused to the State by the
9   DAPL protests, and then I'm going to go on and ask about
10  those individually.
11  So what property damage was caused to the State
12  by the protests?
13  A   I will speak to what I observed.
14  When I was sent down to the bridge, I was made
15  aware on the 31st of October, and, on the 1st of November
16  of 2016, I made a trip down to the bridge to determine the
17  extent of the damage.
18  I was escorted by law enforcement and members of
19  our district office.  And as I came on scene, it was
20  apparent that there was -- first thing I saw, I guess, was
21  two snowplow trucks burned up, and that was kind of at the
22  end of the guardrail.  And then that -- what I saw was that
23  also burned off the guardrail posts that hold up the
24  guardrail.
25  And so, as I walked around that and moved

9

1   towards the bridge closer, I observed the digital message
2   board burned up.  And as I moved beyond that, there was a
3   vehicle on the end of the bridge sideways, kind of like a
4   small -- you couldn't tell, but it looked like a smaller
5   SUV.  It was significantly burned up and burned right --
6   you know, even the alloy wheels were melted down onto the
7   deck.
8   And there was some rocks and stuff, and it
9   looked like other things had burned in that area, but
10  specific to that spot, there was a vehicle there.  And so
11  those are the -- that's the damage that I saw there.
12  And then we were also told there was a fire on a
13  -- on a county bridge nearby.  I think it was a little
14  north and -- north and west of here.  We went over there
15  and looked at that.
16  There was -- a fire that had occurred on the
17  deck.  You could see that.  And the concrete was pink
18  toned, kind of like it had been -- you know, fire had been
19  started on it.  We didn't know if there was damage to that
20  deck or not, but we did make that observation that that
21  fire had occurred on that deck also.
22  Q   Okay.  So what I heard you say, in terms of
23  damage to State property, a bridge, two trucks burned,
24  guardrail posts, a digital message board, a vehicle on a
25  bridge, and then a fire on a county bridge, on a separate

10

1   bridge?
2   A   Yes.
3   Q   Any other -- any other damage to State property?
4   A   That I was privy to or observed, the biggest
5   question was is there damage to the bridge itself.  And so
6   you could see damage.  There was some asphalt on top of the
7   -- the concrete beams for that bridge type, and you could
8   see the asphalt was damaged.
9   Our concern mainly was were the beams damaged
10  below that 2 inches of asphalt.  Since the asphalt, it was,
11  -- you know, all the oil was burned out, so it was kind of
12  like black gravel.  And we didn't know that.  That's why we
13  had to have a second trip.  So that's -- other than that,
14  no, that's what I observed.
15  Q   Okay.  And to be clear, I'm asking not just what
16  you observed, but, you know, for the State -- for the State
17  as a whole.
18  Was any other State property damaged as a result
19  of the protests?
20  A   I don't know of anything else.
21  Q   Okay.  So I'll go back and just talk about each
22  one of these specifically, and maybe we'll save the bridge
23  -- the bridge for the last.
24  And just to be clear what -- the bridge where
25  most of the damage was at, how should we refer to that

11

1   bridge?
2   A   What we call it in our inventory is the
3   Cantepeta Bridge, what was commonly referred to during the
4   that time was the Backwater Bridge in media, so I can go
5   either way.
6   Q   Okay.  Why don't we just call it the Backwater
7   Bridge.  That rolls off my tongue a bit better.
8   A   Okay.
9   Q   And then you also said there was a county
10  bridge?
11  A   There was a county bridge just north and west of
12  this bridge.
13  Q   Okay.  What -- what's the name of that bridge?
14  A   I don't think it has a name.  Usually county
15  bridges are designated by three numbers that make up
16  township, section, and -- there's a naming -- and I'd have
17  to find it for you, but there's -- there's not a generic
18  name for it.  And I think it lies on the same creek, the
19  Cantepeta Creek, as this one does.
20  Q   Okay.  Do you know what the number of it is?
21  A   I do not offhand.  I certainly could find it.
22  Q   Okay.
23  A   But I do not know it right now.
24  Q   Okay.  We'll just refer to it as the county
25  bridge.

12

1    All right.  So we'll go through each one of
2  these.  First, the two trucks that were burned that you
3  observed, were those -- were those trucks owned by the
4  State?
5    A    What I was told is they were owned by the State.
6    Q    Okay.  And what -- what amount of dollars of
7  damage were caused to those trucks?
8    A    I wouldn't -- I wouldn't know that.  I observed
9  them in a fully burned up state.  I don't know what
10  condition they were.  I don't know anything about the value
11  of those trucks.
12    Q    Okay.  What did the State do to -- to repair or
13  to replace them?
14    A    I don't know that answer.
15    Q    Okay.  How, if at all, does the State know that
16  the damage to those trucks was caused by protestors?
17    A    From what I was told from numerous sources is
18  that they were -- that this damage, these fires, were set
19  by the protesters.  So, you know, that's what I was told.
20    Q    Who told you that?
21    A    Multiple people, from the district folks that
22  escorted us to the site, to law enforcement that was
23  present at the site when we were down there.
24    Q    Just to back up, in terms of the -- the repair
25  or the replacement of the trucks, do you know how the

13

1  amount was documented?
2    A    How the amount of?
3    Q    Of damage was documented.  Like, if there was,
4  you know, invoices for repairs, appraisal report?
5    A    You know, I -- I know that there was a number
6  that was generated, I think, by our district office, but I
7  was not privy to seeing any of those numbers for equipment.
8    Q    Okay.  Who -- who would have that information,
9  do you think?
10    A    There's a new district engineer in that spot, so
11  I'm not certain that he would have it or know where it's
12  at.  That could be maybe obtained through our maintenance
13  division head, Brad Darr.  I think he coordinated a lot of
14  things through -- you know, through -- we coordinate a lot
15  of things through him.  You might -- you might be able to
16  get it from him.
17    Other than that, you know, a lot of the people
18  that were involved are no longer there.
19    Q    Right.
20    And for those trucks, what agency or department
21  owned those?
22    A    I believe -- once again, I believe it was the
23  Department of Transportation.
24    Q    Okay.  Do you know from which camp the
25  protestors came who caused the damage to those trucks?

14

1    A    I don't know which camp they came from.
2    Q    All right.  Let's ask about the second one,
3  then, the guardrail posts.
4    What's the amount of dollars in damage that was
5  caused to the guardrail posts?
6    A    I don't know that answer.  There was numerous
7  posts on either side adjacent to the trucks where it
8  appeared the truck burned up, then that burned off the
9  post.  And so, you know, I -- I am -- I'm not sure what the
10  value of that damage is or was.
11    Q    Is there anyone who you think would?
12    A    I think that that same avenue that I explained
13  before.  The Bismarck district and the head of our
14  maintenance division would maybe have those numbers that
15  were put together at that time.
16    Q    Okay.  What was done to repair or replace those
17  guardrail posts?
18    A    I think they drilled out the post locations and
19  pounded new posts into those spots, similar to what we
20  would do if somebody hit the guardrail and broke it off.
21    Q    And how much did those -- did those replacements
22  cost?
23    A    I do not know.  That repair occurred outside of
24  the bridge -- of the bridge division.
25    Q    What division did the repairs, then?

15

1    A    It was coordinated through the Bismarck
2  district.
3    Q    Of the Department of Transportation?
4    A    Of the Department of Transportation, yes.  It's
5  Bismarck district office of the Department of
6  Transportation.
7    Q    Okay.  And how -- how was the amount of repair
8  work documented?
9    A    I'm not sure.
10    Q    Okay.  Who do you think would know that?
11    A    I think the Bismarck district.
12    Q    Okay.
13    A    And maybe, like I said, the head of our
14  maintenance division, Brad Darr, would maybe have that
15  data.
16    Q    How do you know that that damage was caused by
17  protestors?
18    A    Once again, I was -- you know, I was told that
19  the fire was started by the protestors.  And it was easy to
20  see, with the orientation of the equipment, that the
21  equipment burned, and then it burned off the guardrail
22  posts that were adjacent or real close.
23    Q    And from which camp did the protestors come who
24  caused that damage?
25    A    I don't know that answer.

16

```
 1      Q   And, actually, why don't we -- I think, since
 2   we're talking about damages in the same general area, I can
 3   just kind of ask these, these kind of questions, with
 4   respect to all of the damage.
 5          So with respect to all of the damage that you've
 6   told me about today, how do you know that damage was caused
 7   by protestors?
 8          MR. KERLIN:  Objection, asked and answered.
 9      Q   (By Mr. Jafek)  You can answer.
10      A   Same answer as I had before.  I was told that
11   the protestors started the fire, both with the vehicle and
12   the message board and the -- and the snowplow trucks.
13          And the only thing I can add to it is, when I
14   was down there, this was all after the fact, but the
15   vehicle -- you know, the vehicle -- I can still remember
16   the vehicle, you know, had a "No DAPL" painted on the side
17   of the vehicle.
18      Q   When you say "the vehicle," which vehicle are
19   you referring to?
20      A   The vehicle that was burned on the bridge.
21      Q   Okay.  So that's separate from the two -- from
22   the two State trucks?
23      A   It is.  It is.
24      Q   Okay.  And you also mentioned snowplow trucks?
25      A   That's snowplow trucks -- there was two snowplow
```

17

```
 1   trucks, a digital message sign, and then a vehicle.  That's
 2   the three things that were burned in succession there.
 3      Q   Okay.  So the two State trucks were snowplow
 4   trucks?
 5      A   Yes.
 6      Q   Okay.  Were they, like -- I don't know -- just
 7   kind of regular trucks with snowplows on the front or --
 8      A   They were -- they did not have snowplows on
 9   them.  They had them taken off, but that's what the DOT
10   uses those for.  It has a big box on the back, and it's a
11   bigger truck.  And so there's two of them, and I'm sure
12   they were used for snowplowing at one time.
13      Q   Okay.  All right.  And then the other question I
14   wanted to ask, not just with respect to the guardrails and
15   the trucks, but with respect to all of the damages caused
16   by the State that you've described today, which camp did
17   the protestors come from that caused that damage?
18          MR. KERLIN:  Objection, form.
19      Q   (By Mr. Jafek)  You can answer.
20      A   I do not know what camp they came from.
21      Q   All right.  So moving on to the next one you
22   mentioned, the digital message board.
23          What was the amount of damage caused to the
24   digital message board?
25      A   I do not know that answer.
```

18

```
 1      Q   Okay.  Who do you think may know that answer?
 2      A   I think the Bismarck district, along with our
 3   head of our maintenance division, would likely have -- know
 4   that answer since a lot of the districts have digital
 5   message boards, and then they've also probably tabulated
 6   the value of it at that time.
 7      Q   What is -- what is the amount of damage caused
 8   to the digital message board in dollars?
 9      A   I do not know that answer.
10      Q   Okay.  Do you know what was done to repair or
11   replace it?
12      A   Well, I know that it was a total loss.  I do not
13   know if it was replaced.
14      Q   Okay.  How do you know it was a total loss?
15      A   It was burned to nothing.
16      Q   Okay.  All right.  Okay.  You mentioned a
17   vehicle on the bridge.
18          Was that a State-owned vehicle?
19      A   A what?  Excuse me.
20      Q   A State -- a State-owned vehicle?
21      A   No.  It was -- appeared to be a private vehicle.
22      Q   All right.  So let's move on to the county
23   bridge.
24          What's the amount of damage that was caused to
25   the county bridge?
```

19

```
 1      A   Yeah.  At the time we were there it was a -- you
 2   know, it was a bridge with a conventional concrete deck.
 3   It looked like the concrete was -- turned pink, which
 4   indicates some fire damage occurred to it.  I think that
 5   there was an effort made to chain the deck, which would
 6   indicate that, if it had delaminated any of the concrete
 7   from the rebar, as far as I know, there was minor
 8   delamination to it.
 9          And I never had much more to do with that county
10   bridge after that.  So I don't know if there was any
11   attempt to do any spot repairs or any kind of repairs to
12   that deck.
13      Q   Okay.  So similar questions as the other ones.
14          What's the amount of dollar damage done to that,
15   to the county bridge?
16      A   I do not know that answer.
17      Q   And do you know who -- who did the repairs, if
18   any?
19      A   I do not.  And I do not know that answer.
20      Q   Okay.  Do you know if it was repaired or
21   replaced?
22      A   All inventory comes through my office when
23   things are replaced.  I know it was not replaced on the
24   county system.
25      Q   Okay.  So now let's move on to I think probably
```

---

**Page 20**

1    the biggest damage, the damage to the bridge.
2          So what specific damage was done to the
3    Backwater Bridge?
4        A   On the -- you know, the worry was that it had
5    damaged the beams.  And this bridge is a somewhat
6    unconventional bridge in that I think it was part of -- it
7    was a county bridge at one time, and it was part of an
8    Owyhee relocation.  And they had adjacent box beams, which
9    you take just concrete box beams, and you put them
10   together, and you don't have a concrete deck on it.  You
11   just have the beams.
12         And so we had 2 inches of asphalt over the top
13   of that and then that fire.  Our worry was that the fire
14   had damaged the beams and that the beams' load-carrying
15   capacity was diminished, hence why we needed to do
16   additional testing.
17         So the damage to the bridge that was evident was
18   the asphalt that was over the top, but it was unknown if
19   there was anything further until we did additional testing.
20       Q   Okay.  What was the result of that additional
21   testing?
22       A   Well, the result was we took five cores from the
23   tops of the most heavily damaged area that went through the
24   asphalt and into the concrete, top of the concrete beam,
25   and we sent the cores into a company, American

---

**Page 21**

1    Petrographic, and they analyzed the beams and said that the
2    concrete -- the integrity of the concrete was good.  So the
3    damage from the fire to the beam to the actual beam was
4    nonexistent.  It was good.  The fire did not damage the
5    beams.
6        Q   So what was the amount of dollar -- the amount
7    of damage in dollars to the bridge itself?
8        A   You know, it's the -- the area where the fires
9    were, they had to mill that up and patch that back with
10   asphalt.  I don't know what the cost of that repair was.
11       Q   Any other -- any other repairs that were made to
12   the Backwater Bridge as a result of the protests besides
13   the guard rail posts that we talked about?
14       A   We had to -- we had to plug our holes that we
15   had poured into the beams.  And other than that, that would
16   be the extent of the damages to the -- to the bridge.
17       Q   Okay.  Going back to the asphalt issue, who
18   would have to pay the cost of milling it up and patching it?
19       A   That would be the Bismarck district office and
20   potentially Brad Darr from maintenance division, our
21   maintenance division.
22       Q   Okay.  And then do you know the cost of plugging
23   the holes?
24       A   I do not know the cost of plugging the holes.
25   It probably was all part of the patching effort that

---

**Page 22**

1    occurred.  We did not -- we did not patch them at the time
2    of coring.
3        Q   And who would -- who would know that?  The same
4    person who knew about the asphalt?
5        A   Same -- same people, yeah.
6        Q   Okay.  How would the -- how would the cost for
7    the milling and the asphalt, how would that be documented?
8        A   Well, if they did it by contract, we would have
9    -- we would have some bid documents probably or something
10   that they used.  If they did it with maintenance forces,
11   they would have it probably charged to a project number.
12   But, you know, like I said, I think that this was all
13   tabulated at that time.
14         So I'm not sure exactly how they went forward
15   with that repair since it was less about the structural,
16   you know, that part of it, than it was the making sure that
17   it was safe with guardrail and then it had a good riding
18   surface with the asphalt.  So that was taken -- it was
19   taken care of, I think, by Bismarck district office.
20       Q   Okay.  If I understand right, you're not sure
21   if it was done kind of by contract or by in-house, but you
22   think in-house?
23       A   I think so, but I don't know.
24       Q   Okay.  All right.  And then the cost of getting
25   the cores analyzed, do you know what that was?

---

**Page 23**

1        A   Oh, I should know that.  $12,000 maybe,
2    something like that.  I think 12,000.  12,000 -- a little
3    over $12,000, I think, if I remember right.
4        MR. JAFEK:  All right.  Why don't -- I think I'm
5    at the end or close to the end.  Why don't we just pause.
6    I'm going to confer with -- I'm going to look over my
7    notes, confer with my cocounsel.  And so why don't we take
8    a five-minute break.
9        THE VIDEOGRAPHER:  We're now going -- we are now
10   going off record.  The time is 1:31.
11        (A recess was taken from 1:31 p.m. until
12   1:36 p.m.)
13        THE VIDEOGRAPHER:  We are now back on the
14   record.  The time is 1:36.
15   You may continue.
16        MR. JAFEK:  Thank you.
17       Q   (By Mr. Jafek) So a few more areas of
18   questions.  Probably -- probably pretty brief.
19         I asked this question for some of them but not
20   for all of them.  So to go back to the digital message
21   board, who owned that?
22       A   My understanding was the DOT.
23       Q   The county bridge, is that owned --
24       A   By the county.  Yes.
25       Q   Which county?

---

**24**

1    A    Likely Morton, but I'd have to verify.
2    Q    And then --
3    A    Yeah.  It's -- it was Morton County.  Sorry.  It
4    was Morton County.  Yes.
5    Q    And then the Backwater Bridge itself, who owned
6    that?
7    A    The State of North Dakota.
8    Q    With respect to that, the Backwater Bridge, how
9    long was it before all the repairs to it were made?
10    A    I don't know that answer.  I do know that, you
11    know, on January 12th we declared the -- we got the results
12    back and declared the bridge competent, but as far as the
13    repairs -- when the repairs were finished, and I'm not
14    certain on that.
15    Q    All right.  And I think you said at the
16    beginning, when we were talking, that the bridge was
17    damaged -- did you say October 30th or around then?
18    A    I'd say it was a few days before that.
19    Q    Okay.  So late October?
20    A    Yeah, late October.
21    Q    Was all of the damage that -- all of the damage
22    to State property that you've talked about today, did those
23    -- did that all happen at the same time?
24    A    Everything that I talked about today concerning
25    the Backwater Bridge I believe happened at the same time.

**25**

1    I am not certain if the fire or damage on the county bridge
2    occurred at the exact same time or not.
3    Q    And then we may have -- we may have talked about
4    this briefly, but how specifically was the damage caused to
5    the -- to the Backwater Bridge from what you saw?
6    A    From what I saw, the fire was started in, you
7    know, in the snowplow trucks we'll call them.  Started --
8    the trucks were lit up, and that fire from those trucks
9    burned off the guardrail posts.
10         The digital message sign stood alone, and that
11    was lit up.  And then the vehicle that was on the end of
12    the bridge was lit up, and it appeared there was some rocks
13    and other debris around it.  So I'm not sure what was piled
14    up against it.  But that was burned up, and then that
15    burned down into the deck.
16         And, like I said, the asphalt was like gravel in
17    those areas.  There was no oil left in it.  And so, you
18    know, our fear was that that 2 inches of asphalt did not
19    protect those, those box beams and the prestressing
20    strands, and so we wanted to investigate further.
21    Q    Okay.  You mentioned some photos at the
22    beginning of the deposition.  What were those photos of?
23    A    The photos were of the vehicle, the deck, the
24    digital message board, the snowplow truck, that stuff.
25    Underside of the bridge also.  I went under there to

**26**

1    inspect the underside and looked for any damage that I
2    could see underneath the deck.  So there was a -- I
3    remember a photo or two of that guardrail post.  That's
4    about it.
5    Q    Okay.  And you mentioned an investigation of the
6    kind of the state, the condition, of the bridge.
7         What specifically was done in that
8    investigation?
9    A    Are you talking about the coring operation?
10    Q    All -- any investigation that was done to
11    determine the condition of the Backwater Bridge.
12    A    Well, there was that November 1st, 2016,
13    inspection that was done by myself and another member of my
14    team.  And we had went to the site.  So we did a visual
15    inspection.  And then we came back, on December 22nd, and
16    we did more of a destructive type of testing where we
17    corded holes into the concrete and the asphalt to determine
18    the -- you know, get a sample so we could check the
19    integrity of the concrete.
20         So it was just those two dates on where the
21    bridge was inspected by me or members of my staff.
22    Q    Okay.  And then you mentioned the repairs that
23    were made to the -- to the asphalt, the mill and the
24    reasphalting.
25         Did that extend the useful life of the bridge?

**27**

1    A    No.  That creates a smooth ride on the top of
2    the bridge.  That does not extend the useful life of the
3    bridge.
4    Q    Okay.  So by repairing it, you didn't -- you
5    didn't get a better bridge than you had before the protests
6    happened?
7    A    No.
8         MR. JAFEK:  Okay.  All right.  Well, I don't
9    think I have any other questions.  Thank you very much for
10    your time.
11         EXAMINATION
12    BY MR. KERLIN:
13    Q    Just a couple questions for you, Mr. Ketterling.
14    This is Paul Kerlin on behalf of the State of North Dakota.
15    Prior to your deposition, did you have an
16    opportunity to review the notice of the 30(b)(6) deposition
17    of the State of North Dakota?
18    A    Yes.
19    Q    That document.  Okay.
20         And you had been identified or designated as a
21    witness to answer questions, specifically 3d.  I just want
22    to read that real quick.
23         This topic includes, for purposes of the State's
24    claimed damages, "the identification of the cause of State
25    property damage during the protest and the need for repair

28

1   work, for damage to roadways like the Backwater Bridge."
2       Do you recall looking at that section of the
3   notice?
4       A.  Yes.
5       Q.  Okay.  And you were prepared to testify about
6   that fully today, correct?
7       A.  Yes.
8       Q.  Okay.  And you described and talked with -- with
9   Mr. Jafek in some detail about the different activities
10  that you undertook along with others at the Department of
11  Transportation for North Dakota to evaluate what had
12  happened to that road surface and bridge, as well as the
13  equipment that was around it, correct?
14      A.  Yes.
15      MR. KERLIN:  And, for the record, I believe that
16  the notice has been marked as Exhibit 88, but I just want
17  to make that clear on the record, and that Mr. Ketterling
18  was designated for Topic 3, Subpart d.  So that's on the
19  record.
20      Mr. Ketterling, I don't have any other questions
21  for you this afternoon, and the State would reserve all
22  further questions until the time of trial.
23      THE VIDEOGRAPHER:  All right.  No further
24  questions?
25      MR. JAFEK:  I have no further questions.

29

1       THE VIDEOGRAPHER:  All right.  Then this
2   concludes the deposition of Jon Ketterling.  The time on
3   the screen is 1:45, and we are now off record.
4       (The remote videoconferenced videotaped 30(b)(6)
5   deposition was concluded at 1:45 p.m., on Tuesday, October
6   4, 2022.)
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

30

1       I, JON KETTERLING, do hereby certify that I have
2   read the above and foregoing deposition and that the above
3   and foregoing transcript and accompanying Amendment
4   sheet(s), if any, constitute a true and complete record of
5   my testimony.
6
7   Amendment sheet(s) attached [ ]
8   No changes, therefore no Amendment sheet(s) attached [ ]
9
10  _____
        JON KETTERLING
11
12
13      Subscribed and sworn to before me in the county
14  of _____, State of Colorado, this _____ day of
15  _____, 2022.
16
17
18
19  _____
        Notary Public
20
        _____
21      Commission Expiration Date
22
23
24
25

31

1   REMOTE VIDEOCONFERENCED VIDEOTAPED 30(b)(6)
    DEPOSITION OF STATE OF NORTH DAKOTA,
2   BY AND THROUGH JON KETTERLING
3
        REPORTER'S CERTIFICATE
4
5       I, Elissa Steen, Registered Professional
6   Reporter, do hereby certify that prior to the commencement
7   of the examination the Witness was by me first duly sworn
8   to testify to the truth; that said deposition was taken in
9   shorthand by me at the time and place hereinabove set forth
10  and was thereafter reduced to typewritten form under my
11  supervision, as per the foregoing transcript; that the same
12  is a full, true, and correct transcription of my shorthand
13  notes then and there taken.
14      I further certify that I am not related to,
15  employed by, nor of counsel for any of the parties or
16  attorneys herein, nor otherwise interested in the event of
17  the within action.
18
19
20
21  _____
22      Registered Professional Reporter
23
24
25

**A**

able 5:22 13:15
above-entitled
  3:4
accommodate
  5:22
accompanying
  30:3
action 7:10
  31:17
activities 28:9
actual 21:3
add 16:13
additional 20:16
  20:19,20
adjacent 14:7
  15:22 20:8
afternoon 5:9
  28:21
agency 13:20
alleged 6:19
alloy 9:6
Amendment
  30:3,7,8
America 1:9 4:4
American 20:25
amount 12:6
  13:1,2 14:4
  15:7 17:23
  18:7,24 19:14
  21:6,6
analyzed 21:1
  22:25
answer 12:14
  14:6 15:25
  16:9,10 17:19
  17:25 18:1,4,9
  19:16,19 24:10
  27:21
answered 16:8
answering 5:24
apparent 8:20
appeared 14:8
  18:21 25:12
appearing 4:10
appraisal 13:4
area 9:9 16:2

20:23 21:8
areas 23:17
  25:17
asked 16:8
  23:19
asking 5:11
  10:15
asphalt 10:6,8
  10:10,10 20:12
  20:18,24 21:10
  21:17 22:4,7
  22:18 25:16,18
  26:17,23
Assistant 1:13
  1:17
attached 30:7,8
attempt 19:11
attending 4:18
Attorney 1:13
  1:17,21,21
Attorney's 1:22
  4:21
attorneys 31:16
audio-video 3:6
August 7:21
avenue 14:12
aware 8:15

**B**

B 1:20 3:14
back 10:21
  12:24 17:10
  21:9,17 23:13
  23:20 24:12
  26:15
Backwater 8:5
  11:4,6 20:3
  21:12 24:5,8
  24:25 25:5
  26:11 28:1
beam 20:24 21:3
  21:3
beams 10:7,9
  20:5,8,9,11,14
  21:1,5,15
  25:19
beams' 20:14

beginning 24:16
  25:22
begins 4:2
behalf 4:16
  27:14
believe 13:22,22
  24:25 28:15
better 11:7 27:5
beyond 9:2
bid 22:9
big 17:10
bigger 17:11
biggest 10:4
  20:1
Bismarck 14:13
  15:1,5,11 18:2
  21:19 22:19
bit 5:12 11:7
black 10:12
board 9:2,24
  16:12 17:22,24
  18:8 23:21
  25:24
boards 18:5
Bobet 1:20 4:22
box 17:10 20:8,9
  25:19
Brad 13:13
  15:14 21:20
break 23:8
breaks 5:18,21
bridge 6:24 8:5
  8:14,16 9:1,3
  9:13,23,25,25
  10:1,5,7,22,23
  10:24 11:1,3,4
  11:7,10,11,12
  11:13,25 14:24
  14:24 16:20
  18:17,23,25
  19:2,10,15
  20:1,3,5,6,7,17
  21:7,12,16
  23:23 24:5,8
  24:12,16,25
  25:1,5,12,25
  26:6,11,21,25

27:2,3,5 28:1
  28:12
bridges 11:15
brief 23:18
briefly 25:4
broke 14:20
burned 8:21,23
  9:2,5,5,9,23
  10:11 12:2,9
  14:8,8 15:21
  15:21 16:20
  17:2 18:15
  25:9,14,15

**C**

C 1:12 2:1 4:1
California 1:23
call 7:5 11:2,6
  25:7
called 3:3
camp 13:24 14:1
  15:23 17:16,20
Cantepeta 11:3
  11:19
capacity 20:15
care 22:19
Case 1:2 4:5
cause 8:3 27:24
caused 8:8,11
  12:7,16 13:25
  14:5 15:16,24
  16:6 17:15,17
  17:23 18:7,24
  25:4
CDT 3:5
certain 13:11
  24:14 25:1
certainly 11:21
CERTIFICA...
  31:3
certify 30:1 31:6
  31:14
chain 19:5
changes 30:8
charged 22:11
check 26:18
Civil 3:8

claimed 27:24
clear 10:15,24
  28:17
close 15:22 23:5
closer 9:1
cocounsel 23:7
colleague 4:18
colleagues 4:22
Colorado 1:19
  1:22,24 30:14
come 15:23
  17:17
comes 19:22
commencement
  31:6
commencing 3:5
Commission
  30:21
commonly 11:3
company 20:25
competent 24:12
complete 30:4
concern 10:9
concerning
  24:24
concluded 29:5
concludes 29:2
concrete 9:17
  10:7 19:2,3,6
  20:9,10,24,24
  21:2,2 26:17
  26:19
condition 12:10
  26:6,11
confer 23:6,7
conference 4:10
consist 7:9
constitute 30:4
context 6:16
continue 4:25
  5:5 23:15
Continued 2:1
contract 22:8,21
conventional
  19:2
coordinate
  13:14

**coordinated** 13:13 15:1
**corded** 26:17
**cores** 20:22,25 22:25
**Corin** 2:3 4:23
**coring** 22:2 26:9
**correct** 28:6,13 31:12
**cost** 14:22 21:10 21:18,22,24 22:6,24
**counsel** 4:14 7:5 31:15
**counties** 7:24
**county** 9:13,25 11:9,11,14,24 18:22,25 19:9 19:15,24 20:7 23:23,24,25 24:3,4 25:1 30:13
**couple** 27:13
**court** 1:1 4:6,11 4:24 5:13
**Crabtree** 2:2 4:22
**creates** 27:1
**creek** 11:18,19
**current** 6:21,22
**currently** 6:23

---
**D**
---
**d** 3:10 4:1 28:18
**Dakota** 1:1,4,6 3:2 4:4,6,17,19 6:23 7:22,24 24:7 27:14,17 28:11 31:1
**damage** 8:4,8,11 8:17 9:11,19 9:23 10:3,5,6 10:25 12:7,16 12:18 13:3,25 14:4,10 15:16 15:24 16:4,5,6 17:17,23 18:7

18:24 19:4,14 20:1,1,2,17 21:3,4,7 24:21 24:21 25:1,4 26:1 27:25 28:1
**damaged** 8:3 10:8,9,18 20:5 20:14,23 24:17
**damages** 16:2 17:15 21:16 27:24
**DAPL** 7:20 8:9 16:16
**Darr** 13:13 15:14 21:20
**data** 15:15
**Date** 30:21
**dates** 26:20
**day** 3:4 30:14
**days** 24:18
**debris** 25:13
**December** 26:15
**deck** 9:7,17,20 9:21 19:2,5,12 20:10 25:15,23 26:2
**declared** 24:11 24:12
**Defendant** 1:10 1:20 3:3
**delaminated** 19:6
**delamination** 19:8
**Denver** 1:19,24
**department** 13:20,23 15:3 15:4,5 28:10
**deposed** 6:12
**deposition** 1:4 3:2,7 4:3,9,18 7:2 25:22 27:15,16 29:2 29:5 30:2 31:1 31:8
**described** 17:16

28:8
**designated** 8:2 11:15 27:20 28:18
**destructive** 26:16
**detail** 28:9
**determine** 8:16 26:11,17
**different** 28:9
**digital** 9:1,24 17:1,22,24 18:4,8 23:20 25:10,24
**diminished** 20:15
**district** 1:1,1,22 4:6,6 8:19 12:21 13:6,10 14:13 15:2,5 15:11 18:2 21:19 22:19
**districts** 18:4
**division** 1:2 4:7 13:13 14:24 14:25 15:14 18:3 21:20,21
**document** 27:19
**documented** 13:1,3 15:8 22:7
**documents** 22:9
**dog** 5:4
**doing** 7:11
**dollar** 19:14 21:6
**dollars** 12:6 14:4 18:8 21:7
**DOT** 17:9 23:22
**drilled** 14:18
**DUI** 6:17,19
**duly** 5:2 31:7

---
**E**
---
**E** 1:12,12 2:1,1 3:10,14 4:1,1
**easy** 15:19

**effort** 19:5 21:25
**either** 11:5 14:7
**electronic** 7:14
**Elissa** 3:6 4:12 31:5
**employed** 31:15
**employment** 6:21,22
**enforcement** 8:18 12:22
**engineer** 6:24 13:10
**equipment** 13:7 15:20,21 28:13
**escorted** 8:18 12:22
**Esq** 1:13,16,20 1:20 2:2
**evaluate** 28:11
**event** 31:16
**evident** 20:17
**exact** 25:2
**exactly** 22:14
**examination** 3:12,12 5:7 27:11 31:7
**examined** 5:3
**exception** 5:22
**Excuse** 18:19
**Exhibit** 3:15 28:16
**exhibits** 3:16
**Expiration** 30:21
**explain** 5:12
**explained** 14:12
**extend** 26:25 27:2
**extent** 8:17 21:16

---
**F**
---
**fact** 16:14
**far** 19:7 24:12
**fear** 25:18
**Federal** 3:8
**find** 11:17,21

**finish** 5:24
**finished** 24:13
**fire** 9:12,16,18 9:21,25 15:19 16:11 19:4 20:13,13 21:3 21:4 25:1,6,8
**fires** 12:18 21:8
**first** 5:2 8:7,20 12:2 31:7
**five** 20:22
**five-minute** 23:8
**folks** 12:21
**follows** 5:3
**forces** 22:10
**foregoing** 30:2,3 31:11
**form** 17:18 31:10
**forth** 31:9
**forward** 22:14
**frame** 7:12
**friend** 6:18,20
**front** 17:7
**full** 31:12
**fully** 12:9 28:6
**further** 20:19 25:20 28:22,23 28:25 31:14

---
**G**
---
**G** 4:1
**general** 1:13,17 1:21 16:2
**generated** 13:6
**generic** 11:17
**getting** 22:24
**give** 5:15
**go** 8:9 10:21 11:4 12:1 23:20
**going** 7:11,19 8:7,9 21:17 23:6,6,9,10
**good** 5:9,25 21:2 21:4 22:17
**gravel** 10:12

25:16
**Greenberg** 1:14
1:17
**guard** 21:13
**guardrail** 8:22
8:23,24 9:24
14:3,5,17,20
15:21 22:17
25:9 26:3
**guardrails** 17:14
**guess** 8:20

### H

**H** 3:14
**Half** 7:18
**handwritten**
7:14,15
**happen** 24:23
**happened** 24:25
27:6 28:12
**head** 5:15,16
13:13 14:13
15:13 18:3
**heard** 9:22
**heavily** 20:23
**hereinabove**
31:9
**hit** 14:20
**hold** 8:23
**holes** 21:14,23
21:24 26:17
**hour** 3:5
**Houston** 1:15

### I

**identification**
3:16 8:3 27:24
**identified** 27:20
**identify** 4:14
**important** 5:14
**in-house** 22:21
22:22
**inches** 10:10
20:12 25:18
**includes** 27:23
**indicate** 19:6
**indicates** 19:4

**individually**
8:10
**information**
13:8
**Initial** 3:15
**inspect** 26:1
**inspected** 26:21
**inspection** 26:13
26:15
**integrity** 21:2
26:19
**interested** 31:16
**inventory** 11:2
19:22
**investigate**
25:20
**investigation**
26:5,8,10
**invoices** 13:4
**involved** 13:18
**issue** 21:17
**items** 7:10

### J

**Jafek** 1:20 3:12
4:20,20 5:6,8
5:10 16:9
17:19 23:4,16
23:17 27:8
28:9,25
**Jane** 1:20 4:22
**January** 24:11
**Javernick** 4:12
**Jeff** 2:2 4:11
**Jon** 1:4 3:3 5:1
29:2 30:1,10
31:2
**Jonathan** 4:3

### K

**Kerlin** 1:13 3:12
4:16,16 16:8
17:18 27:12,14
28:15
**Ketterling** 1:4
3:3 4:3 5:1,9
8:1 27:13

28:17,20 29:2
30:1,10 31:2
**kind** 6:2 8:21
9:3,18 10:11
16:3,3 17:7
19:11 22:21
26:6
**knew** 22:4
**know** 5:21 7:10
9:6,18,19
10:11,12,16,20
11:20,23 12:8
12:9,10,14,15
12:19,25 13:4
13:5,5,11,14
13:17,24 14:1
14:6,9,23
15:10,16,18,25
16:6,15,16
17:6,20,25
18:1,3,9,10,12
18:13,14 19:2
19:7,10,16,17
19:19,20,23
20:4 21:8,10
21:18,22,24
22:3,12,16,23
22:25 23:1
24:10,10,11
25:7,18 26:18

### L

**lag** 6:5
**late** 24:19,20
**Laura** 2:2 4:22
**law** 8:18 12:22
**left** 25:17
**let's** 14:2 18:22
19:25
**lies** 11:18
**life** 26:25 27:2
**line** 7:5
**list** 8:8
**lit** 25:8,11,12
**little** 5:12 9:13
23:2
**LLP** 1:14,17

**load-carrying**
20:14
**locations** 14:18
**long** 24:9
**longer** 13:18
**look** 7:8 23:6
**looked** 9:4,9,15
19:3 26:1
**looking** 28:2
**loss** 18:12,14
**lot** 13:13,14,17
18:4
**Louisiana** 1:14

### M

**maintenance**
13:12 14:14
15:14 18:3
21:20,21 22:10
**making** 22:16
**March** 7:22
**marked** 3:16
28:16
**matter** 3:4 4:3
7:13
**mean** 7:6,21,23
**media** 11:4
**melted** 9:6
**member** 26:13
**members** 8:18
26:21
**mentioned**
16:24 17:22
18:16 25:21
26:5,22
**message** 9:1,24
16:12 17:1,22
17:24 18:5,8
23:20 25:10,24
**mill** 21:9 26:23
**milling** 21:18
22:7
**mine** 6:18,20
**minor** 19:7
**Morton** 24:1,3,4
**move** 18:22
19:25

**moved** 8:25 9:2
**moving** 17:21
**Multiple** 12:21

### N

**N** 1:12 2:1 3:10
4:1
**name** 11:13,14
11:18
**naming** 11:16
**nearby** 9:13
**need** 5:18,21 8:4
27:25
**needed** 20:15
**never** 19:9
**new** 13:10 14:19
**nod** 5:16
**nonexistent** 21:4
**nonwork-rela...**
6:17
**north** 1:1,4,6 3:2
4:4,6,17,19
6:23 7:22,24
9:14,14 11:11
24:7 27:14,17
28:11 31:1
**Notary** 30:19
**notes** 7:4,6,9
23:7 31:13
**notice** 3:8 27:16
28:3,16
**November** 8:15
26:12
**number** 3:11,15
4:2,5 11:20
13:5 22:11
**numbers** 11:15
13:7 14:14
**numerous** 12:17
14:6

### O

**O** 4:1
**oath** 5:3
**Objection** 16:8
17:18
**observation**

9:20
observed 8:13
 9:1 10:4,14,16
 12:3,8
obtained 13:12
occurred 9:16
 9:21 14:23
 19:4 22:1 25:2
October 1:5 3:4
 4:9 8:15 24:17
 24:19,20 29:5
offhand 11:21
office 1:22 4:21
 8:19 13:6 15:5
 19:22 21:19
 22:19
Oh 23:1
oil 10:11 25:17
Okay 6:19 9:22
 10:15,21 11:6
 11:8,13,20,22
 11:24 12:6,12
 12:15 13:8,24
 14:16 15:7,10
 15:12 16:21,24
 17:3,6,13 18:1
 18:10,14,16,16
 19:13,20,25
 20:20 21:17,22
 22:6,20,24
 24:19 25:21
 26:5,22 27:4,8
 27:19 28:5,8
once 6:15 13:22
 15:18
ones 19:13
operation 26:9
opportunity
 27:16
orientation
 15:20
outside 14:23
owned 12:3,5
 13:21 23:21,23
 24:5
Owyhee 20:8

**P**

P 1:12,12 2:1,1
 4:1
p.m 3:5 4:8
 23:11,12 29:5
page 3:11 7:18
pages 7:16
painted 16:16
part 20:6,7
 21:25 22:16
participants
 4:10
parties 31:15
patch 21:9 22:1
patching 21:18
 21:25
Paul 1:13,16
 4:16,18 27:14
pause 6:3 23:5
pending 5:23
people 12:21
 13:17 22:5
person 22:4
Petrographic
 21:1
phone 7:5
photo 26:3
photos 25:21,22
 25:23
pictures 7:4
piled 25:13
pink 9:17 19:3
place 4:9 31:9
Plaintiff 1:7,13
 4:17
please 4:14,25
 5:16
plug 21:14
plugging 21:22
 21:24
political 7:24
post 14:9,18
 26:3
posts 8:23 9:24
 14:3,5,7,17,19
 15:22 21:13
 25:9

potentially
 21:20
pounded 14:19
poured 21:15
prepare 7:2
prepared 28:5
present 2:2
 12:23
prestressing
 25:19
pretty 23:18
primarily 7:10
prior 27:15 31:6
private 18:21
privy 10:4 13:7
probably 6:2
 18:5 19:25
 21:25 22:9,11
 23:18,18
Procedure 3:8
process 5:12
Professional 3:7
 31:5,21
project 22:11
property 8:3,8
 8:11 9:23 10:3
 10:18 24:22
 27:25
protect 25:19
protest 7:20
 27:25
protesters 12:19
protestors 12:16
 13:25 15:17,19
 15:23 16:7,11
 17:17
protests 7:21,21
 8:4,9,12 10:19
 21:12 27:5
Public 30:19
purposes 27:23
pursuant 3:7
put 14:15 20:9

**Q**

question 5:23
 6:7 10:5 17:13

23:19
questions 5:11
 6:10 16:3
 19:13 23:18
 27:9,13,21
 28:20,22,24,25
quick 7:5 27:22

**R**

R 1:12 2:1 4:1
rail 21:13
read 27:22 30:2
real 15:22 27:22
reason 6:9
reasphalting
 26:24
rebar 19:7
recall 28:2
recess 23:11
record 23:10,14
 28:15,17,19
 29:3 30:4
reduced 31:10
refer 7:6,20
 10:25 11:24
Reference 3:15
referred 11:3
referring 16:19
regarding 8:2
Registered 3:6
 31:5,21
regular 17:7
related 31:14
relocation 20:8
remember 16:15
 23:3 26:3
remote 1:4 3:1
 29:4 31:1
remotely 4:10
repair 8:4 12:12
 12:24 14:16,23
 15:7 18:10
 21:10 22:15
 27:25
repaired 19:20
repairing 27:4
repairs 13:4

14:25 19:11,11
 19:17 21:11
 24:9,13,13
 26:22
replace 12:13
 14:16 18:11
replaced 18:13
 19:21,23,23
replacement
 12:25
replacements
 14:21
report 13:4
reporter 3:7
 4:12,24 5:4,13
 31:6,21
REPORTER'S
 31:3
represent 4:15
 5:10
representing
 4:12,19,21
reserve 28:21
respect 16:4,5
 17:14,15 24:8
respond 6:9
response 5:15
 5:17 6:4
result 10:18
 20:20,22 21:12
results 24:11
review 27:16
reviewed 7:4
ride 27:1
riding 22:17
right 6:21 7:19
 9:5 11:23 12:1
 13:19 14:2
 17:13,21 18:16
 18:22 22:20,24
 23:3,4 24:15
 27:8 28:23
 29:1
road 28:12
roadways 8:5
 28:1
rocks 9:8 25:12

rolls 11:7
Rules 3:8

**S**

S 1:12 2:1 3:14
    4:1
safe 22:17
sample 26:18
save 10:22
saw 8:20,22 9:11
    25:5,6
scene 8:19
screen 4:8 29:3
Seby 1:16 4:18
second 10:13
    14:2
section 11:16
    28:2
see 9:17 10:6,8
    15:20 26:2
seeing 13:7
sent 8:14 20:25
separate 9:25
    16:21
set 12:18 31:9
shake 5:15
sheet(s) 30:4,7,8
shorthand 31:9
    31:12
side 14:7 16:16
sideways 9:3
sign 17:1 25:10
significantly 9:5
similar 14:19
    19:13
Sindiong 2:2
    4:11
site 12:22,23
    26:14
situation 6:22
slowness 6:3
small 9:4
smaller 9:4
smooth 27:1
snowplow 8:21
    16:12,24,25,25
    17:3 25:7,24

snowplowing
    17:12
snowplows 17:7
    17:8
somebody 14:20
somewhat 20:5
sorry 5:4,18,20
    24:3
sort 6:5
sounds 5:25 6:4
sources 12:17
speak 8:13
Special 1:13,17
    1:21
specific 9:10
    20:2
specifically
    10:22 25:4
    26:7 27:21
spot 9:10 13:10
    19:11
spots 14:19
staff 26:21
started 9:19
    15:19 16:11
    25:6,7
state 1:4,6 3:2
    4:4,17,19 6:23
    7:23,23 8:2,3,8
    8:11 9:23 10:3
    10:16,16,18
    12:4,5,9,12,15
    16:22 17:3,16
    18:20 24:7,22
    26:6 27:14,17
    27:24 28:21
    30:14 31:1
State's 27:23
State-owned
    18:18,20
States 1:1,9 4:4
    4:5,21 5:10
Steen 3:6 4:12
    5:13 31:5
Stenstrom 4:13
Stigall 2:3 4:23
stood 25:10

strands 25:20
Street 1:14,18
    1:23
structural 22:15
stuff 9:8 25:24
subdivisions
    7:25
subject 7:13
Subpart 28:18
Subscribed
    30:13
succession 17:2
Suite 1:15,18,23
supervision
    31:11
sure 14:9 15:9
    17:11 22:14,16
    22:20 25:13
surface 22:18
    28:12
SUV 9:5
swear 4:25
sworn 5:2 30:13
    31:7
system 19:24

**T**

T 3:14
tabulated 18:5
    22:13
take 5:18,21
    20:9 23:7
taken 3:7 17:9
    22:18,19 23:11
    31:8,13
talk 7:20 10:21
talked 21:13
    24:22,24 25:3
    28:8
talking 7:12
    16:2 24:16
    26:9
team 26:14
technology 3:6
tell 6:1,6 9:4
terms 7:19 9:22
    12:24

testified 5:3
testify 8:2 28:5
    31:8
testimony 30:5
testing 20:16,19
    20:21 26:16
Texas 1:15
Thank 5:6 23:16
    27:9
thing 6:2,17
    8:20 16:13
things 9:9 13:14
    13:15 17:2
    19:23
think 9:13 11:14
    11:18 13:6,9
    13:13 14:11,12
    14:18 15:10,11
    16:1 18:1,2
    19:4,25 20:6
    22:12,19,22,23
    23:2,3,4 24:15
    27:9
thought 5:19
three 11:15 17:2
Tim 4:20 5:10
time 4:8 7:11,12
    11:4 14:15
    17:12 18:6
    19:1 20:7 22:1
    22:13 23:10,14
    24:23,25 25:2
    27:10 28:22
    29:2 31:9
times 6:14
TIMOTHY 1:20
title 6:22
today 5:11 6:10
    7:3,20 16:6
    17:16 24:22,24
    28:6
told 9:12 12:5,17
    12:19,20 15:18
    16:6,10
toned 5:19
tongue 11:7
top 10:6 20:12

20:18,24 27:1
topic 27:23
    28:18
tops 20:23
total 18:12,14
township 11:16
transcript 30:3
    31:11
transcription
    31:12
Transportation
    13:23 15:3,4,6
    28:11
Traurig 1:14,17
trial 28:22
trip 8:16 10:13
truck 14:8 17:11
    25:24
trucks 8:21 9:23
    12:2,3,7,11,16
    12:25 13:20,25
    14:7 16:12,22
    16:24,25 17:1
    17:3,4,7,15
    25:7,8,8
true 30:4 31:12
truth 31:8
truthfully 6:9
try 6:3
Tuesday 3:4 4:8
    29:5
turned 19:3
two 8:21 9:23
    12:2 16:21,22
    16:25 17:3,11
    26:3,20
type 6:17 10:7
    26:16
typewritten
    31:10

**U**

U.S 1:21,22 4:20
uh-huh 5:16
uh-uh 5:16
unconventional
    20:6

**underneath** 26:2
**underside** 25:25
  26:1
**understand** 6:7
  8:1 22:20
**understanding**
  23:22
**undertook** 28:10
**United** 1:1,9 4:4
  4:5,21 5:10
**unknown** 20:18
**use** 7:19
**useful** 26:25
  27:2
**uses** 17:10
**Usually** 11:14

**V**

**v** 1:8
**value** 12:10
  14:10 18:6
**vehicle** 9:3,10,24
  16:11,15,15,16
  16:17,18,18,20
  17:1 18:17,18
  18:20,21 25:11
  25:23
**verbal** 5:15,17
**verify** 24:1
**versus** 4:4
**video** 4:2,10 6:3
**videoconferen...**
  1:4 3:1 29:4
  31:1
**videographer**
  2:2 4:2,11,24
  5:5 23:9,13
  28:23 29:1
**videotaped** 1:4
  3:1 29:4 31:1
**visual** 26:14

**W**

**walked** 8:25
**want** 27:21
  28:16
**wanted** 17:14

25:20
**way** 11:5
**we'll** 10:22
  11:24 12:1
  25:7
**we're** 7:12 16:2
  23:9
**went** 9:14 20:23
  22:14 25:25
  26:14
**west** 9:14 11:11
**Western** 1:2 4:6
**wheels** 9:6
**witness** 4:25 5:2
  27:21 31:7
**work** 8:4 15:8
  28:1
**worry** 20:4,13
**wouldn't** 12:8,8
**writing** 5:13

**X**

**X** 3:10,14

**Y**

**yeah** 19:1 22:5
  24:3,20

**Z**

**0**

**1**

**1** 4:2
**1:00** 3:5
**1:01** 4:8
**1:31** 23:10,11
**1:36** 23:12,14
**1:45** 29:3,5
**1000** 1:14
**1144** 1:18
**12,000** 23:1,2,2
  23:3
**12th** 24:11
**15th** 1:18
**1600** 1:23
**1700** 1:15
**1801** 1:23

**19-CV-150-D...**
  1:2 4:5
**1st** 8:15 26:12

**2**

**2** 10:10 20:12
  25:18
**2016** 6:25 7:22
  8:16 26:12
**2017** 6:25 7:22
**2022** 1:5 3:5 4:9
  29:6 30:15
**22nd** 26:15
**27** 3:12

**3**

**3** 28:18
**30(b)(6)** 1:4 3:1
  27:16 29:4
  31:1
**30th** 24:17
**31st** 8:15
**3300** 1:18
**3d** 27:21

**4**

**4** 1:5 29:6
**4th** 3:4 4:9

**5**

**5** 3:12

**6**

**7**

**77002** 1:15

**8**

**80202** 1:19,24
**88** 28:16