# Exhibit 10

**Exhibit 10 will be filed separately under seal pursuant to the Protective Order (ECF No. 59) and the Court's Administrative Policy Governing Electronic Filing and Service**