**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**WESTERN DIVISION**

| | |
|---|---|
| STATE OF NORTH DAKOTA, | ) |
| Plaintiff, | ) |
| v. | ) Civil No. 1:19-cv-00150-DMT-ARS |
| THE UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

**THE STATE OF NORTH DAKOTA'S PROPOSED FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER FOR JUDGMENT**

Pursuant to the Court's March 14, 2024 Order Setting Post-Trial Briefing Schedule (ECF No. 427), the State of North Dakota respectfully submits the attached Proposed Findings of Fact, Conclusions of Law, and Order for Judgment.

Dated:  June 28, 2024

DREW H. WRIGLEY
ATTORNEY GENERAL

<u>/s/ *Paul M. Seby*</u>
Paul M. Seby
Paul B. Kerlin
Special Assistant Attorneys General
Greenberg Traurig, LLP
1144 15th St, Suite 3300
Denver, CO 80202
Phone: (303) 572-6584
Email: sebyp@gtlaw.com

Matthew Sagsveen
Assistant Attorney General
Director of Natural Resources and Indian Affairs
600 E. Boulevard Ave Dept. 125
Bismarck ND 58505
Phone: (701) 328-2595
Email: masagsve@nd.gov

COUNSEL FOR PLAINTIFF
STATE OF NORTH DAKOTA

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 28th day of June 2024, a true and correct copy of the foregoing was served via email on counsel for Defendant United States of America.

/s/ *Paul Seby*