# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
### WESTERN DIVISION

| | | |
|---|---|---|
| STATE OF NORTH DAKOTA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 1:19-cv-00150-DMT-ARS |
| | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**UNITED STATES' PROPOSED FINDINGS OF FACT,
CONCLUSIONS OF LAW, AND ORDER FOR JUDGMENT**

Pursuant to the Court's March 14, 2024 Order Setting a Post-Trial Briefing Schedule (ECF No. 427), the United States respectfully submits the attached Proposed Findings of Fact, Conclusions of Law, and Order for Judgment.

Dated: August 12, 2024

MATTHEW T. KIRSCH
Acting United States Attorney
District of Colorado

/s/  *Jane Bobet Rejko*
Jane Bobet Rejko
Alexandra J. Berger
Timothy B. Jafek
V. William Scarpato III
Special Attorneys to the United States
Attorney General
United States Attorney's Office for the
District of Colorado
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0407
jane.bobet.rejko@usdoj.gov

COUNSEL FOR DEFENDANT
UNITED STATES OF AMERICA

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 12, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of the filing to any party who has entered an appearance in this matter via the e-mail addresses provided in CM/ECF

*/s/ Jane Bobet Rejko*
Jane Bobet Rejko