**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**WESTERN DIVISION**

| | |
|---|---|
| STATE OF NORTH DAKOTA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Civil No. 1:19-cv-00150-DMT-ARS |
| | ) |
| THE UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

**THE STATE OF NORTH DAKOTA'S REPLY TO THE UNITED STATES' PROPOSED FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER FOR JUDGMENT (ECF No. 451-1) AND PROPOSED ADDITIONAL FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER FOR JUDGMENT**

Pursuant to the Court's March 14, 2024 Order Setting Post-Trial Briefing Schedule (ECF No. 427), the State of North Dakota respectfully submits the attached Reply to the United States' Proposed Findings of Fact, Conclusions of Law, and Order for Judgment (ECF No. 451-1) and Proposed Additional Findings of Fact, Conclusions of Law, and Order for Judgment.

| | |
|---|---|
| Dated: September 11, 2024 | DREW H. WRIGLEY<br>ATTORNEY GENERAL<br><br>/s/ *Paul M. Seby*<br>Paul M. Seby<br>Paul B. Kerlin<br>Matthew K. Tieslau<br>Special Assistant Attorneys General<br>Greenberg Traurig, LLP<br>1144 15th St, Suite 3300<br>Denver, CO 80202<br>Phone: (303) 572-6584<br>Email: sebyp@gtlaw.com<br>         kerlinp@gtlaw.com<br>         tieslaum@gtlaw.com<br><br>Matthew Sagsveen<br>Assistant Attorney General<br>Director of Natural Resources and Indian Affairs<br>600 E. Boulevard Ave Dept. 125<br>Bismarck ND 58505<br>Phone: (701) 328-2595<br>Email: masagsve@nd.gov<br><br>COUNSEL FOR PLAINTIFF<br>STATE OF NORTH DAKOTA |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 11th day of September 2024, a true and correct copy of the foregoing was served via email on counsel for Defendant United States of America.

/s/ *Paul Seby*