UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| STATE OF NORTH DAKOTA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil No. 1:19-cv-00150-DMT-ARS |
| THE UNITED STATES OF AMERICA, | ) ) ) |
| Defendant. | ) |

**JOINT STATUS REPORT**

Pursuant to the Court's October 14, 2025, order, ECF No. 474, the parties submit this status report on the status of settlement negotiations. The parties have reached a settlement agreement in principle, subject to final approval by appropriate officials, and are presently negotiating the precise terms of that agreement. However, those negotiations were temporarily paused due to the lapse in federal appropriations. The parties continue to believe that this case can be resolved with a settlement that would lead to dismissing the related appeal in *North Dakota v. United States of America,* No. 25-2276, Doc. No. 5546613 (8th Cir.), and they are endeavoring to finalize the terms of that agreement in an expeditious manner.

The parties submit that further abeyance of this case is appropriate to permit those settlement negotiations to continue, which will promote judicial efficiency and conserve resources without the need for this Court's further action. The parties will submit another status report within 60 days.

///

///

///

Dated: November 19, 2025

DREW H. WRIGLEY
ATTORNEY GENERAL

/s/ *Paul M. Seby (by permission)*
Paul M. Seby
Paul B. Kerlin
Matthew K. Tieslau
Special Assistant Attorneys General
Greenberg Traurig, LLP
1144 15th St, Suite 3300
Denver, CO 80202
Phone: (303) 572-6584
Email: sebyp@gtlaw.com
kerlinp@gtlaw.com
tieslaum@gtlaw.com

Matthew Sagsveen
Assistant Attorney General
Director of Natural Resources and Native American Affairs
600 E. Boulevard Ave Dept. 125
Bismarck ND 58505
Phone: (701) 328-2595
Email: masagsve@nd.gov

COUNSEL FOR PLAINTIFF
STATE OF NORTH DAKOTA


Respectfully submitted,

PETER MCNEILLY
United States Attorney, District of Colorado


s/ *V. William Scarpato III*
Alexandra J. Berger
Jane Bobet Rejko
Timothy B. Jafek
V. William Scarpato III
Erica M. Zilioli
Special Attorneys to the United States Attorney General
United States Attorney's Office for the District of Colorado
1801 California Street, Suite 1600

2

Denver, CO 80202
Telephone: (303) 454-0100
Fax: (303) 454-0407
victor.scarpato@usdoj.gov

Counsel for Defendant

## CERTIFICATE OF SERVICE

    I certify that on November 19, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of the filing to any party who has entered an appearance in this matter via the e-mail addresses provided in CM/ECF.

                                                 *s/ V. William Scarpato III*
                                                 V. William Scarpato III