**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**WESTERN DIVISION**

| | | |
|---|---|---|
| STATE OF NORTH DAKOTA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 1:19-cv-00150-DMT-ARS |
| | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's January 21, 2026, order, ECF No. 479, the parties submit this status report on the status of settlement negotiations. The parties have reached a settlement agreement in principle, subject to final approval by appropriate officials and the resolution of the parties' recently filed Joint Motion for Indicative Ruling under Rule 62.1(a)(3) (ECF No. 482). As set forth in that motion, an "essential condition" of the contemplated "settlement is that this Court vacate" the rulings discussed in the motion. ECF No. 482 at 2. Pending resolution of that motion, the parties continue to believe that this case can be resolved with a settlement that would lead to dismissing the related appeal in *North Dakota v. United States of America,* No. 25-2276, Doc. No. 5546613 (8th Cir.).

The parties submit that further abeyance of this case is appropriate until the Court resolves the joint motion, which will promote judicial efficiency and conserve resources without the need for this Court's further action.

///

///

///

Dated:  March 23, 2026

DREW H. WRIGLEY
ATTORNEY GENERAL

/s/ *Paul M. Seby (by permission)*
Paul M. Seby
Paul B. Kerlin
Matthew K. Tieslau
Special Assistant Attorneys General
Greenberg Traurig, LLP
1144 15th St, Suite 3300
Denver, CO 80202
Phone: (303) 572-6584
Email: sebyp@gtlaw.com
        kerlinp@gtlaw.com
        tieslaum@gtlaw.com

Matthew Sagsveen
Assistant Attorney General
Director of Natural Resources and Native
American Affairs
600 E. Boulevard Ave Dept. 125
Bismarck ND 58505
Phone: (701) 328-2595
Email: masagsve@nd.gov

COUNSEL FOR PLAINTIFF
STATE OF NORTH DAKOTA

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

JONATHAN D. GUYNN
Deputy Assistant Attorney General

PETER MCNEILLY
United States Attorney, District of Colorado

s/ *V. William Scarpato III*
Alexandra J. Berger
Jane Bobet Rejko
Timothy B. Jafek
V. William Scarpato III

2

Erica M. Zilioli
Special Attorneys to the United States
Attorney General
United States Attorney's Office for the
District of Colorado
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: (303) 454-0100
Fax: (303) 454-0407
victor.scarpato@usdoj.gov

Counsel for Defendant

**CERTIFICATE OF SERVICE**

I certify that on March 23, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of the filing to any party who has entered an appearance in this matter via the e-mail addresses provided in CM/ECF.

*s/ V. William Scarpato III*
V. William Scarpato III