**UNITED STATES DISTRICT COURT**
**DISTRICT OF NORTH DAKOTA**

State of North Dakota

      Plaintiff,

  v.                                                        Case No.  1:19-cv-150

United States of America,

      Defendant.

---

Clerk's Minutes of Proceedings

| | |
|---|---|
| The Honorable Daniel M. Traynor | Date:     May 8, 2026 |
| Bismarck, North Dakota | Time:    10:05 am |
| Court Reporter:  Ronda Colby | Recess:  10:20 am |
| Proceeding:  Motion Hearing | Clerk:    Roxanne Muffenbier |

re: Joint Motion to Vacate for Indicative Ruling (Doc. 482)

Appearances:

Appearances for Plaintiff:       Appearances for Defendant:
Philip Axt                         Jonathan Guynn
Drew Wrigley

Appearances for Interested Parties Dakota Access, LLC and Energy Transfer, LP
None

Counsel note appearances.
Court outlines prior orders entered by this Court.
Mr. Guynn presents argument on behalf of Defendant.
Mr. Axt presents argument on behalf of Plaintiff.
Mr. Guynn and Mr. Wrigley address Court's concern about the settlement amount.
Parties indicate that the settlement amount will be an open record.
Court will enter an Order.
Court in recess.